NF

**FILED**

N.F.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AUG 0 1 2012

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 12 CR 500 |
| vs. | ) | |
| | ) | Violations: Title 18, United States Code, |
| DANIEL DVORKIN | ) | Sections 373(a) and 1958(a) |

**JUDGE** CHANG

MAGISTRATE JUDGE KIM

### COUNT ONE

The SPECIAL SEPTEMBER 2011 GRAND JURY charges:

From on or about April 5, 2012, to on or about May 7, 2012, at Oakbrook Terrace, Illinois, in the Northern District of Illinois, Eastern Division,

### DANIEL DVORKIN,

defendant herein, with intent that another person engage in conduct constituting a felony that has as an element the use, attempted use, and threatened use of physical force against the person of another in violation of the laws of the United States, namely, Title 18, United States Code, Section 1958(a), and under circumstances strongly corroborative of that intent, solicited, commanded, induced, and otherwise endeavored to persuade such other person to engage in such conduct;

In violation of Title 18, United States Code, Section 373(a).

## COUNT TWO

The SPECIAL SEPTEMBER 2011 GRAND JURY further charges:

On or about April 5, 2012, at Oakbrook Terrace, in the Northern District of Illinois, Eastern Division, and elsewhere,

### DANIEL DVORKIN,

defendant herein, knowingly used and caused another to use a facility of interstate commerce, namely a landline telephone using telephone number (630)396-2500, with the intent that a murder, namely, the murder of Individual A, be committed, in violation of the laws of the State of Texas, which murder was to be committed as consideration for a promise and agreement to pay anything of pecuniary value;

In violation of Title 18, United States Code, Section 1958(a).

## COUNT THREE

The SPECIAL SEPTEMBER 2011 GRAND JURY further charges:

On or about April 18, 2012, at Oakbrook Terrace, in the Northern District of Illinois, Eastern Division, and elsewhere,

### DANIEL DVORKIN,

defendant herein, knowingly used and caused another to use a facility of interstate commerce, namely a landline telephone using telephone number (630)396-2500, with the intent that a murder, namely, the murder of Individual A, be committed, in violation of the laws of the State of Texas, which murder was to be committed as consideration for a promise and agreement to pay anything of pecuniary value;

In violation of Title 18, United States Code, Section 1958(a).

3

## COUNT FOUR

The SPECIAL SEPTEMBER 2011 GRAND JURY further charges:

On or about April 18, 2012, at Oakbrook Terrace, in the Northern District of Illinois, Eastern Division, and elsewhere,

### DANIEL DVORKIN,

defendant herein, knowingly used and caused another to use a facility of interstate commerce, namely, a vehicle bearing an Illinois license plate, with the intent that a murder, namely, the murder of Individual A, be committed, in violation of the laws of the State of Texas, which murder was to be committed as consideration for a promise and agreement to pay anything of pecuniary value;

In violation of Title 18, United States Code, Section 1958(a).

4

## COUNT FIVE

The SPECIAL SEPTEMBER 2011 GRAND JURY further charges:

On or about May 7, 2012, at Oakbrook Terrace, in the Northern District of Illinois, Eastern Division, and elsewhere,

### DANIEL DVORKIN,

defendant herein, knowingly used and caused another to use a facility of interstate commerce, namely, a vehicle bearing an Illinois license plate, with the intent that a murder, namely, the murder of Individual A, be committed, in violation of the laws of the State of Texas, which murder was to be committed as consideration for a promise and agreement to pay anything of pecuniary value;

In violation of Title 18, United States Code, Section 1958(a).

5

## COUNT SIX

The SPECIAL SEPTEMBER 2011 GRAND JURY further charges:

On or about May 7, 2012, at Oakbrook Terrace, in the Northern District of Illinois, Eastern Division, and elsewhere,

### DANIEL DVORKIN,

defendant herein, knowingly used and caused another to use a facility of interstate commerce, namely a cellular telephone using the telephone number (630) 921-0606, with the intent that a murder, namely, the murder of Individual A, be committed, in violation of the laws of the State of Texas, which murder was to be committed as consideration for a promise and agreement to pay anything of pecuniary value;

In violation of Title 18, United States Code, Section 1958(a).


A TRUE BILL:


_____

FOREPERSON


_____

UNITED STATES ATTORNEY

6