UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 12 CR 500 |
| ) | |
| ) | Hon. Edmond E. Chang |
| ) | |
| ) | |
| DANIEL DVORKIN, ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT

I, Francine Dvorkin, under oath, state the following:

1.     I am aware that the security for Daniel Dvorkin's bond is being reduced by $50,000, but that the bond itself remains $1 million.

2.     I continue to be willing to serve as Daniel Dvorkin's third-party custodian and co-signer of his bond.

3.     I understand that if Daniel Dvorkin violates the conditions of his pretrial release, I am liable for the entire amount of the $1 million bond.

Further, affiant Sayeth Not.

I, Francine Dvorkin, in accordance with 28 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct. Executed on February 15, 2013

*Francine Dvorkin*
Francine Dvorkin