May 27, 2014

Honorable Edmond E. Chang

Re:   Daniel Dvorkin

Dear Judge Chang:

My name is Aaron Dvorkin. I am 39 years old and in the real estate business. Daniel Dvorkin is my father. Thank you for taking the time to read my letter. This is an unfathomable situation for me and my family. Never in my entire life would I have ever believed that I would be writing a letter to a Judge asking for mercy for my father. My father has always been a kind, loving, generous, peaceful, and patient man. I know the Court must judge him on the actions he has been convicted of, but I hope that at sentencing the Court will also consider his lifetime of good conduct.

My father and I have been close throughout my entire life and we are very close to this day. He has been a patient and loving guide to me throughout my entire life. My father was close with his father, but his father was tough on him growing up. My father is exactly the opposite – he is a loving father, who wanted nothing more than to provide for our family. Even though he worked long hours, he always made time for our family. My father is not classically educated, but he has taught me so much about life and he has played a pivotal role in my career in the real estate industry. My father has not only been a wonderful father to me, but he has also been a wonderful husband to my mother. Their relationship and the love and respect my parents have had for each other for over the last 47 years taught me a great deal about life and family. I have learned from my parents to treat all people with respect and kindness and to help others in need.

One of the most important ways that my father helped me was with regard to my responsibilities towards my son, Micky, who is now 21 years old. At the time my son's mother became pregnant, I was unsure if I was the father. I was 18 years old and I did not have a relationship with my son's mother. I feared that she was not telling the truth about the paternity of the child. My father encouraged me to take a paternity test. My father was very concerned about the welfare of this unborn child. He wanted me to take responsibility for my actions and be a father to the child if the child were in fact mine. I am not sure I would have voluntarily taken the test without my parents' gentle persuasion. Maybe I was afraid of the outcome and the responsibilities it would entail. As it turns out, the baby was my son. I am so very grateful to my parents for opening my eyes to the importance of this situation. During the first few years of Micky's life I was in the army, but my parents made sure to see Micky to help him and his mother out financially while I was away. Today, I can't imagine Micky not being a part of my life. I have my father to thank for making sure that Micky is a part of my life.

My father has not only had a huge impact on my life and Micky's life, but he has also given a great deal back to the community. My father is a "self-made man" who has been in the real estate business his entire adult life. He has shared his success not only monetarily but by having a positive impact on the community as well as the people that he interacts with professionally and personally. My father has helped many small businesses stay in business during economic downturns by deferring or forgiving rent. He has also helped young

**1**

electricians and HVAC technicians through school and taught young, aspiring entrepreneurs to become real estate owners, landlords, and business persons. I am very proud when I meet someone and they tell me how my father helped them get to where they are in life.

This case has been traumatizing for my family. Never in a million years would any of us have thought that we would be experiencing this. The conduct described at trial is so out of character for my father. He has never been in any trouble before and has always been a kind, loving, and generous, father, husband, and community member. I know that I am not the only one who thinks this about my father because so many people have offered their help and stood behind our family during this difficult time. I believe that the outpouring of support from so many different friends, colleagues, and members of our community speaks volumes as to my father's true nature.

I know my father has been convicted of serious charges. But, the time he has spent in jail has been severe punishment already. His poor health and age have made being in prison that much harder. When I visit him, I can see the tremendous impact this case has had on him. He is a broken man and he is very frightened about dying alone and in jail. I know that my father is not a danger to the community and that he will never be in trouble again. In addition to the fact that my father has already been punished, I pray that you take into consideration my father's lifetime of good deeds and his excellent character outside of this offense in sentencing him. Please exercise your mercy and allow him to come back to our family. Thank you so much for reading my letter.

Sincerely,

Aaron Dvorkin.

May 28, 2014

Dear Judge Chang,

My name is Fran Dvorkin.  My husband is Dan Dvorkin.  It is unimaginable to me that at age 70, I am visiting my husband in jail instead of playing with our grandchildren.  I am writing this letter to you to ask for mercy for my husband of 47 years. I have never regretted one day of these 47 years.  Even today, with all of the difficulties surrounding this case, I feel the same way about Dan that I have always felt.  Dan has always been a loving husband, a devoted father, and a kind and caring partner in life.

Dan is truly a man that has a heart of gold.  From the moment I met Dan to this day, this is a true statement about him.  When my parents, who were Holocaust survivors and immigrants to the United States, came here in 1948, they had nothing. All had been lost when Hitler invaded Belgium, where they lived. Upon arrival here, my parents worked very hard and built up a fur business. While it was somewhat successful, it wasn't anything on which they could retire. When retirement time came for them, Danny helped my parents buy a building in Lombard with what little funds they had accumulated. The plan was for them to live on the income from that building. The building, however, never made enough money for that to happen. My parents never knew about this because Danny supplemented the financial shortfall each month. They, then, could live their golden years out comfortably. Likewise, when the neighborhood my parents lived in became unsafe for them to live there, Danny bought them a house in a safe neighborhood and helped them move.  Danny did this all on his own and without my prompting.  This is the kind of person that Dan is, so while I was extremely grateful, I was not surprised.

Danny has encouraged me throughout our marriage to be the best that I can be.  When I chose to stay home and raise our children, Dan made sure that I was in a position to make this choice. When our children were grown, Danny encouraged me to be involved and eventually become president of my ORT chapter (a charity that teaches people a trade). He encouraged me when I went back to school to supplement my teaching degree by getting my certification to teach English as a Second Language. He encouraged me when I went back to work as an ESL teacher. In other words, he encouraged and supported me in whatever endeavors I took upon myself and this made me a better person. It also set an example for our children.

Our kids are grown now and will write their own letters. But I do want the Court to know that Dan has been a devoted father to our children and my step-children.  Our children are

**3**

grown and Dan is still as involved in their lives as he was when they were younger. When the children were younger, Dan played a large role in raising them even though he was working very hard to support us. Dan loved his own father very much, but Dan's father was difficult with him. I don't think that Dan ever felt the kind of love and support from his father that allows a child to feel truly secure. Dan talked about how his father always seemed disappointed with him no matter how hard he tried to impress him. I know that our children benefitted greatly from Dan's involvement in their lives. Dan truly was the father to his own children that he never had.

I am 70 years old and Danny is 75. As you learned, Danny has prostate cancer and is in extremely poor health. I don't know how many more years of life we will have together, but I pray that those years will be spent together in the home we have made since our wedding over almost 5 decades ago. I know in my heart of hearts that Danny would never have carried out what he talked about on those tapes. I respectfully ask that you take Dan's entire life into account in sentencing him. I hope you see that Danny is not a bad man and that he is deserving of leniency.

Thank you for your time and consideration.

Sincerely,

Fran Dvorkin

*Fran Dvorkin*

**4**

November 6, 2013

Dear Judge Edmund E. Chung,

My name is Miriam Solomon. I live in St. Louis, Missouri. I am a former high school teacher and my husband is a surgeon at St. Louis University.

This letter is for Dan Dvorkin. I am related to Francine Dvorkin, Dan's wife. She is my mother's first cousin. My husband and I immigrated from Israel to the US in 1987, and since then we got together with the Dvorkins at least twice a year, either at their house or at ours.

I have always considered Dan to be a caring and loving person and Francine lucky to have met such a good man. Even today, I feel this same way. There are many examples of how Dan has helped people. Since I've mainly seen him in family gatherings, let me relate to you some examples of his generosity towards people in need.

Early on, when Fran parents were still alive, the neighborhood in which they resided at the time deteriorated and it became quite dangerous to live there. Dan bought them a new home in a safer neighborhood and helped them to resettle.

Dan mentored his nephew, Craig Golden, who dropped from medical school, in the business of commercial real estate. Consequently, Craig is now a very successful developer and business owner.

A few years ago, Dan and Fran hosted a relative, who came to visit and decided to stay for a while in Chicago to work and save money. Dan helped him to find a job in construction. A few months later, that relative was diagnosed with brain cancer. He obviously didn't have health insurance, so Dan helped with all the expenses of the treatment, surgery and chemotherapy. We were very touched by this. Sadly, that young person had passed away.

Perhaps the most important example that reveals Dan's true character is the way Dan and Fran acted when their son had a short relationship with a woman who gave birth to a son after they broke up. Even though Aaron did not believe he was the father and had no relationship with this woman, Dan persuaded Aaron to take a DNA test. When Dan and Fran found out that Aaron was the father, they generously supported the child and his

mother who had children from another man and was living in poverty. They were very involved in this child's life, took him along to all their vacations, including one trip to Israel. They also made sure that Aaron will be an involved and responsible father.   To me this is a reflection of Dan's genuine goodness.

Thank you for your consideration

Miriam Solomon

*Miriam   Solomon*

**Marilyn and Sy Golden**
**4953 W. Oakton St- Unit 605**
**Skokie, IL 60077**

Judge Edmond E. Chang                                               November 7, 2013
Chicago, IL

Your Honor,

My name is Simon Golden, the brother of Dan Dvorkin's wife, Fran. I'm a retired Civil
Engineer. I have known Dan for over 45 years. With Fran Dvorkin being my only sibling,
my wife, children and I have spent many occasions and family time together. My wife
and I have spent a number of vacations together with the Dvorkins, on occasion actually
being helped financially by them so that we could travel together and enjoy each other's
company. He has been treating us for years on our birthday and wedding anniversary
celebrations. Over the years I have seen Dan grow into a mature businessman who is
concerned with the welfare of our family, friends and community. In addition to being a
relative, he is also a friend.

Several years ago I had made arrangements to spend some time in Florida during the
winter. In the meantime I was diagnosed with cancer and started chemotherapy. My
physician told me I could not fly on a commercial airline flight with my immune system
totally suppressed. When Dan found out about this, he immediately told me not to
change any plans because he would fly me and my wife down on a charter private plane,
which he did at his expense. This was a gift that really made a big difference in my life at
the time because I could continue my treatments in a much more benevolent
environment.

A number of years ago, we needed a bridge loan as we were moving from one house to
another. Dan realized that we would need this money, and he then told us not to go to a
bank because he would provide the loan amount at no cost to us.

I've always been thankful to Dan about his treatment of my mother. Not only did he treat
her with obvious kindness and affection, but he made sure that he managed her money so
that as a widow she would have a steady source of adequate income. Our two sons are in
frequent contact with their uncle who gives them advice and keeps up with their families'
events.

For quite a few years now, Dan's home has become the center of our family's gatherings. My wife and I have also attended many events where Dan and Fran entertain their many friends. He obviously enjoys sharing his good fortune with family and friends.

Dan is close to his children. He has taken in and mentored his son in his business. He has assisted and advised his daughter in her successful independent bookstore. He is also a devoted husband who takes great pride in his wife's accomplishments as a volunteer tutor in the nearby school system and her work in their synagogue as a past officer and long time choir member.

Thank you for your consideration,

Simon B. Golden
Email: SyGo100@aol.com

8

Donna Yesner
9384 Home Circle
Des Plaines, IL 60016

June 10, 2014

Honorable Edmond E. Chang
Judge, United States District Court
Suite 1486
219 S. Dearborn
Chicago, IL 60604

Dear Judge Chang:

RE: Daniel Dvorkin

My name is Donna Yesner.  This letter is for my good friend Dan Dvorkin.

I've known Dan for over forty years, since  I first met him through his wife Francine.  Dan has always been a kind, generous and loyal friend.   He's consistently helped people.

My husband Mike and I have traveled with Dan and his wife many times.  Once, when we were going to a resort in the Caribbean Dan had a voucher worth several hundred dollars and he gave it to us, making the trip more affordable for us.

When he had the airplanes, he wouldn't take money from his friends when they were going to fly on the planes.  In fact, one time we were going to Florida and an acquaintance of his wife was given a ride so she could visit a sick relative who lived in Florida.  Dan had never even met this person before.

My husband had a very serious car accident near the Dvorkin home. When Dan heard about the accident, he rushed over to the hospital and insisted I stay at his house rather than travel the 35 miles to my home that night, so I could visit Mike the next day.

About a year later, Mike was hospitalized again.  Dan and Fran came to see him literally the day he was released on bond for the crimes he was tried for in your courtroom.  He simply had to make sure his good friend was okay, despite the problems he, himself, had.

I site these few examples of loyal friendship out of many I could have mentioned.

He's also been incredibly generous to charities.  I know for a fact that he made a $1,000,000 memorial donation for his in-laws, and has supported his synagogue in major ways.

Judge Chang, I hope you will take into consideration Dan's caring nature for his friendships when you determine his sentence.  I humbly ask you to show mercy for my friend.

Sincerely yours,

Donna Yesner

Donna Yesner

9

May 28, 2014

Re: Sentencing of Daniel Dvorkin

To: Judge Edmond E Chang

Dear Judge Chang:

My name is Charles Hold. I live in West Chicago (Du Page county). I have been in the commercial real estate industry for over 30 years.

