**Table 104. Expectation of Life at Birth, 1970 to 2008, and Projections, 2010 to 2020**

[In years. Excludes deaths of nonresidents of the United States. See Appendix III]

| Year | Total | | | White | | | Black | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total | Male | Female | Total | Male | Female | Total | Male | Female |
| 1970.......... | 70.8 | 67.1 | 74.7 | 71.7 | 68.0 | 75.6 | 64.1 | 60.0 | 68.3 |
| 1980.......... | 73.7 | 70.0 | 77.4 | 74.4 | 70.7 | 78.1 | 68.1 | 63.8 | 72.5 |
| 1981.......... | 74.1 | 70.4 | 77.8 | 74.8 | 71.1 | 78.4 | 68.9 | 64.5 | 73.2 |
| 1982.......... | 74.5 | 70.8 | 78.1 | 75.1 | 71.5 | 78.7 | 69.4 | 65.1 | 73.6 |
| 1983.......... | 74.6 | 71.0 | 78.1 | 75.2 | 71.6 | 78.7 | 69.4 | 65.2 | 73.5 |
| 1984.......... | 74.7 | 71.1 | 78.2 | 75.3 | 71.8 | 78.7 | 69.5 | 65.3 | 73.6 |
| 1985.......... | 74.7 | 71.1 | 78.2 | 75.3 | 71.8 | 78.7 | 69.3 | 65.0 | 73.4 |
| 1986.......... | 74.7 | 71.2 | 78.2 | 75.4 | 71.9 | 78.8 | 69.1 | 64.8 | 73.4 |
| 1987.......... | 74.9 | 71.4 | 78.3 | 75.6 | 72.1 | 78.9 | 69.1 | 64.7 | 73.4 |
| 1988.......... | 74.9 | 71.4 | 78.3 | 75.6 | 72.2 | 78.9 | 68.9 | 64.4 | 73.2 |
| 1989.......... | 75.1 | 71.7 | 78.5 | 75.9 | 72.5 | 79.2 | 68.8 | 64.3 | 73.3 |
| 1990.......... | 75.4 | 71.8 | 78.8 | 76.1 | 72.7 | 79.4 | 69.1 | 64.5 | 73.6 |
| 1991.......... | 75.5 | 72.0 | 78.9 | 76.3 | 72.9 | 79.6 | 69.3 | 64.6 | 73.8 |
| 1992.......... | 75.8 | 72.3 | 79.1 | 76.5 | 73.2 | 79.8 | 69.6 | 65.0 | 73.9 |
| 1993.......... | 75.5 | 72.2 | 78.8 | 76.3 | 73.1 | 79.5 | 69.2 | 64.6 | 73.7 |
| 1994.......... | 75.7 | 72.4 | 79.0 | 76.5 | 73.3 | 79.6 | 69.5 | 64.9 | 73.9 |
| 1995.......... | 75.8 | 72.5 | 78.9 | 76.5 | 73.4 | 79.6 | 69.6 | 65.2 | 73.9 |
| 1996.......... | 76.1 | 73.1 | 79.1 | 76.8 | 73.9 | 79.7 | 70.2 | 66.1 | 74.2 |
| 1997.......... | 76.5 | 73.6 | 79.4 | 77.2 | 74.3 | 79.9 | 71.1 | 67.2 | 74.7 |
| 1998.......... | 76.7 | 73.8 | 79.5 | 77.3 | 74.5 | 80.0 | 71.3 | 67.6 | 74.8 |
| 1999.......... | 76.7 | 73.9 | 79.4 | 77.3 | 74.6 | 79.9 | 71.4 | 67.8 | 74.7 |
| 2000 [1]...... | 76.8 | 74.1 | 79.3 | 77.3 | 74.7 | 79.9 | 71.8 | 68.2 | 75.1 |
| 2001 [1]...... | 76.9 | 74.2 | 79.4 | 77.4 | 74.8 | 79.9 | 72.0 | 68.4 | 75.2 |
| 2002 [1]...... | 76.9 | 74.3 | 79.5 | 77.4 | 74.9 | 79.9 | 72.1 | 68.6 | 75.4 |
| 2003 [1,2].... | 77.1 | 74.5 | 79.6 | 77.6 | 75.0 | 80.0 | 72.3 | 68.8 | 75.6 |
| 2004 [1,2].... | 77.5 | 74.9 | 79.9 | 77.9 | 75.4 | 80.4 | 72.8 | 69.3 | 76.0 |
| 2005 [1,2].... | 77.4 | 74.9 | 79.9 | 77.9 | 75.4 | 80.4 | 72.8 | 69.3 | 76.1 |
| 2006 [1,2].... | 77.7 | 75.1 | 80.2 | 78.2 | 75.7 | 80.6 | 73.2 | 69.7 | 76.5 |
| 2007 [1,2].... | 77.9 | 75.4 | 80.4 | 78.4 | 75.9 | 80.8 | 73.6 | 70.0 | 76.8 |
| 2008 [1,2,3].. | 78.0 | 75.5 | 80.5 | 78.4 | 75.9 | 80.8 | 74.3 | 70.9 | 77.4 |
| Projections: [4] | | | | | | | | | |
| 2010.......... | 78.3 | 75.7 | 80.8 | 78.9 | 76.5 | 81.3 | 73.8 | 70.2 | 77.2 |
| 2015.......... | 78.9 | 76.4 | 81.4 | 79.5 | 77.1 | 81.8 | 75.0 | 71.4 | 78.2 |
| 2020.......... | 79.5 | 77.1 | 81.9 | 80.0 | 77.7 | 82.4 | 76.1 | 72.6 | 79.2 |

