# Charity 2012

| | | | |
|---|---|---|---|
| 1/5 | Chicago Jewish Historical Soc. | 100 00 | |
| 1/20 | Ovarian Cancer Research | 100 00 | 200 00 |
| 1/29 | National MS Foundation (Bernstein) | 200 00 | 400 00 |
| 2/5 | JUF | 15000 00 | 15,400 00 |
| 2/5 | JUF | 2000 00 | 17,400 00 |
| 2/6 | Cong Etz Chaim | 250 00 | 17,650 00 |
| 2/9 | Il Holocaust Museum | 100 00 | 17,750 00 |
| 2/10 | CSO | 2500 00 | 20,250 00 |
| 2/17 | Cong Etz Chaim | 200 00 | 20,450 00 |
| 3/7 | Chicago YIVO Society | 900 00 | 21,350 00 |
| 3/7 | The Force | 100 00 | 21,450 00 |
| 3/8 | ACLU | 300 00 | 21,750 00 |
| 3/8 | JACPAC | 250 00 | 22,000 00 |
| 3/15 | National MS Foundation (Aaron) | 200 00 | 22,200 00 |
| 4/16 | Hadassah | 100 00 | 22,300 00 |
| 4/20 | Grant Park | 100 00 | 22,400 00 |
| 5/18 | Brett Amin Sarcoma Found. | 300 00 | 22,700 00 |
| 6/7 | Chgo YIVO Society | 150 00 | 22,850 00 |
| 6/27 | Alzheimer Disease Research | 250 00 | 23,100 00 |
| 6/27 | Amicus | 125 00 | 23,225 00 |
| 6/27 | American Cancer Society | 200 00 | 23,425 00 |
| 6/27 | American Diabetes Assn | 200 00 | 23,625 00 |
| 6/27 | " Heart Assn | 200 00 | 23,825 00 |
| 6/27 | " Society for Yad Vashem | 100 00 | 23,925 00 |
| 6/27 | The Ark | 100 00 | 24,025 00 |
| 6/27 | MADD | 100 00 | 24,125 00 |

| | | | | |
|---|---|---|---|---|
| | | | | 24,125.00 |
| MC | 6/27 | March of Dimes | 150 00 | 24,275 00 |
| MC | 6/27 | National Yiddish Book Center | 1000 00 | 25,275 00 |
| MC | 6/27 | ORT America | 5000 00 | 30,275 00 |
| MC | 6/27 | RADS | 100 00 | 30,375 00 |
| MC | 6/27 | People for the American Way | 400 00 | 30,775 00 |
| MC | 6/27 | Simon Wiesenthal Center | 400 00 | 31,175 00 |
| MC | 6/27 | WTTW | 200 00 | 31,375 00 |
| MC | 6/28 | US Holocaust Museum | 500 00 | 31,875 00 |
| 300 | 6/29 | Congregation Etz Chaim | 9826 00 | 41,701 00 |
| MC | 8/1 | AIC | 125 00 | 41,826 00 |
| MC | 9/12 | Field Museum (2 yrs) | 240 00 | 42,066 00 |
| MC | 9/12 | American Brain Tumor Assn | 100 00 | 42,166 00 |
| MC | 9/12 | Cong Etz Chaim | 500 00 | 42,666 00 |

Rachel's checks

| | | |
|---|---|---|
| (office ck) | 1200 00 | |
| ck # 3964 | 5000 00 | 7200 00 |
| ck #122 (3, 4, 5/11) | 4500 00 | 11700 00 |
| Rachel ck# 164 (6, 7, 8/11) | 4500 00 | 12,200 00 |
| ck #198 (9, 10, 11) | 4500 00 | 16700 00 |
| ck# 231, (12, 1, 2) | 4500 00 | 21200 00 |
| ck #260 (3, 4, 5) (12) | 4500 00 | 25700 00 |
| ck #286 (6, 7, 8) (12) | 4500 00 | 30,200 00 |
| ck# 332 (9, 10, 11) (12) | 4500 00 | 34,700 00 |