I have known Mr. Dvorkin for a total of at least 20 years with the last 10 years knowing him very well I am not a relative but a business person that is in the same basic industry that Mr. Dvorkin was in. Approximately 10 years ago I left the employ of a large real estate company and went out on my own. I called Mr. Dvorkin at that time and told him of my employment change. He asked me to go to lunch with him at that time and agreed to lease me an offer in a building he controlled. The rental rate he gave me was greatly below the market value. He knew I was tight on funds and without any prompting from me helped me greatly the first several years of my new business venture. I would not have made it in my business without his help. This help included introductions to friends of his that lead to business as well as monetary assistance.

Mr. Dvorkin has a kind, generous side to him that I experienced first hand. In addition, over the last 10 years I have had many people telling me about the way that Mr. Dvorkin helped them in a time of need. He was very humble in his generosity not bragging about the ways he truly helped people. I can truly say that he made a positive difference in mine and other's lives.

I truly believe that his conduct in this case was out of character for him. He is the kind of person that helps, not hurts, people.  That is why I am asking for your consideration of a minimal sentence for Mr. Dvorkin. I do appreciate your time in reading my letter

Very truly yours,

Charles Hold

**10**

November 28, 2013

Sentencing Advocacy Group of Evanston
1603 Orrington, Suite 800
Evanston Illinois 61021
C/O:Betsy Wilson

RE:  Dan Dvorkin

Dear Ms. Wilson,

My name is Christine Simek.  I live in Wheaton Illinois.  I am currently employed as
a Property Manager at DDL Property, Limited.  I have recently earned an Illinois Real
Estate Broker license.

I was introduced to Mr. Dvorkin through a mutual acquaintance in 2007.  I was recently
divorced, a single Mom, and had been out of the work force for 14 years.  Mr. Dvorkin
knew I was currently seeking employment and looking to start a new career.  Mr.
Dvorkin gave me that opportunity.  He took a chance on hiring me knowing I had
absolutely no experience in the industry and invested the time and energy teaching me
how to become successful in the business.  Mr. Dvorkin is a considerate man and good
family man.  When it came to my family, He was always very considerate and
understanding, allowing me time off to care for my children and was always
understanding of emergencies when they arose.

I also work closely with His son Aaron.  Aaron and his Dad have a very close and loving
relationship.

I will forever be grateful to Mr. Dvorkin for giving me that opportunity to begin a new
career that I truly love and one that I am now successful in.   Mr. Dvorkin is a good man.

Any leniency the courts could afford regarding his sentencing would much be
appreciated.

Very Truly Yours,

Christine Simek
(847)259-0900
simekc@ddlproperty.com

11

November 17, 2013

Dear Judge Edmond E. Chang,

My name is Daniel Lopez, im 47 years old, I've been married to my wife for 24 years and have 3 young adult children. I have lived most of my adult life in Chicago, but now I reside in Oak Lawn, Il for almost 14 years. I have been a roofer since I was 16 years old. I take pride in my career as a roofer because I always make sure that my work is done correctly and that my clients are satisfied.

Daniel Dvorkin has been my boss for almost 17 years. Even tho he is my boss, I consider him a generous person and a good friend. I have witnessed him make donations to charities and give people a chance to work for him.

Daniel Dvorkin has made a tremendous positive impact on not only my life but also my family's life as well. I remember back in 1995, when the roofing company I was working for went bankrupt. I was suddenly out of a job, had to support 3 small children and had alot of bills to pay. Daniel found out about my situation and offered me a full-time job at his company as a roof maintenance technician. I'm greatful to Daniel for giving me the chance to work for him all these years. With very hard work I have been able to pay off my mortgage and debts that I had. I sincerely think Daniel has been the best boss throughout my roofing career. He is a fair, compassionate, well liked friend to all his employees.

Thank you Judge Chang for your consideration.

Sincerely,

Daniel Lopez

Daniel Lopez

630-606-5213

1

40 Red Oak Court
Burr Ridge, IL 60527
November 1, 2013

Judge Edmond Chang
Dirksen Federal Building
219 South Dearborn
Chicago, IL

Dear Judge Chang,

I am writing you about my friend Daniel Dvorkin. I have known Dan since August 1987. By way of introduction I am a retired Electrical Engineer who has spent most of my life selling technical solutions to the telecommunications world.

I met Dan at a Jewish Temple function. He was a bridge player and we wound up being bridge partners. We started playing bridge every week as a group of 4 men from 1988 until August 2013. We usually played bridge in his office because he had allergies and his office had filtered air to limit his allergic reactions.

During the course of the years, we enjoyed many very nice functions. We traveled together with our wives, enjoyed weddings, Bar Mitzvah functions and other life cycle events. All of them I remember with great joy because Dan was the ultimate host and very generous with his time and sharing expenses.

During the course of the years I lost jobs two different times. I needed office space for two of these events. Dan rented me an office space both times at fair and reasonable expense. He personally made sure that everything went well during the rental. If any item needed maintenance he made sure we were comfortable and repairs were done quickly. He even sent his staff around to make sure all light bulbs were replaced at his expense.

When I lost my job and was between jobs Dan offered to employ me as a contractor to lease rooftop space on his building to telephone companies that needed satellite and microwave communications. He made sure I got a 10% commission on all sales I made. Most real estate

13

people did this as a one time basis. He made sure I got the full 10% of the rental for the life of the contract. The money was nice but he knew I needed to keep busy working between jobs. He not only did that with a flourish but also taught me the legal issues needed in issuing contracts. He also formed a corporation called GD Ventures which is still in existence. He gave me 10% of the company and made me President of the company. The name GD stood for Gary and Dan. He didn't have to do that but Dan was very kind to me that way.

I had a house that always needed repair. He gave me the names of his contractors so that as I needed repair work they would do it for me. I paid the contractors directly. Dan always made sure I got the correct rate for services rendered.

My real estate tax started to climb at a very fast rate. I knew I needed to do something to appeal the rate. Dan offered his help to me for free to help me file the correct documents. I was able to use his guidance and did get my tax lowered to the correct market value.

When we played bridge and I had a problem, he always had time to give me business advice based on his years of experience. His advice was always very useful.

I could only repay him for his efforts when he had electrical or telecommunications problems. I would give him my best advice and that is the only way I could repay him for his help he gave me over the years.

Whenever Dan had a party, I was almost always invited. He was the consummate host who made sure all his guests were happy. I went to July 4th parties, his office holiday party, and events such as birthdays, New Year's Events and even sporting events such as Bull and Cubs games. Dan was generous and also the best host possible making people feel comfortable at his events.

Dan was a great person to talk with. He listened carefully and gave advice when appropriate. He made it his habit to learn from people. He would meet new people at social events and make sure he got to know everyone. He was a great social person. When we went out to eat together he would make it a habit to socialize with all the servers in the restaurant. He was a very sociable person.

When I bought two Jimmy John's sandwich shop and needed his advice on how to set up the business correctly, he always had time to tell me how to handle all the details of starting a new business.

He is the sort of man who should be shown as much leniency as possible. Society can certainly use his skills to help mankind. There are still days I wish I could ask his advice. It's very hard to do this with him in jail.

I hope you will take into account all the good things Dan Dvorkin did over the years and mitigate his time served so he can live out the rest of his life with his family and friends.

Sincerely Yours,

Gary A. Dorsay

12/1/2013

Judge Edmond E. Chang

My Name is John Earley and I currently
Live in Wheaton Il, Formally in GlenEllyn for
40 years. I am currently retired and do volenteer
Work in Naperville @ Napersettlement, a 19th
Century Museum.
I was a Tenant of Dan Dvorkon, Changing Seasons
@ 696 Roosevelt Rd, GlenEllyn Fl for 26 years

My business was very Seasonal. In spring
And summer I sold mel. To highend Patio Furniture
including wicker and rattan In fall, changing Seasons
became a deluxe Christmas Store By Advertising
In The Chicago Tribune, I had customers from
all over chicagoland wanting finer patio furniture.

Now my relationship with Dan Dvorkin. The
First 5 to 10 years were a Normal relationship
between a Leasor and a Leasee. Being a
Seasonal business My finances were vary high
or vary Low. Sometimes it became harder
To pay my rent on Time during preseason Patio
and Pre season Christmas.

Dan and I worked out that if I were late paying
call him and give a date when he would receive
payment. This arrangement went on for 15-20
years. On my part if Dan were having a party
I would Furnish Patio Furniture for this event
at No Charge, only that it had to be clean and
Saleable.

Very few renters would do what Dan Drvokin
did. In Time we also became friends going to
Lunch Together. He paid one Time, I paid
Another

In Time There were some Maintence issues,
A New furnace was Needed. We went half and
half on Total Cost. In My Lease I was To pay for
all Maintances Matters When The building Needed
Painting outside, Dan paid Totally.

Dan Dvorkin was more than a landlord. He was
a very Just and helpfull landloard. I Trusted Dan in That
if he had To set into The building. I would give him
a Key and Alarm code.

In my relationship with Dan Dvorkin, he is a fine and understand businessman, but a businessman all the way.

John T. Earley, Jr
630.665-4342
John.Earley@AN.Net

To: Judge Edmond E. Chang,                                                    11/04/2013

From:  Ross Duncan
       414 Addison Ave.
       Elmhurst, IL 60126
       630-862-1010


I am writing this letter in Support of Daniel Dvorkin, Lombard, IL

I am a past employee of Mr. Dvorkin and have worked on his behalf for 14 plus years as an Architect, Construction Manager and Supervisor of maintenance.

Mr. Dvorkin has had many people who he has helped through the years.

In my own experience, Mr. Dvorkin has been a generous employer and a friend who has helped me and others when asked. Besides my regular salary, Mr. Dvorkin loaned me money for a real estate closing.

This money allowed me to purchase my home during my divorce and helped make a difficult time in my life be less stressful. The loan bridged a financial gap for my-self and my ex-wife. Instead of having to sell my home as part of the divorce settlement it allowed my children and I to stay in our home while my ex-wife located a new home for herself. This helped the children's life be a bit less stressful during the divorce.

Thank you in advance for your consideration – Please feel free to contact me should you have any questions.

Respectfully,

Ross Duncan – 630-862-1010 – ra.duncan80@gmail.com

Law Offices

## McCracken, McCracken & Behrens, P.C.

111 West Washington Street - Suite 1540
Chicago, Illinois 60602
(312) 263-4308
—
Fax (312) 263-4955

June 27, 2014

To the Honorable Edmond E. Chang:

I am writing this letter on behalf of Daniel Dvorkin. I understand the he has been convicted of solicitation of murder and is scheduled to be sentenced in your court.

I am an attorney who has been practicing in Illinois for 32 years. I first met Dan in 1990 when he became a client of our firm, and during the next 20+ years had an ongoing professional relationship with him as our firm provided real estate tax representation for a large number of properties he owned and/or managed.

Throughout our relationship Dan exhibited a strong work ethic as a hardworking, hands on manager of his real estate rental properties. Even more impressive than his work ethic, however, was Dan's love and dedication to his family. He clearly adores his wife Francine, and is very proud and supportive of his children Ellen, Rachel, Aaron and Beverly. He assisted his children at the start of their careers, including fostering Beverly's love of books and assisting her in establishing a used book store.

Considering Dan's age, it is my hope that he would have the possibility of being reunited with his family after his debt to society is paid.

Very Truly Yours,

George J. Behrens

June 10, 2014

To: The honorable Edmond E. Chang

My name is Dave Dorsay

I own a Medical Distribution company named D2 Distribution. I represent the Sports Medicine division of Johnson and Johnson named DePuy Mitek. I cover downtown Chicago hospitals such as UIC, Northwestern, Rush, and Loyola. I have known Dan Dvorkin since I was 9 years old (29 years).

Dan and My father Gary Dorsay have been good friends for much of my memorable life. Throughout the years, I would always see Dan at our Temple and at their annual July 4th party they would host. Dan and his wife, Fran, play a large role in our Temple itself and are well respected and loved members of the community. I have observed that Dan has been generous with his time and means to many programs at the Temple and in the community. Personally, Dan has been a great comfort and mentor to me. If I ever needed a favor or advice Dan would always be the first to offer it up or clear time in his schedule to meet with me and listen to what I had to say.

Dan is a good man. I have known him a long time. During that entire time, I never saw him act unkind or hurtful to anyone. Please exercise as much leniency as you can in sentencing Dan Dvorkin.


Thanks,

Dave Dorsay

Robert & Elaine Davison
161 S. Grace Ave.
Elmhurst, IL 60126
email: elainebob@sbcglobal.net

July 03, 2014

Judge Edmond E. Chang
Everett McKinley Dirksen
United States Courthouse
219 S. Dearborn Street
Chicago, IL 60604

Re: Mr. Daniel Dvorkin

Honorable Judge Edmond E. Chang:

We, Robert and Elaine Davison, have been friends with Dan Dvorkin and his
wife, Fran, for many years. They have been active members of the synagogue to
which we belong. Dan and Fran are strong financial supporters of the congregation
as well as other organizations which seek to enrich the life of individuals in the Chicago
area, such as the Chicago Symphony Orchestra. In addition, the Dvorkin's have been
very generous with those that are less fortunate.