[1] Life expectancies for 2000–2008 were calculated using a revised methodology and may differ from those previously published. [2] Multiple-race data were bridged to the single-race categories of the 1977 OMB standards for comparability with other reporting areas. [3] Data are preliminary. [4] Based on middle mortality assumptions; for details, see source: U.S. Census Bureau, "2008 National Population Projections," released August, 2008, <http://www.census.gov/population/www/projections/2008projections.html>.

Source: Except as noted. U.S. National Center for Health Statistics, National Vital Statistics Reports (NVSR), *Deaths: Preliminary Data for 2008*, Vol. 59, No. 2, December 2010.

**Table 105. Life Expectancy by Sex, Age, and Race: 2008**

[Average number of years of life remaining. Excludes deaths of nonresidents of the United States. Data are preliminary]

| Age | Total [1] | | | White | | | Black | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total | Male | Female | Total | Male | Female | Total | Male | Female |
| 0............. | 78.0 | 75.5 | 80.5 | 78.4 | 75.9 | 80.8 | 74.3 | 70.9 | 77.4 |
| 1............. | 77.6 | 75.1 | 80.0 | 77.8 | 75.4 | 80.2 | 74.3 | 71.0 | 77.4 |
| 5............. | 73.7 | 71.2 | 76.1 | 73.9 | 71.5 | 76.3 | 70.5 | 67.1 | 73.5 |
| 10............ | 68.7 | 66.2 | 71.1 | 68.9 | 66.5 | 71.3 | 65.5 | 62.2 | 68.5 |
| 15............ | 63.8 | 61.3 | 66.1 | 64.0 | 61.6 | 66.3 | 60.6 | 57.2 | 63.6 |
| 20............ | 58.9 | 56.5 | 61.2 | 59.2 | 56.8 | 61.4 | 55.8 | 52.6 | 58.7 |
| 25............ | 54.2 | 51.9 | 56.4 | 54.4 | 52.2 | 56.6 | 51.1 | 48.0 | 53.9 |
| 30............ | 49.4 | 47.2 | 51.5 | 49.6 | 47.5 | 51.7 | 46.5 | 43.5 | 49.1 |
| 35............ | 44.7 | 42.6 | 46.7 | 44.9 | 42.8 | 46.9 | 41.8 | 39.0 | 44.3 |
| 40............ | 40.0 | 37.9 | 41.9 | 40.2 | 38.1 | 42.1 | 37.3 | 34.5 | 39.6 |
| 45............ | 35.4 | 33.4 | 37.2 | 35.6 | 33.6 | 37.4 | 32.8 | 30.1 | 35.1 |
| 50............ | 31.0 | 29.0 | 32.7 | 31.1 | 29.2 | 32.8 | 28.6 | 26.0 | 30.8 |
| 55............ | 26.7 | 24.9 | 28.3 | 26.8 | 25.0 | 28.3 | 24.6 | 22.2 | 26.7 |
| 60............ | 22.6 | 20.9 | 24.0 | 22.6 | 21.0 | 24.0 | 20.9 | 18.7 | 22.7 |
| 65............ | 18.7 | 17.2 | 19.9 | 18.7 | 17.3 | 19.9 | 17.5 | 15.5 | 18.9 |
| 70............ | 15.0 | 13.7 | 16.0 | 15.0 | 13.7 | 16.0 | 14.3 | 12.6 | 15.4 |
| 75............ | 11.7 | 10.6 | 12.5 | 11.6 | 10.6 | 12.4 | 11.3 | 10.0 | 12.2 |
| 80............ | 8.8 | 7.9 | 9.4 | 8.8 | 7.9 | 9.3 | 8.8 | 7.8 | 9.5 |
| 85............ | 6.5 | 5.8 | 6.8 | 6.4 | 5.7 | 6.8 | 6.8 | 6.0 | 7.1 |
| 90............ | 4.6 | 4.1 | 4.8 | 4.5 | 4.1 | 4.8 | 5.1 | 4.6 | 5.3 |
| 95............ | 3.2 | 2.9 | 3.3 | 3.2 | 2.9 | 3.3 | 3.8 | 3.5 | 3.8 |
| 100........... | 2.3 | 2.1 | 2.3 | 2.2 | 2.0 | 2.2 | 2.8 | 2.6 | 2.8 |

[1] Includes races other than White and Black.

Source: U.S. National Center for Health Statistics, National Vital Statistics Reports (NVSR), *Deaths: Preliminary Data for 2008*, Vol. 59, No. 2, December 2010.