DD 272

Charity 2011

| | | | | |
|---|---|---|---|---|
| MC | 1/20 | Etz Chaim | 200 00 | |
| MC | 2/6 | JUF | 15,000 00 | 15,200 00 |
| MC | 2/6 | JUF | 2000 00 | 17,200 00 |
| 115 | 2/14 | Chgo YIVO Society | 150 00 | 17,350 00 |
| MC | 2/24 | CSO | 2000 00 | 19,350 00 |
| MC | 2/25 | Susan G Komen (cancer) | 50 00 | 19,400 00 |
| MC | 3/25 | Il Holocaust Museum (Francine 82 logan) | 75 00 | 19,475 00 |
| MC | 3/28 | Cong Etz Chaim | 300 00 | 19,775 00 |
| MC | 5/6 | " " " | 100 00 | 19,875 00 |
| MC | 5/14 | Alzheimer disease Research | 250 00 | 20,125 00 |
| 154 | 5/14 | Ameinu | 125 00 | 20,250 00 |
| 155 | 5/14 | American Cancer Society | 200 00 | 20,450 00 |
| MC | 5/14 | " Civil Liberties Union | 300 00 | 20,750 00 |
| MC | 5/14 | " Diabetes Assn | 200 00 | 20,950 00 |
| MC | 5/14 | " Heart Assn | 200 00 | 21,150 00 |
| MC | 5/14 | " Society for Yad Vashem | 100 00 | 21,250 00 |
| MC | 5/14 | Anti-Defamation League | 100 00 | 21,350 00 |
| MC | 5/14 | The Ark | 100 00 | 21,450 00 |
| MC | 5/14 | Arthritis Foundation | 100 00 | 21,550 00 |
| 156 | 5/14 | Chicago YIVO Society | 1000 00 | 22,550 00 |
| MC | 5/14 | Chicago Cultural Center | 200 00 | 22,750 00 |
| MC | 5/14 | DuPage Pads | 100 00 | 22,850 00 |
| MC | 5/14 | March of Dimes | 150 00 | 23,000 00 |
| MC | 5/14 | Madd | 100 00 | 23,100 00 |
| MC | 5/14 | Mortons Arboretum | 200 00 | 23,300 00 |
| MC | 5/14 | National Inst for Jewish Hospice | 100 00 | 23,400 00 |

# Charity 2011 (cont'd).

| | | | | |
|---|---|---|---|---|
| | | | | 23,400.00 |
| MC | 5/14 | National Multiple Sclerosis Society | 1,000 00 | 24,400 00 |
| MC | 5/14 | National Yiddish Book Center | 1000 00 | 25,400 00 |
| MC | 5/14 | ORT America | 5000 00 | 30,400 00 |
| MC | 5/14 | People for the American Way | 400 00 | 30,800 00 |
| MC | 5/14 | Simon Wiesenthal Center | 400 00 | 31,200 00 |
| MC | 5/14 | WTTW | 175 00 | 31,375 00 |
| MC | 5/14 | US Holocaust Mem. Mus. | 500 00 | 31,875 00 |
| MC | 5/23 | Grant Pk Music Festival | 100 00 | 31,975 00 |
| MC | 5/23 | Museum of Cont. Art | 75 00 | 32,050 00 |
| MC | 5/28 | JAC-PAC | 250 00 | 32,300 00 |
| 173 | 6/29 | Cong Etz Chaim | 9316 00 | 41,613 00 |
| MC | 7/3 | Bike MS | 200 00 | 41,813 00 |
| MC | 8/9 | Walk For Hope (Cancer) Health | 100 00 | 41,913 00 |
| 187 | 8/5 | National Yiddish Book Center | 250 00 | 42,163 00 |
| MC | 8/8 | ALS | 100 00 | 42,263 00 |
| MC | 10/3 | Leukemia Foundation | 100 00 | 42,363 00 |
| MC | 10/6 | Cong Etz Chaim | 100 00 | 42,463 00 |
| 217 | 10/28 | Greater Chgo Jewish Festival | 100 00 | 42,563 00 |
| 218 | 10/25 | PADS - DuPage | 100 00 | 42,663 00 |
| MC | 12/7 | Wikipedia | 50 00 | 42,713 00 |
| 236 | 12/23 | YIVO | 1000 00 | 43,713 00 |