Business dealings were very important to Dan. He had many real estate holdings
including several strip malls. Dan tried to support these small businesses to assure their
success. For example, when we went out socially with Dan and Fran, we
would often go to a restaurant that rented space from him. He encouraged
his friends to frequent or utilize the services of other businesses as well.

Dan has always been family oriented. He often went on family vacations,
paying for the entire vacation, so that everyone had a chance to spend time together.
Fran and Dan often invited their family to their home or to a restaurant to celebrate
special occasions or holidays to encourage close family relationships.

Given Dan's contribution the community and the importance of family,
we would encourage you to take these factors as well as his age into consideration
when deciding on his sentence.

Thank you for your consideration.

Sincerely,

Robert & Elaine Davison

June 19, 2014

Honorable Edmond E. Chang

Re: Daniel Dvorkin

Dear, Judge Chang:

Hi, my name is Christian Craig. I've known Dan Dvorkin for more than 12 years. My brother is married to Dan's daughter, Beverly. Even though Dan is my brother's father-in-law, I have gotten to know him quite well over the years. This is because Dan has a wonderful good nature and a genuine interest in the well-being of others.

Over the many years, I have been able to observe Dan in many different situations including the good, such as weddings and holidays, and the bad, such as deaths and divorces. Dan is friendly and involved during the best of times and a caring and compassionate friend during the worst of times. Most of all, I have seen Dan's love for his immediate family, his acceptance of my brother and our family, and his genuine curiosity when he meets new people.

It's predictable, I think, to love your family. But it's not really predictable to be interested in the lives of the people you meet and be curious about what their thoughts on it are. Dan doesn't just pretend to be interested. He has a genuine curiosity and interest in other people's lives. I remember when I first met Dan how he asked me all sorts of questions about myself and what I was interested in. This was not just small talk. For each time I saw Dan, he followed up on topics from our last conversation. I could tell that he was really interested in me and who I was. This always made me feel important and special. I believe that this is a trait that not many people possess and I believe it to be a true testament to Dan's kind and loving character.

Sincerely,

Christian Craig
Deputy Managing Editor
Groupon Goods

**Congregation Etz Chaim**
of DuPage County

1710 South Highland Ave., Lombard, IL 60148
Phone (630) 627-3912
FAX (630) 627-9123

Rabbi Steven M. Bob
Rabbi Andrea J. Cosnowsky
Anne Stein
Director of Education

June 18, 2014

Honorable Edmond E. Chang
United States District Court Judge
Northern District of Illinois

Dear Honorable Judge Chang:

My name is Rabbi Steven Bob. I am writing this letter on behalf of Dan Dvorkin, who you will soon be sentencing. I have known Dan Dvorkin for over 30 years. Dan is a loved and well respected member of my congregation.

I have been the Senior Rabbi of Congregation Etz Chaim for 33 years. I first met Dan Dvorkin shortly after I arrived in the community in the summer of 1981. Dan took the time to personally show me around Lombard. Dan and his wife Fran have been active members of our congregation for as long as I have known them. Dan has also been a regular at Friday evening worship services.

Dan is a very generous member of the congregation with both his time and finances. Over the many years, Dan has been a person that we can count on for regular financial support and to be a leader of special campaigns. Fifteen years ago we built a significant addition to our building. Dan was the leading donor to the campaign. He also supports other worthwhile causes including the preservation of the Yiddish language, by providing support for national and local Yiddish activities.

Dan has also helped the congregation through his expertise in building management. He has taken the time to meet and suggest strategies for maintaining our facilities. He has also donated his time to help us find the right tradesmen to complete needed repairs to the synagogue.

I have also observed that Dan is a good friend to many members of our community. As he has been with the congregation, Dan has been generous to many members of the community, opening his heart and literally his home to those in need. When a family from the congregation needed a place to live. Dan and Fran invited them in. This did not surprise me, because Dan is one of the people that can be looked to for help. He is always willing.

Likewise, Dan has a reputation for being a hardworking, but fair businessman who is loyal to his employees and to his tenants. I know first-hand the experience of one of Dan's tenants who had fallen quite far behind in his rent. Dan did not evict this tenant or make things difficult for him. Instead, Dan allowed him to stay as a tenant in the hopes that not only would this individual get caught up in

**Congregation Etz Chaim**
of DuPage County

1710 South Highland Ave., Lombard, IL 60148
Phone (630) 627-3912
FAX (630) 627-9123

Rabbi Steven M. Bob
Rabbi Andrea J. Cosnowsky

Anne Stein
Director of Education

his rent, but also that this individual be given the opportunity to get on his feet again.

For the over 30 years that I have known Dan, his life has been focused on family, friends, the congregation, and hard work. Dan's family stands at the center of his life. He is clearly devoted to his wife and to his children. Their happiness and wellbeing is always his number one concern and what has motivated him to work hard throughout his life.   In short, he is an extraordinary family man and community member.  We have all suffered since he has been gone.

The examples in my letter provide the essence of Dan Dvorkin: a hardworking, kind, generous, devoted family man and member of the community.  The sentencing task is not an easy one.  I hope that my letter will be helpful to you and to Dan.

Sincerely,

Rabbi Steven Bob
Senior Rabbi
Congregation Etz Chaim
Lombard, Illinois

November 24, 2013

Judge Edmond E Chang,

My name is Jorge Hernandez and I'm an electrician from Lombard, IL. I have known Daniel Dvorkin for 13 years as a boss and a mentor. Dan has made a significant impact on my life.

My relationship with Dan has been a journey, which started when I was 18. Dan hired me as a porter/maintenance man. From the very beginning he made it clear that in his company I would have the opportunity to grow. Within the first year Dan gave me a chance to experience working in different trades from heating and air, to carpentry and finally to electrical work. Through these experiences I was able to determine that electrical work is my passion. Dan believed in me and paid for my electrical schooling at Associated Builders and Contractors, where I received my IL state journeyman's card and my IL state electrical license. Once I received my electrical license, Dan began giving me small projects to do, which progressively became larger jobs. Eventually, this lead to incorporating my own company and hiring employees. Dan continued to mentor me through all those years from capital expenditure decisions, to business moves and personal challenges.

Dan Dvorkin was more than just a boss to me. He was a mentor and a friend. I trusted Dan with business and personal decisions. I would not be where I am today without him and I can say that confidently. He believed in a young man with limited opportunities at the time and not only invested money but time in me. I cannot thank him enough for being here for me.

Thank you for your consideration,

Jorge Hernandez

C: (630)606-1577

Email: werun4@yahoo.com

PENN**S**TATE

Abington

Lonnie Golden, Ph.D.
Professor, Economics & Labor Studies
Room 413 Sutherland
1600 Woodland Road
Abington PA 19001

Phone 215-881-7596

November 25, 2013

To: Judge Edmond Chang

I am writing this in support of Daniel Dvorkin. Dan is my uncle. Ive known him since before I was 11 years old, when I was part of the wedding party for my Aunt Fran.

I am reminded of Dan every day, when I see the furniture he gave me for my house that was his parents furniture. We are now handing much of it down to my own kids, the next generation, which gives me great gratification. Dan has always been that kind of guy—generous and solicitous, not only with money but also with his time. Moreover, and more importantly, no reciprocity was ever expected. I have always felt he was truly caring about me and my family. Just a natural instinct to be helpful when he saw someone in need.

Dan has always kept up the relationship, even though I moved east over 20 years ago. He has gone out of his way so many times I cannot even count, to include me in some kind of social plan, that he knew I would enjoy—he would buy me dinner and tickets to events, knowing I had usually had financial constraints, often just to accompany him. He often calls just to chat. Some of that might be because he has always been self-employed, lacking organizational partners in his work, but mostly because he is just the type to reach out, bat around ideas and discuss strategies. He has been particularly helpful to me over the years with providing informal but valuable financial advice, as when I would be contemplating a move, and perhaps periodically I have done the same for him, when asked, even though I claim no expertise in that department.

Dan loves relating not only to Fran's family, but also to perfect strangers, which we family members have always found to be an endearing quality. He easily engages and socializes with anyone which whom he crosses paths, without predisposition, barriers or discrimination—he talks and can get along with anyone from any background or position. He treats all people gently with genuine respect, inquisitiveness and kindness even when accompanied occasionally by his legendary, traditional bravado. I support him now not only because he has always supported me, but because he is genuinely deserving of the kind of generousity and special consideration that he has shown me and all others, over the course of my whole life.

Lonnie Golden
Professor of Economics and Labor Studies
Penn State University, Abington College
Lmg5@psu.edu
215 885 9812

June 4, 2014

Dear Honorable Edmond E. Chang:

I am writing to help expand on the character and personality of Daniel Dvorkin. My name is Cheryl Frankfater. I am a PhD level scientist currently working part time for the US Department of Agriculture at the Donald Danforth Plant Science Center in St. Louis, MO. I have known Dan for almost 40 years in the context of his family life. I am friends with his daughter Beverly and she was the maid of honor at my wedding. Growing up, my brother David and I spent most Sundays after religious school at his house playing with Beverly and Aaron. I even accompanied them on a trip to Florida during my pre-teen years.

During the time I spent with Dvorkin family it was obvious to me how much Dan loves his wife Fran, and his children Beverly and Aaron. He was generous with them, and with their friends. He spared no expense on Beverly's education and would have done the same for Aaron if private school and University were right for him. When Fran sang in the choir on Friday night Shabbat services at the synagogue, Dan was always there to hear her. I have always thought Fran a person of integrity and principal. A person of integrity and principal would not be married to someone of low character. Fran and Dan continue to have a solid marriage, which is increasingly rare these days. And as a couple, they have life long friendships, such as with my parents and many other couples.

I believe that Dan is a genuinely kind person. Dan derived a lot of pride and a sense of accomplishment as a businessman, a provider and a self-made man. He loved making deals and thoroughly enjoyed his work. He loved even more sharing the fruits of his hard work with his friends and family, whether it was treating them to nice meals or vacations, or helping Beverly and her husband purchase their condominium. When my husband and I had to tackle renovations on our condominium, Dan had a contractor contact in St. Louis get in touch with us to help with the project and it was an enormous relief to have someone capable on the job.

I can only imagine that seeing his life's work unravel must have taken an enormous psychological toll on Dan and that this played a role in this case. Like many of us, I am sure that Dan's sense of self was associated with what he did professionally and what he could give to others. I firmly believe that Dan is a decent man. I hope that you can see the Dan that I know in sentencing him.

Sincerely,

Cheryl Frankfater

Cheryl Frankfater

Dr. Allen Frankfater
22W143 Buckingham Rd.
Glen Ellyn, IL 60137

July 9, 2014

Hon. Edmond E. Chang, J.D.
Judge of the United States District Court
The Northern District of Illinois

Dear Judge Chang:

I am a Professor Emeritus of Pharmacology and former Assistant Dean of Biomedical Sciences at Loyola University of Chicago's Stritch School of Medicine. I have known Daniel Dvorkin for about 40 years. My wife and I are very close friends of the Dvorkin family. Our daughters and sons have known each other as small children and have grown up together. My wife and I are transplanted New Yorkers with no family in the Chicago area, and the Dvorkins became a second family to us. We saw Dan and his wife Fran almost every week and for most holidays. Consequently, I believe I know Dan very well and can speak to his character.

As Dan's business prospered he became a generous employer and contributor to major charities. I have attended many holiday parties he has given for his employees. I know some of them well, and all speak highly of him. Several indicated that they owe their technical skills and livelihood to Dan. At Dan's recommendation I hired some of them to do electrical, plumbing, and remodeling work, and to install a new furnace and air conditioner. They indicated they started with Dan as young adults with minimal technical skills, but that Dan had encouraged and facilitated their on-the-job training to the point where they now had a secure future. It is written in the Talmud that the highest form of charity to help an individual to secure their own livelihood. From my prior service on the board of trustees of our synagogue I also know that Dan has been a generous contributor to the synagogue and other charitable organizations. For example, Dan and Fran have given generously to the Jewish United Fund and to the National Yiddish Book Center that works to preserve Yiddish books, translate Yiddish literature into English and foster education and scholarship in the Yiddish language and culture.

My family and I have also been beneficiaries of Dan's kindness and generosity. One of many examples occurred in the summer of 2005, when my mother-in-law suffered a life-threatening hemorrhagic stroke while my wife and I were vacationing in Montana. We needed immediate transportation home because her prognosis was dire and my wife was desperate. At that time Dan owned a charter company with several airplanes at his disposal. He immediately directed one of his planes to a local airport, flew us home at his expense, and refused to be reimbursed for the costs. Dan has also been helpful to our children, who consider him an uncle. For example, the house next to my son's home was abandoned for several years and had become a community eyesore. The property also had severe drainage problems and even moderate rains would cause flooding to the adjacent properties After my son arranged to purchase the house from the local bank, Dan helped him to remodel it and to correct the drainage problems to the lasting gratitude of the neighboring home owners.