# Utilities 2

| | | |
|---|---|---|
| 107 | 1/16 | Nicor (est. |
| 104 | 1/7 | Highland Hills |
| 108 | 1/16 | Com Ed (12/7 |
| 116 | 2/14 | Com Ed (1/10 |
| 118 | 2/17 | Nicor (1/10- |
| 120 | 2/26 | Village of Lombard |
| 4103 | 3/7 | Highland Hills |
| 4104 | 3/14 | Com Ed (2/8-3 |
| 126 | 3/19 | WM (4/11-6/ |
| 4105 | 3/24 | Nicor (2/10- |
| 4106 | 4/14 | Com Ed (3/10- |
| 138 | 4/16 | Nicor (3/7- |
| 149 | 5/7 | Highland Hills |
| 4107 | 5/13 | Com Ed (4/8- |
| 4108 | 5/16 | Nicor (4/8-5 |
| 4109 | 6/14 | Com Ed (5/9- |
| 4110 | 6/17 | Nicor (5/10- |
| 169 | 6/18 | WM (7/11-9/11 |
| 144 | 4/30 | Village of Lombard |
| 171 | 6/27 | Village of Lombard |
| 4112 | 7/16 | Com Ed (6/8 |
| 4113 | 7/16 | Nicor (6/9-7 |
| 184 | 8/11 | Highland Hills |
| MC | 8/11 | Nicor (6/9- |
| 4114 | 8/12 | Com Ed (7/8- |
| 193 | 8/29 | Village of Lombard ( |

DD 273

# Charity 2010

| Charity | Amount | Running Total |
|---|---|---|
| American Red Cross (Haiti) | 50.00 | 50.00 |
| Cong Etz Chaim | 300.00 | 350.00 |
| ORT America | 5500.00 | 5850.00 |
| Federation of Jewish Men's Clubs (YH) | 1080.00 | 6930.00 |
| JUF (#16,500 + 2000.00) | 18500.00 | 25430.00 |
| CSO | 3000.00 | 28,430.00 |
| ORT America | 100.00 | 28,530.00 |
| Postmaster (YH mailing) | 633.00 | 29,163.00 |
| " " | 27.00 | 29,190.00 |
| Cong Etz Chaim | 500.00 | 29,690.00 |
| " " " | 100.00 | 29,790.00 |
| Chgo YIVO Society | 150.00 | 29,840.00 |
| " " " | 125.00 | 29,965.00 |
| " " " | 1,000.00 | 30965.00 |
| Alzheimers Disease Research | 250.00 | 31,215.00 |
| Ameinu | 125.00 | 31,340.00 |
| American Civil Lib Union | 300.00 | 31,640.00 |
| American Diabetes Assn | 200.00 | 31,840.00 |
| American Heart Assn | 200.00 | 32,040.00 |
| American Society for Yad Vashem | 100.00 | 32,140.00 |
| Anti-Defamation League | 150.00 | 32,290.00 |
| Ark | 110.00 | 32,400.00 |
| Arthritis Foundation | 100.00 | 32,500.00 |
| Chgo Cultural Center | 150.00 | 32,650.00 |
| Grant Park Music Festival | 100.00 | 32,650.00 |
| JCC of Chicago | 50.00 | 32,700.00 |