Thank you for your kind attention, and your willingness to consider the opinions of those who know Dan well, who recognize his good qualities, and who believe he had no real intent to commit a crime.

Sincerely yours,

Allen Frankfater, Ph.D.

---

**Allen & Eleanor Farkas**

33 James Drive

Phone 630-719-9147

Westmont, IL 60559-2357

---

November 3, 2013
Betsy Wilson
Sentencing Advocacy Group of Evanston
1603 Orrington, Suite 800
Evanston, IL 60201

Betsy,

I am writing to you to speak on behalf of an acquaintance of mine, Dan Dvorkin. I say that Dan is an acquaintance rather than a friend, because I never considered him to be a social friend per se, but he has certainly befriended us. When my wife Ellie and I moved to the western suburbs of Chicago from the south suburbs in 1998, we knew nobody. I had been transferred from the south suburbs, where we had lived for over thirty years to Bolingbrook in the west suburbs.

Ellie worked downtown in the loop, which was a big daily commute for her, taking almost four hours a day so we began trying to find her a position in our new neighborhood which would require less travel. It was necessary that we both work, in order to be able to afford the move. We joined the local synagogue shortly after moving to Westmont and during the following year, we made inquiries of Temple members as to whether any of them knew of any job opportunities in the area.

Apparently Dan learned of our need for Ellie to find a local job and he proactively sought us out and offered Ellie an opportunity to work in his neighborhood office. We did not even know who Dan was at the time that he reached out to make his offer and so, he had one of his employees whom we had just met, contact us and offer Ellie the position. That is how Ellie came to work for Dan as a receptionist, thirteen years ago.

As the years have passed, we have become closer to the Dvorkin family and Ellie has become a friend of Fran Dvorkin. We have been invited to their home on a couple of occasions and we have visited with them at the homes of other friends we have made in the area. Dan has always treated us with the utmost courtesy and respect and has provided Ellie with employment, even through difficult times, even when his business was suffering due to the mortgage crisis. In 2007 when I was laid off, Dan kept Ellie on, even when there was little work for her to do, as he knew that we depended on her income.

I hope that the court will take into consideration the many kindnesses that Dan has done for us and other members of the community.

Thank you for your consideration.

Sincerely,
Allen and Ellie Farkas

June 4, 2014

Dear Judge Edmond E. Chang,

My name is Rachel D. Dvorkin and I am 52 years old. Dan Dvorkin is my father. I am the oldest child from my father's first marriage to my mother, Sharon Meyers. Even though my parents were divorced over forty years ago, my father has remained a part of my life. Without his help, I don't know where I would be today.

I suffer from numerous health issues that have left me unable to work. Prior to my health issues, I was working as an Adjunct History Professor at McHenry County College in Crystal Lake, IL, a History and Humanities Faculty Practitioner at the University of Phoenix in Schaumburg, IL and a Technical Recruiter in Schaumburg, IL. Needless to say, my health issues left me with extreme economic issues and fortunately my father has been able to assist me financially.

For example, ten years ago, I was going to lose my Cobra Health Insurance and I would have been unable to qualify for individual insurance due to my numerous pre-existing health conditions. I told my father about my difficulties obtaining private health insurance and asked if he would be able to help me out, he then assisted me by paying my ICHP premiums. This was a life-saver, as it allowed me, to be able to receive much needed necessary medical care and life sustaining prescriptions.

When my health declined further in 2007 due to injuries and diseases, I wound up filing for Social Security Disability Insurance (SSDI). I was worried about how I would live during the time I was not working or getting disability payments. My father helped me to be able to stay in my home, keep and fix my 1998 car, fix items that broke down in my house and paid almost all of my bills. My father's help took a huge burden off of me and allowed me to focus on my health issues.

He is elderly and has numerous health issues and I am sure this case has taken a tremendous toll on him. I am very grateful that your Honor will consider my letter in sentencing my father. My father is a good man and has taken care of many people. I pray that this counts for something and that you exercise as much mercy as you can in sentencing him.


Sincerely,

Rachel D. Dvorkin

**31**

6/19/14

To the Honorable Edmond E. Chang:

My name is Beverly Dvorkin.  My father, Daniel Dvorkin, will be coming before you next month for sentencing subsequent to his conviction last year.  I am writing to plead for your mercy on my family.

By way of introduction, I thought you should know a few things about all of us.  I am 43 years old, and Dan Dvorkin's third daughter.  My father had two daughters in a marriage previous to the one with my mother.  My half-sisters were a part of my life from a young age.  That is one of the first lessons I remember my father teaching me – one of personal responsibility.  In no way was that better illustrated to me than in the way he took care of my older sisters.  Despite the fact that his marriage to their mother had not worked out, they wanted for nothing.  He paid for their educations.  And, later, when one of my sisters became disabled and unable to work, he took on sole responsibility for her financial stability.

He also taught me personal responsibility when I was in the most obnoxious stage of my teen years.  Some of my girlfriends were getting cars as presents for their 16th birthdays.  So, I, of course, started agitating for one as well.  Instead of just giving in to my whining (which he could have easily afforded to do), he chose this as an opportunity to teach me about self-reliance and personal responsibility.  He told me that he would buy me a used car, but only if I got a summer job and worked to pay for half.  Which is exactly what I did.  That car was a junker, but I loved it because it was mine and I had worked to get it.  That summer job when I was 16 eventually led to my career, which is one of the great joys in my life.  It was my first job in a bookstore.  I am now the owner of an independent bookstore here in Chicago.  It is not just my job, but my vocation.  I love nothing more than bringing the great works of literature to the public that appreciates them.

My father has always been an inspiration to me.  He could inspire me with his generosity.  He knew how much my mothers' Yiddish background and heritage meant to her.  And her love of learning, as exemplified by her career as a teacher.  So when he was in a position to do so, he gave a great deal of funding to the Yiddish Book Depository.  He funded a chair for many years in memory of my grandparents (his in-laws).  He does not speak Yiddish, nor have any background in that culture save for that provided by my mother and her family.  Yet he funded it anyway, because he knew how much it meant to her, her family, and me to see my grandparents so commemorated.

He was very generous in his business affairs as well.  For many years, he had a tenant at one of his buildings – a Thai restaurant named Thai Classic.  When they got into trouble and fell behind on their rent, he carried them for several years and let them pay it back slowly over a period of time.  Sammi, the owner, was so grateful that she treated us like family whenever we visited her restaurant.  My father taught me another lesson with that generosity as well – the value of community.  He knew that Sammi used that restaurant to support not just herself, but her whole family back in Thailand.  He also knew that the restaurant had become a valuable part of the Wrigleyville community that it served.  He understood that and sought to keep the business viable.  I never forgot that when I became a business owner myself.

I could give many more examples of how my father's love, guidance, and support have helped shape me into what I am today.  But I will leave you with just one more.  In the fall of 2001, my business got into

32

trouble. After the September 11th attacks, for several months people were afraid that the tall buildings in the loop were a target. My bookstore is in River North. People were not coming into the city. And they definitely were not in the mood to shop. I had only been in business for just over 4 years at that point. I was still struggling to begin with. People were not in the mood to shop, and I owed money to publishers and distributors from orders placed before the horrific events that September morning. By the spring of 2012 (after an even worse winter business-wise than the fall had been) I had a couple of judgments against me. My staff were fielding calls from bill collectors. I was getting worn down, thinking about calling it quits. I was too embarrassed to ask for help. Finally, my father caught wind of the situation from a banker friend who also happened to hold the note on my business. He chastised me for not coming to him for assistance. He then proceeded to help me negotiate with my remaining creditors. He also loaned me the money to pay the judgments. I paid back every cent by the end of 2012 (to my creditors as well as to my father), and my business has been steadily growing ever since. I never had a judgment against me again. Whatever negotiation skills I have, I learned from that experience with him.

Finally, I wanted to leave you with this thought: My father has been a peaceful, stable man for my entire life. I never saw him touch another human being in anger. I never saw him drunk, or on drugs. He was faithful to my mother, and he took careful care of all of us. Not just me, my brother, and my sisters – but the extended family as well. If a cousin from Israel needed an affordable place to live – he found one. Even if he had to call in a favor with an old friend to get it. If another cousin needed an introduction to a banker to get a fledgling business off the ground – no problem. If my sister-in-law needed housing after a terrible roommate situation - he found if for her. I could go on and on.

He is 75 years old and this is the first time he has ever spent any time in jail. My family has never experienced anything like this, as this is the first time anyone in the family has been incarcerated. It has been a devastating blow. Now, we just hope to have the chance to spend his remaining years with him.

I thank you for taking the time to read my letter.


Sincerely.

Beverly Dvorkin

June 1, 2014

Dear Judge Chang,

Thank you for considering this message from me, Ellen Shapiro.  I am a lifelong resident of Chicago.  While always working as an independent contractor in business development, I've been adjunct faculty in the Department of Marketing (now Business and Entrepreneurship) at Columbia College Chicago.  My current work is the development of a comprehensive project about positive choices for Chicago children.  I've lead a consortium of Chicago companies, all agreeing that doing good things is good business.  We created/nurtured a fine relationship with various Chicago Police Department districts, and continue to deploy positive relationship building content toward the goal of positive change in Chicago, supporting the relationships between children, police and educators.  In testing we have reached 14,500+, and begin a phased implementation this month.

It can be said that many of the constructive insights and skills I have were learned through my relationship with Dan Dvorkin.  I've known Dan nearly 50 years.  He married my Mother's cousin.  I was a bridesmaid in their wedding.

I am now 60.  Looking back, first meeting Dan when I was about 14; I have had an ongoing conversation with him, listening, learning, and getting positive feedback on how I ultimately shaped my career path.
He was always there to listen and discuss concepts of value creation and understanding positive aspects of business collaborations.

Dan is a caring man, with immediate and extended family as his priority.  He has always paid attention to and tried to be supportive of the needs of all.  He has continued to be supportive of the cultural interests of the Chicagoland Jewish community, with ongoing charitable contributions to an array of Jewish organizations including Yivo, and a Jewish book repository on the East Coast.

Thank you for your consideration of Dan Dvorkin, a caring, generous, supportive member of our family.

Sincerely

*Ellen Shapiro*

Ellen Shapiro

To: Honorable Edmond E Chang

Re: Daniel G. Dvorkin

Dear Judge Chang:

My name is Ellen Rhodes and I am writing this letter in the hope that the court may kindly consider its content at the upcoming sentencing hearing of my father, Daniel G. Dvorkin. I am a real estate broker and mother of two daughters residing in Aurora, Illinois. I am writing this letter to ask for mercy for my father.

While the reason I am writing this letter causes me great difficulty, it is easy for me to write a letter talking about my father's character. That is because my father has not only taken care of me, but because he has been my mentor, confidante and business partner for many years. My father's willingness to share his life experiences and business knowledge with me has had a wonderfully positive result on my life and the lives of my family members. With his patient guidance and desire to teach me his knowledge of the real estate industry, I have been able to earn an income and provide my daughters with a secure future like my father did for me.

Many years ago my father welcomed me as a business partner when he could have easily found someone with a greater depth of business acumen. I know that he did this so that he could make sure that I had a career and the ability to support myself. He closely watched over my personal and professional growth and was always the first to point out possible pitfalls and opportunities in the same gentle, non-threatening and guiding manner.

While I am aware of the gravity of his offense, I am still quite certain that my father is the same loving, kind, and gentle man that has guided me throughout my life. I believe with my whole heart that this conduct is completely out of character for him. I am so grateful for his boundless kindness and support of me and my family. I still see him as a role model for the way that I parent my daughters and will continue to learn from him in the future.

I appreciate the time you took to read my letter. It is with my deepest gratitude that I again ask you to show compassion for my father during his sentencing.

Respectfully

Ellen Rhodes

Law Offices
RAWSON, RAWSON & RAWSON, LTD.
1935 Shermer Road, Suite 250
Northbrook, Illinois 60062-5391

_____

(847) 564-9990
Fax (847) 564-9144

June 18, 2014

Honorable Edmond E Chang
United States District Court
Northern District of Illinois
219 South Dearborn St., Suite 1403
Chicago, Illinois 60604

Re:    United States of America vs. Daniel Dvorkin
       No.   12 CR 500

Of all the letters that I have drafted, I find this to be one of the most difficult. I started practicing law in 1974 by joining my father, Harvey M. Rawson, in his law practice. I primarily represented my father's land development company. My father died in 1975.The family business failed in the recession of 1981. My house went into foreclosure the following year.