# Charity 2010 (con)

| | Date | Charity | Amount | Running Total |
|---|---|---|---|---|
| | | | | 32,700.00 |
| MC | 6/1 | Joint Action Committee for Political Affairs (JAC-PAC) | 250.00 | 32,950.00 |
| MC | 6/1 | J Street | 100.00 | 33050.00 |
| MC | 6/1 | MADD | 100.00 | 33,150.00 |
| MC | 6/1 | March of Dimes | 150.00 | 33300.00 |
| MC | 6/1 | Museum of Contem. Art | 100.00 | 33,400.00 |
| MC | 6/1 | National Cnt for Jewish Hispanic | 100.00 | 33,500.00 |
| MC | 6/1 | National Multiple Sclerosis (MS) Society | 1000.00 | 34,500.00 |
| MC | 6/1 | People for the American Way | 400.00 | 34,900.00 |
| MC | 6/1 | Simon Wiesenthal Center | 400.00 | 35300.00 |
| MC | 6/1 | Unicef | 300.00 | 35,600.00 |
| MC | 6/1 | US Holocaust Memorial Mus. | 500.00 | 36,100.00 |
| MC | 6/1 | WTTW Channel 11 | 100.00 | 36,200.00 |
| 4025 | 6/14 | American Cancer Society | 200.00 | 36,400.00 |
| 4030 | 6/18 | Congregation Etz Chaim | 9011.00 | 45,411.00 |
| MC | 7/ | Fight Gene Bad (Aaron) | 100.00 | 45,511.00 |
| MC | 8/10 | Art Inst of Chgo (2 yrs) | 240.00 | 45,751.00 |
| 4070 | 9/1 | Chgo YIVO Society | 150.00 | 45901.00 |
| MC | 9/23 | Field Museum (2 yr membership) | 240.00 | 46,141.00 |
| MC | 10/3 | Force (Breast Cancer - Health) | 100.00 | 46241.00 |
| MC | 10/7 | WFMT | 250.00 | 46,491.00 |
| ~~MC~~ | ~~10/8~~ | ~~The Field Museum (2 yr mem)~~ | ~~240.00~~ | ~~46731.00~~ |
| MC | 11/8 | National Yiddish Book Center | 1000.00 | 47,731.00 |
| MC | 11/19 | Cong Etz Chaim | 10.00 | 47,741.00 |
| MC | 12/ | Global Medical Brigade (Carla) | 150.00 | 47,891.00 |
| MC | 12/ | ORT America | 100.00 | 47,991.00 |
| | | deduct 240.00 (non processed donation) | -240.00 | 47,751.00 |

DD 274

# Charity 2009

| Date | Payee | Amount | | Total | | |
|---|---|---|---|---|---|---|
| 1/8 | Cong Ety Chaim | 1000 | 00 | | | |
| 1/15 | " " " | 200 | 00 | 1200 | 00 | |
| 2/17 | " " " | 100 | 00 | 1300 | 00 | |
| 2/19 | CSO | 3000 | 00 | 4300 | 00 | |
| 2/24 | Grant Park Music Festival | 450 | 00 | 4750 | 00 | |
| 3/4 | Cong Ety Chaim | 100 | 00 | 4850 | 00 | |
| 4/4 | Chgo Yoo Society sponsor program | 150 | 00 | 5000 | 00 | |
| 4/5 | Alzheimer's Disease Research | 250 | 00 | 5250 | 00 | |
| 4/5 | Ameinu | 125 | 00 | 5375 | 00 | |
| 4/5 | Am. Cancer Society | 200 | 00 | 5575 | 00 | |
| 4/5 | ACLU | 300 | 00 | 5875 | 00 | |
| 4/5 | Am Diabetes Assn | 200 | 00 | 6075 | 00 | F |
| 4/5 | Am Heart Assn | 200 | 00 | 6275 | 00 | F |
| 4/5 | Am. Jewish Congress | 300 | 00 | 6575 | 00 | |
| 4/5 | Am. Society for Yad Vashem | 100 | 00 | 6675 | 00 | |
| 4/5 | Anti-Defamation League | 150 | 00 | 6825 | 00 | |
| 4/5 | Ark | 300 | 00 | 7125 | 00 | |
| 4/5 | Arthritis Foundation | 100 | 00 | 7225 | 00 | |
| 4/5 | Brady Center | 100 | 00 | 7325 | 00 | |
| 4/5 | Chgo Cultural Center | 125 | 00 | 7450 | 00 | |
| 4/5 | Chgo Public Radio | 100 | 00 | 7550 | 00 | |
| 4/5 | Chgo YIVO Society | 1000 | 00 | 8550 | 00 | |
| 4/5 | Pads | 100 | 00 | 8650 | 00 | |
| 4/5 | JCC | 100 | 00 | 8750 | 00 | |
| 4/5 | March of Dimes | 200 | 00 | 8950 | 00 | |
| 4/5 | Morton Arboretum | 190 | 00 | 9140 | 00 | |