When I met Daniel Dvorkin in 1983, I had just started a law practice on my own. Two African-American brothers, Bobby and Moses Faulkner, that had offices located in Harvey, Illinois, provided me with an office, office support, and a weekly pay check. Dan was my second client. He visited my office, met Bobby and Moses Falkner, and with knowledge of my working relationship with the Falkner brothers, Dan started giving me legal work.

In June 1985, after I was successful in a Preliminary Injunction hearing, Dan asked me why I had to go right back to the office. I told him about the foreclosure proceedings and that a Judgment of Foreclosure was about to be entered. My delinquency by then had grown to over $17,000.

Dan, without hesitation, offered to loan me the funds necessary to cure the delinquency. Regretfully, I had to refuse. The income from my law practice was not sufficient to resume making mortgage payments, let alone the additional payments that would be required on a second mortgage. I had a wife and two children.

Dan responded with another offer. He would give me enough legal work and referrals that I would not have to worry about making the mortgage payments. Dan's only other condition was that I join him for lunch. I accepted Dan's offer and Dan more than honored his commitment to me. Dan made it possible for me not only to practice law, but to practice law in the manner that I always had a passion for.

In 1993, I asked Dan to consider helping Bobby and Moses Falkner. They owned a Chrysler auto dealership and were attempting to purchase a Ford dealership , which also required a franchise from Toyota Motors to sell Toyota vehicles. The Falkner's were represented by their niece, Sherry Falkner, an attorney, who assisted with the application process for the Falkner's.   Toyota rejected the application.

36

Toyota claimed to have rejected the application due to seller to be owned $300,000 after the closing. I restructured the transaction making the Seller an investor instead of a creditor, but Toyota again rejected the application.

I then reviewed the matter with Dan. Dan offered to invest $300,000 in the new dealership and deposited $300,000 in an unrestricted account in Falkner's name. There were no strings attached. The purpose of the deposit was to determine if there was racial discrimination against the Falkner's.

Toyota again rejected Falkner's application. Dan's money was returned and the Falkner brothers filed a complaint against Toyota. Without an admission of guilt, Toyota settled the case for $1,800,000. Neither Dan nor I were compensated in any way. Again, Dan made a difference, with nothing in return.

Since that lunch I had with Dan in 1983 through the summer of 1995 I represented him, his family Trust and affiliated companies. I also became partners with Dan in several real estate developments. When we parted our ways (which was not due to anything that was Dan's fault), Dan was more than fair in the settlement negotiations. He could have taken advantage of his financial strength and my weakness, but he did not.

Over the years that I represented Dan, he acted with total honesty. The one incident that I will always remember is when I made a mistake in the sale of a property for Dan's family trust. Dan called me after the closing and told me that there was a $1,000 mistake in the tax proration. The Braeside Realty Trust was owed $1,000. After I confirmed the error, I told Dan that I would mail out a check to the Trust. Surprisingly, Dan offered to pay the $1,000. His thinking was that he was the managing agent for the property and that he should have caught my mistake. He said he could afford the $1,000 more than I could.

Throughout the years I often observed Dan helping people through hard times. Some were tenants that Dan helped by reducing rent. Some were contractors that Dan helped by using their services and referring their services to others.

In the case of Harold King, a 67-year-old HVAC contractor that suffered from the effects of childhood polio, Dan not only gave "Barney" work, but provided him with a helper when his memory started to fail. I remember Barney telling me one day how happy he was to be able to buy a new couch for his wife.

I cannot describe the pain that I felt upon reading of these proceedings and the depression that followed. For over twelve years I talked with Dan almost daily. He was more than a client. During all those years Dan conducted himself with integrity. He did so many good things that are contained in files that have long been closed and names forgotten. Nonetheless, I am confident that with more time, if it could make a difference, I could describe many more specific instances of Dan's good character and doings.

Please consider all the good that Dan has done with the bad. There is more to Daniel G. Dvorkin than what I saw in court at the trial. I only wish that I could do more than submit this letter.

Respectfully submitted,

Jerold S Rawson

**Congregation Etz Chaim**
of DuPage County

1710 South Highland Ave., Lombard, IL 60148
Phone (630) 627-3912
FAX (630) 627-9123

Rabbi Steven M. Bob
Rabbi Andrea J. Cosnowsky
Anne Stein
Director of Education

June 10, 2014

Dear Judge Chang,

My name is Andrea Cosnowsky and I have been the Associate Rabbi for the past nine years at Congregation Etz Chaim in Lombard, IL. I have been one of Dan Dvorkin's Rabbis and I wanted to share a few reflections about him:

When I arrived as a fresh, new Rabbi in Lombard, Dan and his wife Fran, welcomed me warmly and spent a lot of time allowing me to get to know them. Through the years, I experienced Dan as someone I could reach out to, in order to ask for support and guidance.

When our congregation needed a new roof, it was Dan who stepped in to give me advice on the best way to seek contracting bids. He helped guide our congregational leadership through the process of hiring a quality firm for a fair price. He contributed his knowledge and talents freely, asking nothing in return. Dan, in my experience, has always been generous with his time.

Also, Dan has also been extremely generous with his contribution to our congregation. When our Social Action committee was looking for a sponsor for our annual memorial candle, which honors those who perished in the Holocaust, Dan came forward and anonymously donated the money to make this program happen. He did this for many years. Also, many years ago, Dan sponsored the entire renovation of the entrance to our synagogue. When we needed Dan, he was there, with his quiet elegance, asking for no recognition of his efforts.

Finally, Dan and his wife Fran have been stalwarts of our community. He has maintained many rich and close friendships through the years. Dan has always been a source of support to his friends and communal family, and we have all felt the loss of his presence.

Thank you for your consideration,

Rabbi Andrea Cosnowsky

Rabbi Andrea Cosnowsky

**Frances Peshkin**
**838 Parkside Avenue**
**Elmhurst, IL 60126**

June 2, 2014

Jacqueline S. Jacobson
Monico & Spevack
20 South Clark Street, Suite 700
Chicago, IL  60603

Dear Ms. Jacobson:

This letter is on behalf of Daniel Dvorkin.  I have known Danny since 1972.
His wife, Fran, and I were active members in Farwest Chapter of ORT
(Organization for Rehabilitation through Training),  a non-profit for which
we helped to raise funds to support their schools. The Dvorkins have truly
been an inspiration to many of us in the non-profit world to try a little
harder, and we did.

Danny was always generous with his time, hospitality and friendship. Danny
and Fran frequently opened their home for meetings, encouraged the use of
their garage and yard for re-sales many times, and helped us to collect used
books for sale, and so on. Dan and Fran were always offering to work as
hard as the most enthusiastic among us.

In addition to their time and commitment, Dan and Fran donated large
amounts of money, more than we could ever hope to earn by holding garage
sales and book drives. This also prompted others within the group to give
substantially more.
It is my sincere hope that he is shown compassion at his sentencing.

Sincerely yours,

*Frances Peshkin*

Frances Peshkin

December 2, 2013

The Hon. Edmond E. Chang
Judge, United States District Court
Northern District of Illinois

Dear Judge Chang:

We are writing to you as longtime friends of Daniel Dvorkin and what he has meant to us as a knowledgeable person. My husband and I live in Oak Brook, IL after living in nearby Elmhurst for thirty-seven years. Carol is retired after working as a Special Education teacher in Mannheim School District 83 for many years. Larry is retired from Argonne National Laboratory after forty-some years working on nuclear energy. He is a Fellow Emeritus of the American Nuclear Society.

We have been friends with Daniel and his wife Fran for approximately forty years. During this time our families have been active members in our Temple, Congregation Etz Chaim of DuPage County. Our children are very close in age and we have celebrated many happy times together, such as Bar and Bat Mitzvahs and weddings. Our daughter, Cheryl, spent many overnights with Beverly at the Dvorkin's home. We have been together socially with the Dvorkins at least twice a month for many years. Activities we have enjoyed with them include bridge and other card games, swimming, dinners at good restaurants, many times chosen by Danny, and many social gatherings at the Dvorkins to which large numbers of their friends from all over the Chicago area were invited. Danny has always been generous in sharing not only his house but also his tickets to Chicago's professional sporting events with his friends and employees. Carol always feels welcome to just drop in at almost anytime for a casual visit with the Dvorkins.

Carol comes from a family where her father worked very hard to build his own business. Her Dad always enjoyed talking about the different aspects of his business, including how he went from essentially nothing to the largest operation in his trade in Rhode Island. When we first met Danny he also was working hard to keep some of his ventures afloat, similar to Carol's father. Danny worked very conscientiously to succeed not only for himself but also so his employees could maintain their jobs, people whose personal skills were not necessarily in high demand. During this time we watched Danny grow as a man, a caring individual, and a very knowledgeable businessman.

We offer two other points in Danny wanting to make an impact on our lives showing how he had grown in his own life and with increasing generosity. We have always felt that Danny would support our family emotionally and other ways in times of difficulty. One evening, we were out with the Dvorkins and Carol happened to mention that her doctor said she needed a medical test that she really didn't want to have. But Danny thought her problem might also be financial and he immediately asked if he could help us financially. Carol thanked Danny and said that wasn't necessary. But we always knew we could count on Danny if finances were indeed a problem. Another point of potential impact was when Carol and Larry were vacationing in Florida during the onset of Larry's Parkinson's Disease. He had talked with his doctor in Chicago that morning and had told her he didn't feel well. Because of his symptoms she thought he was having a stroke and he should get emergency aid, which we did. But he also wanted to get home ASAP if he was really sick. When Danny heard of our problem with changing plane reservations, he offered to send down one of his private planes to take us home at no cost to us. His generosity was not needed, however, because the airline had finally given us an earlier flight, although from another Florida city.

**40**

We knew Danny's parents and older sister fairly well. They were wonderful people who had raised a very caring son and brother. As his parent's and sister's health declined, Danny made certain that all their needs were met, not only financially but also emotionally as he continued to visit them often as he had done when they were in good health.

We hope this letter gives you an insight into the life of Daniel Dvorkin and its impact on ours and that of others of lesser means. Thank you for your consideration.

Sincerely,

Carol Neimark
Lawrence A. Neimark
2 Oak Brook Club Drive
Unit B 107
Oak Brook, Illinois 60523
630-941-7271
canlan@comcast.net

July 3, 2014

Dear Judge Edmond E. Chang,

My name is Carolyn Neiman, I currently live in Portland, OR, I do not have a job at the moment.

I have known Danny for 42 years. I met him through my mother who was friends with Fran through a charitable organization. Danny and Fran quickly became my friends. I attended the same Synagogue as Danny and family for more than twenty years. Over the years I have known Danny I have spent more and more time with him and Fran. We have enjoyed a long friendship together. His daughter, Bev, babysat my children, I worked for him as a fill in employee on a few occasions, my husband and son did contractual work for him and we have spent many social times together. The list of social occasions I have spent with him is extensive. We have shared anniversaries, birthdays, our childrens Bar/Bat Mitzvahs and weddings, our parents illnesses and deaths and our own illnesses. When my husband Stuart was diagnosed with prostate cancer Danny wanted to fly him to the Mao Clinic for another opinion and treatment. I was very moved by his deep concern for Stuart and wanting Stuart to have the best possible care. We have enjoyed dinners out, basketball games, baseball games, movies, plays and concerts together. It has always been a pleasure to see Danny enjoying his family and friends with their families. I think their 25th Wedding Anniversary is one of my favorite memories of times we spent with him. He was so proud to share it with family and friends and be able to have it at his parents home. It was an especially moving to see his joy watching Fran singing for all of us.

I have seen Danny grow his business from a small 2 person enterprise to a firm that had about 30 or more employees. I have seen Danny as a very competent business man and a loving family man. Danny has been conscience of his responsibility to his employees and their need to have a position in a company that cares about them.

Danny has always been generous to my husband and myself. He has been quick to invite us to be his guest at basketball games, baseball games, dinners, parties and as his house guest when we were in town visiting. He has always given our children generous gifts from the heart. I have felt Danny was not just a friend but family for many years.

Thank you for giving Danny consideration.

Sincerely,

Carolyn Neiman
cbn27@comcast.net
630-903-9578

June 24, 2014

Dear Judge Chang:

My name is Cheryl Beth Miller. I am 43 years old. I am writing this letter on behalf of Danny Dvorkin. I have known Danny for 37 years. I was in the Kindergarten class with his daughter Beverly at our Synagogue 37 years ago. Bev being me best friend since Kindergarten, I grew up in her house. She was my Maid of Honor at my Wedding. Danny and Fran aren't only friends they are family too.

I have so many wonderful memories from the Dvorkin Household. When I first started sleeping over their kitchen was so tiny and charming only one person could stand up at a time. The more successful Dan became the larger the kitchen grew. But, it always stayed the same welcoming and comforting place. As I write this letter, I remember that the Dvorkin house was the only house that I was ever allowed to sleepover at as a child. My parents are very over protective. But, the fact that they let me sleep at Dan and Fran's house says a lot for the trust my parents had in them.