# Charity 2009 (con)

| Check | Date | Payee | Amount | | Total | |
|---|---|---|---|---|---|---|
| | | | | | 9140. | 00 |
| MC | 4/5 | Museum of Contemp Art | 100 | 00 | 9240 | 00 |
| MC | 4/5 | National MS Society | 1000 | 00 | 10,240 | 00 |
| MC | 4/5 | Simon Wiesenthal Center | 400 | 00 | 10,640 | 00 |
| MC | 4/5 | People for the American Way | 400 | 00 | 11,040 | 00 |
| MC | 4/5 | Unicef | 300 | 00 | 11,340 | 00 |
| MC | 4/5 | US Holocaust Mem. Mus. | 500 | 00 | 11,840 | 00 |
| MC | 4/5 | WTTW-Channel 11 | 100 | 00 | 11,940 | 00 |
| MC | 4/5 | ORT America | 5000 | 00 | 16,940 | 00 |
| 3821 | 3/25 | Postmaster Yom Hashoah postage | 534 | 11 | 17,474 | 11 |
| 3823 | 3/26 | " " " " | 22 | 64 | 17496 | 75 |
| MC | 2/27 | Federation of Jewish Men's Clubs (NH) | 990 | 00 | 18486 | 75 |
| 1008 | 4/30 | JUF | 16,000 | 00 | 34486 | 75 |
| 1009 | 4/30 | JUF | 1500 | 00 | 35986 | 75 |
| 3862 | 6/8 | Congregation Ety Chaim | 7006 | 00 | 42,992 | 75 |
| 3869 | 7/19 | Vilnius Yiddish Institute | 100 | 00 | 43092 | 75 |
| MC | 7/20 | National Inst for Jewish Hope | 100 | 00 | 43 192 | 75 |
| 3880 | 8/8 | Brett Arnim Sarcoma Foundation | 500 | 00 | 43 692. | 75 |
| MC | 8/B | Art Institute | 142 | 50 | 43835 | 25 |
| MC | 9/21 | Cong Ety Chaim | 100 | 00 | 43935 | 25 |
| 3908 | 10/1 | Greater Chgo. Jewish Festival | 100 | 00 | 44035 | 25 |
| 3911 | 10/9 | Chgo YIVO Society | 125 | 00 | 44160 | 25 |
| [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | |
| MC | 11/11 | National Yiddish Book Center | 1000 | 00 | 45,160 | 25 |
| MC | 11/11 | Cong Ety Chaim | 20 | 00 | 45,182 | 25 |
| MC | 12/8 | " " " | 184 | 00 | 45316 | 25 |
| MC | 12/29 | " " " | 25 | 00 | 45,341 | 25 |