Not only is Danny a self-made man who took great care of his family, but he also was one of the people that our community turned to for help and generosity. When our Temple had "projects" be it breaking ground or sheltering a Soviet Jew, Danny was the one that our Temple went to for help. Dan and his family are so generous. They have been so active with our Temple over the years. Danny was always right there with Fran at temple. When someone was out of work and needed a job, Danny not only employed them, but gave them back a sense of self and accomplishment. The most wonderful thing is when Danny helps someone out, he doesn't boast about it and he does it quietly. In the Jewish Religion there are different levels of giving, which has nothing to do with the amount of money we give. Danny follows these laws of giving or what is called Tzedakah.

A few years back, my Dad fell ill while he was traveling. I don't recall where he was, but Danny offered to send one of his planes to pick up my dad. It is wonderful to have friends like Danny. He is the kind of person that comes to your aid without the need to even ask.

To know Danny is to love Danny. Like my grandfather, Danny is from a different era. He is a self-made man that accomplished so much for himself and his family through sheer hard work. Now, sadly Danny has lost so much after so many years of hard work. I hope and pray that he is allowed to spend time again with his family. As a part of the community that Danny never hesitated to help, I am here to help Danny. I hope that I have done so.

Thank You,

*C. B eth miller*

Cheryl Beth Miller

43

June 19, 2014

Dear Honorable Judge Chang:

My name is Marguerite Micken. This letter is for Dan Dvorkin, whom I have known for over 30 years.

I am the advertising sales manager at E. A. MacKay Ent. , publisher of local newspapers, the *Lombardian* and the *Villa Park Review* where I also write a column, On The Beat. I am a past president of the Lombard Chamber of Commerce and Industry and presently serve on the Village of Lombard Standing committee for Tourism and Development.

I met Dan when our sons were Cub Scouts and played Little League baseball together. His wife Fran and I co-chaired the local Cub Scout troop. We were neighbors and soon become life-long family friends. During our many years as friends, I observed Dan to be a kind and generous person. He is always at the ready to offer support to friends and business associates in need. He is a loving husband and a terrific father. He has worked hard to provide his family with a very comfortable life. He is a man of strong faith and supports his Synagogue both spiritually and monetarily.

As a business developer and landlord in Lombard, Dan has been heavily involved in civic affairs and among those instrumental in the growth and prosperity of Lombard as a business community. I visit nearly every retail establishment in Lombard as I am working for the newspaper. Many of my visits bring me in contact with Dan's former tenants. As a landlord, Dan is very well thought of for his generosity and highly respected for his good business sense.

Most importantly to me however, is how Dan personally came to my need during a very difficult time in my life. When I divorced, my ex-husband left me a single mom with 2 children to support and very few resources. We had no family in the area that I could reach out to for support. Luckily for me, I was friends with Dan Dvorkin. Dan knew that I needed help and support and without any fanfare Dan helped me buy my condo and he and his wife lent me the money for the down payment. You can't imagine what this meant to me at the time and what it still means to me to this day. My children did not have to be uprooted and we were allowed to stay in our community. But Dan's help did not stop there. He was a good adult mentor to my children and employed my son during the summers. Finally, just about three years ago, I suffered from a heart incident and was rushed to the emergency room. The first people that I saw after coming out of intensive care were Dan and Fran. This was very comforting to me.

As you can see, it has been my extreme good fortune to befriend Dan and his family. I cherish Dan (and Fran) as among the finest people I have ever had the privilege to know. Dan is such a caring and good man. Please exercise leniency in sentencing him.

Sincerely yours,

Marguerite Micken
Marguerite Micken

Dear Judge Chang,

My name is Gheorghe Maftean and I'm writing to you on behalf of Dan Dvorkin. I worked for Dan as building engineer, taking care of 5 of the properties in or near downtown Chicago.

Dan has been a true blessing to me and my family. I've worked for him for 17 years, and in those years I've come to know and appreciate him.

It's the way he conducted the business that made a big impression on me from the beginning. He showed me kindness, and was fair to me, and to people that work with or for him. I have worked for other people in the past and at times had to wait 2-3 months to get paid, and many times never gotten compensated for the work done. Working for Dan I NEVER had to worry about that. I worked...I got paid, and for that I am forever grateful.

Dan is a generous man. I remember when tenants were behind on rent due to business being slow, he would be patient, understanding and gave them time to pay. Some of them would be as late as a year on their rent. That was something I've never heard or seen before.

Anyway, I will always remember Dan as a great business man, hardworking, fair and generous to me and anyone associated with him. He is a great husband, and father that would do anything for his children.


Respectfully yours,

Gheorghe Maftean

Honorable Edmond E. Chang

Judge United States District Court

219 S Dearborn

Chicago, IL 60604


Re: Daniel Dvorkin


Dear Judge Chang,

I appreciate your taking the time to read my letter of support for my friend of many years, Daniel Dvorkin. I have known his wife Francine, since our earliest years of High School, so naturally Dan became a part of our life at the beginning of both of our marriages.

I know that Dan was convicted of a serious crime. But knowing Dan like I do, in my heart I can only truly believe that Dan spoke out of anger and frustration and that he never intended to harm anyone. Over all of the years that I have known Dan, I have only ever seen him to be a devoted husband and a loving father. He has never been mean, cruel, or difficult with his family or friends.

Our families have spent a great deal of time together, and took several trips with our children, so I had quite a few opportunities to see him as a family man. When I think about Dan, I can picture him walking on the beach in Florida, with his daughter, Bev, the two of them holding hands, and just enjoying being together. I can picture him talking about his son. He took great pride in his son Aaron also, and bragged about him being a paratrooper, calling him a "five jump chump". He displayed the typical father's dilemma of being nervous and proud at the same time. And, I can picture the pure love and joy he had for Fran. He often bragged about how Fran was so smart and good at whatever she did.

This case has devastated the Dvorkin family. They are in complete disbelief and so very worried about Dan. I ask for mercy for Dan and that you allow him to return to his family as soon as possible. I would not be asking for mercy for Dan if I did not believe him to be a good person.


Yours Very Truly

Barbara Krupp

Barbara Krupp

**Dan Kim**
Chicago, Illinois

June 24, 2014

Dear Judge Chang:

My name is Dan Kim.    I have been living in the United States since 1983.
I was a foreign student at the beginning, now I am a husband and a father of two.
I have known **Daniel Dvorkin** for over **22 years.**

Mr. Dvorkin was my landlord for 3 years since 1991 when I had an interior design and construction company business office.    Mr. Dvorkin was a very friendly landlord and always respected me even though we had difficulty because of lack of my English speaking skill.

I will always appreciate Mr. Dvorkin's welcoming kindness to me.    He even offered me to work for his management company as a general contractor after he knew I had very hard time doing my own business.    I worked for Mr. Dvorkin (Dan Development Company) 19 years as full time general contractor until September, 2013.

For the 19 years, Mr. Dvorkin was a very reasonable and respectful employer. I had many problems with other customers and other management companies, but not with Mr. Dvorkin. He is a man who always tried to understand other people and to solve problems in a not hard or forceful way.

I spent lots of years with Mr. Dvorkin.    I can't really think of anything bad about him.    He is a friendly, generous, person. I think because of his kind personality, I was able to work for him a very long time and to write this letter for him.    Mr. Daniel Dvorkin is a good man.

Sincerely,

Dan Kim

47

November 12, 2013

To: Judge Edmond E. Chang

Judge Chang,

My name is Michael Karpik, I have been living for the past 31 years in the Village of Glenview, IL.

In my lifetime I have had two positions one was with Bigsby & Kruthers men's store as president of the company and my other career as a commercial real estate broker. At the present time due to health issues I have retired from the business community.

I have known Dan Dvorkin for about 35 years. He is married to my cousin Fran who is a wonderful charitable person.

Since the time I have known Dan he was always a trustworthy, kind and helpful man. On many occasions Dan was a mentor to me in regards in my career moves. When Bigsby & Kruthers went bankrupt in 2000, Dan called me and arranged a meeting with a real estate developer for employment for me.

During the meeting the developer informed us that he had no funds to pay a new employee. To my surprise Dan Dvorkin without discussing it with me just stood up and volunteered to pay my first year salary so I would get trained under this particular developer. I will never forget the kindness and generosity of Dan.

When I did get into the real estate business I have had the pleasure to represent some of Dan's properties that he developed. He was always a respectful developer and treated the brokers very well in the deal making process. I have spent many a lunch dates with Dan over the years discussing mostly my situations, and he always had an open mind and ear with great advise.

In the real estate community he was very well respected. On many occasions I have heard stories how Dan helped such and such to get started or how he helped to introduce the right people so they can accomplish a deal.

Dan is a man of great character and generosity and I miss his council as I know many others do also.

Jude Chang please have compassion for Dan for he is truly a good and righteous man and I miss him very much.

Thank you for your consideration.
Michael Karpik

3034 Mary Kay Lane

Glenview, IL 847-971-0745

# Kahntact USA, INC. since 1987
## Medical Education & Technology Institute

Honorable Edmond E. Chang

May 31, 2014

Dear Judge Chang,

My name is Gary A. Kahn. I live in Cook County, Illinois. Professionally, I am engaged in a healthcare distribution business which I founded in 1987, Kahntact USA, Inc. which currently is headquartered in Hillside, Illinois. In addition I own and have owned residential income property since 1978 in the city of Chicago.

In 1985, I first met Dan Dvorkin. Dan was introduced to me at a time when my children were first born and my wife and I were looking to find a suitable house of worship together. Dan was warm and friendly. He was an active contributor to the congregation and a friendly acquaintance. I also had met Mrs. Dvorkin who was also active in the congregation.

In 1997 I became a member of a social bridge group and subsequently was invited by Dan to participate in his Monday night men's bridge group in 1998. I found Dan to be hospitable, intelligent, and a good sport. Over the years I met many of his friends, colleagues and family. Dan was interested in others and showed deep understanding of those people in his life. Through the ups and downs of my personal and professional life he was encouraging, positive and realistic.

When needing advice Dan had name of a specialist in every field. The winters were especially brutal and roof leakage issues arose in 2000, Dan referred Daniel Lopez to attend to a building's need. His recommendation could not have been better and Mr. Lopez is still the reliable source for me to this day. This is only one example of Dan's ability to share concern, knowledge and friends.

Sincerely,

Gary A. Kahn

**Talia Israeli**
**6 Hamelitz St.**
**Tel Aviv 63295**
**ISRAEL**

July 2nd 2014

The Honorable Edmond E. Chang:

My name is Talia Israeli. I was born in Israel in 1956 and I live in Tel Aviv. This letter is for
Dan Dvorkin. His wife, Fran, is my late father's first cousin. I got to know Dan as a
wonderful human being, kind, honest, warm hearted and unusually generous to me as well to
his nephews.

My father lost almost all his family in the Holocaust. The only cousin who survived moved to
the states during World War II. When I was nearly 10 years old my father renewed his
relationship with his cousin (Fran's mother). With most of his family decimated during the
Holocaust, you can understand that family was very important to my father and to me.

As an adult, I got acquainted with Fran and Dan when they came for a visit in Israel in the
early eighties. From the beginning, we formed a very close and warm relationship. It was
easy, because Dan was a warm and loving uncle to me. My relationship with Dan tightened
during the years, both during his visits to Israel and when I went to see them in the United
States. Even though Dan was my uncle through marriage, he treated me like a blood relative.
From time to time, when he read about events in Israel that worried him, Dan used to call me
and check up on me.

Dan's generosity in the family is well known. But, I had a personal experience with Dan's
generosity and kindness that helped me a great deal. After my mother passed away in 2005,
I could not afford to come to the United States. I had been through a quite a tough year,
financially, emotionally and physically. Dan, without me even asking, bought me a flight
ticket to Chicago. He also gave me spending money so I could visit New York during my
time in the states. This meant so much to me, especially at such a difficult and lonely time in
my life.

When in Chicago, I always spent a lot of time with Dan at his office. I attended some lunch
meetings with his colleagues and saw how he was with his employees. It is obvious to me
that Dan is a loved and well respected person in the real estate community. The time I spent
with Dan in Chicago, revealed to me that he is a very hard working, straight forward, and
honest business man. Most importantly, Dan is a family man, who is devoted to his wife,
children, and to all of his family members. I am very grateful to have a man like Dan
Dvorkin in my family and in my life.

Respectfully yours,

Talia Israeli
Talia Israeli



## ROTARY INTERNATIONAL

*Peace Through Service*

9384 Home Circle
Des Plaines, IL 60016

*Engage Rotarians*

Phone (847) 297-6024
Email: gov.mike@rotary6440.org

### MIKE YESNER
DISTRICT GOVERNOR 2012 - 2013
DISTRICT 6440

May 29, 2014

Honorable Edmond E Chang
Judge, United States District Court
Suite 1486
219 S. Dearborn
Chicago, IL 60604

Re: Daniel Dvorkin

Dear Judge Chang:

My name is Mike Yesner. This letter is for my close friend, Dan Dvorkin. I was a character witness at Dan's trial. I've known Dan for more than 40 years. My testimony at trial was limited by the lawyers to Dan's excellent reputation for peacefulness. But, there is so much more that I wish I could have said about Dan. Dan is a good man and that the conduct he was convicted of in this case is in contrast to the way that he has lived his life as long as I have known him (more than 40 years).