DD 275

# Charity 2008

| | | |
|---|---|---|
| Brett Armen Sarcoma Foundation | 50.00 | |
| CSO | 2800.00 | 2850.00 |
| JUF (15,000 FED + 1,200) | 16,200.00 | 19,050.00 |
| Alzheimer's Disease Research | 250.00 | 19300.00 |
| Ameenu | 100.00 | 19400.00 |
| American Cancer Society | 200.00 | 19600.00 |
| ACLU | 300.00 | 19900.00 |
| American Diabetes Ass'n | 200.00 | 20,100.00 |
| American Heart Ass'n | 200.00 | 20,300.00 |
| American Jewish Congress | 300.00 | 20,600.00 |
| Am. Society for Yad Vashem | 100.00 | 20,700.00 |
| The Ark | 300.00 | 21,000.00 |
| Arthritis Foundation | 100.00 | 21,100.00 |
| Brady Center | 100.00 | 21,200.00 |
| Chgo Cultural Center | 100.00 | 21,300.00 |
| Chgo Public Radio | 100.00 | 21,400.00 |
| CJE | 100.00 | 21,500.00 |
| Grant Park Music Festival | 550.00 | 22,050.00 |
| JAC-PAC | 250.00 | 22,300.00 |
| MADD | 100.00 | 22,400.00 |
| March of Dimes | 200.00 | 22,600.00 |
| National Inst for Jewish Hospice | 100.00 | 22,700.00 |
| National MS Society | 1,000.00 | 23,700.00 |
| PADS | 100.00 | 23,800.00 |
| People for the Am. Way | 400.00 | 24,200.00 |
| Simon Wiesenthal Center | 400.00 | 24,600.00 |

# Charity 2008 (con.)

24,600.00

| | | | | |
|---|---|---|---|---|
| MC | 3/7 | Unicef | 300.00 | 24,900.00 |
| MC | 3/7 | US Holocaust Mem. Museum | 500.00 | 25400.00 |
| MC | 3/7 | WFMT | 500.00 | 25,900.00 |
| MC | 3/7 | WTTW | 100.00 | 26,000.00 |
| MC | 3/8 | Art Institute | 600.00 | 26,600.00 |
| MC | 3/10 | Congregation Etz Chaim | 100.00 | 26,700.00 |
| 3675 | 3/20 | Chicago YIVO Society | 150.00 | 26,850.00 |
| MC | 3/20 | Cong Etz Chaim | 100.00 | 26,950.00 |
| MC | 4/1 | ADL | 150.00 | 27,100.00 |
| MC | 4/18 | Cong. Etz Chaim | 100.00 | 27,200.00 |
| MC | 3/24 | Fed of Jewish Men's Club Yom Hashoah Etz Chaim | 1053.00 | 28,253.00 |
| MC | 4/22 | Postoffice - Yom Hashoah postage | 1100.00 | 29353.00 |
| MC | 4/22 | Etz Chaim - additional yom Hashoah postage | 10.00 | 29363.00 |
| MC | 5/20 | Museum of Science & Industry (2 yrs) | 340.00 | 29703.00 |
| MC | 5/20 | MS Society (Scott Burstein) | 300.00 | 30003.00 |
| MC | 6/20 | ORT America | 5000.00 | 35003.00 |
| 3705 | 6/21 | YIVO | 125.00 | 35128.00 |
| MC | 6/23 | Cong Etz Chaim | 7986.00 | 43114.00 |
| MC | 7/2 | Brookfield Zoo | 385.00 | 43499.00 |
| 3714 | 7/15 | Brett Armen Sarcoma Foundation | 1,000.00 | 44499.00 |
| 3734 | 8/28 | Cong Adz Hayim | 65.00 | 44564.00 |
| MC | 9/8 | Field Museum | 240.00 | 44804.00 |
| 3729 | 8/21 | National Yiddish Book Center | 20.000.00 | 64804.00 |
| ~~MC~~ | ~~11/4~~ | ~~Field Museum~~ reinstated | ~~140.00~~ | ~~44944.00~~ |
| 3757 | 11/28 | YIVO | 150.00 | 64954.00 |
| MC | 11/13 | National Yiddish Book Center | 1000.00 | 65,954.00 |