Dan is a dedicated family man, an astute businessman, an incredible friend, and an important member of the community. He is a self-made man who worked very hard to give his children an excellent life. As I got to know Dan over the years, I observed that doing good and helping others is a part of Dan's personality. Nothing makes Dan happier than knowing that he has helped someone in their career or their life. I've met many people he gave their first break in the real estate business. Chances are you've heard from some of them with their individual stories.

Dan is also an excellent employer. I could tell by the way he talked about his employees over the years that he cared about each and every one of them. From time to time I've done consulting for his firm, and every employee I met indicated they were treated well. Perhaps the best evidence of that is the extremely low turnover at his firm.

Even during the tough economic recent times, Dan was a caring landlord. He renegotiated leases in terms more favorable to the tenants, or waived rents, rather than put people out of business.

I have always known him to be deeply involved with his synagogue and community issues. In addition to his time and effort, Dan has made large charitable donations to many important organizations. I can't estimate the total value of his donations, but I do know he made a $1,000,000 contribution in memory of his wife's parents. And, sadly, my friend is a prostate cancer survivor who is not in the best of health.

The reason that I continue to support Dan, despite the conviction, is that I believe that Dan is a good person at his core and that if given the opportunity he will continue to have a positive impact on his family and the community. You have the power to determine how my friend spends some, most, or all of the rest of his life. I appeal to your sense of mercy and humbly ask for lenience in sentencing my dear friend.

Very truly yours,

Mike Yesner

Judge Edmond E. Chang
United States District Court
Northern District of Illinois
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

17 June 2014

Dear Judge Chang,

I write to tell you what I know, first-hand, about Dan Dvorkin.

In September, 1975, my wife and I moved from Philadelphia to Naperville, Illinois so that I could begin working for Argonne National Laboratory where I have since worked as a senior Energy Systems Scientist. After almost a year, we purchased a house in Downers Grove where we have lived since August 1976.

A year or two after our daughter was born (22 November, 1977) we joined Congregation Etz Chaim, a synagogue in Lombard, Illinois. There we began to meet people whom we did not know from either work or our immediate neighborhood. Fortunately, these acquaintances ware happy ones and I became active in the life of the Congregation. By the early 1980s, I was a Vice-President of the Congregation and so met Dan Dvorkin in what proved to be characteristic circumstances. Dan was offering to do something for the Congregation. Though I don't remember the issue, I believe he proposed to take on a task that his experience developing buildings and real estate prepared him for far better than anyone else at that Board Meeting. I took away an impression of competence and willingness to work for the community. Indeed, that impression was confirmed again and again in the following years.

Fortunately, in those same years, Dan and I began to talk with each other about everyday matters beside synagogue business and so we had occasional opportunities to enjoy each other's company. I began to see that Danny's public generosity was matched by his private acts of kindness, ones that included his willingness to exert himself on others' behalf. One night while I was on a business trip, my wife called saying that she had driven off the road and into a snow drift where her car had become stuck but, she told me not to worry. She was calling from the Dvorkins'. Dan had come to get her. And not content to just say "hop in", Dan had busied himself with trying to dig the car out of the snow until my wife insisted on calling AAA. In so matters, I'm not aware of any change with time. Indeed, years later, when I wanted an expert opinion on the possibility of adding a deck to my house, I mentioned my wish to Dan. He was quick to volunteer the advisory services of an architect who worked for him. Dan continues to be generous to his friends and caring of his family. Indeed, all this is plain on July 4 when friends and family enjoy each other's company at the Dvorkins' while Dan tends the grill, cooking for all. I can also say that he continues to support the synagogue community with both his

page 2 of letter, dated 17 June 2014, to Judge Edmond E. Chang

expertise and donations, usually anonymous or with very little public notice. If there has been any change, it has been that Dan has gotten mellower. He was always an acute observer of the people around him and he remains so but in recent years, I noticed a greater emphasis on "live and let live" or "this too shall pass". We are older than we were 30 years ago.

I understand that the examples that come to mind are ordinary and not heroic, but in my mind, they and other of Dan's "ordinary acts" have added up. So that, I think of him as a stand-up guy of whom there are too few.

Respectfully yours,

Alan M. Wolsky
5461 Hillcrest Ave.
Downers Grove, IL 60515
Landline +1 (630) 963-0627
Mobile    +1 (630) 802-0215



# BELMONT BANK & TRUST

May 27, 2014

Honorable Edmond E. Chang
United States District Court
Northern District of Illinois
Chicago, IL

Re: Mr. Daniel G. Dvorkin

Dear Judge Chang:

My name is Jose O. Torres and I am a Senior Vice President at Belmont Bank & Trust. I have known Mr. Daniel G. Dvorkin personally and professionally for most of my 34-year career. Since 1992, I have worked closely with Dan in facilitating financing for many of his real estate holdings.

During the past 22 years, I have come to respect and admire Dan's business acumen and consistent approach to closing business deals. His talent for bringing opposing parties together to find the best possible outcome could only be achieved through hardwork and honest dialogue. Most of Dan's staff has spent a significant portion of their working lives with him, which is an important indicator of character to a lending institution. I stand ready to continue our business relationship and support Dan's business ventures and his character as an individual.

Sincerely,

Jose O. Torres
Senior Vice President
8250 West Belmont Avenue
Chicago, IL 60634
Direct: (773) 413-1941
Fax: (773) 413-1960
jtorres@belmontbanktrust.com
www.belmontbanktrust.com



1045 West Lawrence
Chicago, Illinois 60640
773.989-8100

**James Stoller**
Direct Line: 773.290-1440
Jim@BuildingGroup.com
www.BuildingGroup.com

June 6, 2014

Honorable Edmond E. Chang

    Re: Dan Dvorkin

Dear Judge Chang,

I first met Dan Dvorkin 40 years ago when I was 18 years old. My parents moved in to a building where Dan's parents lived. I was attending architectural school at the University of Illinois and our parents thought we would have common interests since Dan was involved in construction and development.

Over the past forty years I have come to know, work and respect Dan. Initially we would talk about construction issues and development. We would discuss projects Dan was developing and I would tell him about school, and then projects I was helping design as a young architect. Dan acted as a mentor and friend. In 1990 he asked me to help with a project he was buying and rehabbing in Chicago, where I would contribute my design and technical expertise in exchange for a percentage of ownership.

After the success of our first project, Dan and I went on to work together on a number of developments. Dan has always treated me, vendors and tenants honestly, fairly and with respect.

Twenty years ago I started my own real estate company. Dan was very supportive. He gave me advice on how to set up the company and recommendations on consultants. We often met for lunch, with Dan driving into the City from his office in the Western Suburbs. I found his support very helpful, especially through the company's first few years when the going was tough. During this period, Dan purchased a small office complex in the North West Suburbs. He offered me the leasing assignment, since he knew I needed the cash, even though he could have handled it through his own firm.

Dan Dvorkin is a tough but fair business person. A good negotiator, he strives to make deals that benefit all parties and close the deal. Often we would explore options that initially made no sense to me, than I would come to understand Dan's thinking. He would want to examine and understand all options and then make a decision — something that I initially found frustrating but later learned was one of the keys to his success.

I miss Dan and sincerely hope to have him back soon as a friend and mentor.

Sincerely,

The BuildingGroup, Inc.

Jim Stoller
President

**55**

4137 Chester Drive
Glenview, IL 60026
November 1, 2013

The Honorable Edmond E. Chang, Judge
United States District Court
Northern District of Illinois
Chicago, IL

Dear Judge Chang:

I am writing this letter asking for leniency for Mr. Daniel Dvorkin.
My name is Warren Colman; I reside at 4137 Chester Drive,
Glenview, IL 60026 and am president of a company that produces
educational videos.

My wife and I have known Dan for more than 45 years, having been
in a bridge group with him and his wife during that time. In addition,
we have socialized with Dan and his wife for much of that time.

Mr. Dvorkin kindly gave my company assignments for producing
newspaper ads when I first started out, although I had no practical
experience in print advertising. In addition, he had my firm design
and build a showroom, although again, I had no experience doing so.
He was helpful in my establishing a healthy cash flow for my new
enterprise and I will always be grateful for his helping hand.

I believe Dan to be an excellent father. I know he helped his
daughter Beverly establish and maintain her bookstore; he helped his
son Aaron with his businesses and it is my understanding that Dan
has been training Aaron to take over his business when he retires.

Thank you very much for your consideration.

Sincerely,

Warren Colman
847-510-0220
warrencolman@gmail.com

# *LiFonti Insurance Services, Ltd.*

### *We Aim For Excellence In Marketing Your Business*

## Commercial - Health - Life - Home - Auto

December 2, 2013

Judge Edmund E. Chang
C/O    Betsy Wilson
       Sentencing Advocacy Group of Evanston
       1603 Orrington, Suite 800
       Evanston, IL 60201

RE:    Daniel Dvorkin

Dear Judge Edmund E. Chang,

My name is Tony LiFonti and I live in Lombard, Illinois and have since 1982.

I have known Dan Dvorkin as the Landlord for my business as LiFonti Insurance Services Ltd for the last 20 years, and we live a couple blocks from each other.

In the last 20 years, I have found him to be honest and open in his dealings with our company. We have never had any situation arise that wasn't handled efficiently and effectively. He has responded to all of our requests for repairs within 24 hours, when they could be done. He has always sent his maintenance people out immediately with an explanation to listen to our concern and when possible a quick solution.

For example, in 2013 prior to moving into our new space, we notified Mr. Dvorkin of some leaking into our unit. Within less than 3 days, he had sent his maintenance crew to assess the problem and hired a roofer to repair the damages. When our air conditioning and heat went our, he purchased and had a new HVAC unit over a one week period.

I have known Dan as a friend who I could count on for his generous advice and guidance.

I have never known this man to be in any trouble with or come close to having any trouble with law enforcement in the twenty years I have known him.

He has a wonderful wife, son and daughter, who have always shown respect and love for Mr. Dvorkin, and would be greatly affected if he is away.

I ask that you consider this letter and show compassion in sentencing Dan to anything more than time served.

Yours very truly,

Tony LiFonti

2 East 22nd Street—Suite 317—Lombard, Illinois 60148
**630-268-8200—Fax 630-268-8222**
**www.LiFontiInsurance.com**

57

To:  The Honorable Judge Edmond E. Chang

c/o Ms. Betsy Wilson, Sentencing Advocacy Group, 1603 Orrington, Suite 800, Evanston, IL  60201

Dear Judge Chang:

I am Stuart I. Neiman, a resident of the State of Illinois, presently working as a military contractor for the USAF in Tucson, Arizona conducting groundwater remediation for the entire City of Tucson, Arizona.  I am a licensed Professional Geologist in the State of Illinois since 1996 and am also a Registered Professional Geologist in the State of Indiana since 1984.   I have also served as a military contractor to both the US Army and USAF at OCONUS facilities in Asia in charge of the ISO 14001:2005 protocols (Environmental Management Systems), Hazardous Materials and Waste Management Programs, and the Environmental Enterprise, Safety, and Occupational Health Management Information System database (EESOH-MIS).  I am also a Certified Lead Auditor for EMS having been trained and licensed by the US Air Force Institute of Technology.

I have known and been a friend to Mr. Daniel Dvorkin for more than 30 years having met him at a function sponsored by our wives' group in 1981.  At that time, I was just starting my professional career and was working in the Deep Tunnel Project in Chicago in the Aquifer Protection and the associated Geological Mapping Programs for several portions of the Tunnel throughout Cook County. At that time, Mr. Dvorkin was working as a President of a real estate management firm in Glen Ellyn, IL.  Since that time, our families have shared many life accomplishments for our children and our wives.  We have spent many holidays together and we have spent many times going to plays, concerts, religious functions and sporting events.  Even my deceased mother-in-law knew both Mr. and Mrs. Dvorkin since 1971 when she moved to Wheaton, IL and spent time with them.

From my own personal knowledge, I know of several incidents where Mr. Dvorkin has shown remarkable charity and benevolence on both individuals and institutions.  As an example, Mr. Dvorkin was instrumental in helping me establish my own private practice providing environmental consulting services to other real estate companies, attorneys, banking and other financial institutions.  For a young environmental consultant this provided me the stimulus that I needed to make a living for my family and establish me as the environmental consultant of choice for many of my original private clients.  I believe that Mr. Dvorkin was responsible for providing me at least $300,000 worth of work in the first ten years as a private consultant as a result of his actions and recommendations on my behalf.   I have responded in kind by providing Mr. Dvorkin with outstanding environmental consulting for his and his associates' real estate projects.