DD 276

Charity 2008 (Con.)

| | | | | |
|---|---|---|---|---|
| | | | | 65,954.00 |
| 3774 | 12/4 | Cong Ety Chaim | 1000.00 | 66,954.00 |

Utilities

| | | |
|---|---|---|
| 3640 | 1/3 | AT+T |
| 3641 | 1/3 | Village of Lombar[d] |
| 3644 | 1/12 | Com Ed (12/5- |
| 3645 | 1/12 | Nicor (12/8-1/ |
| 3653 | 2/9 | Highland Hills |
| 3651 | 2/2 | AT+T |
| 3654 | 2/11 | Com Ed (1/9- |
| 3658 | 2/5 | Nicor (1/9-2/ |
| 3664 | 3/3 | AT+T |
| 3666 | 3/7 | Village of Lo[mbard] |
| 3671 | 3/13 | Nicor (2/9-3/ |
| 3672 | 3/14 | Com Ed (2/8- |
| 3673 | 3/17 | WM (APR - J |
| 3678 | 4/11 | AT+T |
| 3679 | 4/11 | Highland Hills |
| 3680 | 4/4 | Com Ed (3/7- |
| 3682 | 4/6 | Nicor (3/10-4/ |
| 3687 | 5/3 | AT+T |
| 3688 | 5/3 | Village of Lombar[d] |
| 3690 | 5/10 | Com Ed (4/7- |
| 3692 | 5/15 | Nicor (4/9-5/8 |
| 3697 | 5/31 | AT+T |
| 3700 | 6/20 | Nicor (5/8-6/ |
| 3701 | 6/20 | Com Ed (5/7-6/6 |
| 3702 | 6/20 | Highland Hills |
| 3703 | 6/20 | WM (July - |

DD 277

# Charity 2007

| | | |
|---|---|---|
| ACLU | 200 00 | |
| Cong. Ez Chaim | 100 00 | 300 00 |
| Chicago YIVO Society | 150 00 | 450 00 |
| Chicago YIVO Society | 1000 00 | 1450 00 |
| MS Society (Scott Bursteen) online | 500 00 | 1950 00 |
| JUF (14,500 + 1,200) | 15,700 00 | 17650 00 |
| The Ark | 250 00 | 17,900 00 |
| National MS Society (Walstun) | 500 00 | 17,400 00 |
| CSO | 2700 00 | 20,100 00 |
| Cong. Ez Chaim | 200 00 | 20,300 00 |
| Art Institute (250 renewal - 150 donation) | 400 00 | 20,700 00 |
| Alzheimer Disease Research | 250 00 | 20,950 00 |
| Alzheimer Fam. Relief Prog. | 150 00 | 21,100 00 |
| Ameinu (LZA) | 100 00 | 21,200 00 |
| American Cancer Society | 200 00 | 21,400 00 |
| Am. Civil Liberties Union | 200 00 | 21,600 00 |
| Am. Heart Ass'n. | 150 00 | 21,750 00 |
| Am. Society for Yad Vashem | 100 00 | 21,850 00 |
| Anti Def. League (ADL) | 100 00 | 21,950 00 |
| Arthritis Foundation | 100 00 | 22,050 00 |
| Brady Center to Prevent Gun Viol. | 100 00 | 22,150 00 |
| Chgo Public Radio | 100 00 | 22,250 00 |
| Council for the Jewish Elderly | 100 00 | 22,350 00 |
| Grant Park Music Festival | 250 00 | 22,600 00 |
| JAC | 250 00 | 22,850 00 |
| MADD | 100 00 | 22,950 00 |