I hope by providing this letter to you, you will take into account Mr. Dvorkin's kindness and generosity on my and my family's behalf.  Mr. Dvorkin, his staff, and I worked on many charitable projects providing environmental consulting, construction specialties, and management knowledge.  One of these projects was the expansion of our house of worship in Lombard, IL.  My staff  and I provided the services necessary for sampling of building materials within and outside of the former residence that was to be torn down.  In turn, Mr. Dvorkin paid for the analyses of the building materials as required by Illinois law.  Fortunately, none of the building materials were found to contain hazardous materials in concentrations exceeding those established by Illinois Administrative Code regulations and the home was demolished.   I was later informed that the major portion of the demolition was paid for and managed by Mr. Dvorkin and his staff at his real estate firm.  I estimate that Mr. Dvorkin's charity contribution to this project exceeded $65,000.  By providing these services through his kindness, and charity, Mr. Dvorkin made it possible for our religious school to expand and provide a safe environment for education for many children.

Thank you for your consideration on behalf of Mr. Dvorkin during this unfortunate incident in his life.  Please consider this letter on his and his family's behalf.

Respectfully Submitted,

Stuart I. Neiman, LPG
Senior Geologist/Environmental Scientist
Air Force Plant 44
Tucson, AZ
520-794-1806 (work)
630-903-9656 (mobile)

# TRUEMPER, TITINER & BROUCH, Limited                ATTORNEYS AT LAW

**ATTORNEYS:**
STEVEN D. TITINER
ROBERT F. BROUCH


WILLIAM J. TRUEMPER
Of Counsel

November 6, 2013

Judge Edmond E. Chang
Dirksen Federal Building
Chicago, Il 60606

   RE: Daniel Dvorkin

Dear Judge Chang:

  My name is Steven Titiner and I am an attorney at law residing at 2410 Chandler Court Aurora, Illinois 60502.

  I have known Dan Dvorkin for approximately fifteen years.  Our relationship began professionally, when I assisted Mr. Dvorkin and his company with regard to a zoning matter in the City of Aurora.  Shortly thereafter my wife, three children and I joined Congregation Etz Chaim in Lombard, Illinois.  Mr. Dvorkin and his wife Fran and children have been members of the congregation for many years.  Through our joint membership, I began to interact with Dan on a regular basis in non-business settings.  I have been to his house.  He and his wife attended the Bar and Bat Mitzvahs of all three of my children.  Dan and I have regularly enjoyed meals together and we have attended numerous sporting events together.

  As the years progressed, I began to perform more work for the LLCs and corporations owned and managed by Mr. Dvorkin.  Not a business day has gone by in many years where I did not speak with Mr. Dvorkin or act on his behalf in regard to his business interests.

  I would like to share with you something important to me that personifies Dan Dvorkin. About five years ago my mother and father were having serious financial difficulties with regard to the carpet and flooring stores owned by my father and managed by my brother, Gary Titiner.  My father was in desperate need of capital and was unable to obtain monies from any banks, even those that he had been dealing with for many years.  My father was in a desperate position, because payroll was due and owing to the installers and sales personal.  My father and I contacted Dan to seek assistance.  My father and Dan have been friends for many years dating back to when my family and I joined the Lombard synagogue, since my parents also joined the synagogue at the same time. My father and Dan are close in age and have many similar interests and have become good friends.  They talk regularly and have shared meals on many occasions.

FARNSWORTH COMMONS · 1700 NORTH FARNSWORTH AVENUE · AURORA · ILLINOIS · 60505
TELEPHONE - 630/701-1200 · FAX - 630/820-8582
SENDER'S E-MAIL - steve@ttandblaw.com

60

At the time of the financial problem that my dad was dealing with, he specifically asked Dan for a loan in the amount of $100,000.00. Dan had absolutely no reason to agree to such a request. Furthermore, he understood my father's financial situation and knew that it was possible that the loan might not be repaid if my father ended up in bankruptcy. Nevertheless, with just a Promissory Note and no security, Dan lent my father $100,000.00. My father had a very difficult time paying the money back. However, over a period of time, much longer than the original note provided for, my father paid back every dollar he borrowed from Dan. Dan never asked for interest , never got angry with my father for not paying the money back more promptly and allowed my father to retain his dignity as he worked to satisfy this obligation.

I consider Dan Dvorkin a friend first and foremost. Our business relationship has been important to me, but his friendship is much more important. I like Dan and I believe in Dan and I believe that he is a good person. I request that you take this information to heart and thank you for your consideration.

Sincerely,

Steven D. Titiner

FARNSWORTH COMMONS · 1700 NORTH FARNSWORTH AVENUE · AURORA · ILLINOIS · 60505
TELEPHONE - 630/701-1200 · FAX - 630/820-8582
SENDER'S E-MAIL - steve@ttandblaw.com

61

**Marilyn and Sy Golden**
**4953 W. Oakton St- Unit 605**
**Skokie, IL 60077**

Judge Edmond E. Chang                                    November 7, 2013
Chicago, IL

Your Honor,

My name is Simon Golden, the brother of Dan Dvorkin's wife, Fran. I'm a retired Civil Engineer. I have known Dan for over 45 years. With Fran Dvorkin being my only sibling, my wife, children and I have spent many occasions and family time together. My wife and I have spent a number of vacations together with the Dvorkins, on occasion actually being helped financially by them so that we could travel together and enjoy each other's company. He has been treating us for years on our birthday and wedding anniversary celebrations. Over the years I have seen Dan grow into a mature businessman who is concerned with the welfare of our family, friends and community. In addition to being a relative, he is also a friend.

Several years ago I had made arrangements to spend some time in Florida during the winter. In the meantime I was diagnosed with cancer and started chemotherapy. My physician told me I could not fly on a commercial airline flight with my immune system totally suppressed. When Dan found out about this, he immediately told me not to change any plans because he would fly me and my wife down on a charter private plane, which he did at his expense. This was a gift that really made a big difference in my life at the time because I could continue my treatments in a much more benevolent environment.

A number of years ago, we needed a bridge loan as we were moving from one house to another. Dan realized that we would need this money, and he then told us not to go to a bank because he would provide the loan amount at no cost to us.

I've always been thankful to Dan about his treatment of my mother. Not only did he treat her with obvious kindness and affection, but he made sure that he managed her money so that as a widow she would have a steady source of adequate income. Our two sons are in frequent contact with their uncle who gives them advice and keeps up with their families' events.

For quite a few years now, Dan's home has become the center of our family's gatherings. My wife and I have also attended many events where Dan and Fran entertain their many friends. He obviously enjoys sharing his good fortune with family and friends.

Dan is close to his children. He has taken in and mentored his son in his business. He has assisted and advised his daughter in her successful independent bookstore. He is also a devoted husband who takes great pride in his wife's accomplishments as a volunteer tutor in the nearby school system and her work in their synagogue as a past officer and long time choir member.

Thank you for your consideration,

Simon B. Golden
Email: SyGo100@aol.com

November 12, 2013

Honorable Judge Edmond E. Chang,

My name is Loran Eatman and I live in Lombard, IL. I work in the Commercial Real Estate Industry.

I first met Daniel Dvorkin in the mid 1990's through my involvement at our Temple, Congregation Etz Chaim in Lombard. I served on the building committee with Mr. Dvorkin. I later became the President of the Congregation and during my term we embarked on a building renovation and expansion project. Mr. Dvorkin was a resource for advice due to his experience as a builder. Mr. Dvorkin also came to the aid of the Congregation by providing a storage facility at no cost for the Temple to use during construction. He was always willing to help with both his expertise and generosity which included considerable financial help to bring our project to completion.

Our involvement together on this project led to a mutual respect that turned in to an employment opportunity for me a few years later. Mr. Dvorkin afforded me an opportunity with his company and took me under his wing teaching me his knowledge of commercial real estate. He empowered me to oversee many of the functions of the company as he trusted me to do a good job with positive results. With Mr. Dvorkins' help I have become very astute in my field. He was also extremely supportive when I had a health issue a few years ago. He allowed me to maintain a flexible schedule in order for me to accommodate my rehabilitation schedule. Mr. Dvorkin was very supportive of me and my family during the many life cycle events that have occurred while I have worked for his company.

Thank you for your consideration.

Sincerely,

Loran Eatman
630-606-5005

*Jacob Morowitz*

(312)408-9440

141 West Jackson Boulevard
Suite 1910A
Chicago, IL 60604

Dear Judge Edmond E. Chang,

I write this letter with the hope that it will have a positive impact on your decision with regard to the sentencing of Daniel Dvorkin.

My name is Jacob Morowitz. I have been a member of the Chicago Board of Trade for 40 years, serving on countless committees, including 6 years as Chairman of our Floor Governors Committee. I am a past Chairman of the Chicago/Greater Midwest Chapter of the Anti-Defamation League and continue to serve on its National Commission. I am Chair of the Forward Association, a not-for-profit that publishes a weekly newspaper in English and Yiddish, distributed worldwide. I am on the Board and Executive Committee of the YIVO Institute for Jewish Research – the largest archive and library of Eastern European Jewish material in the world. Most importantly, for this letter, I am President of the Chicago YIVO Society, an all-volunteer local organization that offers over 20 free programs each year to the greater Chicagoland community on Jewish and Yiddish music and culture.

I have known Dan since his marriage to his wife, Fran. Fran's parents and mine, both immigrants to America after surviving WWII in Europe, were good friends. Our lives soon separated – Dan and Fran to family and the Western suburbs – mine to work and the Northern suburbs.

While they have been continual financial supporters of YIVO, it was not until a number of years ago that they had the time to devote themselves as volunteers.

Dan attends many of our meetings and functions, contributes his advice and wisdom, and happily schleps south to Flossmoor or north to Skokie to help in any way. He has also become our "chauffeur" - bringing visiting lecturers to and from their hotels and the airport.

He helped organize a YIVO event at his synagogue in Lombard and graciously opened his home to our members after the event. He also helped organize a music and pizza event in Evanston in an effort to attract younger people to our heritage.

Dan is warm, friendly, giving and committed to his community.

I hope that these comments will be of some benefit as your make your determination.

*Jacob Morowitz*

November 11, 2013

Judge Edmond E. Chang

Dear Judge Chang:

My husband, Warren Silver, and I live in Morton Grove. He is a retired Co-Managing Editor at Worldbook Encyclopedia and I am a retired teacher.

We have been friends with Dan Dvorkin and his wife, Fran, for over 40 years. We have played bridge monthly with them and other couples at each other's homes for these 40 years. Dan and Fran have also invited us to parties at their home several times a year, and to special family occasions throughout all these years. We have also invited them to our special occasions.

Dan has at all times been kind and considerate to us. At his home, he has always put himself out to make sure that his guests are comfortable and enjoying themselves.

We have seen him be a loving and devoted husband to Fran, and father to his children, Beverly and Aaron, at all times throughout these years. He helped his daughter, Beverly, to open a bookstore and continued helping her to make her bookstore successful. He also helped his son, Aaron, to start a business and continued helping him.

We have found Dan to be a very kind person.

Thank you for your consideration of our letter.

Sincerely yours,

Bonnie Silver

847-965-7516

66

November 4, 2013

Honorable Judge Edmond E. Chang

My name is Barry Milowitz and I am a distant cousin of Daniel Dvorkin. I live in Tarrytown, New York in Westchester County and I am a Registered Architect and real estate developer.

Dan and I have known each other for approximately 40 years. About 20 years ago, I found an office building that I wanted to purchase here in New York, but not having much experience, I called Dan for advice. He flew to New York, met with me, explained the details of real estate development and we subsequently purchased the building. I did not have the cash for the purchase, so Dan actually GAVE me 20 percent of the ownership of the building for finding the property and then managing it.

Six months later, we sold the building for a nice profit and through Dan's connections in the Chicago real estate community, we did a "1031 tax-free exchange" and again, Dan explained how and why to do this type of purchase. We then purchased another building – this time in Chicago where again, Dan GAVE me 20 percent outright ownership for no monetary investment on my part.

His generosity is overwhelming and has enabled me to benefit financially in the amount of almost $800,000 – with no out of pocket investment from me. I had the architectural and construction knowledge, but he gave of his time and taught me the development side of real estate.

I have also witnessed his generosity with other partners that we had in our real estate investment. When one of the partners (Bruce Teitelbaum) was in financial difficulty, Dan came to his rescue by lending him a substantial amount of money that unfortunately was never returned due to Mr. Teitelbaum's difficulties.

Over the 20 year period that I have been associated with Dan in real estate, he has repeatedly helped me when needed, sharing with me his time, insights, experiences and knowledge as well as helping our other partners which I believe is a testament to his character as a good, upstanding person, and I would be pleased to speak to you further about Dan should you wish. My telephone number is: 914-263-8870 and/or email is: barry@ milowitz.com. I can be reached at anytime.

Thank you for your consideration,

E. Milowitz