# Charity 2007 (continued)

| | | | | |
|---|---|---|---|---|
| | | | | 22,950.00 |
| MC | 3/7 | March of Dimes | 150 00 | 23,100 00 |
| MC | 3/7 | Moving Traditions | 200 | 23,300 00 |
| MC | 3/7 | National MS Society | 1000 00 | 24,300 00 |
| MC | 3/7 | National Yiddish Book Center | 1000 00 | 25,300 00 |
| MC | 3/7 | People for the American Way | 250 00 | 25,550 00 |
| MC | 3/7 | US Holocaust Mem. Mus. | 500 00 | 26,050 00 |
| MC | 3/7 | Simon Wiesenthal Center | 300 00 | 26,350 00 |
| MC | 3/7 | WTTW - Channel 11 | 100 00 | 26,450 00 |
| 3521 | 3/14 | NMT Performing Arts (Diane) | 100 00 | 26,550 00 |
| MC | 3/14 | Morton's Arboretum | 300 00 | 26,850 00 |
| 3525 | 3/17 | American Diabetes Association | 200 00 | 27,050 00 |
| MC | 3/17 | WFMT (radio) | 350 00 | 27,400 00 |
| MC | 3/20 | US Fund for Unicef | 200 00 | 27,600 00 |
| MC | 3/20 | Cong. Ez Chaim | 100 00 | 27,700 00 |
| MC | 3/20 | Mosaic (cultural center) | 200 00 | 27,900 00 |
| MC | 3/23 | Cong. Ez Chaim | 25 00 | 27,925 00 |
| MC | 4/10 | Cong Ez Chaim | 25 00 | 27,950 00 |
| 3541 | 4/18 | Chgo Yivo Society | 150 00 | 28,100 00 |
| cash | 4/28 | Assistance League | 50 00 | 28,150 00 |
| MC | 4/28 | Assistance League | 150 00 | 28,300 00 |
| MC | 5/3 | National Yiddish Book Center | 500 00 | 28,800 00 |
| MC | 5/5 | PADS | 250 00 | 29,050 00 |
| MC | 5/23 | Museum of Cont Art | 200 00 | 29,250 00 |
| MC | 5/25 | MoveOn.Org | 150 00 | 29,400 00 |
| MC | 6/29 | Cong Ez Chaim (dues, us, Bldg assmt + HH [illegible]) | 13,290 00 | 42,690 00 |
| MC | 7/09 | Grant Park Music Festival | 250 00 | 42,940 00 |

Charity 2001 (continued)

| | | | | |
|---|---|---|---|---|
| | | | | 42,940.00 |
| 3576 | 7/10 | Yiddish Book Center | 20,000.00 | 62940.00 |
| MC | 8/15 | Cong Etz Chaim | 100.00 | 63040.00 |
| MC | 10/2 | CSD | 300.00 | 63340.00 |
| MC | 10/3 | Cong Etz Chaim | 500.00 | 63,840.00 |
| 3609 | 10/2 | Chgo YIVO Society | 150.00 | 63990.00 |
| 3612 | 10/16 | Greater Chicago Jewish Festival | 100.00 | 64090.00 |
| 3616 | 10/26 | Ameinu | 100.00 | 64190.00 |
| MC | 11/1 | Force (BRACA) | 250.00 | 64440.00 |
| MC | 11/28 | Maven Traditions | 1000.00 | 65,440.00 |
| MC | 12/24 | Spertus Museum | 250.00 | 65690.00 |

DD 279

DD 280

Charity 200[illegible]

| | | |
|---|---|---|
| 3576 | 7/10 | Yiddish Book Center |
| MC | 8/5 | Cong Etz Chaim |
| MC | 10/2 | CSD |
| MC | 10/3 | Cong Etz Chaim |
| 3609 | 10/12 | Chgo YIVO Society |
| 3612 | 10/16 | Greater Chicago Jewish Fed |
| 3616 | 10/26 | Ameinu |
| MC | 11/12 | Force (BRACA) |
| MC | 11/28 | Moving Traditions |
| MC | 12/24 | Spertus Museum |