1
2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

3

4

UNITED STATES OF AMERICA,               )

          Plaintiff,                    )

5

6

vs.                                     )          No. 12 CR 500

DANIEL DVORKIN,                         )          Chicago, Illinois
                                        )          August 26, 2013
7                                       )          8:45 o'clock a.m.

          Defendant.                    )

8

9
10

JURY TRIAL - VOLUME 1-A
TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE EDMOND E. CHANG

11
12

APPEARANCES:

13

14

15

16

For the Plaintiff:        UNITED STATES ATTORNEY'S OFFICE
                          MS. HEATHER K. McSHAIN
                          MR. JEFFREY D. PERCONTE
                          219 South Dearborn Street
                          Chicago, Illinois 60604
                          312-353-5300

17

18

19

For the Defendant:        FRANKEL & COHEN
                          MR. SCOTT J. FRANKEL
                          53 West Jackson Boulevard
                          Chicago, Illinois 60604
                          312-759-9600

20

21

22

                          CHICO & NUNES
                          MR. MARK W. WALLIN
                          333 West Wacker Drive
                          Chicago, Illinois 60606
                          312-463-1000

23

24

25

Court Reporter:           FEDERAL OFFICIAL COURT REPORTER
                          MS. KRISTA BURGESON
                          219 South Dearborn Street
                          Chicago, Illinois 60604
                          312-435-5567

I   N   D   E   X

                                                        PAGE

MOTIONS IN LIMINE                                        6


VOIR DIRE                                               35

08:48:59  1          THE CLERK:  All rise.

08:59:07  2          Court is in session.

08:59:08  3          THE COURT:  12 CR 500, United States versus Daniel

08:59:12  4   Dvorkin.

08:59:12  5          Appearances for the record, please?

08:59:14  6          MS. MCSHAIN:  Good morning, your Honor.

08:59:14  7          Heather McShain and Jeff Perconte on behalf of the

08:59:17  8   United States.

08:59:18  9          MR. PERCONTE:  Good morning.

08:59:19  10         MR. WALLIN:  Good morning, your Honor.

08:59:22  11         Mark Wallin and Scott Frankel on behalf of the

08:59:25  12  defendant, Daniel Dvorkin.

08:59:27  13         MR. FRANKEL:  Good morning, Judge.

08:59:27  14         THE COURT:  Good morning.

08:59:28  15         Please make an effort to be here at 8:45.

08:59:31  16         MR. FRANKEL:  We were making an effort.  I am sorry,

08:59:33  17  Judge.

08:59:33  18  MOTIONS IN LIMINE

08:59:34  19         THE COURT:  So first, if I can get a list of the

08:59:36  20  witnesses that I can read to the jury so they can see if they

08:59:41  21  know them.

08:59:41  22         MR. FRANKEL:  Yes.

08:59:42  23         THE COURT:  And you can do it verbally if you know it

08:59:45  24  off the top of your head.

08:59:48  25         MR. PERCONTE:  For the government, Judge, it is going

| | | |
|---|---|---|
| 08:59:50 | 1 | to be Mike Mulcahy, M-u-l-c-a-h-y, Larry Meyer, M-e-y-e-r, |
| 09:00:07 | 2 | Robert Bevis, B-e-v-i-s, Frank Sodetz, S-o-d-e-t-z, from the |
| 09:00:21 | 3 | FBI, Vanessa Choate, C-h-o-a-t-e, she is a records custodian |
| 09:00:30 | 4 | from AT&T, Eleanor Farkas, F-a-r-k-a-s, Marilyn Thorpe, |
| 09:00:43 | 5 | T-h-o-r-p-e, Erin -- |
| 09:00:47 | 6 | THE COURT:  Who is she with? |
| 09:00:49 | 7 | MR. PERCONTE:  They are both fact witnesses.  They |
| 09:00:53 | 8 | both worked for Mr. Dvorkin for a time. |
| 09:00:57 | 9 | THE COURT:  Okay. |
| 09:00:57 | 10 | MR. PERCONTE:  Erin Gabor, G-a-b-o-r, a computer |
| 09:01:02 | 11 | forensic examiner from the FBI. |
| 09:01:04 | 12 | THE COURT:  Erin is E-r-i-n? |
| 09:01:07 | 13 | MR. PERCONTE:  I believe that is right. |
| 09:01:09 | 14 | THE COURT:  Okay. |
| 09:01:09 | 15 | MR. PERCONTE:  That is right. |
| 09:01:10 | 16 | And that is it for I guess the witnesses that we |
| 09:01:12 | 17 | intend to call in our case. |
| 09:01:14 | 18 | I think there are two other witnesses, I don't know |
| 09:01:17 | 19 | if you want to do rebuttal witnesses at this time as well |
| 09:01:20 | 20 | potentially, but Karen Kosbab, K-o-s-b-a-b, and -- |
| 09:01:27 | 21 | MR. FRANKEL:  She also has had other names and it |
| 09:01:30 | 22 | might be worth -- |
| 09:01:31 | 23 | THE COURT:  Excuse me? |
| 09:01:32 | 24 | MR. FRANKEL:  It might be worth running the other |
| 09:01:35 | 25 | names, too. |

09:01:35  1       MR. PERCONTE:  Montgomery was one, Hartney was

09:01:38  2   another, H-a-r-t-n-e-y.  And then Eric Rossi, R-o-s-s-i.

09:01:46  3   Those would be rebuttal only witnesses, and I don't know how

09:01:49  4   the Court wants to handle those.

09:01:52  5       We may be adding one or two, I just don't have them

09:01:55  6   at this time.

09:01:55  7       THE COURT:  I would rather be safe than sorry with

09:01:59  8   the witnesses.

09:02:00  9       And then for the defense?

09:02:01  10       MR. WALLIN:  Your Honor, we will have William

09:02:03  11  Truemper, Alexander Kerr, Junior, Daniel DeSanti, Jeffrey

09:02:12  12  Hartney, Steven Bob.

09:02:18  13       THE COURT:  Spell that last name.

09:02:21  14       MR. WALLIN:  B-o-b

09:02:22  15       THE COURT:  And who is he?

09:02:23  16       MR. WALLIN:  He is a Rabbi.

09:02:24  17       MR. FRANKEL:  He is a character witness.

09:02:26  18       THE COURT:  Okay.

09:02:27  19       MR. WALLIN:  We will also have Michael Yessner.

09:02:30  20       THE COURT:  Spelling on that one then.

09:02:32  21       MR. WALLIN:  Y-e-s-s-n-e-r.

09:02:34  22       THE COURT:  Okay.

09:02:35  23       And who is that?

09:02:36  24       MR. FRANKEL:  He is also a character witness.

09:02:38  25       THE COURT:  Okay.

09:02:38  1          MR. WALLIN:  And then James Stahller, also a
09:02:43  2  character witness.
09:02:43  3          THE COURT:  And Staller is spelled S-t-a-l-l-e-r?
09:02:46  4          MR. WALLIN:  I believe it is o-l-l-e-r, your Honor.
09:02:50  5          THE COURT:  Okay.
09:02:51  6          So not Michael Tuchman?
09:02:56  7          MR. WALLIN:  No.
09:02:56  8          MR. FRANKEL:  No, not Michael Tuchman.
09:02:58  9          THE COURT:  I will take him off the list.
09:03:00  10          Then that covers it?
09:03:01  11          MR. FRANKEL:  Judge, there is a witness that may or
09:03:04  12  may not be called.
09:03:05  13          MR. WALLIN:  Adalia Gibson.
09:03:09  14          THE COURT:  Gibson, okay.
09:03:10  15          Another character witness?
09:03:12  16          MR. WALLIN:  No.
09:03:13  17          And actually, she would potentially be there to
09:03:15  18  discuss ledgers of payment.  She is a former employee of Dan
09:03:29  19  Development, Ltd.
09:03:29  20          MR. FRANKEL:  Judge, I guess part of her testimony
09:03:32  21  would be as custodian of records.
09:03:38  22          THE COURT:  Okay.
09:03:38  23          MR. PERCONTE:  I guess we can cross that bridge when
09:03:41  24  we get to it.  I don't know what kind of payments we are
09:03:43  25  talking about.  If they are payments that Mr. Bevis made

09:03:47  1   regarding rent to Mr. Dvorkin, then that would be in strictest

09:03:48  2   confidence trying to prove up some sort of impeachment, and

09:03:48  3   that would be improper if it was --

09:03:51  4                MR. WALLIN:  I believe it was --

09:03:53  5                MR. PERCONTE:  I --

09:03:54  6                MR. WALLIN:  I believe it was bias when we originally

09:03:57  7   discussed it, your Honor.

09:03:57  8                THE COURT:  So is that what you would go to?

09:03:59  9                MR. WALLIN:  Potentially, your Honor.

09:04:00  10               MR. FRANKEL:  It depends on his testimony.  He may

09:04:03  11  make some claim during his testimony, and if he does, then we

09:04:06  12  have her available to rebut whatever claims he is going to

09:04:09  13  make.

09:04:10  14               THE COURT:  Then let's cross that bridge if we get to

09:04:12  15  it.

09:04:19  16               Then let me tell you what I propose to read as a

09:04:22  17  statement of the case to the jurors right before jury

09:04:27  18  selection, the questioning, begins.  It will be something like

09:04:35  19  this:

09:04:37  20               Let me tell you a little bit about the case.  The

09:04:40  21  charges against the defendant are in a document called an

09:04:42  22  indictment.  The indictment in this case has two types of

09:04:45  23  charges, they are similar but not exactly the same.  First is

09:04:49  24  the charge that the defendant solicited another person to

09:04:52  25  commit a crime of violence, in this case, a murder for hire.

09:04:57   1   The second type of charge is that the defendant used

09:04:59   2   telephones and a car with the intent that a murder for hire be

09:05:04   3   committed.

09:05:05   4          The indictment is simply the formal way of telling

09:05:08   5   the defendant what crimes he is accused of committing.  It is

09:05:11   6   not evidence that the defendant is guilty.  It is not even --

09:05:15   7   it does not even raise a suspicion of guilt.

09:05:19   8          Mr. Dvorkin denies each and every one of the charges.

09:05:22   9          So the purpose of this statement is to see if they

09:05:25  10   say, Hey, wait a minute, I read about this.

09:05:27  11          Any objection from the government?

09:05:29  12          MR. PERCONTE:  Not from the government.

09:05:31  13          THE COURT:  From the defense?

09:05:32  14          MR. WALLIN:  No.

09:05:33  15          MR. FRANKEL:  No, your Honor.

09:05:33  16          THE COURT:  Okay.

09:05:34  17          I also propose, after we have seated the jury,

09:05:37  18   reading them some general preliminary instructions, not the

09:05:40  19   elements instructions, I think we discussed that last week,

09:05:44  20   but instructions on the following:

09:05:50  21          That I am going to be the decider of questions of law

09:05:52  22   and that they should not take anything that I say as evidence

09:05:56  23   of -- as indicating an opinion of what I think the evidence is

09:06:01  24   or what I think their verdict should be.  The order of trial,

09:06:05  25   so I will describe to them that there will be opening

09:06:08   1   statements, and opening statements are simply a summary and
09:06:10   2   not evidence.  Then the government will call witnesses after
09:06:14   3   opening statements and the defendant will have the opportunity
09:06:16   4   to call witnesses and present evidence.  Then after the
09:06:21   5   parties' main cases are completed, the government may be
09:06:24   6   allowed to present rebuttal evidence.  Closings are after the
09:06:27   7   evidence.  Then I will say that I will instruct you on the
09:06:31   8   law, and then you go and deliberate on your verdict.
09:06:34   9          I also intend to read to them the burden of proof
09:06:41  10   instruction from the Seventh Circuit pattern.  I will tell
09:06:47  11   them that the defendant is presumed innocent of each and every
09:06:49  12   one of the charges, and that the presumption continues
09:06:52  13   throughout the case, including during deliberations, it is not
09:06:56  14   overcome unless from all the evidence in the case you are
09:06:59  15   convinced beyond a reasonable doubt that the defendant is
09:07:02  16   guilty as charged.  The defendant has -- the government has
09:07:06  17   the burden of proving -- wait, I'm sorry, I duplicated the --
09:07:21  18   okay.  The defendant is never required to prove his innocence.
09:07:26  19   He is not required to produce any evidence at all.
09:07:29  20          Then I am going to describe that evidence consists of
09:07:33  21   testimony, exhibits, any stipulations.  They are going to be
09:07:40  22   the ones that have to decide credibility.  What is not
09:07:43  23   evidence, including your statements, arguments, questions,
09:07:48  24   objections, any testimony I instruct them to disregard,
09:07:52  25   anything they see or hear when court is not in session.

09:07:58  1      Rulings on objections, that they shouldn't get
09:08:00  2  annoyed if you make objections, and don't infer anything from
09:08:03  3  my rulings.  Bench conferences, that we are going to try to
09:08:09  4  keep the side bars to a minimum.  They are going to be allowed
09:08:12  5  to take notes, but they are only aids to memory, so pay close
09:08:16  6  attention because you will not get the transcript.  And if I
09:08:19  7  ask questions, don't think that it means that I hold any
09:08:23  8  opinion on the matters I ask about.
09:08:25  9      And then the jury conduct instruction about not
09:08:29  10  discussing the case with anyone, no posting on Facebook, no
09:08:35  11  Tweeting, avoid news stories and so on, and don't make outside
09:08:39  12  research.
09:08:40  13      Anything you want me to subtract or add?
09:08:43  14      MR. FRANKEL:  Judge, did you say that they should not
09:08:45  15  go to Facebook or go to the Internet to look up this case or
09:08:49  16  find news about the case?
09:08:51  17      THE COURT:  Yes, it is going to be -- I will just
09:08:53  18  read it to you:
09:08:53  19      First, you must not discuss this case with anyone,
09:08:56  20  including your fellow jurors, members of your family, people
09:08:59  21  involved in the trial or anyone else.  This also includes
09:09:02  22  posting anything on social media about the case, whether it is
09:09:05  23  on your Facebook page, a Tweet on your Twitter account,
09:09:09  24  blogging about the trial in any way -- all of these things
09:09:12  25  have happened, by the way -- and any statements about the

09:09:14  1  case.

09:09:15  2          You must not let others discuss the case with you.

09:09:17  3  If anyone tries to talk to you about the case please let me

09:09:20  4  know about it immediately.

09:09:21  5          Second, because it is a list, you must not read any

09:09:24  6  news stories or articles or listen to any radio or television

09:09:29  7  reports about the case or about anyone who has anything to do

09:09:33  8  with it.  And the same goes for learning about the case on the

09:09:36  9  Internet.

09:09:36  10         Then third, you must not do any research such as

09:09:41  11  consulting dictionaries, searching the Internet, or using

09:09:43  12  other reference materials.  Do not make any investigation

09:09:46  13  about the case, the parties, the lawyers, or the Court on your

09:09:49  14  own.

09:09:49  15         There is an instruction about:  If you need to

09:09:51  16  communicate with me, give a signed note.  And then to keep an

09:09:55  17  open mind.

09:09:56  18         Is that all right?

09:09:57  19         MR. FRANKEL:  Yes.

09:09:57  20         THE COURT:  I mean, if tomorrow we see news reports,

09:10:03  21  I might tell them, the seated jury, to just stop looking at

09:10:09  22  the local papers for the duration of the trial.

09:10:15  23         Anything you want me to add or subtract?

09:10:17  24         MR. FRANKEL:  I don't know if it is covered with the

09:10:20  25  Court, the overview you gave, but I believe I heard in the

| | | |
|---|---|---|
| 09:10:23 | 1 | past an instruction where essentially the lawyers can't talk |
| 09:10:26 | 2 | to the jurors, and so if we see them in the hallway and our |
| 09:10:30 | 3 | head is down, it is not that we are being rude to them, it is |
| 09:10:34 | 4 | that you explicitly instructed us not to do that and so we |
| 09:10:37 | 5 | can't. |
| 09:10:38 | 6 | THE COURT:  Yes. |
| 09:10:39 | 7 | MR. PERCONTE:  If that is okay with defense counsel. |
| 09:10:41 | 8 | Then they can understand if we see them and buzz by |
| 09:10:44 | 9 | them that -- |
| 09:10:45 | 10 | THE COURT:  The only reason I didn't put it here is I |
| 09:10:48 | 11 | anticipate we will take a break in the middle and I will tell |
| 09:10:52 | 12 | them then, if you see them at the break they are not being |
| 09:10:55 | 13 | unfriendly, and tell your client and your witnesses and vice |
| 09:11:00 | 14 | versa to take the south bank of elevators, the jurors will -- |
| 09:11:04 | 15 | the perspective jurors will take the north bank. |
| 09:11:09 | 16 | Anything you wanted me to add or subtract? |
| 09:11:11 | 17 | MR. FRANKEL:  That was it, just about the elevators, |
| 09:11:14 | 18 | and you just indicated that. |
| 09:11:16 | 19 | THE COURT:  Okay. |
| 09:11:19 | 20 | And did we talk about the length of opening?  I am |
| 09:11:23 | 21 | not sure we did. |
| 09:11:24 | 22 | How long is your opening? |
| 09:11:27 | 23 | MS. MCSHAIN:  About 12 minutes, your Honor. |
| 09:11:27 | 24 | THE COURT:  I'm sorry? |
| 09:11:29 | 25 | MS. MCSHAIN:  12 minutes, about. |

| | | |
|---|---|---|
| 09:11:29 | 1 | THE COURT: Are you sure it is not 13? |
| 09:11:32 | 2 | MR. PERCONTE: 12.25. |
| 09:11:34 | 3 | THE COURT: All right. |
| 09:11:34 | 4 | And then for the defense? |
| 09:11:35 | 5 | MR. FRANKEL: I would say about 12 minutes also. |
| 09:11:40 | 6 | THE COURT: Well, all right. |
| 09:11:42 | 7 | MR. PERCONTE: Maybe a little leeway on the end of |
| 09:11:45 | 8 | each of those, Judge, but I don't think we will have long |
| 09:11:45 | 9 | openings. |
| 09:11:45 | 10 | THE COURT: You can each have 18 minutes. |
| 09:11:48 | 11 | No, that is fine. I won't set a preset limit. If |
| 09:11:52 | 12 | you do ramble extra long, I will give you a warning of some |
| 09:11:56 | 13 | sort. Okay. |
| 09:11:58 | 14 | The defense motions that were filed over the weekend, |
| 09:12:07 | 15 | okay, the first has to do with Ms. Farkas. |
| 09:12:13 | 16 | MR. PERCONTE: Yes, Judge. |
| 09:12:14 | 17 | I don't know if you want defense counsel to go first |
| 09:12:19 | 18 | or -- |
| 09:12:20 | 19 | THE COURT: Is there any other detail that you can |
| 09:12:22 | 20 | give me as to what Ms. Farkas is proposing to testify on this |
| 09:12:28 | 21 | topic? |
| 09:12:31 | 22 | MR. PERCONTE: Judge, we made obviously a disclosure |
| 09:12:33 | 23 | to defense counsel of what she said on Friday. This is the |
| 09:12:36 | 24 | first time we talked to her about this. So our -- the |
| 09:12:38 | 25 | testimony we would seek is that there was a time after |

09:12:42    1    Mr. Dvorkin had been charged where Mr. Dvorkin took her to the

09:12:47    2    hallway and said, You don't want me to go to jail, do you?

09:12:50    3    And that is it.  We will not ask her what she understood that

09:12:54    4    to mean.  We will not ask her, you know, how she felt about

09:12:59    5    that.  We turned that over to the defense because that is part

09:13:02    6    of what we asked her during that -- during the witness

09:13:05    7    interview on Friday, but we are not going to ask those

09:13:08    8    questions, but we think it is evidence, the statement itself,

09:13:11    9    we believe we should be able to elicit and argue and

09:13:14    10   consciousness of guilt, and the reason why is that Mr. Dvorkin

09:13:18    11   at that time had been charged by a criminal complaint and in

09:13:21    12   the criminal complaint it was alleged that Mr. Dvorkin had

09:13:24    13   provided particular documents, identification documents,

09:13:27    14   regarding Larry Meyer to Mr. Bevis, who then turned them over

09:13:32    15   to the FBI.

09:13:33    16        At trial we anticipate Ms. Farkas is going to testify

09:13:37    17   that she was the person that printed those documents and left

09:13:39    18   them for Mr. Dvorkin.  Her handwriting appears on one of those

09:13:43    19   documents.

09:13:43    20        And so the suggestion that after he is charged and

09:13:47    21   has read them in the complaint, that he then approaches

09:13:51    22   Ms. Farkas and takes her out in the hallway and says, You

09:13:54    23   don't want me to go to jail, do you?  To which she responded,

09:13:57    24   No.  Then the conversation ended.

09:13:57    25        Just eliciting facts itself is consciousness of

09:14:02  1    guilt.  Obviously defense counsel can argue otherwise, they
09:14:07  2    can argue that it didn't happen, but we think it is relevant,
09:14:08  3    it is consciousness of guilt, we ought to be able to just
09:14:10  4    elicit that statement, not get into her understanding, not to
09:14:13  5    try to paint this as an instruction type thing where he was
09:14:16  6    trying to intimidate a witness, and that is why we are not
09:14:20  7    going to ask her how she felt or what she took it to mean, but
09:14:24  8    we will argue that that statement was essentially similar to
09:14:28  9    the statements he made on May 11th to Mr. Bevis where he
09:14:31  10   encouraged him to say certain things to the FBI, consciousness
09:14:36  11   of guilt.
09:14:36  12        So that is why we want to elicit that statement, we
09:14:37  13   think it fits.  Now it is after the fact but, of course, as
09:14:39  14   the Court pointed out in its order on other motions, that the
09:14:43  15   evidence comes after the fact does not mean it is not relevant
09:14:46  16   as confessions come after the fact, jail calls sometimes where
09:14:49  17   a defendant makes statements about a case come after the fact,
09:14:52  18   this is in that vein.
09:14:53  19        So Judge, for that reason, we think it is relevant,
09:14:56  20   it is admissible, we don't tend to dwell on it, we certainly
09:14:59  21   don't intend to put in a statement that Mr. Dvorkin paid for
09:15:06  22   her attorney, we are -- we are not going down that road.  So
09:15:07  23   we want to keep it very limited.  We are not looking to make
09:15:08  24   this a circus, just a couple questions about it.  We think it
09:15:13  25   is within the consciousness of guilt area of law.

09:15:17  1       MR. WALLIN:  Your Honor, if I may respond briefly.

09:15:19  2       THE COURT:  Sure.

09:15:19  3       MR. WALLIN:  First of all, in the information we

09:15:24  4  received from the government there is no indication that he

09:15:27  5  took her out in the hall, and this is the first time I am

09:15:29  6  hearing about that.  And second of all, it does not say

09:15:31  7  whether it was before or after the indictment.

09:15:33  8       Now, if I understand the Court's previous ruling

09:15:35  9  regarding the consciousness of guilt evidence, that all took

09:15:39 10  place within circumstances where it could be argued that it

09:15:42 11  was consciousness of guilty.  However, in this situation, we

09:15:45 12  have no circumstances to shed any light on what he meant when

09:15:49 13  he said that.  It is completely subjective and I think it is

09:15:55 14  kind of taking it out of context in a way, your Honor.

09:15:57 15       MR. FRANKEL:  Judge, also, her testimony is

09:16:00 16  completely -- it is what it is.  She is going to say I

09:16:04 17  printed out these documents.  There is nothing that could

09:16:07 18  change about what her role was here in this case and what she

09:16:10 19  did.

09:16:10 20       Mr. Dvorkin could have no expectation that she would

09:16:15 21  say anything other than, I printed out those documents.  She

09:16:18 22  is not going to say, I knew about the solicitation or I

09:16:21 23  witnessed meetings or this or that, all she is going to say

09:16:25 24  is, One day he asked me to print out these pieces in paper.

09:16:28 25       So the comments they are saying is consciousness of

09:16:33   1   guilt, and I suppose what they are saying is he is making a
09:16:36   2   comment to somehow influence her testimony.  There is nothing
09:16:39   3   that she can say that will be influenced by any comment from
09:16:43   4   Mr. Dvorkin.  So it has no probative value at all and it is
09:16:46   5   obviously prejudicial to us and unfairly so, because it opens
09:16:50   6   a door for an argument that Mr. Dvorkin was prowling the
09:16:54   7   hallways of his company trying to squelch people from
09:16:58   8   cooperating with the government, and that is just not true.
09:17:03   9          This is -- I don't even -- This is all brand new to
09:17:04   10  us.  We haven't talked to anybody about this.  I just think it
09:17:08   11  is not probative enough of anything, and it is highly, highly
09:17:13   12  damaging, it is just wrong to admit it, and especially at this
09:17:17   13  late date.
09:17:17   14         She can still give the full range of her testimony
09:17:20   15  about, I was working that day, he came me and asked me to
09:17:24   16  print this out, they can get everything they need from her,
09:17:27   17  nothing will change from that.
09:17:28   18         THE COURT:  Some of that is hyperbole, and I say that
09:17:33   19  with a smile on my face because I understand your concern that
09:17:39   20  the jury might, you know, run away with this idea that there
09:17:43   21  was some kind of obstruction campaign, but I don't think the
09:17:46   22  government is going to be arguing that, and they said they
09:17:49   23  won't.
09:17:49   24         But the problem with the evidence is that -- the
09:17:55   25  actual problem with the evidence is that it is only relevant

09:18:00 1 to the defendant's state of mind, okay, what you say is
09:18:03 2 consciousness of guilt, and so even if you strip out from the
09:18:08 3 witness' testimony the witness' understanding of what the
09:18:15 4 defendant meant, there actually are plenty of times where a
09:18:20 5 witness, whether it was a defense witness or a government
09:18:23 6 witness, is permitted to say, Well, we had this conversation,
09:18:26 7 and because that witness is a participant in the conversation,
09:18:29 8 they can have an understanding of the conversation that is,
09:18:34 9 you know, firmly based, and that would help the jury
09:18:37 10 understand the conversation.

09:18:39 11         If this was just literally she is in the hallway and
09:18:45 12 he -- and he says this one sentence to her it is not much of a
09:18:50 13 conversation, and so what I fear is that, in fact, the
09:18:58 14 inference that is being asked to be drawn is very shaky, and
09:19:04 15 in some ways it is worse that you are not proposing to have
09:19:08 16 Ms. Farkas testify to her understanding of what is meant, you
09:19:12 17 are just going to argue off of it, and so the fact that it is
09:19:19 18 worse that she is not testifying to understand it I think
09:19:21 19 really highlights the fact that you really are proposing to
09:19:27 20 infer from this one very brief statement, that is not very
09:19:34 21 clear on its face, an inference that is too speculative and
09:19:39 22 not reasonable.

09:19:40 23         So unless the defense opens the door, and I can
09:19:44 24 imagine in cross -- maybe they don't plan to do this, but --
09:19:49 25 were you try to -- okay, forget it.  I don't have to

09:19:54   1    strategize.

09:19:55   2        So unless the defense opens the door, she shall not

09:20:00   3    testify as to this brief statement.

09:20:02   4        Now -- so I am left in suspense, the motion to

09:20:08   5    exclude Mr. Rossi's testimony and Ms. Kosbab -- I am being

09:20:15   6    handed for the record a 302 of Mr. Rossi.  This was an

09:20:29   7    interview of August 7th, 2012.

09:20:40   8        So what is the argument here?

09:20:44   9        MR. PERCONTE:  Well, Judge, I think as of last

09:20:47  10    Wednesday, I want to say, we received the motion in limine

09:20:50  11    from Mr. Dvorkin indicating that he intended to call witnesses

09:20:54  12    who were going to opine or testify regarding his verification

09:21:03  13    for law abidingness.  So that will apparently -- that will

09:21:04  14    perhaps put that at issue.

09:21:05  15        Mr. Rossi was a business partner with Mr. Dvorkin.

09:21:09  16    He details at some point in some length there reasons why he

09:21:15  17    thinks that Mr. Dvorkin has engaged in fraudulent transactions

09:21:19  18    as part of his business dealings, and we would not get into

09:21:22  19    those in front of the jury, obviously.  We would simply call

09:21:25  20    him, ask him if is he familiar with Mr. Dvorkin, based on his

09:21:29  21    business dealings with him, which is very similar to the

09:21:31  22    foundational questions that will be allowed, my understanding,

09:21:35  23    to be asked regarding character witnesses that the defense

09:21:37  24    intends to call regarding our witnesses, or one of our

09:21:41  25    witnesses.  Then we will ask Mr. Rossi whether he has formed

09:21:45  1    an opinion based on those interactions regarding whether
09:21:49  2    Mr. Dvorkin is a law abiding citizen or not, and he can opine
09:21:54  3    on that.
09:21:55  4           It is the defense's decision whether they want to put
09:21:57  5    this at issue.  Rule 404(a) gives us the right to respond to
09:22:04  6    the defendant's character and put in our ever own evidence as
09:22:07  7    to his character.  So if he seeks to introduce it that is what
09:22:10  8    we intend to do with Mr. Rossi.  I think we are seeking
09:22:13  9    additional avenues as well.
09:22:14  10          But part of this is -- we obviously were not going to
09:22:16  11   call Mr. Rossi in our case in chief ever because we are not
09:22:23  12   proving up a fraud case against Mr. Dvorkin and we don't
09:22:23  13   intend to prove up a fraud case with his testimony, but
09:22:28  14   instead, we will ask him five or six foundational questions,
09:22:29  15   ask him his opinion, and that will be it.
09:22:31  16          Otherwise, it would allow -- the irony in the motion
09:22:35  17   is that with respect to Mr. Hartney and Mr. DeSanti, they also
09:22:40  18   have made allegations regarding one of our witnesses,
09:22:43  19   regarding their business dealings, and none of those have been
09:22:46  20   adjudicated that I know of.  Mr. DeSanti never even sued.
09:22:50  21   Just like Mr. Rossi never sued Mr. Dvorkin, Mr. DeSanti never
09:22:55  22   sued Mr. Bevis.  So if anything, this closely parallels the
09:22:58  23   type of character evidence that the defense intends to
09:23:01  24   introduce in this case and about our witnesses.
09:23:03  25          So for that reason I think testimony would be proper.

| | |
|---|---|
| 09:23:06 | 1 |
| 09:23:10 | 2 |
| 09:23:13 | 3 |
| 09:23:17 | 4 |

1  We would be happy to do a voir dire outside the presence of a
2  jury if the Court would like, but we have a right to respond
3  to this evidence that Mr. Dvorkin is a law abiding wallflower
4  and this is how we intend to do it.
5           MR. WALLIN:  Your Honor, there is a key difference
6  between us presenting a character witness regarding Mr. Bevis
7  and the government presenting a character witness about
8  Mr. Dvorkin, and that is Mr. Dvorkin is the defendant here,
9  and so the risk of undo prejudice is a little bit different,
10  and in this situation, 403 still applies.
11           So, whatever very low probative value this has to say
12  that in a few foundational questions and in his opinion
13  Mr. Dvorkin isn't law abiding, will be overcome greatly by,
14  again, saying he is law abiding implying -- showing that is he
15  not law abiding, that there are other accusations potentially
16  pending out there that will fall upon Mr. Dvorkin if it comes
17  to that.
18           So in that situation, given the low relevance in this
19  -- of this testimony, and the high undo prejudice, it should
20  be excluded under 403.
21           MR. FRANKEL:  Judge --
22           THE COURT:  It is --
23           MR. FRANKEL:  I'm sorry.
24           THE COURT:  Go ahead.
25           MR. FRANKEL:  It is 404(b) potentially, and there has

09:24:21  1   been no notice.  You can see how old that 302 is.

09:24:24  2          MR. PERCONTE:  It is not 4 --

09:24:26  3          THE COURT:  Let's not -- don't.

09:24:26  4          The 404(b) argument is rejected because it is not

09:24:29  5   going to get into specific instances of conduct.  They are not

09:24:33  6   proving -- they are not using 404(b) evidence here.  This is

09:24:41  7   to rebut the character for lawful -- for law abidingness.

09:24:47  8          And on that point, it is -- it has strong probative

09:24:51  9   value because it is a character witness going the other way,

09:24:55  10  disputing that specific point, and based on my scan of this

09:25:02  11  business relationship, this witness has more than sufficient

09:25:08  12  foundation to opine on Mr. Dvorkin's character for law

09:25:16  13  abidingness.

09:25:17  14          So while I recognize that the target of the now

09:25:23  15  anti-character evidence is the defendant himself, I must take

09:25:28  16  extra care.  The specific factual issue that this evidence

09:25:34  17  rebuts is his character for law abidingness, and since that

09:25:40  18  has been put directly at issue by the defendant, it actually

09:25:43  19  has strong probative value, and because the defendant will not

09:25:46  20  be -- I'm sorry, the government won't be getting into specific

09:25:49  21  instances of misconduct to prove up this character trait,

09:25:53  22  there is -- there is not an undo prejudice to this piece of

09:26:02  23  evidence.

09:26:03  24          So Mr. Rossi can testify as to this.

09:26:06  25          I think I am a little more concerned about whether

09:26:11    1    or not -- do you plan on trying to cross the defendant's
09:26:14    2    character witnesses with questions off of this evidence?
09:26:19    3            MR. PERCONTE:  No.
09:26:21    4            THE COURT:  Okay.
09:26:22    5            MR. PERCONTE:  I mean, our cross of the defendant's
09:26:27    6    character witnesses will focus more on the fact that they knew
09:26:30    7    nothing about this case.
09:26:31    8            THE COURT:  Okay.
09:26:31    9            MR. PERCONTE:  We will not get into these acts with
09:26:34   10    those witnesses.
09:26:35   11            Now, the defendant would be potentially a different
09:26:41   12    story but we can get into that.
09:26:42   13            THE COURT:  Okay.
09:26:43   14            MR. FRANKEL:  Judge, if you put -- traditionally, if
09:26:48   15    you put on a character witness, they can confront the
09:26:50   16    character witness with specific instances of misconduct to try
09:26:54   17    to undermine their testimony, but to put on a collateral
09:26:59   18    witness, another character witness, that is collateral to the
09:27:03   19    presentation of the initial character witness testimony.
09:27:07   20            I just think it is getting too far afield.
09:27:09   21            THE COURT:  I disagree.
09:27:12   22            The character -- this is just anti-character
09:27:16   23    evidence, but specifically in the form of opinion or
09:27:19   24    reputation testimony, and I think it is actually infinitely
09:27:23   25    better for the defendant if it comes in this way through

09:27:28 1  character evidence in opinion or testimony, just at this
09:27:32 2  generalized level, then to do what you just suggested and what
09:27:37 3  I just asked the government that they plan on crossing, using
09:27:41 4  this as a good faith basis for specific cross examination
09:27:45 5  questions, and they should have said no they are not going to
09:27:47 6  do that.
09:27:48 7          MR. FRANKEL:  Well, Judge, I am going to have to
09:27:51 8  re-evaluate my approach regarding the character evidence.
09:27:55 9  For the opening, in any event, I am just going to talk about
09:28:01 10  character evidence for peaceful behavior and we will have to
09:28:08 11  make a decision later about whether or not we will put in law
09:28:10 12  abidingness.
09:28:11 13          THE COURT:  Okay.
09:28:11 14          MR. PERCONTE:  Judge, because the defendant has to
09:28:13 15  open the door to character evidence we are not going to
09:28:16 16  mention character evidence in our case in chief or in our
09:28:18 17  opening.  This is for a rebuttal witness only.  So just to be
09:28:21 18  clear, we will not be getting into this in our case at chief
09:28:24 19  or in our opening.  We have to wait to do this, obviously,
09:28:27 20  until the defense decides to call him, and if the defense
09:28:30 21  wants to call a character witness --
09:28:32 22          MR. FRANKEL:  I assume I am not opening the door to
09:28:36 23  this testimony if we restrict our character testimony to a
09:28:41 24  reputation of peacefulness.
09:28:41 25          MR. PERCONTE:  No.

09:28:42    1          THE COURT:  Right.

09:28:43    2          Mr. Rossi has nothing to say on it.

09:28:43    3          MR. FRANKEL:  No, nothing to say.

09:28:43    4          THE COURT:  You can game-time audible on that one

09:28:43    5    then.

09:28:43    6          MR. FRANKEL:  Right.

09:28:45    7          MR. PERCONTE:  Yes.

09:28:45    8          THE COURT:  One second.

09:28:46    9          (Discussion held off the record.)

09:29:16    10          The jury department is saying that one of the jurors

09:29:22    11    that has called in has now passed the magic threshold of 70,

09:29:27    12    so he or she may excuse him or herself and has decided to do

09:29:31    13    that.  So we have dropped down to -- so I have called 39

09:29:36    14    jurors.

09:29:37    15          Do you want me to pull one extra?

09:29:39    16          MR. FRANKEL:  I think so.

09:29:41    17          THE COURT:  Okay.

09:29:42    18          Then we will pull one more.

09:29:44    19          MR. FRANKEL:  Judge, could we have that 302 back?

09:29:47    20          THE COURT:  Yes.

09:29:50    21          What I would like you to do is file the two motions

09:29:52    22    you made over the weekend on the docket, and if you could

09:29:55    23    attach that under seal.  If you don't know -- you will figure

09:30:03    24    it out, attach it under seal so there is an understanding of

09:30:08    25    the basis of the ruling.

09:30:08  1          MR. WALLIN:  Your Honor, if I could just get an
09:30:10  2   order, a minute entry, to file it under seal, I think the
09:30:13  3   clerk's office needs that to allow me to do that.
09:30:16  4          THE COURT:  I am not sure you need that any more,
09:30:19  5   but --
09:30:19  6          MR. WALLIN:  Oh, really?
09:30:20  7          THE COURT:  Yes.
09:30:20  8          MR. WALLIN:  Last time I tried it and didn't have an
09:30:23  9   order they --
09:30:24  10          THE COURT:  Really?  I will put it in here.
09:30:26  11          Ms. Kosbab.
09:30:29  12          MR. PERCONTE:  Ms. Kosbab, Judge, will testify as to
09:30:32  13   her opinion regarding the truthfulness of Jeffrey Hartney who
09:30:38  14   is a witness and who is going to be called by the defense as a
09:30:39  15   potential harbinger of Mr. Dvorkin's truthfulness.
09:30:44  16          Again, it is the same thing.  We are not getting into
09:30:45  17   specific acts, just do you know the person, how do you know
09:30:48  18   him, she was married to him for a number of years, she is no
09:30:51  19   longer married to him, but they were married for I think 15
09:30:54  20   years or something like that.  And then did you form an
09:30:56  21   opinion as to his truthfulness, and what is that opinion.
09:30:59  22   Story over.  We are not going to get into specific acts, we
09:31:02  23   are not going to get into underlying divorce proceedings with
09:31:07  24   her.
09:31:09  25          So that is the testimony.  I think that is

09:31:12  1   appropriate under Rule 608(a), any testimony as to a witness'
09:31:15  2   character for truthfulness.
09:31:17  3          Mr. Hartney is being offered as a witness who can
09:31:21  4   opine on someone else's truthfulness, and so his character is
09:31:21  5   in play.  I don't think -- again, there are not many
09:31:24  6   questions.  Certainly he can be cross examined by the defense
09:31:29  7   regarding --
09:31:30  8          THE COURT:  And again, you do not plan on using --
09:31:33  9          MR. PERCONTE:  No specific acts.
09:31:34  10         THE COURT:  Right.
09:31:34  11         Even in the cross of Mr. Hartney?
09:31:36  12         MR. PERCONTE:  Well, that is a different story.
09:31:38  13         Mr. Hartney -- and this I learned from Google and
09:31:43  14  looking up orders in his divorce proceeding, was enjoined for
09:31:48  15  fraudulently transferring assets during his divorce.  Now we
09:31:51  16  would not ask about the injunction, but we would ask about the
09:31:55  17  transfer of the assets because that is -- that we would argue
09:32:01  18  is a specific instance that would go to his truthfulness.
09:32:03  19         We can't prove that up, and we would not prove it up
09:32:06  20  through Ms. Kosbab, but we are allowed to ask about it just as
09:32:10  21  the defense intends to ask Mr. Bevis about all of these
09:32:14  22  instances with Mr. Hartney and Mr. DeSanti.  So it is fair for
09:32:18  23  us to ask Mr. Hartney about any instances that go to his
09:32:21  24  character of truthfulness, and not to prove it up, but to at
09:32:25  25  least be able to ask him.

09:32:30    1    Now I want to be clear, we would not attempt to
09:32:32    2  elicit testimony from Ms. Kosbab for the jury to draw any
09:32:36    3  inference as to whether he had told the truth as far as when
09:32:38    4  he responds that he fraudulently transferred assets and things
09:32:42    5  like that.
09:32:42    6    THE COURT:  Do you know any of the details of the
09:32:46    7  finding?
09:32:46    8    MR. PERCONTE:  We just got all the divorce paperwork
09:32:49    9  this morning.  It is being Bates stamped and we will produce
09:32:53    10  it to defense at lunch time.
09:32:55    11    I have not been through all of it, some of the
09:32:57    12  affidavits that were filed, and I have been able to find
09:33:02    13  online from Google.  So I will have -- I can assure the Court
09:33:05    14  that we will have a good faith basis for the questions, be
09:33:09    15  able to discuss those with the Court before we cross examine
09:33:13    16  Mr. Hartney.  We will not come up here and just ask baseless
09:33:17    17  questions, and I think Mr. Frankel and Mr. Wallin will have an
09:33:21    18  idea of the basis for the questions when we turn it over.
09:33:24    19    And we just received it over the weekend or Friday
09:33:27    20  afternoon.  It is a little box of stuff.
09:33:29    21    THE COURT:  And setting aside that specific instance,
09:33:33    22  do you have a 302 that summarizes what Ms. Kosbab --
09:33:39    23    MR. PERCONTE:  We turned that over last week, early
09:33:41    24  last week.  Right after we interviewed her we turned it over.
09:33:45    25    THE COURT:  Do you have a copy that I could take a

09:33:47    1    look at.

09:33:47    2         MR. PERCONTE: I don't know if --

09:33:49    3         MR. WALLIN: I do if you don't have one, Judge.

09:33:51    4         THE COURT: Yes.

09:35:31    5         MR. WALLIN: Okay.

09:35:32    6         Do you have any response?

09:35:32    7         MR. WALLIN: Your Honor, our defense position is that

09:35:34    8    this is collateral. Mr. Hartney is offered as a character

09:35:38    9    witness to begin with, so now this is a character witness

09:35:41    10    about a character witness. It just will confuse the jury and

09:35:44    11    it will add time to the trial unnecessarily.

09:35:47    12         The prosecution can cross Mr. Hartney on a number of

09:35:51    13    things as they intend to, if we do call him. And just as we

09:35:56    14    are doing with Mr. Bevis, they shouldn't be allowed to present

09:36:00    15    this testimony in order to -- while it won't necessarily be

09:36:03    16    proving things up per say, it will legitimize a lot of the

09:36:06    17    things that they are talking about, or asking him about on

09:36:08    18    cross, your Honor.

09:36:11    19         So we think under 403 it should be excluded.

09:36:17    20         THE COURT: Okay.

09:36:17    21         On the first point about it, about it being

09:36:19    22    collateral, once again, the defense, like the government,

09:36:29    23    their witnesses are subject to, you know, credibility

09:36:32    24    challenges. It is not collateral in the sense of, for

09:36:38    25    example, specific instance of untruthfulness that it then

09:36:42  1    cannot be proved up by extrinsic evidence.  So this does go to

09:36:47  2    the credibility of the defense witness, and so it is relevant.

09:37:00  3    Then you articulated a concern about if Hartney is crossed on

09:37:06  4    a specific instance of untruthfulness in the divorce

09:37:10  5    proceeding that then the jury might make some kind of

09:37:13  6    connection from her otherwise generalized testimony about

09:37:20  7    character for truthfulness as evidentiary support for the

09:37:28  8    questions that otherwise would not be provable by extrinsic

09:37:31  9    evidence.  That is a legitimate concern, but I don't think

09:37:36 10    that the jury, from the generalized testimony of a character

09:37:44 11    witness on truthfulness, will make that connection.

09:37:49 12         Now, I don't -- this 403 balancing needs some more

09:37:54 13    attention because we don't know right now what is alleged to

09:37:58 14    have happened in the underlying divorce that resulted in that

09:38:03 15    injunction or finding of fraudulent transfer, so we do need to

09:38:07 16    know a little bit more about that before I make a final

09:38:11 17    ruling.  But I don't think generally speaking the jury is

09:38:15 18    going to draw some inference that, well, Ms. Kosbab has

09:38:22 19    testified here she was the opponent in the divorce proceeding,

09:38:26 20    and so, therefore, she must have lots of credible evidence in

09:38:30 21    the divorce proceeding, especially because no matter -- no

09:38:35 22    matter the general admissibility of this -- of these cross

09:38:45 23    examination questions that will be put to Mr. Hartney, the

09:38:48 24    State Court finding of a fraudulent transfer, that cannot come

09:38:50 25    in, because -- and the government is nodding its head, I think

09:38:55  1    it understands that is essentially the opinion of the State

09:38:58  2    Court, and that Judge ain't here.  So that is not coming in

09:39:02  3    for sure.  It would just be the underlying conduct that could

09:39:05  4    be crossed on.

09:39:06  5        I don't think that the jury is going to try to

09:39:17  6    connect the dots in this way.  It is several dots removed.

09:39:21  7        MR. PERCONTE:  Judge, I am willing to when we cross

09:39:26  8    examine Mr. Hartney on those instances not link it to his

09:39:30  9    marriage to this particular witness, you know, and just

09:39:36  10   generally refer to his divorce proceedings in a way that will

09:39:40  11   attempt to alleviate this concern that Mr. Wallin raised, and

09:39:45  12   I will explain why we are going to do this.

09:39:47  13       I think Mr. Wallin, the issue he has raised, is an

09:39:51  14   extremely valid one for the witnesses they intend to call.

09:39:55  15   They intend to cross examine Mr. Bevis regarding specific

09:39:57  16   instances of conduct that he engaged in with Mr. Hartney and

09:40:01  17   Mr. DeSanti, and then they intend to turn around and ask

09:40:05  18   those -- and from what I understand, they are going to spend

09:40:08  19   a significant amount of time on that, on fraud that Mr. Bevis

09:40:12  20   supposedly ran on those two individuals.  Then they are going

09:40:15  21   to turn around and call those two individuals and ask them to

09:40:18  22   opine on Mr. Bevis's truthfulness, in a way, backdooring in

09:40:23  23   the specific acts through cross examination.

09:40:26  24       So we are willing to, in our cross examination of

09:40:29  25   Mr. Hartney, not refer to any specific divorce proceedings.

09:40:33  1  I think that it would be appropriate when Mr. Bevis is being

09:40:37  2  cross examined by the defense, they can ask him about the

09:40:40  3  fraudulent -- about whether he was a fraudster with respect to

09:40:45  4  specific people, the specific acts that he did, whether he

09:40:47  5  made them promises, whether he sold them shares that were not

09:40:52  6  registered, whatever they want to get into, but I don't think

09:40:55  7  they need to mention the names of those folks when they do it,

09:40:58  8  and I think to do so would be to backdoor specific acts in

09:41:01  9  through Mr. Bevis, and unlike Mr. Hartney, that will be a

09:41:08  10  focus of Mr. Bevin on cross examintion, and so --

09:41:08  11         MR. FRANKEL:  Judge --

09:41:09  12         MR. PERCONTE:  (Continuing) -- we are more than happy

09:41:10  13  to talk about it in a more general term to make sure we are

09:41:13  14  not backdooring specific acts in through the joint testimony

09:41:17  15  of the cross examination of Mr. Hartney and the direct

09:41:20  16  examination of his wife, but we think that -- and this is a

09:41:23  17  genuine concern -- that the defense should not be able to do

09:41:26  18  that, they should not be able to cross examine Mr. Bevis

09:41:30  19  regarding the specific individuals that he defrauded and then

09:41:34  20  call those specific individuals to give their opinion for

09:41:36  21  truthfulness, because basically what they are doing is laying

09:41:40  22  the found -- the specific acts foundation through their cross

09:41:42  23  examination.

09:41:42  24       I believe the Court in its order and discussion last

09:41:45  25  week said it would specifically not allow cross examination to

09:41:49  1    be used for improper character evidence.

09:41:51  2              So I think all the questions can come out using

09:41:54  3    pronouns, or generalized descriptors, and I am not sure what

09:41:59  4    would be inappropriate about that.

09:42:01  5              THE COURT:  You don't have to accept that compromise

09:42:05  6    position.

09:42:07  7              I have the same feeling about Mr. Bevis and his --

09:42:15  8    and the testimony of Mr. Hartney and Mr. DeSanti against him

09:42:18  9    as I do with respect to Ms. Kosbab's testimony against

09:42:22  10   Mr. Hartney, which is I do not think the jury will try to

09:42:27  11   connect the dots, because they will hear such little evidence

09:42:31  12   from these character witnesses that the risk is a very minimal

09:42:36  13   one.

09:42:37  14             In addition, this cast of characters, I must say, the

09:42:43  15   cross examiners, whether it is for the government or the

09:42:45  16   defense, you are entitled to put -- when I have allowed

09:42:49  17   specific questions because of Rule 608 -- to put as specific a

09:42:54  18   question to them, and the use of pronouns would just allow --

09:43:00  19   pronouns, defense or government, would just allow them to be

09:43:05  20   squirrely.  And so I do not like the idea of a Company A, or a

09:43:10  21   company.

09:43:12  22             So don't worry, you don't have to do that, you don't

09:43:14  23   have to pull back on that.

09:43:15  24             Anything else you want to say?

09:43:17  25             MR. FRANKEL:  Judge, I know you have made your

09:43:20  1    ruling, but just that Ms. Kosbab is -- she is -- she is his
09:43:27  2    ex-wife.  How much probative value does this have about his
09:43:30  3    character?
09:43:31  4            THE COURT:  I can't wait to hear you argue that to
09:43:33  5    the jury.  But that is a jury argument.
09:43:35  6            One could also argue that, you know, someone who was
09:43:39  7    married to someone for 16 years is in the best position to
09:43:45  8    opine on someone's character for truthfulness or
09:43:48  9    untruthfulness.  So that is a jury argument.  It is a fine
09:43:54 10    one.  But I do think she is -- she has sufficiently relevant
09:43:59 11    testimony with sufficient probative force to be admissible.
09:44:06 12            Again, they are not going to mention her in opening
09:44:09 13    either, so you can still audible on this one.
09:44:11 14            MR. PERCONTE:  Rebuttal only.
09:44:12 15            THE COURT:  Okay.
09:44:13 16            I think we have got our written questionnaires back
09:44:21 17    now.  So you can take a seat and you can take a quick look at
09:44:24 18    these.
         19
         20
         21
         22
         23
         24
         25

VOIR DIRE

09:54:02         THE COURT:  All right.  Let's go on the record.

09:54:05         We have received copies of the scheduling

09:54:07 questionnaires that the prospective jurors have filled out.

09:54:18 Let's see if we can agree on anyone.

09:54:21         The first one who put an answer down was juror Number

09:54:24 3, and it says, My brother didn't have fair justice.

09:54:28 Obviously we need to make -- have some questions of this

09:54:32 juror, it is not a scheduling issue, but perhaps this reflects

09:54:37 her depth of feeling.  So we need to question her.  So she

09:54:41 will stay in the pool for now.

09:54:43         Number 4, this is the gentleman who is now 70 years

09:54:46 old.  I will be excusing him.

09:55:06         No objection?

09:55:07         MR. PERCONTE:  No.

09:55:08         MR. FRANKEL:  At 70 they don't have to?

09:55:10         THE COURT:  No.

09:55:11         MR. FRANKEL:  Okay.

09:55:11         THE COURT:  The next one that answered was Number 10,

09:55:16 Ms. Arestis, A-r-e-s-t-i-s, and she said, It has created a

09:55:21 hardship for our family owned business, which is open seven

09:55:24 days a week.

09:55:25         Does any side want to question her further?

09:55:28         MR. FRANKEL:  I think we should, Judge.

09:55:30         THE COURT:  Do you have a position?

09:55:32   1        MS. MCSHAIN:  No position, your Honor.

09:55:33   2        THE COURT:  We will question her further.

09:55:37   3        The next juror who wrote something was Number 14, his

09:55:45   4 name is Adamovich, and she stated, Childcare, I have a

09:55:50   5 kindergartner and second grader that I am responsible for

09:55:54   6 taking to school and there is no bus service.

09:55:56   7        Is there any objection to excusing her?

09:56:00   8        MS. MCSHAIN:  Not from the government, your Honor.

09:56:02   9        THE COURT:  For the defense?

09:56:10  10        MR. FRANKEL:  It might be that we can schedule the

09:56:13  11 trial around her need to get to school.  I hate to not ask her

09:56:18  12 further questions about what time they have to get to school,

09:56:21  13 does she have to -- is this a shared responsibility, Judge, or

09:56:30  14 is she --

09:56:30  15        THE COURT:  We will ask her questions, okay.

09:56:34  16        I think what I may do is we will seat everyone for

09:56:39  17 questioning but then we will pull her over for a side bar and

09:56:43  18 ask her questions, because if they are legit, I will excuse

09:56:47  19 her from further questioning.  That was Number 14.

09:56:51  20        The next juror who responded was Number 23,

09:57:06  21 Mr. Hodge, who says, I cannot make it because I have to give

09:57:09  22 kids a ride every day and my job.

09:57:11  23        Does either side want to question him further?

09:57:14  24        MR. FRANKEL:  I would want to question him for the

09:57:16  25 same reason as the last one, Judge.

09:57:17  1        THE COURT:  Okay.  That is Number 23.

09:57:28  2        The next respondent is Number 30.  I am

09:57:40  3  self-employed, just started my own interior design business,

09:57:44  4  no employees, just me.  I really can't afford to lose the work

09:57:48  5  and pay my bills.  That is Ms. Swiatek, S-w-i-a-t-e-k.

09:57:53  6        MR. FRANKEL:  I don't have any objection for her.

09:57:57  7        THE COURT:  To excusing her?

09:57:58  8        MR. FRANKEL:  Yes, that would be fine.

09:57:59  9        MS. MCSHAIN:  No objection.

09:58:00  10       THE COURT:  So Number 30 would be excused based on

09:58:03  11  her self-employment.

09:58:15  12       Then the next respondent is Number 33, Ms. Berger,

09:58:19  13  B-e-r-g-e-r, the school teacher in Evanston who -- This is the

09:58:25  14  first two weeks of school when I need to recruit my students.

09:58:28  15  I teach music.  If I have to start recruitment two weeks

09:58:33  16  later, it will effect the school year for me.

09:58:36  17       Any objection for excusing her?

09:58:39  18       MS. MCSHAIN:  No, your Honor.

09:58:40  19       MR. FRANKEL:  No, your Honor.

09:58:40  20       THE COURT:  She is excused, Number 33, Alison Berger.

09:58:54  21       Next respondent was Number 35, Daisy Smith, and she

09:58:58  22  responded, I work for Jewish organizations and it is closed on

09:59:02  23  September 5 and September 6, but we are confident it will end

09:59:06  24  before that date, so I take it you want to question her,

09:59:10  25  right?

09:59:11    1           MR. FRANKEL:  I am not sure I even understand the

09:59:14    2   basis for the conflict.

09:59:15    3           THE COURT:  It might just be out of -- I warned you,

09:59:19    4   on September 5th -- your right, it is closed.

09:59:23    5           MR. FRANKEL:  Right.

09:59:24    6           THE COURT:  We will ask her questions.

09:59:25    7           MR. FRANKEL:  Okay.

09:59:26    8           THE COURT:  I am not going to pull her aside, she

09:59:28    9   will go through all the questioning.

09:59:32    10          Then the next respondent, Number 39, a single mom

09:59:36    11  with no support.  She just moved.  I don't know anyone yet to

09:59:40    12  help get the kids to/from school.  My mom drove two hours to

09:59:46    13  get them to school today.

09:59:48    14          I would guess there is no objection.

09:59:53    15          MS. MCSHAIN:  No objection from the government.

09:59:55    16          MR. FRANKEL:  No objection.

10:00:03    17          THE COURT:  Okay.

10:00:03    18          So we will bring them up, put them in the box and

10:00:07    19  gallery, and then I think I will ask 14 and 23 to step to the

10:00:11    20  side bar and we will get through their scheduling issues.

10:00:15    21          Okay.

10:00:18    22          THE CLERK:  The ones that are excused I am not

10:00:20    23  bringing up, Judge, right?

10:00:22    24          THE COURT:  Right, you do not have to bring up the

10:00:26    25  ones we just excused.

| | | |
|---|---|---|
| 10:00:27 | 1 | THE CLERK:  Okay. |
| 10:00:28 | 2 | Thank you. |
| 10:01:21 | 3 | (Whereupon a recess was had.) |
| 10:24:46 | 4 | THE CLERK:  All rise. |
| 10:24:50 | 5 | THE COURT:  Ladies and Gentlemen, welcome to Federal |
| 10:24:52 | 6 | Court.  I am Judge Edmond Chang and I will be presiding over |
| 10:24:56 | 7 | this case.  This is a criminal case that we will be picking a |
| 10:24:59 | 8 | jury for today.  We have in front here our courtroom deputy |
| 10:25:02 | 9 | clerk, Ms. Sandra Brooks, you met her before, and I think you |
| 10:25:06 | 10 | also met in the jury department one of my law clerks, Devlin |
| 10:25:10 | 11 | Su, and we have sitting to my right the court reporter, who is |
| 10:25:13 | 12 | Krista Burgeson. |
| 10:25:14 | 13 | We are going to be picking a jury in United States |
| 10:25:19 | 14 | versus Daniel Dvorkin.  I do appreciate your willingness to |
| 10:25:24 | 15 | serve on a jury.  It really is one of the most important |
| 10:25:28 | 16 | community duties that we have to one another. |
| 10:25:32 | 17 | Now, before we go on, because you are going to be |
| 10:25:34 | 18 | answering questions during jury selection, I am going to ask |
| 10:25:39 | 19 | our courtroom deputy clerk here to administer an oath to you |
| 10:25:43 | 20 | to tell the truth. |
| 10:25:44 | 21 | Ms. Brooks? |
| 10:25:45 | 22 | THE CLERK:  Will all of the jurors please rise and |
| 10:25:49 | 23 | raise your right hand? |
| 10:25:56 | 24 | ( Voir Dire panel sworn. ) |
| 10:26:04 | 25 | Thank you. |

THE COURT:  You may be seated again.

Now we are going to call your names out in a specific order and I will ask you to sit in a specific order as well. So whoever is the first juror, I will ask you to come into the jury box here and fill in the first row, you will take the seat, juror number 1, that sits closest to the benches on that side in the first row, then the second juror will sit to that person's left, then third, and so on.

When we get to number 9, juror number 9 is going to go into the back row, go all the way down, and then fill in from 9, 10, 11, and so on, starting from the benches toward the front of the courtroom.

Then juror number 17 is going to sit in the first row, first bench, on your left side and closest to the wall. Then I will ask you to try to fit in eight jurors, 17, 18, 19 and so on, until juror number 24, and then juror number 25 will fill in the row behind, and so on.

So we are going to do this one by one in non-alphabetical order.  So listen for your name.

Sal Salvato.  Yousef Zaatar.  Patricia Gabb. Veronica Raigoza.  Daniel Perlin.  Karen Bialy.  Celine Heraty.  Shaun Walsted.  Gloria Arestis.  Alicia Roby.  Alvin Hayashi.  William Fasciana.  Rachel Adamovich.  John Gross. Charlene Jurgovan.  William Stafford.

Okay.  Filling in the first bench there now.  Justin

| | |
|---|---|
| 10:29:36 | 1 |
| 10:30:04 | 2 |
| 10:30:34 | 3 |
| 10:30:51 | 4 |
| 10:31:13 | 5 |
| 10:31:30 | 6 |
| 10:31:39 | 7 |
| 10:32:06 | 8 |
| 10:32:06 | 9 |
| 10:32:08 | 10 |
| 10:32:11 | 11 |
| 10:32:15 | 12 |
| 10:32:17 | 13 |
| 10:32:22 | 14 |
| 10:32:25 | 15 |
| 10:32:30 | 16 |
| 10:32:32 | 17 |
| 10:32:35 | 18 |
| 10:32:38 | 19 |
| 10:32:39 | 20 |
| 10:32:41 | 21 |
| 10:32:45 | 22 |
| 10:32:49 | 23 |
| 10:32:54 | 24 |
| 10:32:58 | 25 |

1  Gierke.  Tom Chester.  Marcie Delarosa.  Jermaine Caprio.

2  James Broniec.  Larry Hodge.  Kristen Caruso.  Anwar Akhras.

3       Then bench number two.  Cori Barnes.  Sandra Bottoms.

4  Mark Roberts.  Jeffrey Foster.  Donald Quirk.  Kimberly Fiore.

5  Michelle Geoffroy.  Daisy Smith.

6       And then bench number three.  Lucy Pate.  Bonnie

7  Mandell.  Rocio Wilson.  And Tracie Ward.

8       All right.

9       Before we start the questioning, Ladies and

10  Gentlemen, I want you to know our goal in asking you questions

11  is so that we get a fair and impartial jury.  It is not of

12  course to embarrass you in any way.  If there is any answer

13  that you would rather give privately, we can have a side bar

14  off to the side here and you don't have to talk about it in

15  open court, just myself and the lawyers.  So if at any time

16  you want to have a side bar, just ask for it.

17       Certain of questions that I ask you I will -- I will

18  not give you an option, we will just talk about it at the side

19  bar here.

20       Let me tell you a little bit about this case.  The

21  charges against the defendant are in a document called an

22  indictment.  The indictment in this case has two types of

23  charges; they are similar, but not exactly the same.  The

24  first type of charge is that the defendant solicited another

25  person to commit a crime of violence, in this case, a murder

10:33:04   1   for hire.  The second type of charge is that the defendant

10:33:09   2   used telephones and a car with the intent that a murder for

10:33:14   3   hire be committed.

10:33:17   4          The indictment is simply the formal way of telling

10:33:21   5   the defendant what crimes he is accused of committing.  It is

10:33:26   6   not evidence that the defendant is guilty.  It does not even

10:33:30   7   raise a suspicion of guilt.  Mr. Dvorkin, the defendant in

10:33:36   8   this case, denies each and every one of the charges.

10:33:39   9          Now does anyone here happen to know anything about

10:33:43  10   this case?  Okay.  I see no hands.

10:33:47  11          I am going to ask the lawyers now for both sides to

10:33:51  12   introduce themselves and anyone else sitting at the counsel

10:33:54  13   table.

10:33:55  14          For the government?

10:33:56  15          MS. MCSHAIN:  My name is Heather McShain.  Seated to

10:33:59  16   my left is Jeff Perconte.  And then at the end of the table is

10:34:04  17   Special Agent Frank Sodetz.

10:34:07  18          THE COURT:  For the defense?

10:34:08  19          MR. FRANKEL:  Good morning, Ladies and Gentlemen.

10:34:09  20          My name is Scott Frankel.  I represent Dan Dvorkin,

10:34:13  21   who is sitting next to me.  And with me at counsel table is

10:34:16  22   Mark Wallin, who is also trying the case.

10:34:19  23          THE COURT:  Thank you.

10:34:20  24          Does anyone here happen to know any of the lawyers,

10:34:25  25   the defendant, or anyone else seated at counsel table?  Okay.

10:34:30  1    I see no hands.

10:34:32  2         I am now going to read a list of potential witnesses

10:34:35  3    and other persons that you might hear about during the trial.

10:34:38  4    I am going to ask you to listen carefully to this list,

10:34:42  5    because at the end of the list I will ask you do you happen to

10:34:45  6    know any of the potential witnesses.

10:34:47  7         Those are:  Michael Mulcahy, Vanessa Choate, Robert

10:34:57  8    Bevis, Larry Meyer, Eleanor Farkas, Marilyn Thorpe, Erin

10:35:12  9    Gabor, Karen Kosbab, who also had the last names Montgomery

10:35:16  10   and Hartney, Eric Rossi, William Truemper, Steven Bob, Michael

10:35:29  11   Yesner, James Stoller, Adalia Gibson, Alexander Kerr, Jeffrey

10:35:40  12   Hartney, Daniel DeSanti.

10:35:45  13        Does anyone here happen to know anyone on that list?

10:35:52  14   Okay.  No hands.

10:35:53  15        I am going to now ask you all to one by one, starting

10:36:01  16   with juror number 1, stand up, we are going to give a handheld

10:36:07  17   microphone, you can pretend you are on a talk show, but speak

10:36:11  18   as loudly as you can even with the microphone so we can all

10:36:14  19   hear you.

10:36:15  20        I am going to ask you to give us the biographical

10:36:18  21   information based on the questions in that cover letter that

10:36:24  22   you were given in the jury department.

10:36:29  23        So we will start with Mr. Salvato.

          24

          25

1                                    EXAMINATION

2     BY THE COURT:

3

4     Q.  Mr. Salvato?

5     A.  City is the Village of Berwyn, Illinois.  I have been

6     there since '79.

7               I have a high school degree, diploma.  I went to

8     college for a year and a half, did not graduate.  I am self --

9     I was self-employed.  I am a guitarist, currently right now I

10    am unemployed.  I owned a business in the past.  My wife owns

11    that right now.  I was the manager and owner of a music store.

12              I have been married since '75.  I have three children

13    and they are all in their 30's.  My hobbies are playing

14    guitar.  I walk a lot.  And that is about it.

15    Q.  If I can follow up on a few things.

16              Do you own or rent a home in Berwyn?

17    A.  I own a home.  I just lost it on back taxes.

18    Q.  But you are still living in that home for now?

19    A.  Yes, yes.

20    Q.  Now, you said your wife owns the business.  Is that the

21    music store?

22    A.  Yes, it is.

23    Q.  And do you own that business with her?

24    A.  My name is on it right now, but I haven't been there in

25    the last -- I am unemployed right now.  She owns it.

10:38:25  1  Q.  And when did you stop working for the music store?
10:38:29  2  A.  I am there just to help her out, but I don't have a
10:38:33  3  paycheck or anything.
10:38:36  4  Q.  When did you last earn income from the music store, you,
10:38:42  5  yourself?
10:38:42  6  A.  About two and a half years ago, about two years ago.
10:38:50  7  Q.  And your children, what do they do for a living?
10:38:54  8  A.  One is a bouncer, one is a school teacher, and one works
10:39:00  9  in a medical office.
10:39:07  10  Q.  The one who works in a medical office, what do they do
10:39:11  11  there?
10:39:12  12  A.  I don't know.  I don't.
10:39:16  13  Q.  Is she a physician?
10:39:18  14  A.  No, no.
10:39:21  15  Q.  All right.
10:39:24  16      Where would you say you get your news from, if you
10:39:27  17  follow the news?
10:39:29  18  A.  The Internet.  TV.
10:39:31  19  Q.  Are there any particular TV stations that you watch more
10:39:34  20  than others?
10:39:35  21  A.  Not really, no.
10:39:36  22  Q.  And how about Internet news sites?  Is there any one in
10:39:39  23  particular that you get your news from?
10:39:42  24  A.  I just search the web sometimes.
10:39:51  25      THE COURT:  Thank you.

EXAMINATION

BY THE COURT:

Q. Mr. Zaatar?

A. I live in Orland Hills. I have lived there for 10 or 15 years.

I have a Bachelor's and Master's degree in Civil Engineering. I have lived in the near southside of Chicago while at college at Illinois Institute of Technology. I currently work for a small engineering firm on Van Buren and Wells, it is called, E.J.M. Engineering. I have been there for four years. Before that I worked as an intern for another local engineering firm called H.D.R. engineering. And also for a furniture company throughout college delivering mattresses.

I am not married. I currently live at home in Orland Hills with my parents. No children. I like to travel, that is my hobby.

Q. Let me ask you, you told us about your engineering firm work, and then you were an intern at some point as well.

Does that take us back to your -- to you getting your Master's degree?

A. I completed my Master's degree in 2011. I was working full time for the last four years. Before that I was an intern part time, and also working at a furniture company.

10:41:15  1   Q.  Okay.

10:41:26  2           Do your parents own or rent in Orland Hills?

10:41:28  3   A.  They own.

10:41:36  4   Q.  Where would you say you get your news from?

10:41:40  5   A.  CNN or progressive talk radio.

10:41:56  6           THE COURT:  Okay.  Thank you.

10:41:56  7

10:41:56  8                      EXAMINATION

10:41:56  9   BY THE COURT:

10:41:58  10

10:41:58  11  Q.  Ms. Gabb?

10:42:02  12  A.  I live in Chicago for over 20 years.  I am a housewife.  I

10:42:15  13  didn't graduate because --

10:42:16  14  Q.  Ms. Gabb, if you can keep your voice up or hold the

10:42:19  15  microphone a bit closer.

10:42:21  16  A.  Okay.

10:42:22  17          Well, I went to 8th grade but I didn't graduate

10:42:25  18  because of a death in the family, my mother.  There were ten

10:42:28  19  of us and I had to take care of four of them.

10:42:32  20  Q.  All right.

10:42:34  21  A.  I am a housewife.  Been married.  And you know, that is

10:42:51  22  about it.

10:42:52  23  Q.  Let me follow up on a few things then.

10:42:55  24          What does your husband do for a living?

10:42:58  25  A.  He is retired.

| Time | Line | |
|---|---|---|
| 10:42:59 | 1 | Q. What did he do before he retired? |
| 10:43:01 | 2 | A. He was doing maintenance. |
| 10:43:03 | 3 | Q. Maintenance? |
| 10:43:03 | 4 | A. Uh-huh. |
| 10:43:07 | 5 | Q. Did he work for a maintenance company or a government or |
| 10:43:11 | 6 | -- |
| 10:43:11 | 7 | A. No. |
| 10:43:12 | 8 | A maintenance company. |
| 10:43:16 | 9 | Q. Do you and your husband own the home you are living in? |
| 10:43:19 | 10 | A. No. |
| 10:43:20 | 11 | Q. Do you have any children? |
| 10:43:26 | 12 | A. Yes, they are grown. |
| 10:43:27 | 13 | Q. Can you -- |
| 10:43:28 | 14 | A. Three. |
| 10:43:29 | 15 | Q. Three kids, okay. |
| 10:43:30 | 16 | A. Uh-huh. |
| 10:43:31 | 17 | Q. What do they do for a living? |
| 10:43:33 | 18 | A. One of them, she works for the post office, my oldest, you |
| 10:43:37 | 19 | know. And the other ones, they are kids, you know, they are |
| 10:43:41 | 20 | still young, and they stay with me and my husband. |
| 10:43:45 | 21 | Q. So your eldest works for the post office? |
| 10:43:47 | 22 | A. Yes. |
| 10:43:48 | 23 | Q. And what does he or she do for the post office? |
| 10:43:51 | 24 | A. She is -- you know how you ship -- put the mail out, you |
| 10:43:59 | 25 | know, so it can get to your house. |

10:44:02  1   Q.  So she is sorting the mail?

10:44:04  2   A.  Uh-huh, yes.

10:44:05  3   Q.  And your two other children, how old?

10:44:08  4   A.  The baby girl is 24, and Michelle is 32.

10:44:11  5   Q.  And your 24 year old, what does she do for a living?

10:44:16  6   A.  She is trying to go back to school, but she just had --

10:44:20  7   this will make her fifth child.  They are still young.

10:44:25  8   Q.  And how about the 32 year old?

10:44:27  9   A.  She has got one.

10:44:29  10  Q.  Does the 32 year old work outside the home?

10:44:32  11  A.  No.  Lazy.  No.

10:44:41  12  Q.  All right.

10:44:41  13       What do you like to do in your free time?

10:44:46  14  A.  Get away from everything, really.  You know, piece of

10:44:51  15  mind, because I have -- I am still at home and my grandkids

10:44:55  16  they stay with me, and I am helping at home.

10:45:02  17       THE COURT:  Okay.  Thank you.

          18

          19                    EXAMINATION

          20  BY THE COURT:

          21

          22  Q.  Veronica Ragoza.

10:45:12  23  A.  I live in the west side of Chicago, 11 years.  I work for

10:45:15  24  Chase Bank at the Citadel Building next door.  I am not

10:45:20  25  married.  I have one child, four years old.  I like listening

10:45:33  1   to music, using the Internet.  I get my news basically from

10:45:36  2   the Internet.  And programs that I like to watch is just like

10:45:40  3   soap operas.

10:45:44  4   Q.  Do you rent or own on the west side?

10:45:47  5   A.  I live with my parents.

10:45:48  6   Q.  Do they rent or own?

10:45:50  7   A.  Yes, they own.

10:45:51  8   Q.  They own.

10:45:52  9       How far did you get in school?

10:45:54  10  A.  School, about a half -- like 20 minutes from my house.

10:45:59  11  Q.  I'm sorry.

10:46:00  12      How far did you get in schooling, in your education?

10:46:04  13  A.  Oh, degrees?  I have a degree in criminal justice,

10:46:09  14  Associate's degree, and then I had a change in career and I

10:46:13  15  got a certificate in medical billing and coding.

10:46:23  16  Q.  What are your job duties with -- is it Chase?

10:46:26  17  A.  Yes, Chase Bank.

10:46:27  18      I work in the accounts receivable department, which

10:46:29  19  is basically processing checks and payments, you know, that

10:46:34  20  people make.

10:46:37  21  Q.  Okay.

10:46:38  22      And what news web sites do you frequent?

10:46:43  23  A.  Say it again?

10:46:44  24  Q.  What are the web sites where you get your news from?

10:46:48  25  A.  Just basically like Yahoo, Yahoo headlines.

10:47:00   1   Q.  And let me ask you, are your parents still working?
10:47:03   2   A.  My dad is working.
10:47:04   3   Q.  And what does he do?
10:47:05   4   A.  He is a machine operator.
10:47:17   5           THE COURT:  Thank you.
10:47:20   6           And let me ask each of you to introduce yourself as I
10:47:25   7   am sure I am massacring your last names.
10:47:25   8
10:47:25   9                       EXAMINATION
10:47:25  10   BY THE COURT:
10:47:25  11
10:47:28  12   Q.  Go ahead.
10:47:28  13   A.  My name is Daniel Perlin.  I live in Logan Square.  I have
10:47:33  14   lived there for about six years.  I have a Bachelor's Degree
10:47:37  15   in Mechanical Engineering.  I used to work for a company
10:47:43  16   called Kellogg, Brown & Root in Chicago, but their office
10:47:48  17   closed about a month ago.  I am actually unemployed now.
10:47:51  18           Before that I worked in the suburbs for a company
10:47:54  19   called Ampitech, and prior to that for a company in Chicago
10:47:57  20   called Sargent and Lundy.  They are all engineering firms
10:48:01  21   specializing in power, oil, and gas.
10:48:04  22           I am not married.  I rent.  I live with my
10:48:14  23   girlfriend.  And let's see, my hobbies are music, cars,
10:48:19  24   aviation, travel.
10:48:28  25   Q.  Where do you get your news from?

10:48:30   1   A.  Mainly from NPR, Chicago affiliate, The Economist,
10:48:36   2   Atlantic, Slate.
10:48:45   3   Q.  Are there any television programs that you watch
10:48:48   4   regularly?
10:48:49   5   A.  I really like Seinfeld.
10:48:51   6   Q.  Seinfeld?  Okay.  It is in syndication, at least have you
10:48:59   7   that.
10:49:00   8   A.  Yes.
10:49:00   9   Q.  How long did you work for Kellog, Brown & Root before
10:49:02   10  their office closed?
10:49:03   11  A.  About a year and a half.
10:49:05   12  Q.  And the other two engineering firms that you mentioned,
10:49:08   13  does that take us all the way back to you getting your
10:49:11   14  degree?
10:49:12   15  A.  Yes.
10:49:14   16  Q.  And how many years back is that?
10:49:15   17  A.  It is about seven years.
10:49:22   18  Q.  What does your girlfriend do for a living, if anything?
10:49:26   19  A.  She is an actor.
10:49:28   20  Q.  Would we have seen her in anything?
10:49:30   21  A.  She was in a few shows with the Organic Theater Company at
10:49:37   22  the Greenhouse Theater and then profiles theater up on the
10:49:40   23  northside.
10:49:41   24  Q.  Okay.  Thank you.
10:49:43   25

EXAMINATION

BY THE COURT:

Q.  Ms. Bialy?

A.  My name is Karen Bialy.  I live in Brookfield, Illinois.
I own my home.  I went to Triton and received a surgical tech
-- it is not a degree, a certificate.  I work at Berwyn
Radiation.  I live alone.  I have two kids.  They are 28 and
25.  And I like to travel.

Q.  Ms. Bialy, you did finish high school?

A.  Yes.

Q.  How long have you worked for Berwyn Radiation?

A.  Probably about 11 years.

Q.  What are your job duties?

A.  Secretary and I assist with the doctor.

Q.  Can you tell us what your two children do for a living, if
anything?

A.  One is a supervisor at UPS and the other is IT at a
dental, like, corporation.

Q.  So where do you get your news from?

A.  On the internet, CNN or like the Chicago Tribune.

Q.  Any television program that you watch regularly?

A.  Not really.

1                              EXAMINATION

2    BY THE COURT:

3

4    Q.  Ms. Heraty?

5    A.  My name is Celine Heraty.  I live in Western Springs.  I

6    have lived there about a year.  I lived in LaGrange prior to

7    that.

8           I have -- I went through high school and I have one

9    year of community college.

10          I am currently employed as a realtor for Coldwell

11   Banker in LaGrange.  I have been a realtor there for 24

12   years.

13          I am divorced but I have three daughters, Jessica is

14   26, Rebecca is 24, and my youngest, Julia, is 21.  Jessica

15   works in the City here, she works for a company that provides

16   continuing education for health care professionals.  Rebecca

17   works as a paralegal for a law firm in Hinsdale.  And my

18   youngest works with me at Coldwell Banker.

19   Q.  Okay.

20   A.  I get my news from local TV channels, I usually watch both

21   the 5:00 o'clock and 10:00 o'clock news.

22          What else do you need to know?

23   Q.  So before moving to Western Springs, how long did you live

24   in LaGrange?

25   A.  I lived in LaGrange for 20 years.

| | | |
|---|---|---|
| 10:52:32 | 1 | Q. And in Western Springs, do you own or rent that home? |
| 10:52:35 | 2 | A. I rent currently. |
| 10:52:36 | 3 | Q. How about in Western Springs, did you rent or own? |
| 10:52:38 | 4 | A. I owned. |
| 10:52:43 | 5 | Q. May I ask when you got divorced? |
| 10:52:45 | 6 | A. I got divorced a year ago. |
| 10:52:47 | 7 | Q. And if I could further ask, what did your husband do for a |
| 10:52:52 | 8 | living? |
| 10:52:52 | 9 | A. He was a commodities trader at the Chicago Mercantile |
| 10:52:57 | 10 | Exchange, and then moved over to the Board of Trade. |
| 10:53:02 | 11 | Q. And I think it is your middle daughter -- |
| 10:53:05 | 12 | A. Rebecca. |
| 10:53:07 | 13 | Q. (Continuing) -- the firm that she works at, do you know |
| 10:53:10 | 14 | what type of law they practice? |
| 10:53:11 | 15 | A. They practice real estate law, and also personal injury. |
| 10:53:26 | 16 | Q. Do you have occasion to talk much about her work? |
| 10:53:33 | 17 | A. Yes, occasionally. |
| 10:53:34 | 18 | Q. And did she, in discussing her work, talk about the legal |
| 10:53:42 | 19 | rulings or is it focused on other things? |
| 10:53:47 | 20 | A. Basically she consults me on legal matters, things she is |
| 10:53:51 | 21 | not clear on that I can possibly help her with. |
| 10:53:58 | 22 | Q. And then the local TV news channels, are there one or a |
| 10:54:02 | 23 | few you prefer over the others? |
| 10:54:04 | 24 | A. 5 or 7, the local channels. |
| 10:54:08 | 25 | Q. And are there any television programs that you watch |

10:54:13　1　regularly?

10:54:14　2　A.　I like to watch the Game of Thrones, the series, Breaking

10:54:22　3　Bad, my daughters have gotten me into those series.

10:54:37　4　　　　　　THE COURT:　Thank you.

10:54:37　5

10:54:37　6　　　　　　　　　　　　EXAMINATION

10:54:37　7　BY THE COURT:

10:54:37　8

10:54:43　9　Q.　Next?

10:54:43　10　A.　My name is Shaun Walsted.　I have lived in Bartlett for

10:54:47　11　four years.　Before that I lived in Elgin.

10:54:51　12　　　　　　I graduated high school and did one year of college.

10:54:57　13　I worked for Hoffer Plastics for 16 years in building

10:55:01　14　maintenance.　I am married.　My wife works for Gallagher

10:55:06　15　Bassett, senior claims rep.　No kids.　I like sports.　I kind

10:55:18　16　of watch a little bit of everything, comedies more.　I watch

10:55:22　17　CBS for about five minutes in the mornings then after that it

10:55:28　18　is WBBM radio.

10:55:32　19　Q.　And do you rent or own in Bartlett?

10:55:34　20　A.　Own.

10:55:39　21　Q.　And how long did you live in Elgin before you moved to

10:55:42　22　Bartlett?

10:55:42　23　A.　30 years.

10:55:47　24　Q.　Are you currently working now?

10:55:49　25　A.　Yes.

10:55:54  1    Q.  And your wife works for an insurance company as an
10:55:57  2    insurance representative?
10:55:58  3    A.  I guess you would call it an insurance company.  I don't
10:56:03  4    know too much about it, but I know it is through -- GB works
10:56:08  5    for United Airlines, so if someone gets hurt there, like the
10:56:12  6    ramp guys, they file their claims and she takes care of the
10:56:18  7    paperwork or some sort.
10:56:19  8    Q.  So it might be like worker's compensation type claims?
10:56:25  9    A.  Yes, yes.
10:56:25  10   Q.  How long has she been in that job.
10:56:38  11   A.  Seven years.
10:56:39  12   Q.  Do you know where she worked before then?
10:56:41  13   A.  I know she worked a little bit at McDonald's.
10:56:49  14   Q.  Okay.  Thank you.
          15
          16                          EXAMINATION
          17   BY THE COURT:
          18
          19   Q.  All right.
10:57:02  20   A.  Hi.  My name is Gloria Arestis.  I live in Orland Park,
10:57:07  21   Illinois.  I currently now, my husband and I, own a business.
10:57:12  22   It is a restaurant.  We have had it for 15 years.  But by
10:57:16  23   profession I am a registered nurse.  I still hold my license,
10:57:20  24   but truly work only with our business, it is located in
10:57:24  25   Evergreen Park, Illinois, and is a pancake house.

10:57:27  1      I have two children, a son who is 25, he works for

10:57:32  2  us.  He does hold a Bachelor's Degree in Law Enforcement,

10:57:37  3  Justice Administration, and is in the process of trying to get

10:57:43  4  jobs in that profession.

10:57:45  5      My daughter, she is 24 years old, she holds a

10:57:52  6  Bachelor's in Nursing, she is a Registered Nurse, she is

10:57:56  7  currently working on her Master's at Benedictine University.

10:58:01  8  She is a full time RN at Advocate Children's Hospital in Oak

10:58:07  9  Lawn, Illinois.  She is a pediatric intensive care nurse and

10:58:11  10  also is trained for the neonatal intensive care nurse.

10:58:15  11      I left nursing 14 and a half years ago.  It was a

10:58:20  12  family decision to see if we could make a go of the business,

10:58:27  13  which we did.  We were able to send our children to college.

10:58:31  14  We do own our home.  We have been there for ten and a half

10:58:34  15  years.

10:58:38  16      What I like to do?  Go home and relax, whether it is

10:58:41  17  music, whether it is enjoying the yard now in the summer.  I

10:58:48  18  do watch Lifetime Movie Network, a lot of it has true stories.

10:58:53  19  I love Criminal Minds.  I love Law and Order, Special Victims.

10:58:59  20  And sometimes I sit down with my daughter and watch some MTV

10:59:03  21  shows.

10:59:13  22      THE COURT:  Let me ask you whether -- has your son

10:59:16  23  ever applied to be with the Federal Bureau of Investigation?

10:59:20  24  A.  No.

10:59:22  25  Q.  And do you know whether he has any -- does he have any

| | | |
|---|---|---|
| 10:59:26 | 1 | pending applications to any law enforcement agency? |
| 10:59:30 | 2 | A. He does have some out now, yes. |
| 10:59:32 | 3 | Q. And are they -- do you know whether they are with cities |
| 10:59:36 | 4 | and villages or are any with the Federal Government? |
| 10:59:40 | 5 | A. No federal, it would be municipal. |
| 10:59:53 | 6 | Q. Would the fact that he is applying to local law |
| 10:59:57 | 7 | enforcement agencies make it difficult for you to judge the |
| 11:00:01 | 8 | credibility of law enforcement officers? |
| 11:00:05 | 9 | A. Myself? |
| 11:00:06 | 10 | Q. Right? |
| 11:00:07 | 11 | A. I don't -- I mean, I am not in that profession, and no, I |
| 11:00:15 | 12 | don't -- as a matter of fact, I have a high respect for law |
| 11:00:20 | 13 | enforcement officers. |
| 11:00:21 | 14 | Q. Well, what is important is that you understand and can |
| 11:00:26 | 15 | follow an instruction that you must evaluate the testimony of |
| 11:00:31 | 16 | law enforcement witnesses the same way you would evaluate the |
| 11:00:35 | 17 | testimony of anyone else who is not working in law |
| 11:00:39 | 18 | enforcement. |
| 11:00:41 | 19 | So would you be able to follow an instruction that |
| 11:00:44 | 20 | you have to evaluate the credibility of a law enforcement |
| 11:00:51 | 21 | officer like any other witness? |
| 11:00:55 | 22 | A. Correct, yes. |
| 11:00:56 | 23 | Q. You can do that? |
| 11:00:57 | 24 | A. Yes, I can. |
| 11:00:58 | 25 | You mean without being biassed or have any type of |

11:01:03 1    animosity, you know, how some people have towards certain
11:01:07 2    professions?
11:01:07 3    Q.  Right.
11:01:08 4          I mean, there is that part of it, but there is also
11:01:12 5    -- I do want to make sure that you and every one else
11:01:15 6    understands that you can't give extra weight to a law
11:01:19 7    enforcement officer simply because he or she is a law
11:01:23 8    enforcement officer.
11:01:24 9    A.  Right, right.  Because you mean that they hold the title?
11:01:28 10   Q.  That is correct.
11:01:29 11   A.  Right, no.
11:01:30 12   Q.  So they don't start out with either a plus or minus for
11:01:34 13   you?
11:01:34 14   A.  Exactly, right, right.
11:01:36 15   Q.  Okay.
11:01:43 16         THE COURT:  Thank you.
11:01:43 17
11:01:43 18                      EXAMINATION
11:01:43 19   BY THE COURT:
11:01:47 20
11:01:48 21   Q.  Next?
11:01:48 22   A.  My name is Alicia Roby.  I live in Aurora.  I have a
11:01:52 23   degree in Business Administration, a Bachelor's in Business
11:01:56 24   Administration and Business Marketing.
11:02:01 25         My current employee is Tom and Eddie's.  I am a

11:02:04  1   general manager of a restaurant.  Basically I guess my duties
11:02:10  2   are overseeing my floor managers and cooks and hostesses and
11:02:17  3   servers of an entire -- of one restaurant.
11:02:22  4          I am married.  My husband right now works as a
11:02:27  5   contract trainer for a medical equipment company.  He used to
11:02:32  6   work for Meijer's as a manager.  And then before that he was a
11:02:37  7   trainer in the Air Force.
11:02:45  8          We currently do not have any children.  Hobbies?
11:02:48  9   When I have time from working just relaxing and watching
11:02:51  10  television, I guess.
11:02:52  11  Q.  Are there certain programs you watch regularly?
11:02:55  12  A.  A little bit of reality television, a little bit of drama
11:03:02  13  television, comedy.
11:03:10  14  Q.  Any of the legal programs?
11:03:12  15  A.  Not in a real long time.  Not currently.
11:03:15  16  Q.  Okay.
11:03:16  17          Do you rent or own in Aurora?
11:03:17  18  A.  We rent.
11:03:18  19  Q.  How long have you lived in Aurora?
11:03:20  20  A.  Gosh, probably 11 years.
11:03:31  21  Q.  And how long have you been general manager of the
11:03:34  22  restaurant?
11:03:37  23  A.  A little over two years.
11:03:38  24  Q.  And where, if anywhere, did you work before that?
11:03:42  25  A.  I used to work at Schweppes for seven years, it is a

11:03:47  1   restaurant distribution company.

11:03:49  2   Q.  And what did you do for them?

11:03:51  3   A.  I was a customer service rep.  I did accounting.  I helped

11:03:56  4   put together bids for contracting, like kitchen equipment,

11:04:03  5   stuff like that.

11:04:13  6   Q.  Okay.

11:04:14  7           Can you tell us a little bit more of your husband's

11:04:17  8   work?  He is a contract trainer for a medical equipment

11:04:17  9   company?

11:04:21  10  A.  Yes.  He goes out to hospitals and, as far as I know,

11:04:24  11  trains nurses on how to use a certain machine.

11:04:37  12  Q.  Where do you get your news from?

11:04:39  13  A.  I guess from television.

11:04:40  14  Q.  I'm sorry?

11:04:41  15  A.  News stations, television.

11:04:42  16  Q.  Which stations if any do you prefer over the others?

11:04:47  17  A.  7, I guess.

11:04:56  18          THE COURT:  Thank you.

11:04:56  19

11:04:56  20                      EXAMINATION

11:04:56  21  BY THE COURT:

11:04:58  22

11:04:58  23  Q.  Okay.

11:04:59  24  A.  My name is Alvin Hayashi, H-a-y-a-s-h-i.  I live in the

11:05:04  25  Ravenswood area in Chicago.  I rent an apartment.  I have for

11:05:08  1    about 25 years.  I have Bachelor of Art, Photography, Film.
11:05:08  2    Q.  I'm sorry.
11:05:14  3         In photography and film?
11:05:15  4    A.  Photography,film, emphasize photography.
11:05:19  5    Q.  Okay.
11:05:20  6    A.  And until I got laid off through a work force reduction I
11:05:25  7    worked at Loyola University Medical Center as a medical
11:05:29  8    documentary photographer.  And before that, I worked at the
11:05:33  9    University of Illinois Medical Center as a dark room worker
11:05:37  10   and a photographer.  At Loyola I did a lot initially of
11:05:41  11   clinical photography.  Then when Loyola wanted to market their
11:05:48  12   services, I worked as a PR documentary photographer.
11:05:54  13        I am single, let's see, no children, obviously.  And
11:06:04  14   I like to watch sports on TV.  I get my news from CNN, New
11:06:09  15   York Times web site.  I usually watch Channel 7 for my news on
11:06:13  16   occasion.  I get the Chicago Tribune.
11:06:18  17        THE COURT:  How long did you work for Loyola before
11:06:18  18   --
11:06:22  19   A.  Almost 32 years.
11:06:23  20   Q.  And when was the reduction in force?
11:06:28  21   A.  I was affected May of 2009.
11:06:37  22   Q.  Have you worked since then?
11:06:39  23   A.  No.
11:06:41  24        For the first year after I was let go I tried to get
11:06:45  25   a couple of jobs, went on unemployment, and after my

11:06:49  1    unemployment ran out, I used some IRA's that a financial

11:06:58  2    planner had set up for me, and then when I became eligible, I

11:07:01  3    applied for early Social Security.

11:07:08  4                    THE COURT:  All right.

11:07:09  5                    Thank you.

11:07:09  6

11:07:09  7                         EXAMINATION

11:07:09  8    BY THE COURT:

11:07:13  9

11:07:14  10   Q.  Okay.

11:07:14  11   A.  My name is William Fasciana.  I have lived in Oak Lawn,

11:07:17  12   Illinois, since 1981.  We own our home, my wife and myself.  I

11:07:20  13   have a Degree in History from UIC, and then on to law school,

11:07:24  14   a J.D. Degree from John Marshal in 1981.

11:07:29  15              Since then I have had a pretty extensive practice in

11:07:34  16   civil litigation, no criminal.  About a year or so ago I went

11:07:38  17   in with my wife, who is also an attorney, to be partners with

11:07:42  18   her on a medical malpractice defense practice called Serravino

11:07:47  19   (phonetic) and Fasciana.  I am the trial attorney.  I have had

11:07:50  20   many trials, including two in this building.  We have a

11:07:55  21   daughter, 12 years old, who is a student, of course.  Major

11:08:00  22   hobbies would be travel, reading, like to listen to the Travel

11:08:07  23   Channel.  Fox News.  We get our news from Channel 5 and from

11:08:13  24   the New York Times, which we get on Sunday.  And real clear

11:08:16  25   politics, which is a web site.

11:08:23  1  Q. And so you have been doing med/mal defense for the last

11:08:26  2  eight years?

11:08:27  3  A. Thereabouts, yes, right.

11:08:29  4  Q. Okay.

11:08:29  5  A. Before that it was much more general.

11:08:31  6  Q. Before that it was a general practice?

11:08:34  7      Was it a firm or solely?

11:08:36  8  A. I was a solo practitioner at that point.

11:08:52  9      THE COURT:  Thank you.

11:08:52  10

11:08:52  11                    EXAMINATION

11:08:52  12  BY THE COURT:

11:08:52  13

11:08:56  14  Q. And actually, Ms. Adamovich, based on your scheduling

11:09:00  15  questionnaire we would like to talk to you at a side bar.  We

11:09:03  16  would like to talk to you down here.

11:09:05  17      If the lawyers could join me on a side bar, please?

11:09:05  18      (Whereupon the following sidebar was had in open

11:09:05  19       court outside the hearing of the rest of the voir

11:09:22  20       dire panel:)

11:09:22  21      THE COURT:  If you could step over here.  This is our

11:09:25  22  magic microphone.  If you speak towards that microphone, our

11:09:29  23  court reporter is sitting 15 feet from us, and she can

11:09:31  24  actually still hear us.

11:09:34  25  A. Okay.

11:09:34   1   Q.  Can you tell us about the scheduling issue that you have?
11:09:38   2   A.  My husband is a firefighter/paramedic, so he is 24 hours
11:09:41   3   on, 48 off, and so that leaves two days a week where he is not
11:09:45   4   home in the mornings.  My kids go to private school in Aurora.
11:09:49   5   They are on the opposite side.  They don't have bus service
11:09:53   6   because I am on the wrong side.  So I am responsible for
11:09:57   7   taking them to and from school.  My mom left her house in St.
11:10:01   8   Charles at 5:30 to help me get them to school on time because
11:10:05   9   my husband is on shift.  And so this whole two week thing is
11:10:09  10   cumbersome.
11:10:12  11        THE COURT:  If I may ask, your husband, you said, has
11:10:16  12   two days a week he can't be there, or -- or two out of three
11:10:21  13   days.  He is only home one morning every third day.
11:10:25  14   Q.  Every third day, okay.
11:10:27  15        So do you -- do you know whether that -- what his
11:10:35  16   schedule is upcoming?
11:10:36  17   A.  Yes.
11:10:37  18   Q.  What are the days he is not available?
11:10:41  19   A.  Is he not available today, he is home tomorrow to be
11:10:44  20   available, and then -- it is all on my phone, Wednesday and
11:10:49  21   Thursday he would not be home, Friday he would be home.  It is
11:10:58  22   a fun schedule to keep track of.
11:11:07  23   Q.  Your mother came from St. Charles, how far is that?
11:11:11  24   A.  About 40 minutes from St. Charles to Aurora.
11:11:15  25   Q.  So are there no other -- are there any parents nearby,

11:11:23    1    like classmates, or --

11:11:24    2    A.  My mom is -- no.  We are seriously on the east side of

11:11:28    3    Aurora, and the school is on the far west side, most people

11:11:31    4    are from Aurora, north Aurora, are on the west side.

11:11:35    5    Q.  So your mother is the only person --

11:11:37    6    A.  My mother-in-law works, so she lives closer, but she works

11:11:41    7    and can't get them to school five days a week.  My mom is

11:11:45    8    retired.

11:11:46    9    Q.  And obviously school started today then or --

11:11:49    10    A.  They started Wednesday of last week.

11:11:51    11    Q.  Last week, okay.

11:11:53    12    THE COURT:  Any follow-up questions from the

11:11:56    13    government?

11:11:57    14    MS. MCSHAIN:  No.

11:11:57    15    THE COURT:  Defense?

11:11:58    16    MR. FRANKEL:  No, Judge.

11:11:59    17    THE COURT:  You can have a seat.  Why don't you all

11:12:02    18    stay here.

11:12:02    19    (Whereupon the following sidebar was had in open

11:12:02    20    court outside the hearing of the entire voir dire

11:12:05    21    panel:)

11:12:05    22    THE COURT:  Any objection to excusing her?

11:12:07    23    MS. MCSHAIN:  No, your Honor, not from the

11:12:09    24    government.

11:12:09    25    MR. FRANKEL:  No.

| | | |
|---|---|---|
| 11:12:09 | 1 | THE COURT:  Okay. |
| 11:12:10 | 2 | We might as well call over Mr. Hodge, I think he is |
| 11:12:14 | 3 | the other one. |
| 11:12:39 | 4 | Can I also see Mr. Hodge? |
| | 5 | |
| | 6 | EXAMINATION |
| | 7 | BY THE COURT: |
| | 8 | |
| | 9 | Q.  Mr. Hodge, if you can join us as well, please? |
| | 10 | (Whereupon the following sidebar was had in open |
| | 11 | court outside the hearing of the rest of the voir |
| 11:12:43 | 12 | dire panel:) |
| 11:12:43 | 13 | Q.  How are you doing?  If you can step up here, a little bit |
| 11:12:47 | 14 | closer, this is a microphone, and if you can talk into that |
| 11:12:50 | 15 | our court reporter can actually hear you. |
| 11:12:52 | 16 | A.  Okay. |
| 11:12:53 | 17 | Q.  I think you had put something in your scheduling |
| 11:12:55 | 18 | questionaire? |
| 11:12:56 | 19 | A.  Yes. |
| 11:12:56 | 20 | Q.  Can you go ahead and describe to us what the conflict is? |
| 11:13:00 | 21 | A.  Well, I am a coach and I take care of kids, and I have to |
| 11:13:07 | 22 | pick them up at a certain time of day. |
| 11:13:09 | 23 | I just started this a couple weeks ago. |
| 11:13:13 | 24 | Q.  Is this for a school district? |
| 11:13:16 | 25 | A.  It has got to do with a school district and it is sports. |

11:13:20  1  Q.  I'm sorry?

11:13:21  2  A.  A school district and it is sports and trying to keep them

11:13:24  3  off the street and do certain stuff, because they have no dad

11:13:29  4  in their life.

11:13:30  5  Q.  I see.

11:13:30  6      Is this here in the City?

11:13:32  7  A.  No, I live in Zion.

11:13:34  8  Q.  In Zion, okay.

11:13:35  9      So what time are you responsible for getting them to

11:13:39  10  -- you have to get them to school?

11:13:41  11  A.  I have to get them to school sometimes, and then to the

11:13:44  12  sports center after that in the evening time, pick them up.

11:13:48  13  Q.  What is the pickup time?

11:13:50  14  A.  From school, about 7:00 o'clock in the daytime, sometimes

11:13:54  15  earlier than that, and evening time, about 3:30.

11:14:01  16  Q.  Do you have coworkers who could fill in for you?

11:14:05  17  A.  I tried that, no.

11:14:09  18  Q.  I am just trying to make it clear for the record.

11:14:12  19      Are you employed by a school district or by some

11:14:17  20  not-for-profit organization?

11:14:18  21  A.  No, I work for the government.

11:14:20  22  Q.  For the Zion School District?

11:14:22  23  A.  No, no.  I don't work for the school district.

11:14:25  24  Q.  Which government agency do you work for?

11:14:27  25  A.  Navy, DOD.

| | | |
|---|---|---|
| 11:14:29 | 1 | Q.  Is this -- oh, okay. |
| 11:14:32 | 2 | Is this actual employment or volunteer work? |
| 11:14:35 | 3 | A.  Volunteer work, just to keep the young men off the street, |
| 11:14:39 | 4 | because all of them had did something bad earlier, and so |
| 11:14:45 | 5 | trying to straighten them out. |
| 11:14:46 | 6 | THE COURT:  Follow-up questions from the government? |
| 11:14:49 | 7 | MS. MCSHAIN:  No, your Honor. |
| 11:14:50 | 8 | THE COURT:  Defense? |
| 11:14:51 | 9 | MR. FRANKEL:  No. |
| 11:14:51 | 10 | THE COURT:  Please have a seat. |
| 11:14:51 | 11 | (Whereupon the following sidebar was had in open |
| 11:14:51 | 12 | court outside the hearing of the entire voir dire |
| 11:14:51 | 13 | panel:) |
| 11:14:56 | 14 | THE COURT:  Any objection to excusing Mr. Hodge? |
| 11:14:58 | 15 | MS. MCSHAIN:  Not from the government. |
| 11:15:00 | 16 | THE COURT:  Mr. Frankel? |
| 11:15:03 | 17 | MR. FRANKEL:  He said that he volunteers with a group |
| 11:15:12 | 18 | of kids that he needs to get to school and then get them |
| 11:15:16 | 19 | sporting events after school. |
| 11:15:17 | 20 | THE COURT:  No, I think the reference to sports was |
| 11:15:23 | 21 | some sports activities that they engage in at the school, so |
| 11:15:27 | 22 | he has got responsibilities both in the morning at 7:00 |
| 11:15:31 | 23 | o'clock so that they actually get to school, and then at 3:30 |
| 11:15:35 | 24 | he picks them up.  It sounds like a different version of like |
| 11:15:41 | 25 | Chicago Safe Passage, just to get children off the streets and |

11:15:46  1    make sure they get to school and back home after school.

11:15:57  2            MR. FRANKEL:  Judge, I would just ask that he be

11:15:59  3    seated.  We don't have very many African Americans in this

11:16:04  4    venire, and it doesn't seem like a strong enough conflict.  It

11:16:11  5    is only going to be this week, probably.  I don't see that --

11:16:21  6    I don't see that it is such a strong conflict that it makes

11:16:26  7    him disqualified.  I don't want a juror obviously who doesn't

11:16:31  8    want to be here, but --

11:16:32  9            THE COURT:  Okay.  You have made your record.

11:16:35  10           So here is the ruling:  The ruling is that he --

11:16:40  11   although this is volunteer work, it is obviously work he feels

11:16:44  12   is important, and does serve an important role, but just as

11:16:50  13   important for scheduling purposes, he says that he has tried

11:16:54  14   to get co-workers or, in this case, co-volunteers to fill in

11:16:59  15   for him and he was not able to do that, and so I think he does

11:17:03  16   have a valid excuse.  I asked about the times to see if maybe

11:17:07  17   he would get them to school early enough that he can still

11:17:12  18   make it in, but Zion is on the Wisconsin border, plus he has

11:17:16  19   pickup time at 3:30.

11:17:18  20           And on top of that, while I am sensitive overall to

11:17:22  21   the representation of all parts of our community, especially

11:17:28  22   in our jury pool, the people from whom we draw, the Court has

11:17:33  23   made a recent change to supplement our driver's license list

11:17:38  24   with voter -- voter registration supplemented now with State

11:17:43  25   identification and other Secretary of State information.  Once

11:17:46  1    that pool is drawn, I do not intend to rule on for cause

11:17:56  2    challenges with a view of race.  Race has nothing to do with

11:18:00  3    this case.  Even if it did have something to do with this case

11:18:03  4    in terms of race of any of the parties, that I don't think

11:18:09  5    would be appropriate.

11:18:10  6            So, again, I understand, Mr. Frankel, I am sensitive

11:18:15  7    to making sure we have representation in our jury pool in

11:18:19  8    general and on the trial jury, but not in a way in which I am

11:18:24  9    going to let race influence a decision on a for cause

11:18:28  10   challenge, just as it cannot influence on a peremptory

11:18:31  11   challenge.  So that is the rule.

11:18:34  12           I think there are two other -- yes, there are

11:18:39  13   actually several other African Americans in the panel, for

11:18:43  14   what that is worth, which I actually don't think is worth

11:18:46  15   much.  So I will excuse him as well.

11:18:51  16           Then I am going to call Juror 25 over, Anwar Akhras,

11:18:55  17   A-k-h-r-a-s, because he on the way up from the jury department

11:19:02  18   told the courtroom deputy that he did have a scheduling issue

11:19:06  19   but it slipped his mind.  So we will see what that is if it

11:19:06  20   slipped his mind.  I won't pre-judge it but I will just ask

11:19:22  21   him to come over here.

11:19:23  22           If I can also see Mr. Anwar Akhras.

23            (Whereupon the following sidebar was had in open.

24             court outside the hearing of the rest of the voir

25             dire panel:)

EXAMINATION

BY THE COURT:

Q. Okay. Mr. Akhras, step up here to the wall, and if you speak into the microphone, our court reporter can actually hear you.

A. Okay.

Q. I understand that you hadn't responded on the scheduling questionnaire but you informed the courtroom deputy that there might be a scheduling issue.

Can you tell us what that is?

A. Sure.

I am a third-year medical student at Loyola. I am supposed to start my surgery service on Wednesday the 4th, and I thought that is when our orientation was, but our orientation -- I didn't have access to my email downstairs until after I submitted the form, but our orientation is on Tuesday, September 3rd, from 7:00 a.m. to 4:00 p.m. I don't know if it is similar to the issue -- what we had for our third-year orientation, but I am required by law to attend in order to be accredited in order for the school to allow me to continue my rotations, so I thought it was something similar to that for surgery, where if I don't do the orientation for that one day, I won't be able to attend the eight weeks of surgery, and I would have to try to find some way of doing it

11:20:30  1    for my fourth year instead of my -- as part of my electives,

11:20:33  2    but I am not sure if that is even allowed for me, if I miss

11:20:38  3    one of my core clerkships if I can move on to my fourth year.

11:20:38  4            When the jury department contacted me I informed them

11:20:45  5    I only have two, one-week breaks, it is this week, and one in

11:20:49  6    March, not a two-week continuous break so that I could come in

11:20:53  7    and serve during that time.  So I didn't know exactly what

11:20:56  8    dates I would be coming in for, otherwise I would have

11:21:06  9    inquired about if I could make it up and I wanted to bring it

11:21:08  10   to your attention.

11:21:09  11   Q.  I appreciate that.

11:21:10  12           Is that something that if we have to break for jury

11:21:13  13   service at some point -- I'm sorry, jury selection, is that

11:21:19  14   something where we could call the med school and find that

11:21:21  15   out?

11:21:21  16   A.  I might be able to.  I don't know if the coordinator is

11:21:25  17   there today because we are on break this week, but I can try

11:21:28  18   and call and see if I can get in contact with them.

11:21:31  19   Q.  Okay.  What I will ask you to do is -- I am going to keep

11:21:33  20   going through jury selection but you can step out and try to

11:21:43  21   make that phone call and see whether that orientation is the

11:21:45  22   same you had in your second year and you are required to

11:21:48  23   attend.

11:21:48  24           But before I let you go, any follow-up questions from

11:21:53  25   the government?

11:21:54  1          MS. MCSHAIN:  No.

11:21:55  2          THE COURT:  From the defense?

11:21:57  3          MR. FRANKEL:  No.

11:21:58  4          THE COURT:  Okay.  You can go ahead and step out and

11:22:02  5    then take your seat.

11:22:02  6              (Whereupon the following sidebar was had in open

11:22:02  7               court outside the hearing of the entire voir

11:22:02  8               dire panel:)

11:22:03  9          We will find out what he has to say about that.

11:22:11  10         I am going to excuse 14, Rachel Adamovich, and 23,

11:22:16  11   Larry Hodge.  And then we will resume with the background

11:22:22  12   questions.

11:22:23  13         MR. FRANKEL:  There is one juror who expressed

11:22:26  14   concern about being fair, we are going to have to handle that

11:22:30  15   at a side bar, I would assume, but not right now.

11:22:33  16         THE COURT:  Let's just keep going.

11:22:35  17         MR. PERCONTE:  Judge, is it the Court's plan to do

11:22:38  18   the preliminary questions first and then come back to the

11:22:41  19   other questions?

11:22:41  20         THE COURT:  Yes, yes.

11:22:42  21         Those additional questions will be, Does anyone have

11:22:44  22   a yes answer to the following, and some of them will be side

11:22:48  23   bars and some won't, but we will get the biographicals out of

11:22:52  24   the way and then the additional questions.

11:22:53  25         I should mention, if we are getting close I do want

11:23:00  1   to alert you I had said two alternates, and it doesn't change

11:23:03  2   the number of peremptory challenges you have, but I may drop

11:23:07  3   it down to one, since you have now estimated that the trial

11:23:10  4   will not be as long as perhaps we thought at one time.

11:23:13  5          So do you have an objection to me dropping it down to

11:23:19  6   13 possibly?

11:23:21  7                  MR. FRANKEL:  No.

11:23:22  8                  MR. WALLIN:  No.

11:23:23  9                  MR. PERCONTE:  No.

11:23:24  10                 MS. MCSHAIN:  No, Judge.

11:23:25  11                 THE COURT:  We are short now on jurors downstairs, so

11:23:28  12  jury selection would have to go into tomorrow if we don't seat

11:23:33  13  a jury today.

11:23:34  14                 MR. FRANKEL:  And while we are here, do you know when

11:23:36  15  you are going to take a break?

11:23:38  16                 THE COURT:  Can you use one right now?

11:23:44  17                 MR. FRANKEL:  Yes, but I can wait.

11:23:47  18                 THE COURT:  We have got a lot more to go.

11:23:55  19                 MR. FRANKEL:  I didn't know if you were going to go

11:23:57  20  all the way to lunch.

11:23:59  21                 THE COURT:  Usually what I do is I try to -- even if

11:24:01  22  I have to push into the noon hour, I try to finish jury

11:24:05  23  selection so I can let the others go.  It turns out today

11:24:09  24  though that the jury department needs everyone back no matter

11:24:13  25  what, so I will probably take a break at noon.

11:24:17  1          Can you wait it out?

11:24:18  2          MR. FRANKEL:  I can wait it out.

11:24:20  3          THE COURT:  Okay.

11:24:20  4          (Whereupon the sidebar discussion was ended.

11:24:20  5           and the proceedings continued in open court as

11:24:29  6           follows:)

11:24:29  7          THE COURT:  Ms. Adamovich and Mr. Hodge, you are

11:24:32  8  excused.  So if you can hand the microphone to the next

11:24:36  9  person.  And Mr. Hodge and Ms. Adamovich, you do have to go to

11:24:44  10  the second floor to the jury department, don't hop on the el

11:24:47  11  right now, go to the second floor, please.

11:24:59  12          We are going to continue now.  I am sorry about

11:25:00  13  the side bars and white noise.  This is why they don't show

11:25:03  14  the jury selection on Law and Order and The Good Wife and so

11:25:06  15  on.

11:25:06  16

11:25:06  17                        EXAMINATION

11:25:06  18  BY THE COURT:

11:24:58  19

11:24:58  20  Q.  Mr. Gross?

11:25:10  21  A.  John Gross.  I live in Fox Lake, Illinois, for about 7

11:25:18  22  years now.  High school diploma.  Employed for about 13 years

11:25:22  23  at Rental Systems, a property management company.  I am a

11:25:26  24  superintendent there.  Basically we do maintenance on -- we

11:25:34  25  are a property management company and so we rent and sell

| | |
|---|---|
| 11:25:39 | 1 |
| 11:25:47 | 2 |
| 11:25:51 | 3 |
| 11:25:54 | 4 |
| 11:25:59 | 5 |
| 11:26:03 | 6 |
| 11:26:19 | 7 |
| 11:26:23 | 8 |
| 11:26:28 | 9 |
| 11:26:36 | 10 |
| 11:26:43 | 11 |
| 11:26:49 | 12 |
| 11:26:58 | 13 |
| 11:26:59 | 14 |
| 11:27:01 | 15 |
| 11:27:01 | 16 |
| 11:27:04 | 17 |
| 11:27:10 | 18 |
| 11:27:14 | 19 |
| 11:27:16 | 20 |
| 11:27:19 | 21 |
| 11:27:28 | 22 |
| 11:27:29 | 23 |
| 11:27:30 | 24 |
| 11:27:30 | 25 |

commercial property and also build homes.  I manage the trades that come in and do servicing when we get slow and things like that.

Family.  Married, 13 years, Lisa Gross.  She has a son from a previous marriage, he is 31 now.  He works at an Infinity dealer servicing cars.  I have no one living at home right now, me, my wife, and a couple puppies.

Hobbies.  Water ski, snow mobile, a lot of walks. And then any channel, 9 through 2, watch those, and listen to radio every morning, 720 or 780.  Television shows, you know, I guess really no reality shows or anything of that nature, or -- I will watch comedies, a lot of movies, and relax.

That is about it.

Q.  Does your wife work outside the home?

A.  She works for United Food Groups in Elgin.

Q.  Okay.

A.  I think she is a sales -- purchasing agent there.

Q.  How long has she done that?

A.  13 years.

Q.  And do you own or rent in Fox Lake?

A.  Own, townhome.

THE COURT:  All right.

Thank you.

EXAMINATION

BY THE COURT:

Q.  Next?

A.  My name is Charlene Jurgovan.  I live in Tinley Park.  I have lived there for 14 years, and I own the home with my husband.

I have got a Bachelor's Degree from Saint Xavier University.  I have not been employed for the past ten years. My husband is now retired.  Before that he worked for LaSalle Bank and then Bank of America when they took it over.

We have three kids.  The oldest is 47, he works at a car dealer in Missouri.  I have a daughter that is 46, she is a homemaker and she works part time.  She freelances for an educational testing company.  And I have a daughter that is 37, and she is a homemaker, she is not employed.

I like to read.  I work puzzles.  I get -- I have a subscription to the Chicago Tribune and once in a while I will watch WGN News.  I like to watch Daily Show and Colbert Report.  I watch a lot of HGTV.

Q.  Can you tell us what your Bachelor's was in?

A.  Pardon?

Q.  Your Bachelor's Degree?

A.  Elementary education.

Q.  Okay.

11:29:06  1      And what did you do before -- you said you haven't

11:29:09  2  been employed in ten years.  What did you do before then?

11:29:12  3  A.  When I first got out of college I taught, then I subbed,

11:29:16  4  and then I was a homemaker.  For two years I worked as a

11:29:19  5  pharmacy technician part time.  That is it.

11:29:28  6      THE COURT:  All right.  Thank you.

11:29:28  7

11:29:28  8                     EXAMINATION

11:29:28  9  BY THE COURT:

11:29:32  10

11:29:32  11  Q.  Okay.

11:29:35  12  A.  My name is William Stafford.  I live in Wedron,

11:29:41  13  W-e-d-r-o-n, Illinois, unincorporated town near Ottawa,

11:29:45  14  LaSalle County.

11:29:46  15      My wife and I both retired a year and a half ago.  We

11:29:50  16  have a daughter, 38, who works for an orthopedic surgeon.  We

11:29:55  17  have a son, 36, he works for the LaSalle County.  We own our

11:30:03  18  own home.  I retired from GE Plastics, I was a technician.  We

11:30:11  19  made plastic pellets.  And my wife worked for a credit union

11:30:15  20  for 37 years.

11:30:17  21      Our hobbies are fishing, watching grandchildren,

11:30:24  22  riding motorcycles.  Let's see, what else?

11:30:30  23  Q.  Hopefully not at the same time you are watching your

11:30:33  24  grandchildren?

11:30:34  25  A.  No, no.

11:30:35  1  Q.  Okay.

11:30:43  2  A.  I guess that is about it.

11:30:44  3  Q.  How long did you work for GE Plastics?

11:30:46  4  A.  I worked for them for 15 years.

11:30:48  5  Q.  And what did your wife do for the credit union?

11:30:51  6  A.  She was a head teller for about 10 or 12 years, and then

11:30:58  7  she went into the operations end of it.

11:31:01  8  Q.  How far did you get in school?

11:31:02  9  A.  Two years of college, no degree.

11:31:07  10  Q.  Okay.

11:31:08  11      And I'm sorry, your 36 year old works for LaSalle

11:31:14  12  County?

11:31:14  13  A.  Yes.

11:31:15  14  Q.  Do you know in what capacity?

11:31:16  15  A.  He is in environmental health and safety.  He does zoning

11:31:25  16  issues.  He is in charge of checking to make sure you are so

11:31:28  17  far off the road when you build a house or addition, things

11:31:33  18  like that, environmental disposals.

11:31:38  19  Q.  And how long have you lived in -- is it Wedron?

11:31:42  20  A.  Wedron, yes.

11:31:43  21      Actually, I grew up there, and I have lived in my

11:31:46  22  present home for 35 years.

11:31:52  23  Q.  Okay.  Great.

11:31:52  24      Before you hand off the microphone, all the way down

11:31:56  25  to the bench there, if you can hand it back to Ms. SKWRER

11:32:01  1    Jurgovan for a moment.

11:32:01  2

11:32:01  3                         EXAMINATION

11:32:01  4    BY THE COURT:

11:32:01  5

11:32:04  6    Q.   Ms. Jurgovan, I neglected to ask you what your husband

11:32:05  7    did for LaSalle Bank and Bank of America?

11:32:08  8    A.   Well, he is an attorney, but he worked as a financial

11:32:12  9    planner.

11:32:16  10   Q.   So a financial planner for clients of the bank?

11:32:19  11   A.   Right.

11:32:19  12   Q.   Not internal to the bank?

11:32:22  13   A.   Clients of the bank.

11:32:29  14   Q.   Did he practice law at some point?

11:32:31  15   A.   No.

11:32:33  16   Q.   Okay.  Very good.

11:32:34  17            Thank you

11:32:45  18

11:32:45  19                         EXAMINATION

11:32:45  20   BY THE COURT:

11:32:47  21

11:32:47  22   Q.   If you could talk  loudly, please.

11:32:47  23            Go ahead.

11:32:49  24   A.   My name is Justin Gierke.  I live in Hanover Park.  I have

11:32:53  25   owned a house there for the last two years.  Prior to that I

11:32:57   1   rented an apartment in Elk Grove Village for three years.   I

11:33:00   2   work for a transportation company, Trier Transportation.   I am

11:33:06   3   a customer service manager over there in charge of four other

11:33:09   4   employees.

11:33:10   5          I am married.   I have two children.   A daughter who

11:33:14   6   is 18, a son who is 5.   My wife is a registrar at Alexian

11:33:23   7   Brothers Hospital.

11:33:24   8          My hobbies?   I mix music and watch television.   I get

11:33:29   9   most of my news from Yahoo and Channel 5.

11:33:33  10   Q.   And what are the programs you regularly watch?

11:33:36  11   A.   Criminal minds, comedies too like Seinfeld, King of

11:33:42  12   Queens, that is pretty much it.

11:33:52  13   Q.   How long have you been a customer service manager?

11:33:54  14   A.   10 years.

11:33:55  15   Q.   But your wife is a registered nurse at Alexian --

11:33:59  16   A.   She is a registrar, she just registers the patients that

11:34:02  17   come in.

11:34:02  18   Q.   I see.

11:34:03  19          How long has she worked there?

11:34:05  20   A.   About nine years.

11:34:12  21   Q.   How far did you get in school?

11:34:14  22   A.   Graduated high school, no college.

11:34:17  23   Q.   Okay.

11:34:21  24          THE COURT:   Thank you.

11:34:21  25

EXAMINATION

BY THE COURT:

Q.  Okay.

A.  My name is Tom Chester.  I live on the north side of Chicago for the past ten years.  I am a renter.

        I have a Bachelor's degree in accounting.  I have worked for the last four years for McGladrey, which is an accounting firm.  Prior to that I worked for Merrill Lynch.

        I am not married.  I live by myself.  I enjoy golf. I get my news from the Internet.  And I don't watch a lot of television.

Q.  Any particular web sites that you visit for the news?

A.  CNBC, the Wall Street Journal, Yahoo.

Q.  And how long did you work for Merrill Lynch before McGladrey?

A.  Three years.

Q.  And does that take us back to college?

A.  Unfortunately, no.

Q.  Okay.

A.  I am much older than I look.

        Prior to that I worked for another bank in Chicago, Fifth Third.

Q.  How long did you work there?

A.  Three years.

11:35:38  1   Q.  All of these accounting positions?

11:35:39  2   A.  No, I was a banker and -- I have an accounting degree.  I

11:35:43  3   was a banker, I lent money to businessmen for their companies.

11:35:49  4   Now I am a consultant with McGladrey.

11:35:54  5   Q.  And what did you do at Merrill Lynch?

11:35:57  6   A.  Commercial banker, a lender.

11:36:06  7         THE COURT:  Thank you.

11:36:06  8

11:36:06  9                         EXAMINATION

11:36:06  10  BY THE COURT:

11:36:11  11

11:36:12  12  Q.  Okay.

11:36:12  13  A.  My name is Marcie Delarosa.  I live in Chicago in the

11:36:16  14  south loop.  We have lived there for three months now.  Prior

11:36:19  15  to that I lived in Printer's row for 13 years.  I have a

11:36:24  16  degree in interior design as well as in history of art and

11:36:29  17  architecture.  I have practiced in the field of interior

11:36:33  18  design for 25 years and owned my own business for 14 years.

11:36:37  19         My husband is an art director, freelance, and

11:36:41  20  advertising.

11:36:44  21         So I am married, no kids.  I get a lot of my news

11:36:54  22  from NPR and PBS.  We watch a lot of WTTW.  For print and

11:37:04  23  news, I read the New Yorker and the reader regularly.  And

11:37:12  24  regular news as well.  For hobbies, reading, traveling,

11:37:22  25  running, cycling, stuff like that.

11:37:25  1   Q.  Are there any particular Internet news sites that you go
11:37:28  2   to?
11:37:28  3   A.  I read Bill Moyer's and I read links from WBEZ's web site.
11:37:43  4   Sometimes I read Salon and other news, things that friends tip
11:37:50  5   me off to, stuff like that.
11:37:52  6   Q.  And do you rent or own in the south loop?
11:37:55  7   A.  We own.
11:37:55  8   Q.  Did you also own when you were in Printer's Row?
11:37:58  9   A.  Yes.
11:38:07  10  Q.  So you own an interior design business?
11:38:07  11  A.  Yes.
11:38:10  12  Q.  It is commercial or residential?
11:38:12  13  A.  Commercial, specialty is in restaurant and hotel design.
11:38:23  14          THE COURT:  Thank you.
11:38:24  15
11:38:24  16                        EXAMINATION
11:38:24  17  BY THE COURT:
11:38:31  18
11:38:31  19  Q.  Okay.
11:38:32  20  A.  My name is Germaine Caprio.  I live in Oak Park, Illinois.
11:38:35  21  I have lived there for 20 years.  I live with my husband
11:38:39  22  there.  We own.  I went to University of Illinois in Champaign
11:38:44  23  Urbana, and graduated with a degree in Liberal Arts and
11:38:50  24  Sciences.
11:38:50  25          For the past 10 years -- 14 years my husband and I

11:38:54   1    own our own clothing design company.  I own a company, called

11:38:59   2    Pajamas, we design clothing for women, lounge wear, and my

11:39:03   3    husband runs with it me.  We do that in Oak Park.

11:39:06   4         I have two children, two girls, high schoolers.  I

11:39:14   5    work out whenever I get free time.  I am a big runner,

11:39:19   6    swimmer, and when I -- I don't have cable, so I don't watch

11:39:23   7    much TV, but we do listen to NPR, and when I am running I

11:39:28   8    listen to NPR in the mornings.  And that is it.

11:39:37   9    Q.  So you can run listening to NPR?

11:39:40  10    A.  Actually, it is better for me than music, it is more

11:39:44  11    interesting, and I get tired of the same songs.

11:39:48  12    Q.  Okay.

11:39:49  13         Before you owned the clothing store, or clothing

11:40:00  14    design business, did you work before then?

11:40:03  15    A.  I did.  I used to sell watches for Seiko Watch.  And then

11:40:09  16    before that I did the windows for Bloomingdale's and

11:40:13  17    Nordstrom's and Neiman Marcus.  I also freelanced doing hair

11:40:17  18    and makeup in the film industry.

11:40:29  19    Q.  Any television -- you said no cable television, okay.

11:40:32  20         Thank you.

11:40:32  21

11:40:32  22                    EXAMINATION

11:40:32  23    BY THE COURT:

11:40:34  24

11:40:34  25    Q.  Next?

| | |
|---|---|
| 11:40:34 | 1 |
| 11:40:41 | 2 |
| 11:40:45 | 3 |
| 11:40:53 | 4 |
| 11:40:57 | 5 |
| 11:41:02 | 6 |
| 11:41:05 | 7 |
| 11:41:10 | 8 |
| 11:41:14 | 9 |
| 11:41:17 | 10 |
| 11:41:21 | 11 |
| 11:41:26 | 12 |
| 11:41:30 | 13 |
| 11:41:35 | 14 |
| 11:41:37 | 15 |
| 11:41:42 | 16 |
| 11:41:46 | 17 |
| 11:41:48 | 18 |
| 11:41:55 | 19 |
| 11:42:06 | 20 |
| 11:42:06 | 21 |
| 11:42:06 | 22 |
| 11:42:06 | 23 |
| 11:42:14 | 24 |
| 11:42:16 | 25 |

A.  My name is James Broniec.  I live in Hainesville, Illinois, in Lake County.  I have owned my home for the last seven years.  I went to Illinois State University.  I left a couple credits shy of graduation to start a consulting company here in Chicago.  My employer is Symantec Corporation and we are based in Mountain View, California.  I worked there three years.  Prior to that I worked for Takeda Pharmaceuticals for three years in Deerfield.  Then a year for Tap Pharmaceutical Products prior.  And before that Baker & McKenzie here in Chicago.  I led their global desk top team and we were responsible for setting standards.  But what I do today, my title is a Solution Architect, I am sent on-site with government agencies, companies, school districts, to solve big technology programs for them.

Prior to Baker & McKenzie, which I started with in 2005, I worked for Thompson Heine, LLP, a law firm based in Cleveland, Ohio.

I am single.  I do not have any children.  My major hobby would probably be I am a semi-professional know 'em and hold 'em poker player.  And that is it.

Q.  Say that again?

A.  Know 'em and hold 'em poker player.

Q.  Okay.

Do you watch television regularly?

A.  I don't have cable and I am on the road, but if I were to

| | | |
|---|---|---|
| 11:42:20 | 1 | watch TV it would be PBS, and I do listen to NPR when I am on |
| 11:42:25 | 2 | the road. |
| 11:42:26 | 3 | Q.  Is that where you get your news mostly, NPR? |
| 11:42:29 | 4 | A.  Actually Twitter.  I probably get more information from |
| 11:42:32 | 5 | Twitter and Google news, which is more of an aggregate of many |
| 11:42:39 | 6 | different news sources, trading analysis and different news |
| 11:42:43 | 7 | stories. |
| 11:42:43 | 8 | Q.  So at both Thompson Heine and Baker & McKenzie you worked |
| 11:42:47 | 9 | for their technology department? |
| 11:42:50 | 10 | A.  That is correct. |
| 11:42:50 | 11 | Q.  And so -- and did that ever involve preparing cases for |
| 11:42:55 | 12 | trial and setting up discovery data bases or was it just for |
| 11:43:00 | 13 | their -- |
| 11:43:02 | 14 | A.  We did actually complete and create the rule standard for |
| 11:43:05 | 15 | the first e-discovery case and for the Federal Standards e- |
| 11:43:10 | 16 | discovery based on some of the work we did in our practice. |
| 11:43:13 | 17 |     I have served as a material witness on the technology |
| 11:43:19 | 18 | side twice in the court system as an expert witness, but not |
| 11:43:22 | 19 | other than that, other than the support side of things. |
| 11:43:25 | 20 | Q.  And you served as a witness in civil cases? |
| 11:43:28 | 21 | A.  Correct. |
| 11:43:32 | 22 | Q.  And on the subject of e-discovery? |
| 11:43:33 | 23 | A.  On the subject of e-discovery and technology and security |
| 11:43:37 | 24 | parameters around technology access. |
| 11:43:53 | 25 | Q.  And at Takeda and Tap you also work in their technology |

11:43:59  1    department?

11:43:59  2    A.  Yes, I was a solution architect for designing and

11:44:02  3    implementing different systems.

11:44:11  4              THE COURT:  Thank you.

11:44:11  5

11:44:11  6                          EXAMINATION

11:44:11  7    BY THE COURT:

11:44:15  8

11:44:15  9    Q.  Okay.

11:44:15  10   A.  I am Kristen Caruso.  I live in Morton Grove, Illinois.  I

11:44:20  11   live with my parents.  They own the house.  They are retired.

11:44:23  12   I have a Bachelor Degree in History and a Master's Degree in

11:44:27  13   Art Management.  I work at Children's Shakespeare Theater in

11:44:30  14   the fundraising and I work closely with the Board of

11:44:33  15   Directors.  It has been two years I work there.  Prior to that

11:44:36  16   I was with the Joffrey Ballet in similar kind of work.  And

11:44:40  17   before that I was in a consulting firm for not for profit

11:44:44  18   organizations.

11:44:44  19            I am not married.  I do not have children.  I like to

11:44:50  20   attend theater, read, write, knit.  I watch local news,

11:44:59  21   Chicago Tonight.  In terms of TV I watch Homeland, House,

11:45:06  22   NCIS.  I read the Tribune, Sun Times, and Cranes.

11:45:17  23   Q.  Sun Times or New York Times?

11:45:20  24   A.  Both, actually, but yes, the Sun Times.

11:45:25  25   Q.  All right.

11:45:25  1          Now, what did your parents do before they both

11:45:27  2  retired?

11:45:28  3  A.  My mother was an administrative assistant at a high school

11:45:32  4  and my father was a machinist.

11:45:44  5          THE COURT:  Thank you.

11:45:45  6

11:45:45  7                          EXAMINATION

11:45:45  8  BY THE COURT:

11:45:48  9

11:45:48  10  Q.  Okay.

11:45:49  11  A.  My name is Anwar Akhras.  I have lived in Harwood Heights

11:45:52  12  for the past 12 years.  I got a Bachelor's in Sciences from

11:45:56  13  Loyola undergrad and I am currently a third-year medical

11:46:00  14  student at Loyola School of Medicine.  Undergrad, I did work

11:46:03  15  study as an administrative assistant for the Master's program.

11:46:08  16  And then I also had a second job during the summer at a

11:46:11  17  furniture store, Southside of Chicago, nears the Bronzeville

11:46:15  18  District.

11:46:16  19          I am currently single.  No children, I live with my

11:46:19  20  parents at the residence in Hardwood Heights.  My father owns

11:46:25  21  his own store at the furniture business, that is his.  My

11:46:29  22  mother is a homemaker.  I am one of seven, so she is busier

11:46:33  23  than him.  My brother is a dentist and all the other brothers

11:46:37  24  and sisters are in undergrad or in high school.

11:46:41  25          Hobbies, far and few in between, but reading and

11:46:45  1    television.  I get most of my news from on line, either Google
11:46:52  2    news other other aggregate sites.  I don't follow any
11:46:56  3    particular channel.
11:46:58  4    Q.  Do you have more information on the scheduling issues?
11:47:01  5    A.  Yes.
11:47:01  6         So I spoke with the coordinator and it is a
11:47:03  7    requirement that I have to be there on the 3rd.
11:47:06  8    Q.  That is the State law requirement?
11:47:08  9    A.  It is a requirement for me to be able to complete that
11:47:12  10   rotation, and that rotation is a requirement for me to
11:47:15  11   graduate with a degree as per the accreditation for medical
11:47:21  12   schools.
11:47:21  13   Q.  That is the surgical rotation that begins on Wednesday?
11:47:24  14   A.  The rotation begins on the 4th but the orientation is on
11:47:28  15   the 3rd.
11:47:35  16         THE COURT:  Can I see the lawyers at side bar for a
11:47:38  17   moment, please?
11:47:40  18         (Whereupon a sidebar was had outside of the hearing
11:47:44  19          of the entire voir dire panel.)
11:47:44  20         All right.  So it doesn't sound like a State law
11:47:47  21   requirement but a Loyola medical requirement.
11:47:51  22         Any objection to excusing him?
11:47:53  23         MS. MCSHAIN:  No.
11:47:54  24         Well, it is next week, and I have the concern just if
11:47:58  25   we don't finish this week.

| | | |
|---|---|---|
| 11:47:59 | 1 | THE COURT:  He said the orientation is on the 3rd, |
| 11:48:03 | 2 | and that is needed for him to keep with his program. |
| 11:48:08 | 3 | MR. PERCONTE:  No objection.  Given your comments |
| 11:48:11 | 4 | that we don't want the jury rushing on Friday, I am worried |
| 11:48:15 | 5 | that they would, and we don't want him to feel like he would. |
| 11:48:17 | 6 | MR. FRANKEL:  He is going to be paying attention to |
| 11:48:21 | 7 | the clock the entire time even though I think he would be a |
| 11:48:23 | 8 | great juror. |
| 11:48:24 | 9 | THE COURT:  Yes.  And I am not sure he would be |
| 11:48:26 | 10 | paying attention to the clock, but he has got to be there on |
| 11:48:40 | 11 | Tuesday. |
| 11:48:40 | 12 | So there is no objection to excusing him, and so |
| 11:48:43 | 13 | okay. |
| 11:48:43 | 14 | (Whereupon the proceedings continued in open court |
| 11:48:43 | 15 | in the presence and hearing of the entire voir dire |
| 11:48:43 | 16 | panel as follows:) |
| 11:48:45 | 17 | THE COURT:  Mr. Akhras, on the chance that you will |
| 11:48:47 | 18 | be performing surgery on one of us some day, you will be |
| 11:48:51 | 19 | excused. |
| 11:49:06 | 20 | THE JUROR:  Thank you. |
| 11:49:06 | 21 | |
| 11:49:06 | 22 | EXAMINATION |
| 11:49:06 | 23 | BY THE COURT: |
| 11:49:08 | 24 | |
| 11:49:09 | 25 | Q.  Okay. |

11:49:09　1　A.　My name is Cori Barnes.　Currently I live in Yorkville.　I

11:49:12　2　have rented my current home for four years.　Prior to that I

11:49:16　3　owned a home in Yorkville.

11:49:19　4　　　　　I have some college, but no degree.　I am currently

11:49:24　5　employed with Alta Industrial Equipment Company.　We service

11:49:29　6　lift trucks, forklifts, and I am the service dispatcher for 15

11:49:33　7　road mechanics.　I have been there about three years.　Prior

11:49:37　8　to that I was a senior regional account manager for Millennium

11:49:43　9　Trust Company in Oak Brook working with the sales reps on the

11:49:48　10　East Coast for IRA's and self-directed retirement accounts.

11:49:55　11　　　　　I am currently divorced for about a year, and my

11:49:59　12　ex-husband worked -- works for Marklund is Geneva, Illinois.

11:50:07　13　He is a CNA.　He has been there for 14 years.

11:50:11　14　　　　　I have two children, 16 years old and an 11 year old.

11:50:16　15　And no other adults live in my house.

11:50:19　16　　　　　My hobbies are -- I enjoy singing and listening to

11:50:23　17　music, reading, scrapbooking.　I am a Food Network junky.　I

11:50:30　18　get my news from WSPY in Sandwich because in Montgomery,

11:50:34　19　Illinois, that is the station we can get in the office I work

11:50:39　20　in, so I do listen to them.　It is a talk radio station.

11:50:50　21　Q.　And did you say that you are working in your current job

11:50:53　22　as a service dispatcher for three months or three years?

11:50:56　23　A.　Three months.

11:50:57　24　Q.　And then how long were you a regional account manager in

11:51:05　25　Oak Brook?

11:51:05  1    A.  Six years.

11:51:06  2    Q.  Did you work before that?

11:51:06  3    A.  Yes.

11:51:07  4        Prior to that I was an administrative assistant.  I

11:51:12  5    worked for a company called Michaelson & Messinger.  They

11:51:16  6    were -- they did insurance adjustments, but it was home,

11:51:24  7    specializing in fires, fire loss, and doing the inventory

11:51:28  8    after the loss, and helping with the insurance claims, and

11:51:32  9    then helping rebuild the homes.

11:51:36  10   Q.  And how long did you work there?

11:51:38  11   A.  Seven years.

11:51:49  12        THE COURT:  Thank you.

11:51:49  13

11:51:49  14                      EXAMINATION

11:51:49  15   BY THE COURT:

11:51:51  16

11:51:51  17   Q.  Okay.

11:51:55  18   A.  My name is Sandra Bottoms.  My husband and I own our own

11:51:59  19   homes where we have lived for the past seven years in Aurora.

11:52:02  20        I have a Bachelor's degree in American Studies.  I

11:52:06  21   was a financial aid counselor with Waubonsee Community College

11:52:11  22   for about eight years.  Then I took an early retirement.  Five

11:52:15  23   years ago I took a part-time position with the Kane County Bar

11:52:18  24   Association, where I work now.

11:52:22  25        My husband's career has been in distribution and

11:52:26   1   logistics.  He is retired.  His last employer was Magnet Glove
11:52:34   2   and Safety Equipment.  I have four daughters and a son.  My
11:52:38   3   daughter, Susan, is not employed.  My daughter, Sharon, is a
11:52:43   4   registered nurse.  Julia is a graphic designer. Bethany is a
11:52:50   5   children's librarian.  And my son is a trucker.  And then I
11:52:56   6   have a 21 year old granddaughter who is living in our home as
11:53:00   7   she tries to figure out what to do with her life.
11:53:05   8          I like to read, I like to garden, I -- my life is
11:53:09   9   pretty much focused on my family.
11:53:12   10          My primary news source would be the News Hour on
11:53:15   11   Channel 11.  I also read the Chicago Tribune and the Aurora
11:53:19   12   Beacon on a daily basis.
11:53:24   13   Q.  What do you do for the Kane County Bar Association?
11:53:27   14   A.  Just a part-time administrative assistant.  It was
11:53:31   15   something to get me out of babysitting.
11:53:40   16          THE COURT:  Thank you.
11:53:40   17
11:53:40   18                        EXAMINATION
11:53:40   19   BY THE COURT:
11:53:45   20
11:53:45   21   Q.  I am Mark Roberts.  I live in Chicago in the Lakeview
11:53:47   22   neighborhood with my wife of four years and my son of six
11:53:49   23   months.  No one else lives in our house.
11:53:52   24          Schooling, I have a high school diploma, bachelor
11:53:55   25   degree, master degree, and a doctor of medicine, M.D. degree.

| | | |
|---|---|---|
| 11:53:59 | 1 | Currently I am an attending physician in the Department of |
| 11:54:02 | 2 | Pathology.  I am an anatomical and clinical physician/ I |
| 11:54:06 | 3 | specialize in the diagnosis of blood disorders, leukemia and |
| 11:54:11 | 4 | lymphoma.  I am not a forensic pathologist nor do I practice |
| 11:54:16 | 5 | any type of forensic pathology in my current job.  Other jobs |
| 11:54:17 | 6 | have included an 18-month period of time at a laboratory in |
| 11:54:21 | 7 | suburban Chicago where I practiced the pathology of blood |
| 11:54:24 | 8 | disorders.  Before that I was a fellow at Northwestern |
| 11:54:27 | 9 | Hospital.  Before that I was a resident in pathology at the |
| 11:54:30 | 10 | Beth Israel Deaconess Medical Center in Boston.  Before that I |
| 11:54:30 | 11 | was a medical student in Boston.  My wife is an attending |
| 11:54:30 | 12 | physician at the University of Chicago.  She has been there |
| 11:54:30 | 13 | two years as a faculty member. |
| 11:54:42 | 14 | Q.  If you can slow down a little bit. |
| 11:54:44 | 15 | A.  Sorry. |
| 11:54:46 | 16 | Q.  I appreciate the depth of the information, but we need to |
| 11:54:49 | 17 | get it down as well. |
| 11:54:49 | 18 | A.  Sorry. |
| 11:54:49 | 19 | Q.  So, your wife is an attending physician at the University |
| 11:54:51 | 20 | of Chicago? |
| 11:54:51 | 21 | A.  Yes, she is primarily a clinician and researcher. |
| 11:54:51 | 22 | Q.  Okay. |
| 11:54:56 | 23 | A.  My hobbies include cooking, exercise, reading, mostly |
| 11:55:00 | 24 | American History.  News outlet and print, New York Times, |
| 11:55:03 | 25 | occasionally The Economist.  Web outlets, CNN, MSNBC, |

11:55:11    1    Reuter's, and Twitter most recently.

11:55:15    2          That is about it.

11:55:18    3    Q.  And I might have missed this, but do you own your home in

11:55:21    4    Lakeview?

11:55:22    5    A.  We do.

11:55:26    6    Q.  And are you -- are you attached to a hospital?

11:55:30    7    A.  Yes, at the present St. Joseph, which is at 2400 North

11:55:38    8    Lake Shore Drive.

11:55:38    9    Q.  And how long have you worked there?

11:55:40   10    A.  For a year.

11:55:44   11    Q.  And then before that?

11:55:45   12    A.  Before that I was at a company called Hematogenics for 18

11:55:50   13    months, that is a laboratory that specializes in hematology

11:55:55   14    diagnoses.

11:55:57   15    Q.  And then that takes us back to med school?

11:55:59   16    A.  Med school, yes, residency, and then Fellowship.

11:56:08   17    Q.  All right.

11:56:08   18          Any television programs that you would watch

11:56:09   19    regularly?

11:56:11   20    A.  I watch homeland, House of Cards, Dexter, and the Colbert

11:56:15   21    Report.

11:56:15   22          THE COURT:  Okay.

11:56:23   23          Thank you.

           24

           25

                              EXAMINATION

BY THE COURT:

11:56:28    Q.  Okay.

11:56:29    A.  Jeff Foster from Geneva, Illinois.  Lived there for 11

11:56:32    years.  Own our home.

11:56:34         Bachelor degree in Aviation Management.  I have been

11:56:38    employed by Jet Aviation for almost six years now as a

11:56:42    corporate pilot.  Prior to that was McDonald's Corporation,

11:56:46    same, corporate pilot.

11:56:47         Let's see.  Married, married for 18 years, one

11:56:51    daughter who is 13.  My wife works part time at a doctor's

11:56:57    office in their billing department.

11:57:01         Let's see.  Hobbies, pretty much just sports, that is

11:57:09    the major one.  And news, just local news, Channel 5, Channel

11:57:13    7.  That is probably about it.

11:57:14    Q.  Do you watch any television programs regularly?

11:57:18    A.  Mostly sports, Cubs, Bears, but nothing -- I wouldn't say

11:57:23    anything regular.

11:57:24    Q.  And how long did you work at McDonald's as a corporate

11:57:27    pilot?

11:57:28    A.  Almost four years.

11:57:35         THE COURT:  Thank you.

EXAMINATION

BY THE COURT:

Q.  Okay.

A.  My name is Donald Quirk.  I am living in Lake Barrington.
I have lived there for about the last 20 years.  I have been
employed, took early retirement in 2009, from McHenry County
College, a community college in McHenry County.  I was the
Director of Institutional Research and Machining while I was
there.  My responsibilities had to do with a whole variety of
enrollment management things, finding out about student
attrition, doing evaluation of its programs, things like
that.

Golly, what else?  I am married and have been for
quite some time.  My wife is an attorney.  She is a partner at
Loftus & Saltzberg.  She does civil litigation.  She has been
doing that for quite some time, in the neighborhood of 20
years, as a matter of fact.

I have two children, a son who is 23, he is a
computer engineer with Texas Instrument in Dallas.  I have a
daughter who is 28, she is a legal assistant in San Francisco
for a large law firm that has a small presence in San
Francisco.  No other adults live at my house.

My hobbies have to do with outdoor activities, fly
fishing, hiking, things like that.  I do a lot of reading.  I

11:59:32  1   listen to music, I like jazz, really jazz, folk, and blues.

11:59:41  2          I watch Curb your Enthusiasm and Portlandia and other

11:59:46  3   types of HBO programming.  As well as films.  I don't watch a

11:59:52  4   lot of programming on the major stations.

11:59:57  5          I subscribe to the New Yorker, but I get a lot of my

12:00:06  6   news from on line, from Al Jazeera, from BBC, the Washington

12:00:15  7   Post, a few other sources like that.

12:00:19  8          That is pretty much it.

12:00:21  9   Q.  How far did you get in school?

12:00:23  10  A.  I have a Doctorate in English Education, my Bachelor's and

12:00:31  11  Master's were in English.

12:00:33  12  Q.  And how long did you work for McHenry College before your

12:00:37  13  retirement?

12:00:39  14  A.  Let's see, that is '93 to -- actually, I retired in about

12:00:43  15  2009, took early retirement, but I am still working there as

12:00:47  16  an adjunct instructor in English, part time obviously.

12:00:53  17  Q.  And did you say you started with McHenry in 1993?

12:00:57  18  A.  1993, yes.

12:01:00  19  Q.  Okay.

12:01:08  20         So your wife practices civil litigation only?

12:01:10  21  A.  That is correct.

12:01:11  22  Q.  Do you know what -- is there a specific focus that she

12:01:15  23  has?

12:01:16  24  A.  Well, she has a background with the Consumer Protection

12:01:21  25  Division in the Attorney General's Division as well as the

12:01:24    1    Federal Trade Commission, and so she does a lot of work
12:01:28    2    related to trade, to false advertising, and to things like
12:01:34    3    that.
12:01:37    4            She has also done I think a -- what would you call
12:01:43    5    it, I wouldn't call it civil rights, I guess, but she has done
12:01:49    6    other suits as well.
12:01:54    7    Q.  Okay.
12:01:55    8            Do you know if she represents generally consumers or
12:01:58    9    marketers and advertisers or a mix?
12:02:01   10    A.  In the somewhat distant past she represented only
12:02:05   11    consumers.  Now she represents primarily businesses and firms.
12:02:19   12            THE COURT:  Thank you.
12:02:19   13            Before we go on, it is noon, so we are going to take
12:02:23   14    a lunch break at this time.  We will take a one hour and 15
12:02:28   15    minute break, so I will see you back at 1:15.
12:02:31   16            A couple of things before you go though.  First is
12:02:34   17    when you return please do return to the seats where you are at
12:02:40   18    now.  You have seen us feverishly writing here, we have you
12:02:45   19    all down by some diagram, so please return to those seats.
12:02:49   20            The second thing is that I have instructed the
12:02:51   21    lawyers and the parties and the witnesses in this case to use
12:02:54   22    the south bank of elevators, that is the set of elevators that
12:02:59   23    is furthest away from this courtroom.  I will ask you to use
12:03:02   24    the north bank of elevators, okay, the one that is right
12:03:05   25    around the corner here.

12:03:07   1         I have also instructed the lawyers and the parties

12:03:09   2   and the witnesses to not acknowledge you in any way if they

12:03:13   3   see you, whether it is downstairs in the lobby or cafeteria or

12:03:17   4   anywhere else.  They are not being unfriendly, they are just

12:03:20   5   under strict instructions to not interact with you outside of

12:03:24   6   this courtroom, because it is very important that everything

12:03:26   7   that -- if you are picked as a juror, everything that you

12:03:31   8   decide this case on is based upon what happened in this

12:03:35   9   courtroom.

12:03:35  10         Now, to that end, we are taking this break now, but I

12:03:40  11  must instruct you to not research this case in any way, no

12:03:43  12  getting on Google or anywhere else to research anything about

12:03:48  13  this case.  Don't research the case.  Don't research the

12:03:52  14  lawyers.  Don't research any of the witnesses' names you have

12:03:55  15  heard, or my name, nothing about this case.  Okay?  Do not

12:04:00  16  investigate it at all.

12:04:01  17        If anyone approaches you and tries to talk to you

12:04:05  18  about the case, you must walk away from them and do not allow

12:04:08  19  them to talk to you about the case, and then let me know if

12:04:12  20  that happens to you.

12:04:14  21        This also goes to amongst yourselves, okay?  So not

12:04:19  22  only have you not been picked to serve on a jury yet, but even

12:04:23  23  more importantly, if you are picked to serve on the jury, you

12:04:26  24  must keep an open mind for the entirety of the trial.

12:04:30  25        So you have heard nothing yet about the evidence in

12:04:33  1    this case, so you can't even talk to one another right now

12:04:38  2    because I don't want you to start forming even any early

12:04:43  3    opinions about this case, okay?  It is just not possible to do

12:04:46  4    that right now, and it is very unfair to the parties in the

12:04:50  5    case to start speculating at all and to start deliberating

12:04:55  6    amongst yourselves.  So no talking to each other about the

12:04:58  7    case as well.

12:04:59  8            Now, of course, not only can you not talk to each

12:05:04  9    other about the case, but no talking to anyone else, and that

12:05:10  10   includes hopping on Twitter and tweeting, like, Being picked

12:05:15  11   for jury in U.S. versus Dvorkin, can't do that.  No blog

12:05:20  12   posts.  No posts to Facebook.

12:05:22  13           There are a lot of smiles here, but I will tell you

12:05:25  14   each of the things I have mentioned have happened in some

12:05:28  15   case, and it absolutely cannot happen, because once you start

12:05:32  16   broadcasting about how you were participating in the case you

12:05:35  17   do make it easier for people to seek you out and talk to you.

12:05:39  18   And there also runs the risk that you are forming opinions

12:05:43  19   because you are communicating about it.

12:05:45  20           That is a lot of instructions but hopefully they are

12:05:49  21   all ones that you will be able to follow.

12:05:52  22           I will see you back here at 1:15.  Please do take

12:05:55  23   your seats.

12:05:56  24           All rise.

12:05:58  25

1              (The jury leaves the courtroom.)

2

3              (Proceedings concluded.)

1

# C E R T I F I C A T E

2

3

4          I certify that the foregoing is a correct transcript

5     from the record of proceedings in the above-entitled matter.

6

7     /s/Krista Burgeson, CSR, RMR, CRR      December 23, 2013
      Federal Official Court Reporter       Date
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**'**

**'75** [1] - 44:12
**'79** [1] - 44:6
**'93** [1] - 101:14
**'em** [4] - 88:19, 88:20, 88:22

**/**

**/s/Krista** [1] - 106:7

**1**

**1** [2] - 40:6, 43:16
**1-A** [1] - 1:9
**10** [6] - 35:19, 40:11, 46:5, 81:6, 83:14, 86:25
**10:00** [1] - 54:21
**11** [7] - 40:11, 49:23, 53:13, 61:20, 94:14, 96:11, 99:5
**11th** [1] - 15:9
**12** [8] - 1:5, 3:3, 12:23, 12:25, 13:5, 64:21, 81:6, 91:12
**12.25** [1] - 13:2
**13** [7] - 13:1, 76:6, 77:22, 78:4, 78:19, 85:15, 99:12
**14** [9] - 36:3, 36:19, 38:19, 58:11, 75:10, 79:6, 85:18, 86:25, 94:13
**15** [7] - 26:19, 46:5, 57:22, 65:23, 81:4, 94:6, 102:14
**16** [3] - 34:7, 56:13, 94:14
**17** [2] - 40:13, 40:15
**18** [5] - 13:10, 40:15, 83:6, 98:12, 99:11
**18-month** [1] - 97:6
**19** [1] - 40:15
**1981** [2] - 64:12, 64:14
**1993** [2] - 101:17, 101:18
**1:15** [2] - 102:15, 104:22

**2**

**2** [1] - 78:9
**20** [6] - 47:12, 50:10, 54:25, 86:21, 100:6, 100:17
**2005** [1] - 88:16
**2009** [3] - 63:21, 100:7, 101:15
**2011** [1] - 46:23
**2012** [1] - 19:7
**2013** [2] - 1:7, 106:7
**21** [2] - 54:14, 96:6
**219** [2] - 1:14, 1:24

**23** [6] - 36:20, 37:1, 38:19, 75:10, 100:19, 106:7
**24** [7] - 40:16, 49:4, 49:5, 54:11, 54:14, 58:5, 66:2
**2400** [1] - 98:7
**25** [6] - 40:16, 53:9, 58:1, 63:1, 72:16, 85:18
**26** [2] - 1:7, 54:14
**28** [2] - 53:8, 100:21

**3**

**3** [1] - 35:7
**30** [3] - 37:2, 37:10, 56:23
**30's** [1] - 44:13
**302** [4] - 19:6, 22:1, 25:19, 28:22
**31** [1] - 78:5
**312-353-5300** [1] - 1:15
**312-435-5567** [1] - 1:25
**312-463-1000** [1] - 1:22
**312-759-9600** [1] - 1:19
**32** [4] - 49:4, 49:8, 49:10, 63:19
**33** [2] - 37:12, 37:20
**333** [1] - 1:21
**35** [3] - 2:9, 37:21, 81:22
**36** [2] - 80:17, 81:11
**37** [2] - 79:16, 80:20
**38** [1] - 80:16
**39** [2] - 25:13, 38:10
**3:30** [3] - 69:15, 70:23, 71:19
**3rd** [4] - 73:18, 92:7, 92:15, 93:1

**4**

**4** [2] - 22:2, 35:12
**40** [1] - 66:24
**403** [4] - 21:10, 21:20, 29:19, 30:12
**404(a** [1] - 20:5
**404(b** [3] - 21:25, 22:4, 22:6
**46** [1] - 79:13
**47** [1] - 79:12
**48** [1] - 66:3
**4:00** [1] - 73:18
**4th** [2] - 73:14, 92:14

**5**

**5** [6] - 37:23, 55:24, 64:23, 83:6, 83:9, 99:15
**500** [2] - 1:5, 3:3

**53** [1] - 1:18
**5:00** [1] - 54:21
**5:30** [1] - 66:8
**5th** [1] - 38:4

**6**

**6** [2] - 2:6, 37:23
**60604** [3] - 1:15, 1:18, 1:25
**60606** [1] - 1:21
**608** [1] - 33:17
**608(a** [1] - 27:1

**7**

**7** [5] - 55:24, 62:17, 63:15, 77:21, 99:16
**70** [3] - 25:11, 35:12, 35:16
**720** [1] - 78:10
**780** [1] - 78:10
**7:00** [3] - 69:14, 70:22, 73:18
**7th** [1] - 19:7

**8**

**8:45** [2] - 1:7, 3:15
**8th** [1] - 47:17

**9**

**9** [4] - 40:9, 40:11, 78:9

**A**

**a.m** [2] - 1:7, 73:18
**abiding** [5] - 20:2, 21:3, 21:13, 21:14, 21:15
**abidingness** [5] - 19:13, 22:7, 22:13, 22:17, 24:12
**able** [14] - 14:9, 15:3, 27:25, 28:12, 28:15, 32:17, 32:18, 58:13, 59:19, 71:15, 73:24, 74:16, 92:9, 104:21
**above-entitled** [1] - 106:5
**absolutely** [1] - 104:15
**accept** [1] - 33:5
**access** [2] - 73:16, 89:24
**account** [3] - 10:23, 94:8, 94:24
**accounting** [5] - 62:3, 84:7, 84:9, 85:1, 85:2
**accounts** [2] - 50:18, 94:10
**accreditation** [1] - 92:11
**accredited** [1] - 73:21
**accusations** [1] - 21:15

accused [2] - 8:5, 42:5
acknowledge [1] - 103:2
activities [2] - 70:21, 100:24
actor [1] - 52:19
acts [9] - 23:9, 26:17, 26:22, 27:9, 31:23, 32:4, 32:8, 32:14, 32:22
actual [2] - 17:25, 70:2
Adalia [2] - 6:13, 43:11
Adamovich [6] - 36:4, 40:23, 65:14, 75:10, 77:7, 77:9
add [4] - 10:13, 11:23, 12:16, 29:11
adding [1] - 5:5
addition [2] - 33:14, 81:17
additional [3] - 20:9, 75:21, 75:24
adjudicated [1] - 20:20
adjunct [1] - 101:16
adjustments [1] - 95:6
administer [1] - 39:19
administration [3] - 58:3, 60:23, 60:24
administrative [4] - 91:3, 91:15, 95:4, 96:14
admissibility [1] - 30:22
admissible [2] - 15:20, 34:11
admit [1] - 17:12
adults [2] - 94:15, 100:23
advertisers [1] - 102:9
advertising [2] - 85:20, 102:2
Advocate [1] - 58:8
affected [1] - 63:21
affidavits [1] - 28:12
affiliate [1] - 52:1
afford [1] - 37:4
afield [1] - 23:20
African [2] - 71:3, 72:13
afternoon [1] - 28:20
agencies [2] - 59:7, 88:13
agency [2] - 59:1, 69:24
agent [1] - 78:17
Agent [1] - 42:17
aggregate [2] - 89:5, 92:2
ago [9] - 45:6, 51:17, 55:6, 58:11, 64:16, 68:23, 80:15, 95:23
agree [1] - 35:5
ahead [5] - 21:24, 51:12, 68:20, 75:4, 82:23
aid [1] - 95:21
aids [1] - 10:5
ain't [1] - 31:2

Air [1] - 61:7
Airlines [1] - 57:5
Akhras [6] - 41:2, 72:16, 72:22, 73:4, 91:11, 93:17
AKHRAS [1] - 72:17
Al [1] - 101:6
alert [1] - 76:1
Alexander [2] - 5:11, 43:11
Alexian [2] - 83:6, 83:15
Alicia [2] - 40:22, 60:22
Alison [1] - 37:20
allegations [1] - 20:18
alleged [2] - 14:12, 30:13
alleviate [1] - 31:11
allow [7] - 20:16, 26:3, 32:25, 33:18, 33:19, 73:21, 103:18
allowed [7] - 9:6, 10:4, 19:22, 27:20, 29:14, 33:16, 74:2
almost [3] - 63:19, 99:8, 99:22
alone [1] - 53:8
alphabetical [1] - 40:19
Alta [1] - 94:5
alternates [1] - 76:1
Alvin [2] - 40:22, 62:24
AMERICA [1] - 1:3
America [2] - 79:11, 82:7
American [2] - 95:20, 97:24
Americans [2] - 71:3, 72:13
amount [1] - 31:19
Ampitech [1] - 51:19
analysis [1] - 89:6
anatomical [1] - 97:2
animosity [1] - 60:1
annoyed [1] - 10:2
answer [3] - 35:6, 41:12, 75:22
answered [1] - 35:19
answering [1] - 39:18
anti [2] - 22:15, 23:22
anti-character [2] - 22:15, 23:22
anticipate [2] - 12:11, 14:16
Anwar [4] - 41:2, 72:16, 72:22, 91:11
apartment [2] - 62:25, 83:1
APPEARANCES [1] - 1:11
appearances [1] - 3:5
applications [1] - 59:1
applied [2] - 58:23, 64:3
applies [1] - 21:10
applying [1] - 59:6
appreciate [3] - 39:14, 74:11,

97:16
approach [1] - 24:8
approaches [2] - 14:21, 103:17
appropriate [3] - 27:1, 32:1, 72:5
architect [2] - 88:12, 90:2
architecture [1] - 85:17
area [1] - 15:25, 62:25
Arestis [3] - 35:20, 40:22, 57:20
ARESTIS [1] - 35:20
argue [8] - 14:9, 15:1, 15:2, 15:8, 18:17, 27:17, 34:4, 34:6
argued [1] - 16:10
arguing [1] - 17:22
argument [5] - 17:6, 19:8, 22:4, 34:5, 34:9
arguments [1] - 9:23
art [4] - 63:1, 85:16, 85:19, 90:13
articles [1] - 11:6
articulated [1] - 30:3
arts [1] - 86:23
aside [2] - 28:21, 38:8
assets [3] - 27:15, 27:17, 28:4
assist [1] - 53:15
assistant [5] - 91:3, 91:15, 95:4, 96:14, 100:21
associate's [1] - 50:14
association [2] - 95:24, 96:13
assume [2] - 24:22, 75:15
assure [1] - 28:13
AT&T [1] - 4:4
Atlantic [1] - 52:2
attach [2] - 25:23, 25:24
attached [1] - 98:6
attempt [2] - 28:1, 31:11
attend [4] - 73:20, 73:24, 74:23, 90:20
attending [3] - 97:1, 97:11, 97:19
attention [5] - 10:6, 30:13, 74:10, 93:6, 93:10
attorney [6] - 15:22, 64:17, 64:19, 82:8, 100:15, 101:25
ATTORNEY'S [1] - 1:13
attrition [1] - 100:12
audible [2] - 25:4, 34:13
August [2] - 1:7, 19:7
Aurora [10] - 60:22, 61:17, 61:19, 66:4, 66:24, 67:3,

67:4, 95:19, 96:11
**available** [4] - 7:12, 66:18, 66:19, 66:20
**avenues** [1] - 20:9
**aviation** [3] - 51:24, 99:7, 99:8
**avoid** [1] - 10:11

# B

**baby** [1] - 49:4
**babysitting** [1] - 96:15
**bachelor** [4] - 63:1, 90:12, 96:24, 99:7
**Bachelor's** [12] - 46:7, 51:14, 58:2, 58:6, 60:23, 79:8, 79:21, 79:23, 84:7, 91:12, 95:20, 101:10
**backdoor** [1] - 32:8
**backdooring** [2] - 31:22, 32:14
**background** [2] - 75:11, 101:24
**bad** [2] - 56:3, 70:4
**Baker** [3] - 88:9, 88:15, 89:8
**balancing** [1] - 30:12
**Ballet** [1] - 90:16
**Bank** [6] - 49:24, 50:17, 79:11, 82:7
**bank** [8] - 12:14, 12:15, 82:10, 82:12, 82:13, 84:22, 102:22, 102:24
**banker** [3] - 85:2, 85:3, 85:6
**Banker** [2] - 54:11, 54:18
**bar** [11] - 36:17, 38:20, 41:13, 41:16, 41:19, 65:15, 65:17, 75:15, 92:16, 95:23, 96:13
**Barnes** [2] - 41:3, 94:1
**Barrington** [1] - 100:5
**bars** [3] - 10:4, 75:23, 77:13
**Bartlett** [3] - 56:10, 56:19, 56:22
**based** [11] - 18:9, 19:20, 20:1, 22:10, 37:10, 43:21, 65:14, 88:6, 88:16, 89:16, 103:8
**baseless** [1] - 28:16
**bases** [1] - 89:12
**basis** [6] - 24:4, 25:25, 28:14, 28:18, 38:2, 96:12
**Bassett** [1] - 56:15
**Bates** [1] - 28:9
**BBC** [1] - 101:6
**beacon** [1] - 96:12

**bears** [1] - 99:18
**became** [1] - 64:2
**BEFORE** [1] - 1:10
**begin** [1] - 29:9
**begins** [3] - 7:18, 92:13, 92:14
**behalf** [2] - 3:7, 3:11
**behavior** [1] - 24:10
**behind** [1] - 40:17
**bench** [6] - 10:3, 40:14, 40:25, 41:3, 41:6, 81:25
**benches** [2] - 40:6, 40:11
**Benedictine** [1] - 58:7
**Berger** [2] - 37:12, 37:20
**BERGER** [1] - 37:13
**Berwyn** [4] - 44:5, 44:16, 53:7, 53:12
**best** [1] - 34:7
**Beth** [1] - 97:10
**Bethany** [1] - 96:4
**better** [2] - 23:25, 87:10
**between** [2] - 21:6, 91:25
**Bevin** [1] - 32:10
**Bevis** [15] - 4:2, 6:25, 14:14, 15:9, 20:22, 21:6, 27:21, 29:14, 31:15, 31:19, 32:1, 32:9, 32:18, 33:7, 43:8
**BEVIS** [1] - 4:2
**Bevis's** [1] - 31:22
**beyond** [1] - 9:15
**Bialy** [4] - 40:21, 53:4, 53:5, 53:10
**bias** [1] - 7:6
**biassed** [1] - 59:25
**bids** [1] - 62:4
**big** [2] - 87:5, 88:13
**Bill** [1] - 86:3
**billing** [2] - 50:15, 99:13
**bills** [1] - 37:5
**biographical** [1] - 43:20
**biographicals** [1] - 75:23
**bit** [12] - 7:20, 21:9, 30:16, 41:20, 47:15, 56:16, 57:13, 61:12, 62:7, 68:13, 97:14
**blog** [1] - 104:11
**blogging** [1] - 10:24
**blood** [2] - 97:3, 97:7
**Bloomingdale's** [1] - 87:16
**blues** [1] - 101:1
**Board** [1] - 55:10
**board** [1] - 90:14
**Bob** [2] - 5:12, 43:10
**BOB** [1] - 5:14

**Bonnie** [1] - 41:6
**border** [1] - 71:18
**Boston** [2] - 97:10, 97:11
**bottoms** [1] - 95:18
**Bottoms** [1] - 41:3
**Boulevard** [1] - 1:18
**bouncer** [1] - 45:8
**box** [3] - 28:20, 38:18, 40:5
**brand** [1] - 17:9
**break** [10] - 12:11, 12:12, 74:6, 74:12, 74:17, 76:15, 76:25, 102:14, 102:15, 103:10
**breaking** [1] - 56:2
**breaks** [1] - 74:5
**bridge** [2] - 6:23, 7:14
**brief** [2] - 18:20, 19:3
**briefly** [1] - 16:1
**bring** [3] - 38:18, 38:24, 74:9
**bringing** [1] - 38:23
**broadcasting** [1] - 104:16
**Broniec** [2] - 41:2, 88:1
**Bronzeville** [1] - 91:17
**Brook** [2] - 94:9, 94:25
**Brookfield** [1] - 53:5
**brooks** [1] - 39:21
**Brooks** [1] - 39:9
**brother** [2] - 35:7, 91:23
**Brothers** [1] - 83:7
**brothers** [1] - 91:23
**brown** [2] - 51:16, 52:9
**build** [2] - 78:1, 81:17
**building** [3] - 49:24, 56:13, 64:20
**burden** [2] - 9:9, 9:17
**Bureau** [1] - 58:23
**Buren** [1] - 46:10
**BURGESON** [1] - 1:24
**Burgeson** [2] - 39:12, 106:7
**bus** [2] - 36:6, 66:5
**busier** [1] - 91:22
**business** [20] - 19:15, 19:18, 19:21, 20:19, 22:11, 35:21, 37:3, 44:10, 44:20, 44:23, 57:21, 57:24, 58:12, 60:23, 60:24, 85:18, 86:10, 87:14, 91:21
**businesses** [1] - 102:11
**businessmen** [1] - 85:3
**buzz** [1] - 12:8
**BY** [31] - 44:2, 46:2, 47:9, 49:20, 51:10, 53:2, 54:2, 56:7, 57:17, 60:19, 62:21,

64:8, 65:12, 68:7, 73:2,
77:18, 79:2, 80:9, 82:4,
82:20, 84:2, 85:10, 86:17,
87:23, 90:7, 91:8, 93:23,
95:15, 96:19, 99:2, 100:2

## C

**cable** [3] - 87:6, 87:19, 88:25
**cafeteria** [1] - 103:3
**California** [1] - 88:6
**campaign** [1] - 17:21
**cannot** [5] - 30:1, 30:24,
36:21, 72:10, 104:15
**capacity** [1] - 81:14
**Caprio** [2] - 41:1, 86:20
**car** [3] - 8:2, 42:2, 79:13
**cards** [1] - 98:20
**care** [7] - 22:16, 47:19, 54:16,
57:6, 58:9, 58:10, 68:21
**career** [2] - 50:14, 95:25
**carefully** [1] - 43:4
**cars** [2] - 51:23, 78:6
**Caruso** [2] - 41:2, 90:10
**case** [54] - 4:17, 7:17, 7:20,
7:22, 7:25, 9:13, 9:14,
10:10, 10:15, 10:16, 10:19,
10:22, 11:1, 11:2, 11:3,
11:7, 11:8, 11:13, 15:17,
16:18, 20:11, 20:12, 20:13,
20:24, 23:7, 24:16, 24:18,
39:7, 41:20, 41:22, 41:25,
42:8, 42:10, 42:22, 71:14,
72:3, 89:15, 102:21, 103:8,
103:11, 103:13, 103:15,
103:18, 103:19, 104:1,
104:3, 104:5, 104:7, 104:9,
104:15, 104:16
**cases** [3] - 9:5, 89:11, 89:20
**cast** [1] - 33:14
**CBS** [1] - 56:17
**Celine** [2] - 40:21, 54:5
**center** [3] - 63:7, 63:9, 69:12
**Center** [1] - 97:10
**certain** [7] - 15:10, 41:17,
60:1, 61:11, 62:11, 68:22,
69:3
**certainly** [2] - 15:20, 27:6
**certificate** [2] - 50:15, 53:7
**certify** [1] - 106:4
**challenge** [2] - 72:10, 72:11
**challenges** [1] - 29:24, 72:2,
76:2

**Champaign** [1] - 86:22
**chance** [1] - 93:17
**Chang** [1] - 39:6
**CHANG** [1] - 1:10
**change** [5] - 16:18, 17:17,
50:14, 71:23, 76:1
**channel** [9] - 63:15, 64:23,
78:9, 83:9, 92:3, 96:11,
99:15
**channels** [3] - 54:20, 55:22,
55:24
**character** [43] - 5:17, 5:24,
6:2, 6:15, 19:23, 20:6, 20:7,
20:23, 21:6, 21:7, 22:7,
22:9, 22:12, 22:15, 22:17,
22:21, 23:2, 23:6, 23:15,
23:16, 23:18, 23:19, 23:22,
24:1, 24:8, 24:10, 24:15,
24:16, 24:21, 24:23, 27:2,
27:4, 27:24, 29:8, 29:9,
29:10, 30:7, 30:10, 33:1,
33:12, 34:3, 34:8
**characters** [1] - 33:14
**charge** [6] - 7:24, 8:1, 41:24,
42:1, 81:16, 83:3
**charged** [4] - 9:16, 14:1,
14:11, 14:20
**charges** [7] - 7:21, 7:23, 8:8,
9:12, 41:21, 41:23, 42:8
**Charlene** [2] - 40:24, 79:5
**Charles** [3] - 66:8, 66:23,
66:24
**Chase** [2] - 49:24, 50:17
**chase** [1] - 50:16
**checking** [1] - 81:16
**checks** [1] - 50:19
**Chester** [2] - 41:1, 84:5
**Chicago** [29] - 1:6, 1:15, 1:18,
1:21, 1:25, 46:8, 47:12,
49:23, 51:16, 51:19, 52:1,
53:21, 55:9, 62:25, 63:16,
70:25, 79:18, 84:6, 84:22,
85:13, 88:5, 88:10, 90:21,
91:17, 96:11, 96:21, 97:7,
97:12, 97:20
**CHICO** [1] - 1:20
**chief** [3] - 20:11, 24:16, 24:18
**child** [2] - 49:7, 49:25
**childcare** [1] - 36:4
**children** [18] - 44:12, 45:7,
46:17, 48:11, 49:3, 53:16,
58:1, 58:13, 61:8, 63:13,
70:25, 83:5, 87:4, 88:18,

90:19, 91:19, 94:14, 100:19
**Children's** [1] - 90:13
**children's** [2] - 58:8, 96:5
**Choate** [2] - 4:3, 43:7
**CHOATE** [1] - 4:3
**Circuit** [1] - 9:10
**circumstances** [2] - 16:10,
16:12
**circus** [1] - 15:24
**Citadel** [1] - 49:24
**cities** [1] - 59:3
**citizen** [1] - 20:2
**City** [2] - 54:15, 69:6
**city** [1] - 44:5
**civil** [6] - 46:7, 64:16, 89:20,
100:16, 101:20, 102:5
**claim** [1] - 7:11
**claims** [5] - 7:12, 56:15, 57:6,
57:8, 95:8
**classmates** [1] - 67:1
**clear** [6] - 18:21, 24:18, 28:1,
55:21, 64:24, 69:18
**clerk** [2] - 39:9, 39:19
**CLERK** [5] - 3:1, 38:22, 39:1,
39:4, 39:22
**clerk's** [1] - 26:3
**clerks** [1] - 39:10
**clerkships** [1] - 74:3
**Cleveland** [1] - 88:17
**client** [1] - 12:13
**clients** [2] - 82:10, 82:13
**clinical** [2] - 63:11, 97:2
**clinician** [1] - 97:21
**clock** [2] - 93:7, 93:10
**close** [2] - 10:5, 75:25
**closed** [4] - 37:22, 38:4,
51:17, 52:10
**closely** [2] - 20:22, 90:14
**closer** [3] - 47:15, 67:6, 68:14
**closest** [2] - 40:6, 40:14
**closings** [1] - 9:6
**clothing** [4] - 87:1, 87:2,
87:13
**CNA** [1] - 94:13
**CNBC** [1] - 84:14
**CNN** [4] - 47:5, 53:21, 63:14,
97:25
**co** [2] - 71:14
**co-volunteers** [1] - 71:14
**co-workers** [1] - 71:14
**coach** [1] - 68:21
**Coast** [1] - 94:10
**coding** [1] - 50:15

COHEN [1] - 1:17
Colbert [2] - 79:19, 98:20
Coldwell [2] - 54:10, 54:18
collateral [5] - 23:17, 23:18, 29:8, 29:22, 29:24
college [15] - 44:8, 46:9, 46:14, 54:9, 56:12, 58:13, 80:3, 81:9, 83:22, 84:18, 94:4, 95:21, 100:8, 101:12
comedies [3] - 56:16, 78:12, 83:11
comedy [1] - 61:13
coming [2] - 31:2, 74:8
comment [2] - 17:2, 17:3
comments [2] - 16:25, 93:3
commercial [4] - 78:1, 85:6, 86:12, 86:13
commission [1] - 102:1
commit [2] - 7:25, 41:25
committed [2] - 8:3, 42:3
committing [2] - 8:5, 42:5
commodities [1] - 55:9
communicate [1] - 11:16
communicating [1] - 104:19
community [5] - 39:16, 54:9, 71:21, 95:21, 100:8
companies [2] - 85:3, 88:13
company [28] - 17:7, 33:20, 33:21, 46:14, 46:25, 48:5, 48:8, 51:15, 51:18, 51:19, 52:21, 54:15, 57:1, 57:3, 61:5, 62:1, 62:9, 77:23, 77:25, 79:15, 83:2, 87:1, 88:4, 94:5, 94:9, 95:5, 98:12
compensation [1] - 57:8
complaint [3] - 14:11, 14:12, 14:21
complete [2] - 89:14, 92:9
completed [2] - 9:5, 46:23
completely [2] - 16:13, 16:16
compromise [1] - 33:5
computer [2] - 4:10, 100:20
concern [7] - 17:19, 30:3, 30:9, 31:11, 32:17, 75:14, 92:24
concerned [1] - 22:25
concluded [1] - 105:3
conduct [4] - 10:9, 22:5, 31:3, 31:16
conferences [1] - 10:3
confessions [1] - 15:16
confidence [1] - 7:2
confident [1] - 37:23

conflict [4] - 38:2, 68:20, 71:4, 71:6
confront [1] - 23:15
confuse [1] - 29:10
connect [2] - 31:6, 33:11
connection [2] - 30:6, 30:11
consciousness [9] - 14:10, 14:25, 15:3, 15:10, 15:25, 16:9, 16:11, 16:25, 18:2
consists [1] - 9:20
consultant [1] - 85:4
consulting [3] - 11:11, 88:4, 90:17
consults [1] - 55:20
consumer [1] - 101:24
consumers [2] - 102:8, 102:11
contact [1] - 74:18
contacted [1] - 74:4
context [1] - 16:14
continue [2] - 73:22, 77:12
continued [2] - 77:5, 93:14
continues [1] - 9:12
continuing [1] - 54:16
Continuing [2] - 32:12, 55:13
continuous [1] - 74:6
contract [2] - 61:5, 62:8
contracting [1] - 62:4
conversation [6] - 14:24, 18:6, 18:7, 18:8, 18:10, 18:13
convinced [1] - 9:15
cooking [1] - 97:23
cooks [1] - 61:2
cooperating [1] - 17:8
coordinator [2] - 74:16, 92:6
copies [1] - 35:3
copy [1] - 28:25
core [1] - 74:3
Cori [2] - 41:3, 94:1
corner [1] - 102:25
corporate [3] - 99:9, 99:10, 99:20
corporation [2] - 53:19, 88:5, 99:9
Correct [2] - 59:22, 89:21
correct [4] - 60:10, 89:10, 101:21, 106:4
counsel [7] - 12:7, 13:17, 13:23, 15:1, 42:12, 42:21, 42:25
counselor [1] - 95:21
county [1] - 100:7

County [7] - 80:14, 80:17, 81:12, 88:2, 95:23, 96:13, 100:8
couple [6] - 15:24, 63:25, 68:23, 78:7, 88:3, 102:16
course [5] - 15:13, 41:12, 64:21, 104:8
Court [13] - 1:23, 5:4, 11:13, 11:25, 15:14, 21:2, 28:13, 28:15, 30:24, 32:24, 39:6, 71:22, 106:7
COURT [168] - 1:1, 1:23, 3:3, 3:14, 3:19, 3:23, 4:6, 4:9, 4:12, 4:14, 4:23, 5:7, 5:13, 5:15, 5:18, 5:20, 5:22, 5:25, 6:3, 6:5, 6:9, 6:14, 6:22, 7:8, 7:14, 8:13, 8:16, 10:17, 11:20, 12:6, 12:10, 12:19, 12:24, 13:1, 13:3, 13:6, 13:10, 13:19, 16:2, 17:18, 21:22, 21:24, 22:3, 23:4, 23:8, 23:13, 23:21, 24:13, 25:1, 25:4, 25:8, 25:17, 25:20, 26:4, 26:7, 26:10, 27:8, 27:10, 28:6, 28:21, 28:25, 29:4, 29:20, 33:5, 34:4, 34:15, 35:2, 35:17, 35:19, 35:25, 36:2, 36:9, 36:15, 37:1, 37:7, 37:10, 37:20, 38:3, 38:6, 38:8, 38:17, 38:24, 39:5, 40:1, 42:18, 42:23, 44:2, 45:25, 46:2, 47:6, 47:9, 49:17, 49:20, 51:5, 51:10, 53:2, 54:2, 56:4, 56:7, 57:17, 58:22, 60:16, 60:19, 62:18, 62:21, 63:17, 64:4, 64:8, 65:9, 65:12, 65:21, 66:11, 67:12, 67:15, 67:17, 67:22, 68:1, 68:7, 70:6, 70:8, 70:10, 70:14, 70:16, 70:20, 71:9, 73:2, 75:2, 75:4, 75:16, 75:20, 76:11, 76:16, 76:18, 76:21, 77:3, 77:7, 77:18, 78:22, 79:2, 80:6, 80:9, 82:4, 82:20, 83:24, 84:2, 85:7, 85:10, 86:14, 86:17, 87:23, 90:4, 90:7, 91:5, 91:8, 92:16, 93:1, 93:9, 93:17, 93:23, 95:12, 95:15, 96:16, 96:19, 98:22, 99:2, 99:23, 100:2, 102:12
court [17] - 3:2, 9:25, 31:2, 39:11, 41:15, 65:19, 65:23,

67:20, 68:11, 68:15, 70:12, 72:24, 73:5, 75:7, 77:5, 89:18, 93:14
**Court's** [2] - 16:8, 75:17
**courtroom** [9] - 39:8, 39:19, 40:12, 72:18, 73:9, 102:23, 103:6, 103:9, 105:1
**cover** [1] - 43:21
**covered** [1] - 11:24
**covers** [1] - 6:10
**coworkers** [1] - 69:16
**CR** [2] - 1:5, 3:3
**cranes** [1] - 90:22
**create** [1] - 89:14
**created** [1] - 35:20
**credibility** [5] - 9:22, 29:23, 30:2, 59:8, 59:20
**credible** [1] - 30:20
**credit** [2] - 80:19, 81:5
**credits** [1] - 88:4
**crime** [2] - 7:25, 41:25
**crimes** [2] - 8:5, 42:5
**criminal** [7] - 14:11, 14:12, 39:7, 50:13, 58:19, 64:16, 83:11
**cross** [23] - 6:23, 7:14, 18:24, 23:1, 23:5, 24:4, 27:6, 27:11, 28:15, 29:12, 29:18, 30:22, 31:7, 31:15, 31:23, 31:24, 32:2, 32:10, 32:15, 32:18, 32:22, 32:25, 33:15
**crossed** [2] - 30:3, 31:4
**crossing** [1] - 24:3
**CRR** [1] - 106:7
**CSR** [1] - 106:7
**Cubs** [1] - 99:18
**cumbersome** [1] - 66:10
**curb** [1] - 101:2
**current** [4] - 60:25, 94:2, 94:21, 97:5
**custodian** [2] - 4:3, 6:21
**customer** [3] - 62:3, 83:3, 83:13
**cycling** [1] - 85:25

**D**

**dad** [2] - 51:2, 69:3
**Daily** [1] - 79:19
**daily** [1] - 96:12
**daisy** [2] - 37:21, 41:5
**Dallas** [1] - 100:20
**damaging** [1] - 17:12

**Dan** [2] - 6:18, 42:20
**Daniel** [7] - 3:3, 3:12, 5:11, 39:14, 40:21, 43:12, 51:13
**DANIEL** [1] - 1:6
**dark** [1] - 63:9
**data** [1] - 89:12
**date** [2] - 17:13, 37:24
**Date** [1] - 106:7
**dates** [1] - 74:8
**daughter** [12] - 55:11, 58:5, 58:20, 64:21, 79:13, 79:15, 80:16, 83:5, 96:3, 99:12, 100:21
**daughters** [3] - 54:13, 56:3, 96:2
**days** [6] - 35:22, 66:3, 66:12, 66:13, 66:18, 67:7
**daytime** [1] - 69:14
**Deaconess** [1] - 97:10
**dealer** [2] - 78:6, 79:13
**dealings** [3] - 19:18, 19:21, 20:19
**Dearborn** [2] - 1:14, 1:24
**death** [1] - 47:18
**December** [1] - 106:7
**decide** [2] - 9:22, 103:8
**decided** [1] - 25:12
**decider** [1] - 8:21
**decides** [1] - 24:20
**decision** [4] - 20:4, 24:11, 58:12, 72:9
**Deerfield** [1] - 88:8
**Defendant** [2] - 1:7, 1:17
**defendant** [7] - 3:12, 7:21, 7:24, 8:1, 8:5, 8:6, 9:3, 9:11, 9:15, 9:16, 9:18, 15:17, 18:4, 21:8, 22:15, 22:18, 22:19, 23:11, 23:25, 24:14, 41:21, 41:24, 42:1, 42:5, 42:6, 42:7, 42:25
**defendant's** [4] - 18:1, 20:6, 23:1, 23:5
**defense** [34] - 5:9, 8:13, 12:7, 13:4, 13:14, 13:17, 13:23, 14:5, 15:1, 18:5, 18:23, 19:2, 19:23, 20:23, 24:20, 26:14, 27:6, 27:21, 28:10, 29:7, 29:22, 30:2, 32:2, 32:17, 33:16, 33:19, 36:9, 42:18, 64:18, 65:1, 67:15, 70:8, 75:2
**defense's** [1] - 20:4
**defrauded** [1] - 32:19

**degree** [24] - 44:7, 46:7, 46:22, 46:23, 50:13, 50:14, 52:14, 53:7, 60:23, 64:13, 64:14, 81:9, 84:7, 85:2, 85:16, 86:23, 90:12, 92:11, 94:4, 95:20, 96:25, 99:7
**Degree** [5] - 51:14, 58:2, 79:8, 79:23, 90:12
**degrees** [1] - 50:13
**Delarosa** [2] - 41:1, 85:13
**deliberate** [1] - 9:8
**deliberating** [1] - 104:5
**deliberations** [1] - 9:13
**delivering** [1] - 46:14
**denies** [2] - 8:8, 42:8
**dental** [1] - 53:19
**dentist** [1] - 91:23
**department** [12] - 25:10, 39:10, 43:22, 50:18, 72:17, 74:4, 76:24, 77:10, 89:9, 90:1, 97:1, 99:13
**depth** [2] - 35:10, 97:16
**deputy** [4] - 39:8, 39:19, 72:18, 73:9
**DeSanti** [8] - 5:11, 20:17, 20:20, 20:21, 27:22, 31:17, 33:8, 43:12
**describe** [3] - 8:25, 9:20, 68:20
**descriptors** [1] - 33:3
**design** [8] - 37:3, 85:16, 85:18, 86:10, 86:13, 87:1, 87:2, 87:14
**designer** [1] - 96:4
**designing** [1] - 90:2
**desk** [1] - 88:10
**detail** [1] - 13:19
**details** [2] - 19:16, 28:6
**Development** [1] - 6:19
**Devlin** [1] - 39:10
**Dexter** [1] - 98:20
**diagnoses** [1] - 98:14
**diagnosis** [1] - 97:3
**diagram** [1] - 102:19
**dictionaries** [1] - 11:11
**difference** [1] - 21:5
**different** [7] - 21:9, 23:11, 27:12, 70:24, 89:6, 90:3
**difficult** [1] - 59:7
**diploma** [3] - 44:7, 77:22, 96:24
**DIRE** [2] - 2:9, 35:1
**Dire** [1] - 39:24

**dire** [9] - 21:1, 65:20, 67:20, 68:12, 70:12, 72:25, 75:8, 92:19, 93:15

**direct** [1] - 32:15

**directed** [1] - 94:10

**directly** [1] - 22:18

**director** [2] - 85:19, 100:9

**directors** [1] - 90:15

**disagree** [1] - 23:21

**disclosure** [1] - 13:22

**discovery** [5] - 89:12, 89:15, 89:16, 89:22, 89:23

**discuss** [4] - 6:18, 10:19, 11:2, 28:15

**discussed** [2] - 7:7, 8:19

**discussing** [2] - 10:10, 55:18

**discussion** [3] - 25:9, 32:24, 77:4

**disorders** [2] - 97:3, 97:8

**dispatcher** [2] - 94:6, 94:22

**disposals** [1] - 81:18

**disputing** [1] - 22:10

**disqualified** [1] - 71:7

**disregard** [1] - 9:24

**distant** [1] - 102:10

**distribution** [2] - 62:1, 95:25

**DISTRICT** [2] - 1:1, 1:1

**district** [7] - 68:24, 68:25, 69:2, 69:19, 69:22, 69:23, 91:18

**districts** [1] - 88:13

**division** [2] - 101:25

**DIVISION** [1] - 1:2

**divorce** [10] - 26:23, 27:14, 27:15, 28:8, 30:4, 30:14, 30:19, 30:21, 31:10, 31:25

**divorced** [4] - 54:13, 55:5, 55:6, 94:11

**docket** [1] - 25:22

**doctor** [2] - 53:15, 96:25

**doctor's** [1] - 99:12

**doctorate** [1] - 101:10

**document** [2] - 7:21, 41:21

**documentary** [2] - 63:8, 63:12

**documents** [6] - 14:13, 14:17, 14:19, 16:17, 16:21

**DOD** [1] - 69:25

**Donald** [2] - 41:4, 100:5

**done** [3] - 78:18, 102:4, 102:5

**door** [6] - 17:6, 18:23, 19:2, 24:15, 24:22, 49:24

**dots** [3] - 31:6, 33:11

**doubt** [1] - 9:15

**down** [13] - 12:3, 15:22, 25:13, 35:6, 40:10, 58:20, 65:16, 76:3, 76:5, 81:24, 97:14, 97:17, 102:19

**downstairs** [3] - 73:16, 76:11, 103:3

**drama** [1] - 61:12

**draw** [3] - 28:2, 30:18, 71:22

**drawn** [2] - 18:14, 72:1

**Drive** [2] - 1:21, 98:8

**driver's** [1] - 71:23

**drop** [1] - 76:2

**dropped** [1] - 25:13

**dropping** [1] - 76:5

**drove** [1] - 38:12

**duplicated** [1] - 9:17

**duration** [1] - 11:22

**during** [9] - 7:11, 9:13, 14:6, 27:15, 39:18, 43:3, 74:7, 91:16

**duties** [4] - 39:16, 50:16, 53:14, 61:1

**DVORKIN** [1] - 1:6

**Dvorkin** [30] - 3:4, 3:12, 4:8, 7:1, 8:8, 14:1, 14:10, 14:12, 14:18, 15:21, 16:20, 17:4, 17:6, 19:11, 19:15, 19:17, 19:20, 20:2, 20:12, 20:21, 21:3, 21:8, 21:13, 21:16, 39:14, 42:7, 42:20, 104:11

**Dvorkin's** [2] - 22:12, 26:15

**dwell** [1] - 15:20

**E**

**e-discovery** [3] - 89:15, 89:22, 89:23

**E.J.M** [1] - 46:11

**early** [7] - 28:23, 64:3, 71:17, 95:22, 100:7, 101:15, 104:2

**earn** [1] - 45:4

**easier** [1] - 104:17

**east** [1] - 67:2

**East** [1] - 94:10

**EASTERN** [1] - 1:2

**economist** [2] - 52:1, 97:25

**Eddie's** [1] - 60:25

**Edmond** [1] - 39:6

**EDMOND** [1] - 1:10

**education** [4] - 50:12, 54:16, 79:24, 101:10

**educational** [1] - 79:15

**effect** [1] - 37:16

**effort** [2] - 3:15, 3:16

**eight** [4] - 40:15, 65:2, 73:24, 95:22

**either** [4] - 34:13, 36:23, 60:12, 92:1

**el** [1] - 77:10

**eldest** [1] - 48:21

**Eleanor** [2] - 4:4, 43:8

**electives** [1] - 74:1

**elementary** [1] - 79:24

**elements** [1] - 8:19

**elevators** [5] - 12:14, 12:17, 102:22, 102:24

**Elgin** [3] - 56:11, 56:21, 78:15

**elicit** [4] - 14:9, 15:4, 15:12, 28:2

**eliciting** [1] - 14:25

**eligible** [1] - 64:2

**Elk** [1] - 83:1

**email** [1] - 73:16

**embarrass** [1] - 41:12

**emphasize** [1] - 63:4

**employed** [12] - 37:3, 44:9, 54:10, 69:19, 77:22, 79:9, 79:16, 80:2, 94:5, 96:3, 99:8, 100:7

**employee** [2] - 6:18, 60:25

**employees** [2] - 37:4, 83:4

**employer** [2] - 88:5, 96:1

**employment** [2] - 37:11, 70:2

**encouraged** [1] - 15:10

**end** [6] - 13:7, 37:23, 42:16, 43:5, 81:7, 103:10

**ended** [2] - 14:24, 77:4

**enforcement** [10] - 58:2, 59:1, 59:7, 59:8, 59:13, 59:16, 59:18, 59:20, 60:7, 60:8

**engage** [1] - 70:21

**engaged** [2] - 19:17, 31:16

**engineer** [1] - 100:20

**engineering** [9] - 46:8, 46:10, 46:11, 46:13, 46:19, 51:15, 51:20, 52:12

**English** [3] - 101:10, 101:11, 101:16

**enjoined** [1] - 27:14

**enjoy** [2] - 84:10, 94:16

**enjoying** [1] - 58:17

**enrollment** [1] - 100:11

**enthusiasm** [1] - 101:2

**entire** [7] - 61:3, 67:20, 70:12, 75:7, 92:19, 93:7, 93:15

**entirety** [1] - 103:24
**entitled** [2] - 33:16, 106:5
**entry** [1] - 26:2
**environmental** [2] - 81:15, 81:18
**equipment** [5] - 61:5, 62:4, 62:8, 94:5, 96:2
**Eric** [2] - 5:2, 43:10
**Erin** [4] - 4:5, 4:10, 4:12, 43:8
**ERIN** [1] - 4:12
**especially** [3] - 17:12, 30:21, 71:21
**essentially** [3] - 12:1, 15:8, 31:1
**estate** [1] - 55:15
**estimated** [1] - 76:3
**evaluate** [4] - 24:8, 59:15, 59:16, 59:20
**evaluation** [1] - 100:12
**Evanston** [1] - 37:13
**evening** [2] - 69:12, 69:15
**event** [1] - 24:9
**events** [1] - 70:19
**Evergreen** [1] - 57:25
**evidence** [37] - 8:6, 8:22, 8:23, 9:2, 9:4, 9:6, 9:7, 9:14, 9:19, 9:20, 9:23, 14:8, 15:15, 16:9, 17:24, 17:25, 20:6, 20:23, 21:3, 22:6, 22:15, 22:16, 22:23, 23:2, 23:23, 24:1, 24:8, 24:10, 24:15, 24:16, 30:1, 30:9, 30:20, 33:1, 33:11, 42:6, 103:25
**evidentiary** [1] - 30:7
**ex** [2] - 34:2, 94:12
**ex-husband** [1] - 94:12
**ex-wife** [1] - 34:2
**exactly** [4] - 7:23, 41:23, 60:14, 74:7
**EXAMINATION** [31] - 44:1, 46:1, 47:8, 49:19, 51:9, 53:1, 54:1, 56:6, 57:16, 60:18, 62:20, 64:7, 65:11, 68:6, 73:1, 77:17, 79:1, 80:8, 82:3, 82:19, 84:1, 85:9, 86:16, 87:22, 90:6, 91:7, 93:22, 95:14, 96:18, 99:1, 100:1
**examination** [8] - 24:4, 30:23, 31:23, 31:24, 32:15, 32:16, 32:23, 32:25
**examine** [4] - 28:15, 31:8,

31:15, 32:18
**examined** [2] - 27:6, 32:2
**examiner** [1] - 4:11
**examiners** [1] - 33:15
**examintion** [1] - 32:10
**example** [1] - 29:25
**Exchange** [1] - 55:10
**exclude** [1] - 19:5
**excluded** [2] - 21:20, 29:19
**excuse** [6] - 4:23, 25:12, 36:18, 71:16, 72:15, 75:10
**excused** [6] - 37:10, 37:20, 38:22, 38:25, 77:8, 93:19
**excusing** [8] - 35:13, 36:7, 37:7, 37:17, 67:22, 70:14, 92:22, 93:12
**exercise** [1] - 97:23
**exhibits** [1] - 9:21
**expectation** [1] - 16:20
**expert** [1] - 89:18
**explain** [1] - 31:12
**explicitly** [1] - 12:4
**expressed** [1] - 75:13
**extensive** [1] - 64:15
**extra** [4] - 13:12, 22:16, 25:15, 60:6
**extremely** [1] - 31:14
**extrinsic** [2] - 30:1, 30:8

# F

**face** [2] - 17:19, 18:21
**Facebook** [4] - 10:10, 10:15, 10:23, 104:12
**fact** [12] - 4:7, 15:13, 15:15, 15:16, 15:17, 18:13, 18:17, 18:19, 23:6, 59:6, 59:12, 100:18
**facts** [1] - 14:25
**factual** [1] - 22:16
**faculty** [1] - 97:13
**fair** [4] - 27:22, 35:7, 41:11, 75:14
**faith** [2] - 24:4, 28:14
**fall** [1] - 21:16
**false** [1] - 102:2
**familiar** [1] - 19:20
**family** [6] - 10:20, 35:21, 47:18, 58:12, 78:4, 96:9
**far** [12] - 23:20, 28:3, 50:9, 50:12, 62:10, 66:23, 67:3, 81:8, 81:17, 83:21, 91:25, 101:9

**Farkas** [7] - 4:4, 13:15, 13:20, 14:16, 14:22, 18:16, 43:8
**FARKAS** [1] - 4:4
**Fasciana** [3] - 40:23, 64:11, 64:19
**father** [2] - 91:4, 91:20
**FBI** [4] - 4:3, 4:11, 14:15, 15:10
**fear** [1] - 18:13
**FEDERAL** [1] - 1:23
**Federal** [5] - 39:5, 58:23, 59:4, 89:15, 106:7
**federal** [2] - 59:5, 102:1
**feet** [1] - 65:23
**fellow** [2] - 10:20, 97:8
**Fellowship** [1] - 98:16
**felt** [2] - 14:4, 15:7
**feverishly** [1] - 102:18
**few** [7] - 21:12, 44:15, 47:23, 52:21, 55:23, 91:25, 101:7
**field** [1] - 85:17
**fifth** [1] - 49:7
**Fifth** [1] - 84:23
**figure** [2] - 25:23, 96:7
**file** [3] - 25:21, 26:2, 57:6
**filed** [2] - 13:14, 28:12
**fill** [5] - 40:5, 40:10, 40:17, 69:16, 71:14
**filled** [1] - 35:4
**filling** [1] - 40:25
**Film** [1] - 63:1
**film** [2] - 63:3, 87:18
**films** [1] - 101:3
**final** [1] - 30:16
**financial** [4] - 64:1, 82:8, 82:10, 95:21
**fine** [3] - 13:11, 34:9, 37:8
**finish** [3] - 53:10, 76:22, 92:25
**Fiore** [1] - 41:4
**fire** [1] - 95:7
**firefighter/paramedic** [1] - 66:2
**fires** [1] - 95:7
**firm** [10] - 46:10, 46:13, 46:19, 54:17, 55:13, 65:7, 84:9, 88:16, 90:17, 100:22
**firmly** [1] - 18:9
**firms** [3] - 51:20, 52:12, 102:11
**First** [2] - 7:23, 16:3
**first** [21] - 3:19, 10:19, 13:15, 13:17, 13:24, 16:5, 29:21,

35:6, 37:14, 40:4, 40:5, 40:7, 40:13, 40:14, 40:25, 41:24, 63:24, 75:18, 80:3, 89:15, 102:16
**fishing** [2] - 80:21, 100:25
**fit** [1] - 40:15
**fits** [1] - 15:13
**five** [4] - 20:14, 56:17, 67:7, 95:22
**floor** [3] - 61:2, 77:10, 77:11
**fly** [1] - 100:24
**focus** [3] - 23:6, 32:10, 101:22
**focused** [2] - 55:19, 96:9
**folk** [1] - 101:1
**folks** [1] - 32:7
**follow** [10] - 44:15, 45:17, 47:23, 59:15, 59:19, 67:12, 70:6, 74:24, 92:2, 104:21
**follow-up** [3] - 67:12, 70:6, 74:24
**following** [8] - 8:20, 65:18, 67:19, 68:10, 70:11, 72:23, 75:6, 75:22
**follows** [2] - 77:6, 93:16
**food** [2] - 78:15, 94:17
**Force** [1] - 61:7
**force** [3] - 34:11, 63:6, 63:20
**foregoing** [1] - 106:4
**forensic** [3] - 4:11, 97:4, 97:5
**forget** [1] - 18:25
**forklifts** [1] - 94:6
**form** [3] - 23:23, 26:20, 73:17
**formal** [2] - 8:4, 42:4
**formed** [1] - 19:25
**former** [1] - 6:18
**forming** [2] - 104:2, 104:18
**foster** [1] - 41:4
**Foster** [1] - 99:5
**foundation** [2] - 22:12, 32:22
**foundational** [3] - 19:22, 20:14, 21:12
**four** [11] - 46:12, 46:24, 47:19, 49:25, 56:11, 83:3, 84:8, 94:2, 96:2, 96:22, 99:22
**fourth** [2] - 74:1, 74:3
**Fox** [3] - 64:23, 77:21, 78:20
**Francisco** [2] - 100:21, 100:23
**Frank** [2] - 4:2, 42:17
**FRANKEL** [58] - 1:17, 1:17, 3:13, 3:16, 3:22, 4:21, 4:24,

5:17, 5:24, 6:8, 6:11, 6:20, 7:10, 8:15, 10:14, 11:19, 11:24, 12:17, 13:5, 16:15, 21:21, 21:23, 21:25, 23:14, 24:7, 24:22, 25:3, 25:6, 25:16, 25:19, 32:11, 33:25, 35:16, 35:18, 35:24, 36:10, 36:24, 37:6, 37:8, 37:19, 38:1, 38:5, 38:7, 38:16, 42:19, 67:16, 67:25, 70:9, 70:17, 71:2, 75:3, 75:13, 76:7, 76:14, 76:17, 76:19, 77:2, 93:6
**Frankel** [5] - 3:11, 28:17, 42:20, 70:16, 72:6
**fraud** [3] - 20:12, 20:13, 31:19
**fraudster** [1] - 32:3
**fraudulent** [4] - 19:17, 30:15, 30:24, 32:3
**fraudulently** [2] - 27:15, 28:4
**free** [2] - 49:13, 87:5
**freelance** [1] - 85:19
**freelanced** [1] - 87:17
**freelances** [1] - 79:14
**frequent** [1] - 50:22
**Friday** [5] - 13:23, 14:7, 28:19, 66:21, 93:4
**friends** [1] - 86:4
**front** [3] - 19:19, 39:8, 40:12
**full** [3] - 17:14, 46:24, 58:8
**fun** [1] - 66:22
**fundraising** [1] - 90:14
**furniture** [4] - 46:14, 46:25, 91:17, 91:21
**furthest** [1] - 102:23

## G

**Gabb** [1] - 40:20
**gabb** [2] - 47:11, 47:14
**Gabor** [2] - 4:10, 43:9
**GABOR** [1] - 4:10
**Gallagher** [1] - 56:14
**gallery** [1] - 38:19
**game** [1] - 25:4
**Game** [1] - 56:2
**game-time** [1] - 25:4
**garden** [1] - 96:8
**gas** [1] - 51:21
**GB** [1] - 57:4
**GE** [2] - 80:18, 81:3
**general** [8] - 8:18, 30:22, 32:13, 61:1, 61:21, 65:5,

65:6, 72:8
**general's** [1] - 101:25
**generalized** [4] - 24:2, 30:6, 30:10, 33:3
**generally** [3] - 30:17, 31:10, 102:8
**Geneva** [2] - 94:12, 99:5
**gentleman** [1] - 35:12
**Gentlemen** [3] - 39:5, 41:10, 42:19
**genuine** [1] - 32:17
**Geoffroy** [1] - 41:5
**Germaine** [1] - 86:20
**Gibson** [3] - 6:13, 6:14, 43:11
**Gierke** [2] - 41:1, 82:24
**girl** [1] - 49:4
**girlfriend** [2] - 51:23, 52:18
**girls** [1] - 87:4
**given** [3] - 21:18, 43:22, 93:3
**global** [1] - 88:10
**Gloria** [2] - 40:22, 57:20
**glove** [1] - 96:1
**goal** [1] - 41:10
**golf** [1] - 84:10
**golly** [1] - 100:14
**Google** [5] - 27:13, 28:13, 89:5, 92:1, 103:12
**gosh** [1] - 61:20
**government** [29] - 3:25, 8:11, 8:12, 9:2, 9:5, 9:16, 16:4, 17:8, 17:22, 18:5, 21:7, 22:20, 24:3, 29:22, 30:25, 33:15, 33:19, 36:8, 38:15, 42:14, 48:5, 67:13, 67:24, 69:21, 69:24, 70:6, 70:15, 74:25, 88:13
**Government** [1] - 59:4
**grade** [1] - 47:17
**grader** [1] - 36:5
**graduate** [4] - 44:8, 47:13, 47:17, 92:11
**graduated** [3] - 56:12, 83:22, 86:23
**graduation** [1] - 88:4
**grandchildren** [2] - 80:21, 80:24
**granddaughter** [1] - 96:6
**grandkids** [1] - 49:15
**graphic** [1] - 96:4
**great** [2] - 81:23, 93:8
**greatly** [1] - 21:13
**greenhouse** [1] - 52:22
**grew** [1] - 81:21

gross [4] - 40:23, 77:20, 77:21, 78:4
group [1] - 70:17
groups [1] - 78:15
Grove [2] - 83:1, 90:10
grown [1] - 48:12
guess [12] - 4:16, 6:20, 6:23, 38:14, 57:3, 61:1, 61:10, 62:13, 62:17, 78:11, 81:2, 102:5
guilt [10] - 8:7, 14:10, 15:1, 15:3, 15:11, 15:25, 16:9, 17:1, 18:2, 42:7
guilty [4] - 8:6, 9:16, 16:11, 42:6
guitar [1] - 44:14
guitarist [1] - 44:9
guys [1] - 57:6

## H

H-a-r-t-n-e-y [1] - 5:2
H-a-y-a-s-h-i [1] - 62:24
H.D.R [2] - 46:13
Hainesville,Illinois [1] - 88:1
hair [1] - 87:17
half [7] - 44:8, 45:6, 50:10, 52:11, 58:11, 58:14, 80:15
hall [1] - 16:5
hallway [4] - 12:2, 14:2, 14:22, 18:11
hallways [1] - 17:7
hand [4] - 39:23, 77:8, 81:24, 81:25
handed [1] - 19:6
handheld [1] - 43:16
handle [2] - 5:4, 75:14
hands [3] - 42:10, 43:1, 43:14
handwriting [1] - 14:18
Hanover [1] - 82:24
happy [2] - 21:1, 32:12
harbinger [1] - 26:15
hardship [1] - 35:21
hardwood [1] - 91:20
Hartney [23] - 5:1, 5:12, 20:17, 26:13, 27:3, 27:11, 27:13, 27:22, 27:23, 28:16, 29:8, 29:12, 30:3, 30:23, 31:8, 31:16, 31:25, 32:9, 32:15, 33:8, 33:10, 43:10, 43:12
Harwood [1] - 91:11
hate [1] - 36:11

Hayashi [2] - 40:23, 62:24
HBO [1] - 101:3
head [4] - 3:24, 12:3, 30:25, 81:6
headlines [1] - 50:25
health [2] - 54:16, 81:15
hear [8] - 9:25, 33:11, 34:4, 43:3, 43:19, 65:24, 68:15, 73:6
heard [3] - 11:25, 103:15, 103:25
hearing [9] - 16:6, 65:19, 67:20, 68:11, 70:12, 72:24, 75:7, 92:18, 93:15
HEATHER [1] - 1:13
Heather [2] - 3:7, 42:15
Heights [1] - 91:11
heights [1] - 91:20
Heine [2] - 88:16, 89:8
held [1] - 25:9
help [5] - 18:9, 38:12, 45:2, 55:21, 66:8
helped [1] - 62:3
helping [3] - 49:16, 95:8, 95:9
Hematogenics [1] - 98:12
hematology [1] - 98:13
Heraty [3] - 40:22, 54:4, 54:5
herself [1] - 25:12
HGTV [1] - 79:20
hi [1] - 57:20
high [12] - 21:19, 44:7, 53:10, 54:8, 56:12, 59:12, 77:22, 83:22, 87:4, 91:3, 91:24, 96:24
highlights [1] - 18:19
highly [2] - 17:11
hiking [1] - 100:25
Hills [3] - 46:5, 46:17, 47:2
himself [1] - 22:15
Hinsdale [1] - 54:17
hire [4] - 7:25, 8:2, 42:1, 42:3
history [2] - 64:13, 85:16, 90:12, 97:24
hobbies [13] - 44:13, 51:23, 61:8, 64:22, 78:8, 80:21, 83:8, 85:24, 91:25, 94:16, 97:23, 99:14, 100:24
hobby [2] - 46:18, 88:19
Hodge [9] - 36:21, 41:2, 68:2, 68:4, 68:9, 70:14, 75:11, 77:7, 77:9
Hoffer [1] - 56:13
hold [7] - 10:7, 47:14, 57:23,

58:2, 60:9, 88:20, 88:22
holds [1] - 58:5
home [31] - 44:16, 44:17, 44:18, 46:16, 48:9, 49:10, 49:15, 49:16, 53:6, 55:1, 58:14, 58:16, 64:12, 66:4, 66:13, 66:19, 66:21, 71:1, 78:6, 78:14, 79:6, 80:18, 81:22, 88:2, 94:2, 94:3, 95:6, 96:6, 98:3, 99:6
homeland [2] - 90:21, 98:20
homemaker [4] - 79:14, 79:16, 80:4, 91:22
homes [3] - 78:1, 95:9, 95:19
Honor [20] - 3:6, 3:10, 5:10, 6:4, 7:7, 7:9, 8:15, 12:23, 16:1, 16:14, 21:5, 26:1, 29:7, 29:18, 36:1, 36:8, 37:18, 37:19, 67:23, 70:7
HONORABLE [1] - 1:10
hop [1] - 77:10
hopefully [2] - 80:23, 104:20
hopping [1] - 104:10
hospital [2] - 58:8, 98:6
Hospital [2] - 83:7, 97:9
hospitals [1] - 62:10
hostesses [1] - 61:2
hotel [1] - 86:13
Hour [1] - 96:10
hour [2] - 76:22, 102:14
hours [2] - 38:12, 66:2
house [12] - 48:25, 50:10, 57:25, 66:7, 81:17, 82:25, 90:11, 90:21, 94:15, 96:23, 98:20, 100:23
housewife [2] - 47:12, 47:21
hurt [1] - 57:5
husband [18] - 47:24, 48:9, 48:20, 55:7, 57:21, 61:4, 66:2, 66:9, 66:11, 79:7, 79:10, 82:6, 85:19, 86:21, 86:25, 87:3, 94:12, 95:18
husband's [2] - 62:7, 95:25
hyperbole [1] - 17:18

## I

idea [3] - 17:20, 28:18, 33:20
identification [2] - 14:13, 71:25
ILLINOIS [1] - 1:1
Illinois [22] - 1:6, 1:15, 1:18, 1:21, 1:25, 44:5, 46:9, 53:5,

57:21, 57:25, 58:9, 63:9, 64:12, 77:21, 80:13, 86:20, 86:22, 88:3, 90:10, 94:12, 94:19, 99:5
**imagine** [1] - 18:24
**immediately** [1] - 11:4
**impartial** [1] - 41:11
**impeachment** [1] - 7:2
**implementing** [1] - 90:3
**implying** [1] - 21:14
**important** [6] - 39:15, 59:14, 71:12, 71:13, 103:6
**importantly** [1] - 103:23
**improper** [2] - 7:3, 33:1
**IN** [2] - 2:6, 3:18
**inappropriate** [1] - 33:4
**include** [1] - 97:23
**included** [1] - 97:6
**includes** [2] - 10:21, 104:10
**including** [4] - 9:13, 9:23, 10:20, 64:20
**income** [1] - 45:4
**indicated** [1] - 12:18
**indicating** [2] - 8:23, 19:11
**indication** [1] - 16:4
**indictment** [7] - 7:22, 8:4, 16:7, 41:22, 42:4
**individuals** [4] - 31:20, 31:21, 32:19, 32:20
**industrial** [1] - 94:5
**industry** [1] - 87:18
**infer** [2] - 10:2, 18:20
**inference** [4] - 18:14, 18:21, 28:3, 30:18
**infinitely** [1] - 23:24
**infinity** [1] - 78:6
**influence** [3] - 17:2, 72:9, 72:10
**influenced** [1] - 17:3
**information** [6] - 16:3, 43:21, 71:25, 89:4, 92:4, 97:16
**informed** [2] - 73:9, 74:4
**initial** [1] - 23:19
**injunction** [2] - 27:16, 30:15
**injury** [1] - 55:15
**innocence** [1] - 9:18
**innocent** [1] - 9:11
**inquired** [1] - 74:9
**instance** [4] - 27:18, 28:21, 29:25, 30:4
**instances** [7] - 22:5, 22:21, 23:16, 27:22, 27:23, 31:8, 31:16

**instead** [2] - 20:14, 74:1
**Institute** [1] - 46:9
**institutional** [1] - 100:9
**instruct** [3] - 9:7, 9:24, 103:11
**instructed** [3] - 12:4, 102:20, 103:1
**instruction** [7] - 9:10, 10:9, 11:15, 12:1, 15:5, 59:15, 59:19
**instructions** [5] - 8:18, 8:19, 8:20, 103:5, 104:20
**instructor** [1] - 101:16
**instrument** [1] - 100:20
**insurance** [5] - 57:1, 57:2, 57:3, 95:6, 95:8
**intend** [11] - 4:17, 9:9, 15:21, 20:8, 20:13, 21:4, 29:13, 31:14, 31:15, 31:17, 72:1
**intended** [1] - 19:11
**intends** [3] - 19:24, 20:23, 27:21
**intensive** [2] - 58:9, 58:10
**intent** [3] - 8:2, 42:2
**interact** [1] - 103:5
**interactions** [1] - 20:1
**interesting** [1] - 87:11
**interior** [4] - 37:3, 85:16, 85:17, 86:10
**intern** [3] - 46:12, 46:20, 46:25
**internal** [1] - 82:12
**internet** [1] - 53:21
**Internet** [9] - 10:15, 11:9, 11:11, 45:18, 45:22, 50:1, 50:2, 84:11, 86:1
**interview** [2] - 14:7, 19:7
**interviewed** [1] - 28:24
**intimidate** [1] - 15:6
**introduce** [4] - 20:7, 20:24, 42:12, 51:6
**inventory** [1] - 95:7
**investigate** [1] - 103:16
**Investigation** [1] - 58:23
**investigation** [1] - 11:12
**involve** [1] - 89:11
**involved** [1] - 10:21
**IRA's** [2] - 64:1, 94:10
**irony** [1] - 20:16
**Israel** [1] - 97:10
**issue** [10] - 19:14, 20:5, 22:16, 22:18, 31:13, 35:9, 66:1, 72:18, 73:10, 73:19
**issues** [3] - 38:20, 81:16, 92:4

**IT** [1] - 53:18
**itself** [2] - 14:8, 14:25

# J

**J.D** [1] - 64:14
**Jackson** [1] - 1:18
**jail** [3] - 14:2, 14:23, 15:16
**James** [4] - 6:1, 41:2, 43:11, 88:1
**Jazeera** [1] - 101:6
**jazz** [1] - 101:1
**Jeff** [3] - 3:7, 42:16, 99:5
**Jeffrey** [4] - 5:11, 26:13, 41:4, 43:11
**JEFFREY** [1] - 1:14
**Jermaine** [1] - 41:1
**Jessica** [2] - 54:13, 54:14
**jet** [1] - 99:8
**Jewish** [1] - 37:22
**job** [7] - 36:22, 50:16, 53:14, 57:10, 91:16, 94:21, 97:5
**jobs** [3] - 58:4, 63:25, 97:5
**Joffrey** [1] - 90:16
**John** [3] - 40:23, 64:14, 77:21
**join** [2] - 65:17, 68:9
**joint** [1] - 32:14
**Joseph** [1] - 98:7
**Journal** [1] - 84:14
**Judge** [30] - 3:13, 3:17, 3:25, 6:11, 6:20, 10:14, 13:8, 13:16, 13:22, 15:19, 16:15, 19:9, 21:21, 23:14, 24:7, 24:14, 25:19, 26:12, 31:2, 31:7, 32:11, 35:24, 36:13, 36:25, 38:23, 39:6, 67:16, 71:2, 75:17, 76:10
**judge** [4] - 29:3, 33:25, 59:7, 72:20
**Julia** [2] - 54:14, 96:4
**junior** [1] - 5:11
**junky** [1] - 94:17
**Jurgovan** [4] - 40:24, 79:5, 82:1, 82:6
**juror** [17] - 35:6, 35:9, 36:3, 36:20, 40:4, 40:6, 40:7, 40:9, 40:13, 40:16, 43:16, 71:7, 72:16, 75:13, 93:8, 103:7
**JUROR** [1] - 93:20
**jurors** [11] - 7:17, 10:20, 12:2, 12:14, 12:15, 25:10, 25:14, 35:4, 39:22, 40:15, 76:11

**jury** [47] - 3:20, 7:17, 8:17, 10:9, 11:21, 17:20, 18:9, 19:19, 21:2, 25:10, 28:2, 29:10, 30:5, 30:10, 30:17, 31:5, 33:10, 34:5, 34:9, 39:8, 39:10, 39:13, 39:15, 39:18, 40:5, 41:11, 43:22, 71:22, 72:7, 72:8, 72:17, 74:4, 74:12, 74:13, 74:20, 76:12, 76:13, 76:22, 76:24, 77:10, 77:14, 93:4, 103:22, 103:23, 104:11, 105:1
**JURY** [1] - 1:9
**justice** [3] - 35:7, 50:13, 58:3
**Justin** [2] - 40:25, 82:24

## K

**Kane** [2] - 95:23, 96:13
**Karen** [4] - 4:20, 40:21, 43:9, 53:5
**keep** [11] - 10:4, 11:16, 15:23, 47:14, 66:22, 69:2, 70:3, 74:19, 75:16, 93:2, 103:24
**Kellog** [1] - 52:9
**Kellogg** [1] - 51:16
**Kerr** [2] - 5:11, 43:11
**key** [1] - 21:5
**kids** [11] - 36:22, 38:12, 48:15, 48:19, 53:8, 56:15, 66:4, 68:21, 70:18, 79:12, 85:21
**Kimberly** [1] - 41:4
**kind** [6] - 6:24, 16:14, 17:21, 30:5, 56:15, 90:16
**kindergartner** [1] - 36:5
**king** [1] - 83:11
**kitchen** [1] - 62:4
**knit** [1] - 90:20
**Kosbab** [10] - 4:20, 19:5, 26:11, 26:12, 27:20, 28:2, 28:22, 30:18, 34:1, 43:9
**KOSBAB** [1] - 4:20
**Kosbab's** [1] - 33:9
**Krista** [1] - 39:12
**KRISTA** [1] - 1:24
**Kristen** [2] - 41:2, 90:10

## L

**laboratory** [2] - 97:6, 98:13
**Ladies** [3] - 39:5, 41:9, 42:19
**LaGrange** [4] - 54:6, 54:11, 54:24, 54:25

**laid** [1] - 63:6
**Lake** [4] - 77:21, 78:20, 88:2, 98:8
**lake** [1] - 100:5
**Lakeview** [2] - 96:21, 98:4
**large** [1] - 100:22
**Larry** [5] - 4:1, 14:14, 41:2, 43:8, 75:11
**LaSalle** [5] - 79:10, 80:14, 80:17, 81:11, 82:7
**last** [21] - 5:13, 8:19, 19:9, 26:8, 28:23, 28:24, 32:24, 36:25, 43:9, 44:25, 45:4, 46:24, 51:7, 65:1, 67:10, 67:11, 82:25, 84:8, 88:2, 96:1, 100:6
**late** [1] - 17:13
**law** [37] - 8:21, 9:8, 15:25, 19:13, 20:2, 21:3, 21:13, 21:14, 21:15, 22:7, 22:12, 22:17, 24:11, 39:10, 54:17, 55:14, 55:15, 58:2, 58:19, 59:1, 59:6, 59:8, 59:12, 59:16, 59:17, 59:20, 60:6, 60:7, 64:13, 67:6, 73:20, 77:14, 82:14, 88:16, 92:8, 92:20, 100:22
**lawful** [1] - 22:7
**Lawn** [2] - 58:9, 64:11
**lawyers** [10] - 11:13, 12:1, 41:15, 42:11, 42:24, 65:17, 92:16, 102:21, 103:1, 103:14
**laying** [1] - 32:21
**lazy** [1] - 49:11
**learned** [1] - 27:13
**learning** [1] - 11:8
**least** [2] - 27:25, 52:6
**leaves** [2] - 66:3, 105:1
**led** [1] - 88:10
**ledgers** [1] - 6:18
**leeway** [1] - 13:7
**left** [8] - 14:17, 19:4, 40:8, 40:14, 42:16, 58:11, 66:7, 88:3
**legal** [4] - 55:18, 55:20, 61:14, 100:21
**legit** [1] - 36:18
**legitimate** [1] - 30:9
**legitimize** [1] - 29:16
**lender** [1] - 85:6
**length** [2] - 12:20, 19:16
**lent** [1] - 85:3

**letter** [1] - 43:21
**leukemia** [1] - 97:3
**level** [1] - 24:2
**Liberal** [1] - 86:23
**librarian** [1] - 96:5
**license** [2] - 57:23, 71:23
**life** [3] - 69:4, 96:7, 96:8
**lifetime** [1] - 58:18
**lift** [1] - 94:6
**light** [1] - 16:12
**limine** [1] - 19:10
**LIMINE** [2] - 2:6, 3:18
**limit** [1] - 13:11
**limited** [1] - 15:23
**line** [2] - 92:1, 101:6
**link** [1] - 31:8
**links** [1] - 86:3
**Lisa** [1] - 78:4
**list** [8] - 3:19, 6:9, 11:5, 43:2, 43:4, 43:5, 43:13, 71:23
**listen** [10] - 11:6, 40:19, 43:4, 64:22, 78:9, 87:7, 87:8, 89:1, 94:20, 101:1
**listening** [3] - 49:25, 87:9, 94:16
**literally** [1] - 18:11
**litigation** [3] - 64:16, 100:16, 101:20
**live** [33] - 46:5, 46:16, 47:12, 49:23, 50:5, 51:13, 51:22, 53:5, 53:8, 54:5, 54:23, 56:21, 57:20, 60:22, 62:24, 69:7, 77:21, 79:5, 80:12, 82:24, 84:5, 84:10, 85:13, 86:20, 86:21, 88:1, 90:10, 90:11, 91:19, 94:1, 94:15, 96:21, 100:23
**lived** [20] - 46:5, 46:8, 51:14, 54:6, 54:25, 56:10, 56:11, 61:19, 64:11, 79:6, 81:19, 81:21, 85:14, 85:15, 86:21, 91:11, 95:19, 99:5, 100:6
**lives** [2] - 67:6, 96:23
**living** [12] - 44:18, 45:7, 47:24, 48:9, 48:17, 49:5, 52:18, 53:16, 55:8, 78:6, 96:6, 100:5
**LLP** [1] - 88:16
**lobby** [1] - 103:3
**local** [8] - 11:22, 46:13, 54:20, 55:22, 55:24, 59:6, 90:20, 99:15
**located** [1] - 57:24

**Loftus** [1] - 100:16
**Logan** [1] - 51:13
**logistics** [1] - 96:1
**look** [4] - 10:15, 29:1, 34:17, 84:21
**looking** [3] - 11:21, 15:23, 27:14
**loop** [2] - 85:14, 86:6
**lose** [1] - 37:4
**loss** [2] - 95:7, 95:8
**lost** [1] - 44:17
**loudly** [2] - 43:18, 82:22
**lounge** [1] - 87:2
**love** [2] - 58:19
**low** [2] - 21:11, 21:18
**Loyola** [8] - 63:7, 63:10, 63:11, 63:17, 73:13, 91:13, 91:14, 92:21
**Ltd** [1] - 6:19
**Lucy** [1] - 41:6
**lunch** [3] - 28:10, 76:20, 102:14
**Lundy** [1] - 51:20
**lymphoma** [1] - 97:4
**Lynch** [3] - 84:9, 84:15, 85:5

**M**

**M.D** [1] - 96:25
**machine** [2] - 51:4, 62:11
**machining** [1] - 100:9
**machinist** [1] - 91:4
**magic** [2] - 25:11, 65:22
**Magnet** [1] - 96:1
**mail** [2] - 48:24, 49:1
**main** [1] - 9:5
**maintenance** [6] - 48:2, 48:3, 48:5, 48:8, 56:14, 77:24
**major** [4] - 64:21, 88:18, 99:15, 101:4
**makeup** [1] - 87:18
**malpractice** [1] - 64:18
**manage** [1] - 78:1
**management** [5] - 77:23, 77:25, 90:13, 99:7, 100:11
**manager** [8] - 44:11, 61:1, 61:6, 61:21, 83:3, 83:13, 94:8, 94:24
**managers** [1] - 61:2
**Mandell** [1] - 41:7
**March** [1] - 74:6
**Marcie** [2] - 41:1, 85:13
**Marcus** [1] - 87:17

**Marilyn** [2] - 4:4, 43:8
**mark** [4] - 3:11, 41:4, 42:22, 96:21
**MARK** [1] - 1:20
**market** [1] - 63:11
**marketers** [1] - 102:9
**Marketing** [1] - 60:24
**marklund** [1] - 94:12
**marriage** [2] - 31:9, 78:5
**married** [19] - 26:18, 26:19, 34:7, 44:12, 46:16, 47:21, 49:25, 51:22, 56:14, 61:4, 78:4, 83:5, 84:10, 85:21, 90:19, 99:11, 100:14
**Marshal** [1] - 64:14
**massacring** [1] - 51:7
**master** [1] - 96:25
**Master's** [7] - 46:7, 46:22, 46:23, 58:7, 90:12, 91:15, 101:11
**material** [1] - 89:17
**materials** [1] - 11:12
**matter** [6] - 30:21, 30:22, 59:12, 76:24, 100:18, 106:5
**matters** [2] - 10:8, 55:20
**mattresses** [1] - 46:15
**McDonald's** [3] - 57:13, 99:9, 99:20
**McGladrey** [3] - 84:8, 84:16, 85:4
**McHenry** [4] - 100:7, 100:8, 101:12, 101:17
**McKenzie** [3] - 88:9, 88:15, 89:8
**McShain** [3] - 1:13, 3:7, 42:15
**MCSHAIN** [16] - 3:6, 12:23, 12:25, 36:1, 36:8, 37:9, 37:18, 38:15, 42:15, 67:14, 67:23, 70:7, 70:15, 75:1, 76:10, 92:23
**mean** [9] - 11:20, 14:4, 15:7, 15:15, 23:5, 59:11, 59:25, 60:4, 60:9
**means** [1] - 10:7
**meant** [3] - 16:12, 18:4, 18:16
**mechanical** [1] - 51:15
**mechanics** [1] - 94:7
**med** [3] - 74:14, 98:15, 98:16
**med/mal** [1] - 65:1
**media** [1] - 10:22
**medical** [14] - 45:9, 45:10, 50:15, 61:5, 62:8, 63:7, 63:9, 64:18, 73:13, 91:13,

92:11, 92:21, 97:11
**Medical** [1] - 97:10
**medicine** [2] - 91:14, 96:25
**meetings** [1] - 16:23
**Meijer's** [1] - 61:6
**member** [1] - 97:13
**members** [1] - 10:20
**memory** [1] - 10:5
**men** [1] - 70:3
**mention** [4] - 24:16, 32:7, 34:12, 75:25
**mentioned** [2] - 52:12, 104:14
**Mercantile** [1] - 55:9
**Merrill** [3] - 84:9, 84:15, 85:5
**Messinger** [1] - 95:5
**met** [2] - 39:9, 39:10
**Meyer** [4] - 4:1, 14:14, 43:8
**MEYER** [1] - 4:1
**Michael** [5] - 5:19, 6:6, 6:8, 43:7, 43:10
**Michaelson** [1] - 95:5
**Michelle** [2] - 41:5, 49:4
**microphone** [9] - 43:17, 43:18, 47:15, 65:22, 68:14, 73:5, 77:8, 81:24
**middle** [2] - 12:11, 55:11
**might** [13] - 4:22, 4:24, 11:21, 17:20, 30:5, 36:10, 38:3, 43:3, 57:8, 68:2, 73:10, 74:16, 98:3
**Mike** [1] - 4:1
**millennium** [1] - 94:8
**mind** [6] - 11:17, 18:1, 49:15, 72:19, 72:20, 103:24
**minds** [2] - 58:19, 83:11
**minimal** [1] - 33:12
**minimum** [1] - 10:4
**minus** [1] - 60:12
**minute** [3] - 8:10, 26:2, 102:15
**minutes** [7] - 12:23, 12:25, 13:5, 13:10, 50:10, 56:17, 66:24
**misconduct** [2] - 22:21, 23:16
**miss** [1] - 74:2
**missed** [1] - 98:3
**Missouri** [1] - 79:13
**mix** [2] - 83:8, 102:9
**mobile** [1] - 78:8
**mom** [5] - 38:10, 38:12, 66:7, 67:2, 67:7
**moment** [2] - 82:1, 92:17
**money** [1] - 85:3

**Montgomery** [3] - 5:1, 43:9, 94:18
**month** [1] - 51:17
**months** [5] - 85:14, 94:22, 94:23, 96:23, 98:13
**morning** [10] - 3:6, 3:9, 3:10, 3:13, 3:14, 28:9, 42:19, 66:13, 70:22, 78:10
**mornings** [3] - 56:17, 66:4, 87:8
**Morton** [1] - 90:10
**most** [5] - 39:15, 67:3, 83:9, 92:1, 98:1
**mostly** [3] - 89:3, 97:23, 99:18
**mother** [6] - 47:18, 66:23, 67:5, 67:6, 91:3, 91:22
**mother-in-law** [1] - 67:6
**motion** [3] - 19:4, 19:10, 20:16
**MOTIONS** [2] - 2:6, 3:18
**motions** [3] - 13:14, 15:14, 25:21
**motorcycles** [1] - 80:22
**mountain** [1] - 88:6
**move** [1] - 74:3
**moved** [3] - 38:11, 55:10, 56:21
**movie** [1] - 58:18
**movies** [1] - 78:12
**moving** [1] - 54:23
**Moyer's** [1] - 86:3
**MR** [120] - 1:14, 1:17, 1:20, 3:9, 3:10, 3:13, 3:16, 3:22, 3:25, 4:7, 4:10, 4:13, 4:15, 4:21, 4:24, 5:1, 5:10, 5:14, 5:16, 5:17, 5:19, 5:21, 5:24, 6:1, 6:4, 6:7, 6:8, 6:11, 6:13, 6:16, 6:20, 6:23, 7:4, 7:5, 7:6, 7:9, 7:10, 8:12, 8:14, 8:15, 10:14, 11:19, 11:24, 12:7, 12:17, 13:2, 13:5, 13:7, 13:16, 13:22, 16:1, 16:3, 16:15, 19:9, 21:5, 21:21, 21:23, 21:25, 22:2, 23:3, 23:5, 23:9, 23:14, 24:7, 24:14, 24:22, 24:25, 25:3, 25:6, 25:7, 25:16, 25:19, 26:1, 26:6, 26:8, 26:12, 27:9, 27:12, 28:8, 28:23, 29:2, 29:3, 29:5, 29:7, 31:7, 32:11, 32:12, 33:25, 34:14, 35:15, 35:16,

35:18, 35:24, 36:10, 36:24, 37:6, 37:8, 37:19, 38:1, 38:5, 38:7, 38:16, 42:19, 67:16, 67:25, 70:9, 70:17, 71:2, 75:3, 75:13, 75:17, 76:7, 76:8, 76:9, 76:14, 76:17, 76:19, 77:2, 93:3, 93:6
**MS** [18] - 1:13, 1:24, 3:6, 12:23, 12:25, 36:1, 36:8, 37:9, 37:18, 38:15, 42:15, 67:14, 67:23, 70:7, 70:15, 75:1, 76:10, 92:23
**MSNBC** [1] - 97:25
**MTV** [1] - 58:20
**Mulcahy** [2] - 4:1, 43:7
**MULCAHY** [1] - 4:1
**municipal** [1] - 59:5
**murder** [4] - 7:25, 8:2, 41:25, 42:2
**music** [12] - 37:15, 44:11, 44:21, 45:1, 45:4, 50:1, 51:23, 58:17, 83:8, 87:10, 94:17, 101:1
**must** [11] - 10:19, 11:2, 11:5, 11:10, 22:15, 30:20, 33:14, 59:15, 103:11, 103:18, 103:24

## N

**name** [26] - 5:13, 36:4, 40:19, 42:15, 42:20, 44:24, 51:13, 53:5, 54:5, 56:10, 57:20, 60:22, 62:24, 64:11, 79:5, 80:12, 82:24, 84:5, 85:13, 86:20, 88:1, 91:11, 94:1, 95:18, 100:5, 103:15
**names** [7] - 4:21, 4:25, 32:7, 40:2, 43:9, 51:7, 103:14
**nature** [1] - 78:11
**Navy** [1] - 69:25
**NCIS** [1] - 90:22
**near** [2] - 46:8, 80:13
**nearby** [1] - 66:25
**nears** [1] - 91:17
**necessarily** [1] - 29:15
**need** [11] - 11:15, 17:16, 26:4, 30:15, 32:7, 35:8, 35:10, 36:11, 37:14, 54:22, 97:16
**needed** [1] - 93:2
**needs** [4] - 26:3, 30:12, 70:18, 76:24
**neglected** [1] - 82:6

**neighborhood** [2] - 96:22, 100:17
**Neiman** [1] - 87:17
**neonatal** [1] - 58:10
**network** [2] - 58:18, 94:17
**never** [4] - 9:18, 20:20, 20:21
**new** [2] - 17:9, 63:14
**New** [5] - 64:24, 85:23, 90:23, 97:24, 101:5
**news** [44] - 10:11, 10:16, 11:6, 11:20, 45:16, 45:17, 45:22, 45:23, 47:4, 50:1, 50:22, 50:24, 51:25, 53:20, 54:20, 54:21, 55:22, 62:12, 62:15, 63:14, 63:15, 64:23, 83:9, 84:11, 84:13, 85:21, 85:23, 85:24, 86:1, 86:4, 89:3, 89:5, 89:6, 90:20, 92:1, 92:2, 94:18, 96:10, 97:24, 99:15, 101:6
**News** [2] - 79:19, 96:10
**next** [15] - 35:19, 36:3, 36:20, 37:2, 37:12, 37:21, 38:10, 42:21, 49:24, 56:9, 60:21, 77:8, 79:4, 87:25, 92:24
**nine** [1] - 83:20
**noise** [1] - 77:13
**non** [1] - 40:19
**non-alphabetical** [1] - 40:19
**none** [1] - 20:19
**noon** [3] - 76:22, 76:25, 102:13
**Nordstrom's** [1] - 87:17
**north** [4] - 12:15, 67:4, 84:5, 102:24
**North** [1] - 98:7
**NORTHERN** [1] - 1:1
**northside** [1] - 52:23
**Northwestern** [1] - 97:8
**not-for-profit** [1] - 69:20
**note** [1] - 11:16
**notes** [1] - 10:5
**nothing** [10] - 16:17, 17:2, 17:17, 23:7, 25:2, 25:3, 72:2, 99:18, 103:15, 103:25
**notice** [1] - 22:1
**NPR** [7] - 52:1, 85:22, 87:7, 87:8, 87:9, 89:1, 89:3
**number** [12] - 26:18, 29:12, 40:6, 40:9, 40:13, 40:16, 41:3, 41:6, 43:16, 76:2
**Number** [13] - 35:6, 35:12, 35:19, 36:3, 36:19, 36:20,

37:1, 37:2, 37:10, 37:12, 37:20, 37:21, 38:10
NUNES [1] - 1:20
nurse [6] - 57:23, 58:6, 58:9, 58:10, 83:15, 96:4
nurses [1] - 62:11
nursing [2] - 58:6, 58:11

## O

o'clock [5] - 1:7, 54:21, 69:14, 70:23
Oak [6] - 58:8, 64:11, 86:20, 87:3, 94:9, 94:25
oath [1] - 39:19
objection [15] - 8:11, 35:14, 36:7, 37:6, 37:9, 37:17, 38:14, 38:15, 38:16, 67:22, 70:14, 76:5, 92:22, 93:3, 93:12
objections [3] - 9:24, 10:1, 10:2
obstruction [1] - 17:21
obviously [12] - 13:22, 15:1, 17:5, 19:19, 20:10, 24:19, 35:8, 63:13, 67:9, 71:7, 71:11, 101:16
occasion [2] - 55:16, 63:16
occasionally [2] - 55:17, 97:25
OF [3] - 1:1, 1:3, 1:9
offered [2] - 27:3, 29:8
OFFICE [1] - 1:13
office [10] - 26:3, 45:9, 45:10, 48:18, 48:21, 48:23, 51:16, 52:10, 94:19, 99:13
officer [3] - 59:21, 60:7, 60:8
officers [2] - 59:8, 59:13
Official [1] - 106:7
OFFICIAL [1] - 1:23
Ohio [1] - 88:17
oil [1] - 51:21
old [13] - 22:1, 35:13, 49:3, 49:5, 49:8, 49:10, 49:25, 58:5, 64:21, 81:11, 94:14, 96:6
older [1] - 84:21
oldest [2] - 48:18, 79:12
OLLER [1] - 6:4
on-site [1] - 88:12
once [4] - 29:22, 71:25, 79:18, 104:15
one [66] - 5:1, 5:5, 5:20, 8:8,

9:12, 14:18, 16:24, 18:12, 18:20, 19:24, 20:18, 25:4, 25:8, 25:10, 25:15, 25:18, 29:3, 31:14, 33:13, 34:6, 34:10, 34:13, 35:6, 35:19, 36:25, 39:10, 39:15, 39:16, 40:18, 42:8, 43:15, 45:8, 45:10, 45:22, 48:18, 49:9, 49:25, 53:18, 54:8, 55:22, 56:12, 60:5, 61:3, 66:13, 68:3, 73:24, 74:3, 74:5, 75:13, 76:3, 76:4, 76:16, 78:6, 91:22, 93:18, 96:23, 99:11, 99:15, 102:14, 102:24, 104:1
one-week [1] - 74:5
ones [5] - 9:22, 38:22, 38:25, 48:19, 104:21
online [1] - 28:13
open [13] - 11:17, 24:15, 35:21, 41:15, 65:18, 67:19, 68:10, 70:11, 72:23, 75:6, 77:5, 93:14, 103:24
opening [10] - 8:25, 9:1, 9:3, 12:20, 12:22, 24:9, 24:17, 24:19, 24:22, 34:12
openings [1] - 13:9
opens [3] - 17:5, 18:23, 19:2
operas [1] - 50:3
operations [1] - 81:7
operator [1] - 51:4
opine [6] - 19:12, 20:2, 22:12, 27:4, 31:22, 34:8
opinion [12] - 8:23, 10:8, 20:1, 20:15, 21:12, 23:23, 24:1, 26:13, 26:21, 31:1, 32:20
opinions [2] - 104:3, 104:18
opponent [1] - 30:19
opportunity [1] - 9:3
opposite [1] - 66:5
option [1] - 41:18
order [13] - 8:24, 15:14, 26:2, 26:9, 29:15, 32:24, 40:3, 40:19, 58:19, 73:21, 77:14
orders [1] - 27:14
organic [1] - 52:21
organization [1] - 69:20
organizations [2] - 37:22, 90:18
orientation [8] - 73:15, 73:16, 73:17, 73:20, 73:23, 74:21, 92:14, 93:1

originally [1] - 7:6
Orland [4] - 46:5, 46:16, 47:2, 57:20
orthopedic [1] - 80:16
otherwise [5] - 15:1, 20:16, 30:6, 30:8, 74:8
Ottawa [1] - 80:13
ought [1] - 15:3
outdoor [1] - 100:24
outlet [1] - 97:24
outlets [1] - 97:25
outside [12] - 10:11, 21:1, 49:10, 65:19, 67:20, 68:11, 70:12, 72:24, 75:7, 78:14, 92:18, 103:5
overall [1] - 71:20
overcome [1] - 9:14, 21:13
overseeing [1] - 61:2
overview [1] - 11:25
own [42] - 11:14, 20:6, 37:3, 44:16, 44:17, 44:23, 47:2, 47:3, 48:9, 50:4, 50:6, 50:7, 50:8, 53:6, 55:1, 55:3, 56:19, 56:20, 57:21, 58:14, 61:17, 64:12, 78:20, 78:21, 79:6, 80:17, 80:18, 85:18, 86:6, 86:7, 86:8, 86:10, 86:22, 87:1, 90:11, 91:21, 95:18, 98:3, 99:6
owned [8] - 35:21, 44:10, 55:4, 82:25, 85:18, 87:13, 88:2, 94:3
owner [1] - 44:11
owns [4] - 44:10, 44:20, 44:25, 91:20

## P

p.m [1] - 73:18
PAGE [1] - 2:3
page [1] - 10:23
paid [1] - 15:21
paint [1] - 15:5
Pajamas [1] - 87:2
pancake [1] - 57:25
panel [10] - 39:24, 65:20, 67:21, 68:12, 70:13, 72:13, 72:25, 75:8, 92:19, 93:16
paper [1] - 16:24
papers [1] - 11:22
paperwork [2] - 28:8, 57:7
paralegal [1] - 54:17
parallels [1] - 20:22

**parameters** [1] - 89:24
**pardon** [1] - 79:22
**parents** [8] - 46:17, 47:2, 50:5, 51:1, 66:25, 90:11, 91:1, 91:20
**Park** [6] - 57:20, 57:25, 79:5, 82:24, 86:20, 87:3
**part** [13] - 6:20, 14:5, 19:18, 20:10, 46:25, 60:4, 74:1, 79:14, 80:5, 95:23, 96:14, 99:12, 101:16
**part-time** [2] - 95:23, 96:14
**participant** [1] - 18:7
**participating** [1] - 104:16
**particular** [7] - 14:13, 31:9, 45:19, 45:23, 84:13, 86:1, 92:3
**parties** [5] - 11:13, 72:4, 102:21, 103:1, 104:4
**parties'** [1] - 9:5
**partner** [2] - 19:15, 100:15
**partners** [1] - 64:17
**parts** [1] - 71:21
**passage** [1] - 70:25
**passed** [1] - 25:11
**past** [8] - 12:1, 44:10, 79:9, 84:6, 86:25, 91:12, 95:19, 102:10
**Pate** [1] - 41:6
**pathologist** [1] - 97:4
**pathology** [4] - 97:2, 97:5, 97:7, 97:9
**patients** [1] - 83:16
**Patricia** [1] - 40:20
**pattern** [1] - 9:10
**pay** [2] - 10:5, 37:5
**paycheck** [1] - 45:3
**paying** [2] - 93:6, 93:10
**payment** [1] - 6:18
**payments** [3] - 6:24, 6:25, 50:19
**PBS** [2] - 85:22, 89:1
**peaceful** [1] - 24:10
**peacefulness** [1] - 24:24
**pediatric** [1] - 58:9
**pellets** [1] - 80:19
**pending** [2] - 21:16, 59:1
**people** [8] - 10:20, 17:7, 32:4, 50:20, 60:1, 67:3, 71:22, 104:17
**per** [2] - 29:16, 92:11
**Perconte** [2] - 3:7, 42:16
**PERCONTE** [37] - 1:14, 3:9,

3:25, 4:7, 4:10, 4:13, 4:15, 5:1, 6:23, 7:5, 8:12, 12:7, 13:2, 13:7, 13:16, 13:22, 19:9, 22:2, 23:3, 23:5, 23:9, 24:14, 24:25, 25:7, 26:12, 27:9, 27:12, 28:8, 28:23, 29:2, 31:7, 32:12, 34:14, 35:15, 75:17, 76:9, 93:3
**peremptory** [2] - 72:10, 76:2
**performing** [1] - 93:18
**perhaps** [3] - 19:14, 35:9, 76:4
**period** [1] - 97:6
**Perlin** [2] - 40:21, 51:13
**permitted** [1] - 18:6
**person** [6] - 7:24, 14:17, 26:17, 41:25, 67:5, 77:9
**person's** [1] - 40:8
**personal** [1] - 55:15
**persons** [1] - 43:3
**perspective** [1] - 12:15
**pharmaceutical** [1] - 88:8
**Pharmaceuticals** [1] - 88:7
**pharmacy** [1] - 80:5
**phone** [2] - 66:20, 74:21
**phonetic** [1] - 64:19
**photographer** [3] - 63:8, 63:10, 63:12
**photography** [4] - 63:1, 63:3, 63:4, 63:11
**photography,film** [1] - 63:4
**physician** [5] - 45:13, 97:1, 97:2, 97:12, 97:19
**pick** [2] - 68:22, 69:12
**picked** [4] - 103:7, 103:22, 103:23, 104:10
**picking** [2] - 39:7, 39:13
**picks** [1] - 70:24
**pickup** [2] - 69:13, 71:19
**piece** [2] - 22:22, 49:14
**pieces** [1] - 16:24
**pilot** [3] - 99:9, 99:10, 99:21
**place** [1] - 16:10
**Plaintiff** [2] - 1:4, 1:13
**plan** [5] - 18:24, 23:1, 24:3, 27:8, 75:17
**planner** [1] - 64:2, 82:9, 82:10
**plastic** [1] - 80:19
**plastics** [3] - 56:13, 80:18, 81:3
**play** [1] - 27:5
**player** [2] - 88:20, 88:22
**playing** [1] - 44:13

**plenty** [1] - 18:4
**plus** [2] - 60:12, 71:18
**point** [8] - 19:16, 22:8, 22:10, 29:21, 46:20, 65:8, 74:13, 82:14
**pointed** [1] - 15:14
**poker** [2] - 88:20, 88:22
**politics** [1] - 64:25
**pool** [4] - 35:11, 71:22, 72:1, 72:7
**Portlandia** [1] - 101:2
**position** [6] - 29:7, 33:6, 34:7, 35:25, 36:1, 95:23
**positions** [1] - 85:1
**possible** [1] - 104:3
**possibly** [2] - 55:21, 76:6
**post** [4] - 48:18, 48:21, 48:23, 101:7
**posting** [2] - 10:10, 10:22
**posts** [2] - 104:12
**potential** [3] - 26:15, 43:2, 43:6
**potentially** [6] - 4:20, 6:17, 7:9, 21:15, 21:25, 23:11
**power** [1] - 51:21
**PR** [1] - 63:12
**practice** [8] - 55:14, 55:15, 64:15, 64:18, 65:6, 82:14, 89:16, 97:4
**practiced** [2] - 85:17, 97:7
**practices** [1] - 101:20
**practitioner** [1] - 65:8
**pre** [1] - 72:20
**pre-judge** [1] - 72:20
**prefer** [2] - 55:23, 62:16
**prejudice** [3] - 21:9, 21:19, 22:22
**prejudicial** [1] - 17:5
**preliminary** [2] - 8:18, 75:18
**preparing** [1] - 89:11
**presence** [3] - 21:1, 93:15, 100:22
**present** [5] - 9:4, 9:6, 29:14, 81:22, 98:7
**presentation** [1] - 23:19
**presenting** [2] - 21:6, 21:7
**preset** [1] - 13:11
**presiding** [1] - 39:6
**presumed** [1] - 9:11
**presumption** [1] - 9:12
**pretend** [1] - 43:17
**pretty** [5] - 64:15, 83:12, 96:9, 99:14, 101:8

previous [2] - 16:8, 78:5
primarily [2] - 97:21, 102:11
primary [1] - 96:10
print [4] - 16:24, 17:16, 85:22, 97:24
printed [3] - 14:17, 16:17, 16:21
Printer's [1] - 85:15
printer's [1] - 86:8
private [1] - 66:4
privately [1] - 41:13
probative [7] - 17:4, 17:11, 21:11, 22:8, 22:19, 34:2, 34:11
problem [2] - 17:24, 17:25
proceeding [4] - 27:14, 30:5, 30:19, 30:21
PROCEEDINGS [1] - 1:9
proceedings [7] - 26:23, 31:10, 31:25, 77:5, 93:14, 105:3, 106:5
process [1] - 58:3
processing [1] - 50:19
produce [2] - 9:19, 28:9
Products [1] - 88:9
profession [3] - 57:23, 58:4, 59:11
professional [1] - 88:19
professionals [1] - 54:16
professions [1] - 60:2
profiles [1] - 52:22
profit [2] - 69:20, 90:17
program [3] - 53:22, 91:15, 93:2
programming [2] - 101:3, 101:4
programs [10] - 50:2, 52:3, 55:25, 61:11, 61:14, 83:10, 88:14, 98:18, 99:17, 100:12
progressive [1] - 47:5
promises [1] - 32:5
pronouns [3] - 33:3, 33:18, 33:19
proof [1] - 9:9
proper [1] - 20:25
property [3] - 77:23, 77:25, 78:1
propose [2] - 7:16, 8:17
proposing [3] - 13:20, 18:15, 18:19
prosecution [1] - 29:12
prospective [1] - 35:4
protection [1] - 101:24

provable [1] - 30:8
prove [7] - 7:2, 9:18, 20:13, 22:21, 27:19, 27:24
proved [1] - 30:1
provided [1] - 14:13
provides [1] - 54:15
proving [4] - 9:17, 20:12, 22:6, 29:16
prowling [1] - 17:6
pull [5] - 25:15, 25:18, 33:23, 36:17, 38:8
puppies [1] - 78:7
purchasing [1] - 78:17
purpose [1] - 8:9
purposes [1] - 71:13
push [1] - 76:22
put [19] - 12:10, 15:21, 19:14, 20:4, 20:6, 22:18, 23:14, 23:15, 23:17, 24:11, 26:10, 30:23, 33:16, 33:17, 35:6, 38:18, 48:24, 62:4, 68:17
puzzles [1] - 79:17

## Q

Queens [1] - 83:12
questionaire [1] - 68:18
questioning [5] - 7:18, 36:17, 36:19, 38:9, 41:9
questionnaire [2] - 65:15, 73:9
questionnaires [2] - 34:16, 35:4
questions [35] - 8:21, 9:23, 10:7, 14:8, 15:24, 19:22, 20:14, 21:12, 23:2, 24:5, 27:6, 28:14, 28:17, 28:18, 30:8, 30:23, 33:2, 33:17, 35:8, 36:12, 36:15, 36:18, 38:6, 39:18, 41:10, 41:17, 43:21, 67:12, 70:6, 74:24, 75:12, 75:18, 75:19, 75:21, 75:24
quick [1] - 34:17
quirk [2] - 41:4, 100:5
quite [2] - 100:15, 100:17

## R

R-o-s-s-i [1] - 5:2
rabbi [1] - 5:16
race [4] - 72:2, 72:4, 72:9
Rachel [2] - 40:23, 75:10
radiation [2] - 53:8, 53:12

radio [5] - 11:6, 47:5, 56:18, 78:10, 94:20
Ragoza [1] - 49:22
Raigoza [1] - 40:21
raise [3] - 8:7, 39:23, 42:7
raised [2] - 31:11, 31:13
ramble [1] - 13:12
ramp [1] - 57:6
ran [2] - 31:20, 64:1
range [1] - 17:14
rather [2] - 5:7, 41:13
Ravenswood [1] - 62:25
re [1] - 24:8
re-evaluate [1] - 24:8
read [17] - 3:20, 7:16, 8:10, 9:9, 10:18, 11:5, 14:21, 43:2, 79:17, 85:23, 86:3, 86:4, 90:20, 90:22, 96:8, 96:11
reader [1] - 85:23
reading [7] - 8:18, 64:22, 85:24, 91:25, 94:17, 97:23, 100:25
real [3] - 55:15, 61:15, 64:24
reality [2] - 61:12, 78:11
really [11] - 18:19, 26:6, 37:4, 39:15, 45:21, 49:14, 52:5, 53:23, 78:11, 101:1
Really [1] - 26:10
realtor [2] - 54:10, 54:11
reason [5] - 12:10, 14:10, 15:19, 20:25, 36:25
reasonable [2] - 9:15, 18:22
reasons [1] - 19:16
Rebecca [3] - 54:14, 54:16, 55:12
rebuild [1] - 95:9
rebut [2] - 7:12, 22:7
rebuts [1] - 22:17
rebuttal [5] - 4:19, 5:3, 9:6, 24:17, 34:14
receivable [1] - 50:18
received [5] - 16:4, 19:10, 28:19, 35:3, 53:6
recent [1] - 71:23
recently [1] - 98:1
recess [1] - 39:3
recognize [1] - 22:14
record [7] - 3:5, 19:6, 25:9, 35:2, 69:18, 71:9, 106:5
records [2] - 4:3, 6:21
recruit [1] - 37:14
recruitment [1] - 37:15

**reduction** [2] - 63:6, 63:20
**refer** [2] - 31:10, 31:25
**reference** [2] - 11:12, 70:20
**reflects** [1] - 35:9
**regarding** [15] - 7:1, 14:14,
16:9, 19:12, 19:23, 19:24,
20:1, 20:18, 20:19, 21:6,
24:8, 26:13, 27:7, 31:15,
32:19
**regional** [2] - 94:8, 94:24
**registered** [5] - 32:6, 57:23,
58:6, 83:15, 96:4
**registers** [1] - 83:16
**registrar** [2] - 83:6, 83:16
**registration** [1] - 71:24
**regular** [2] - 85:24, 99:19
**regularly** [9] - 52:4, 53:22,
56:1, 61:11, 83:10, 85:23,
88:24, 98:19, 99:17
**rejected** [1] - 22:4
**related** [1] - 102:2
**relationship** [1] - 22:11
**relax** [2] - 58:16, 78:12
**relaxing** [1] - 61:9
**relevance** [1] - 21:18
**relevant** [6] - 15:2, 15:15,
15:19, 17:25, 30:2, 34:10
**removed** [1] - 31:6
**rent** [16] - 7:1, 44:16, 47:2,
50:4, 50:6, 51:22, 55:1,
55:2, 55:3, 56:19, 61:17,
61:18, 62:25, 77:25, 78:20,
86:6
**rental** [1] - 77:23
**rented** [2] - 83:1, 94:2
**renter** [1] - 84:6
**rep** [2] - 56:15, 62:3
**report** [2] - 79:20, 98:21
**reporter** [4] - 39:11, 65:23,
68:15, 73:5
**Reporter** [2] - 1:23, 106:7
**REPORTER** [1] - 1:23
**reports** [2] - 11:7, 11:20
**represent** [1] - 42:20
**representation** [2] - 71:21,
72:7
**representative** [1] - 57:2
**represented** [1] - 102:10
**represents** [2] - 102:8, 102:11
**reps** [1] - 94:9
**reputation** [2] - 23:24, 24:24
**required** [4] - 9:18, 9:19,
73:20, 74:22

**requirement** [6] - 92:7, 92:8,
92:9, 92:10, 92:21
**research** [8] - 10:12, 11:10,
100:9, 103:11, 103:12,
103:13, 103:14
**researcher** [1] - 97:21
**residence** [1] - 91:20
**residency** [1] - 98:16
**resident** [1] - 97:9
**residential** [1] - 86:12
**respect** [4] - 20:17, 32:3,
33:9, 59:12
**respond** [3] - 16:1, 20:5, 21:2
**responded** [4] - 14:23, 36:20,
37:22, 73:8
**respondent** [2] - 37:2, 37:12,
37:21, 38:10
**responds** [1] - 28:4
**response** [1] - 29:6
**responsibilities** [2] - 70:22,
100:10
**responsibility** [1] - 36:13
**responsible** [4] - 36:5, 66:6,
69:9, 88:11
**rest** [3] - 65:19, 68:11, 72:24
**restaurant** [6] - 57:22, 61:1,
61:3, 61:22, 62:1, 86:13
**restrict** [1] - 24:23
**resulted** [1] - 30:14
**resume** [1] - 75:11
**retired** [10] - 47:25, 48:1,
67:8, 79:10, 80:15, 80:18,
90:11, 91:2, 96:1, 101:14
**retirement** [5] - 94:10, 95:22,
100:7, 101:13, 101:15
**return** [3] - 102:17, 102:19
**Reuter's** [1] - 98:1
**ride** [1] - 36:22
**riding** [1] - 80:22
**rights** [1] - 102:5
**rise** [4] - 3:1, 39:4, 39:22,
104:24
**risk** [3] - 21:9, 33:12, 104:18
**RMR** [1] - 106:7
**RN** [1] - 58:8
**road** [5] - 15:22, 81:17, 88:25,
89:2, 94:7
**Robert** [2] - 4:2, 43:7
**Roberts** [2] - 41:4, 96:21
**Roby** [2] - 40:22, 60:22
**Rocio** [1] - 41:7
**role** [2] - 16:18, 71:12
**room** [1] - 63:9

**Root** [1] - 51:16
**root** [1] - 52:9
**Rossi** [10] - 5:2, 19:6, 19:15,
19:25, 20:8, 20:11, 20:21,
22:24, 25:2, 43:10
**Rossi's** [1] - 19:5
**rotation** [4] - 92:10, 92:13,
92:14
**rotations** [1] - 73:22
**row** [7] - 40:5, 40:7, 40:10,
40:14, 40:17, 85:15, 86:8
**rude** [1] - 12:3
**Rule** [3] - 20:5, 27:1, 33:17
**rule** [3] - 72:1, 72:11, 89:14
**ruling** [6] - 16:8, 25:25, 30:17,
34:1, 71:10
**rulings** [3] - 10:1, 10:3, 55:19
**run** [2] - 17:20, 87:9
**runner** [1] - 87:5
**running** [3] - 4:24, 85:25, 87:7
**runs** [2] - 87:3, 104:18
**rushing** [1] - 93:4

**S**

**S-w-i-a-t-e-k** [1] - 37:5
**safe** [2] - 5:7, 70:25
**safety** [2] - 81:15, 96:2
**Saint** [1] - 79:8
**Sal** [1] - 40:20
**sales** [2] - 78:17, 94:9
**salon** [1] - 86:4
**Saltzberg** [1] - 100:16
**Salvato** [3] - 40:20, 43:23,
44:4
**San** [2] - 100:21, 100:22
**Sandra** [3] - 39:9, 41:3, 95:18
**sandwich** [1] - 94:18
**Sargent** [1] - 51:20
**scan** [1] - 22:10
**schedule** [3] - 36:10, 66:16,
66:22
**scheduling** [11] - 35:3, 35:9,
38:20, 65:14, 66:1, 68:17,
71:13, 72:18, 73:8, 73:10,
92:4
**school** [53] - 36:6, 36:11,
36:12, 37:13, 37:14, 37:16,
38:12, 38:13, 44:7, 45:8,
49:6, 50:9, 50:10, 53:10,
54:8, 56:12, 64:13, 66:4,
66:7, 66:8, 67:3, 67:7, 67:9,
68:24, 68:25, 69:2, 69:10,

69:11, 69:14, 69:19, 69:22, 69:23, 70:18, 70:19, 70:21, 70:23, 71:1, 71:17, 73:21, 74:14, 77:22, 81:8, 83:21, 83:22, 88:13, 91:3, 91:14, 91:24, 96:24, 98:15, 98:16, 101:9

**schoolers** [1] - 87:4
**schooling** [2] - 50:12, 96:24
**schools** [1] - 92:12
**Schweppes** [1] - 61:25
**sciences** [1] - 91:12
**Sciences** [1] - 86:24
**Scott** [2] - 3:11, 42:20
**SCOTT** [1] - 1:17
**scrapbooking** [1] - 94:17
**seal** [3] - 25:23, 25:24, 26:2
**search** [1] - 45:24
**searching** [1] - 11:11
**seat** [7] - 34:17, 36:16, 40:6, 67:17, 70:10, 75:5, 76:12
**seated** [6] - 8:17, 11:21, 40:1, 42:15, 42:25, 71:3
**seats** [3] - 102:17, 102:19, 104:23
**second** [12] - 8:1, 11:5, 16:6, 25:8, 36:5, 40:7, 42:1, 74:22, 77:10, 77:11, 91:16, 102:20
**Secretary** [1] - 71:25
**secretary** [1] - 53:15
**Security** [1] - 64:3
**security** [1] - 89:23
**see** [32] - 3:20, 8:9, 9:25, 11:20, 12:2, 12:8, 12:12, 22:1, 35:5, 42:10, 43:1, 51:23, 58:12, 63:13, 68:4, 69:5, 71:5, 71:6, 71:16, 72:19, 72:22, 74:18, 74:21, 80:22, 83:18, 92:16, 99:11, 99:14, 101:14, 102:15, 103:3, 104:22
**seek** [2] - 13:25, 104:17
**seeking** [1] - 20:8
**seeks** [1] - 20:7
**seem** [1] - 71:4
**Seiko** [1] - 87:15
**Seinfeld** [3] - 52:5, 52:6, 83:11
**selection** [7] - 7:18, 39:18, 74:13, 74:20, 76:12, 76:23, 77:14
**self** [5] - 37:3, 37:11, 44:8,

44:9, 94:10
**self-directed** [1] - 94:10
**self-employed** [2] - 37:3, 44:9
**self-employment** [1] - 37:11
**sell** [2] - 77:25, 87:15
**semi** [1] - 88:19
**semi-professional** [1] - 88:19
**send** [1] - 58:13
**senior** [2] - 56:15, 94:8
**sense** [1] - 29:24
**sensitive** [2] - 71:20, 72:6
**sent** [1] - 88:12
**sentence** [1] - 18:12
**September** [4] - 37:23, 38:4, 73:18
**series** [2] - 56:2, 56:3
**seriously** [1] - 67:2
**Serravino** [1] - 64:18
**serve** [5] - 39:15, 71:12, 74:7, 103:22, 103:23
**served** [2] - 89:17, 89:20
**servers** [1] - 61:3
**service** [10] - 36:6, 62:3, 66:5, 73:14, 74:13, 83:3, 83:13, 94:5, 94:6, 94:22
**services** [1] - 63:12
**servicing** [2] - 78:2, 78:6
**session** [3] - 3:2, 9:25
**set** [3] - 13:11, 64:2, 102:22
**setting** [3] - 28:21, 88:11, 89:12
**Seven** [1] - 57:11
**seven** [7] - 35:21, 52:17, 61:25, 88:2, 91:22, 95:11, 95:19
**Seventh** [1] - 9:10
**several** [2] - 31:6, 72:13
**Shakespeare** [1] - 90:13
**shaky** [1] - 18:14
**shall** [1] - 19:2
**shared** [1] - 36:13
**shares** [1] - 32:5
**Sharon** [1] - 96:3
**Shaun** [2] - 40:22, 56:10
**shed** [1] - 16:12
**shift** [1] - 66:9
**ship** [1] - 48:24
**Shore** [1] - 98:8
**short** [1] - 76:11
**Show** [1] - 79:19
**show** [2] - 43:17, 77:13
**showing** [1] - 21:14
**shows** [4] - 52:21, 58:21,

78:10, 78:11
**shy** [1] - 88:4
**side** [27] - 10:4, 35:23, 36:17, 36:23, 38:20, 40:7, 40:14, 41:13, 41:14, 41:16, 41:18, 49:23, 50:4, 65:15, 65:17, 66:5, 66:6, 67:2, 67:3, 67:4, 75:15, 75:22, 77:13, 84:5, 89:18, 89:19, 92:16
**sidebar** [8] - 65:18, 67:19, 68:10, 70:11, 72:23, 75:6, 77:4, 92:18
**sides** [1] - 42:11
**signed** [1] - 11:16
**significant** [1] - 31:19
**similar** [7] - 7:23, 15:8, 19:21, 41:23, 73:19, 73:22, 90:16
**simply** [5] - 8:4, 9:1, 19:19, 42:4, 60:7
**singing** [1] - 94:16
**single** [4] - 38:10, 63:13, 88:18, 91:19
**sisters** [1] - 91:24
**sit** [4] - 40:3, 40:7, 40:13, 58:20
**site** [4] - 63:15, 64:25, 86:3, 88:12
**sites** [6] - 45:22, 50:22, 50:24, 84:13, 86:1, 92:2
**sits** [1] - 40:6
**sitting** [4] - 39:11, 42:12, 42:21, 65:23
**situation** [3] - 16:11, 21:10, 21:18
**six** [5] - 20:14, 51:14, 95:1, 96:22, 99:8
**ski** [1] - 78:8
**SKWRER** [1] - 81:25
**slate** [1] - 52:2
**slipped** [2] - 72:19, 72:20
**slow** [2] - 78:2, 97:14
**small** [2] - 46:10, 100:22
**smile** [1] - 17:19
**smiles** [1] - 104:13
**Smith** [2] - 37:21, 41:5
**snow** [1] - 78:8
**soap** [1] - 50:3
**social** [1] - 10:22
**Social** [1] - 64:3
**Sodetz** [2] - 4:2, 42:17
**SODETZ** [1] - 4:2
**sold** [1] - 32:5
**solely** [1] - 65:7

**solicitation** [1] - 16:22
**solicited** [2] - 7:24, 41:24
**solo** [1] - 65:8
**solution** [2] - 88:12, 90:2
**solve** [1] - 88:13
**someone** [4] - 27:4, 34:6, 34:7, 57:5
**sometimes** [6] - 15:16, 45:24, 58:20, 69:11, 69:14, 86:4
**somewhat** [1] - 102:10
**son** [9] - 58:1, 58:22, 78:5, 80:17, 83:6, 96:2, 96:5, 96:22, 100:19
**songs** [1] - 87:11
**Sorry** [1] - 97:18
**sorry** [14] - 3:16, 5:7, 9:17, 12:24, 21:23, 22:20, 50:11, 62:14, 63:2, 69:1, 74:13, 77:12, 81:11, 97:15
**sort** [3] - 7:2, 13:13, 57:7
**sorting** [1] - 49:1
**sound** [1] - 92:20
**sounds** [1] - 70:24
**source** [1] - 96:10
**sources** [2] - 89:6, 101:7
**South** [2] - 1:14, 1:24
**south** [4] - 12:14, 85:14, 86:6, 102:22
**Southside** [1] - 91:17
**southside** [1] - 46:8
**speaking** [1] - 30:17
**special** [1] - 58:19
**Special** [1] - 42:17
**specialize** [1] - 97:3
**specializes** [1] - 98:13
**specializing** [2] - 51:21, 95:7
**specialty** [1] - 86:13
**specific** [28] - 22:5, 22:10, 22:16, 22:20, 23:16, 24:4, 26:17, 26:22, 27:9, 27:18, 28:21, 29:25, 30:4, 31:15, 31:23, 31:25, 32:4, 32:8, 32:14, 32:19, 32:20, 32:22, 33:17, 40:2, 40:3, 101:22
**specifically** [2] - 23:23, 32:25
**speculating** [1] - 104:5
**speculative** [1] - 18:21
**spell** [1] - 5:13
**spelled** [1] - 6:3
**spelling** [1] - 5:20
**spend** [1] - 31:18
**sporting** [1] - 70:19
**sports** [9] - 56:15, 63:14,

68:25, 69:2, 69:12, 70:20, 70:21, 99:14, 99:18
**springs** [1] - 54:5
**Springs** [3] - 54:23, 55:1, 55:3
**Square** [1] - 51:13
**squelch** [1] - 17:7
**squirrely** [1] - 33:20
**St** [4] - 66:7, 66:23, 66:24, 98:7
**Stafford** [2] - 40:24, 80:12
**Stahller** [1] - 6:1
**Staller** [1] - 6:3
**STALLER** [1] - 6:3
**stamped** [1] - 28:9
**stand** [1] - 43:16
**standard** [1] - 89:14
**standards** [2] - 88:11, 89:15
**start** [10] - 37:15, 41:9, 43:23, 60:12, 73:14, 88:4, 104:2, 104:5, 104:15
**started** [6] - 37:3, 67:9, 67:10, 68:23, 88:15, 101:17
**starting** [2] - 40:11, 43:15
**State** [4] - 30:24, 31:1, 71:25, 92:8
**state** [4] - 18:1, 71:24, 88:3, 92:20
**statement** [9] - 7:17, 8:9, 14:8, 15:4, 15:8, 15:12, 15:21, 18:20, 19:3
**statements** [7] - 9:1, 9:3, 9:23, 10:25, 15:9, 15:17
**States** [3] - 3:3, 3:8, 39:13
**STATES** [3] - 1:1, 1:3, 1:13
**station** [2] - 94:19, 94:20
**stations** [4] - 45:19, 62:15, 62:16, 101:4
**stay** [4] - 35:11, 48:20, 49:16, 67:18
**step** [6] - 38:19, 65:21, 68:13, 73:4, 74:20, 75:4
**Steven** [2] - 5:12, 43:10
**still** [12] - 17:14, 21:10, 34:13, 44:18, 48:20, 49:7, 49:15, 51:1, 57:23, 65:24, 71:17, 101:15
**stipulations** [1] - 9:21
**Stoller** [1] - 43:11
**stop** [2] - 11:21, 45:1
**store** [7] - 44:11, 44:21, 45:1, 45:4, 87:13, 91:17, 91:21
**stories** [4] - 10:11, 11:6, 58:18, 89:7

**story** [3] - 23:12, 26:22, 27:12
**straighten** [1] - 70:5
**strategize** [1] - 19:1
**Street** [3] - 1:14, 1:24, 84:14
**street** [2] - 69:3, 70:3
**streets** [1] - 70:25
**strict** [1] - 103:5
**strictest** [1] - 7:1
**strip** [1] - 18:2
**strong** [4] - 22:8, 22:19, 71:4, 71:6
**student** [5] - 64:21, 73:13, 91:14, 97:11, 100:11
**students** [1] - 37:14
**studies** [1] - 95:20
**study** [1] - 91:15
**stuff** [5] - 28:20, 62:5, 69:3, 85:25, 86:5
**Su** [1] - 39:11
**subbed** [1] - 80:3
**subject** [3] - 29:23, 89:22, 89:23
**subjective** [1] - 16:13
**submitted** [1] - 73:17
**subscribe** [1] - 101:5
**subscription** [1] - 79:18
**subtract** [3] - 10:13, 11:23, 12:16
**suburban** [1] - 97:7
**suburbs** [1] - 51:18
**sued** [3] - 20:20, 20:21, 20:22
**sufficient** [2] - 22:11, 34:11
**sufficiently** [1] - 34:10
**suggested** [1] - 24:2
**suggestion** [1] - 14:20
**suits** [1] - 102:6
**summarizes** [1] - 28:22
**summary** [1] - 9:1
**summer** [2] - 58:17, 91:16
**Sun** [3] - 90:22, 90:23, 90:24
**Sunday** [1] - 64:24
**superintendent** [1] - 77:24
**supervisor** [1] - 53:18
**supplement** [1] - 71:23
**supplemented** [1] - 71:24
**support** [3] - 30:7, 38:11, 89:19
**suppose** [1] - 17:1
**supposed** [1] - 73:14
**supposedly** [1] - 31:20
**surgeon** [1] - 80:16
**surgery** [4] - 73:14, 73:23, 73:25, 93:18

**surgical** [2] - 53:6, 92:13
**Susan** [1] - 96:3
**suspense** [1] - 19:4
**suspicion** [2] - 8:7, 42:7
**Swiatek** [1] - 37:5
**swimmer** [1] - 87:6
**sworn** [1] - 39:24
**Symantec** [1] - 88:5
**syndication** [1] - 52:6
**system** [1] - 89:18
**systems** [2] - 77:23, 90:3

**T**

**table** [4] - 42:13, 42:16, 42:21, 42:25
**Takeda** [2] - 88:7, 89:25
**Tap** [1] - 89:25
**tap** [1] - 88:8
**target** [1] - 22:14
**taught** [1] - 80:3
**taxes** [1] - 44:17
**teach** [1] - 37:15
**teacher** [2] - 37:13, 45:8
**team** [1] - 88:10
**tech** [1] - 53:6
**technician** [2] - 80:5, 80:18
**technology** [6] - 88:14, 89:9, 89:17, 89:23, 89:24, 89:25
**Technology** [1] - 46:9
**telephones** [2] - 8:2, 42:2
**television** [18] - 11:6, 52:3, 53:22, 55:25, 61:10, 61:12, 61:13, 62:13, 62:15, 78:10, 83:8, 84:12, 87:19, 88:24, 92:1, 98:18, 99:17
**teller** [1] - 81:6
**ten** [5] - 47:18, 58:14, 79:9, 80:2, 84:6
**tend** [1] - 15:20
**term** [1] - 32:13
**terms** [2] - 72:4, 90:21
**testified** [1] - 30:19
**testify** [7] - 13:20, 14:16, 18:16, 19:3, 19:12, 22:24, 26:12
**testifying** [1] - 18:18
**testimony** [32] - 6:20, 7:10, 7:11, 9:21, 9:24, 13:25, 16:15, 17:2, 17:14, 18:3, 19:5, 20:13, 20:25, 21:19, 23:17, 23:19, 23:24, 24:1, 24:23, 26:25, 27:1, 28:2,

29:15, 30:6, 30:10, 32:14, 33:8, 33:9, 34:11, 59:15, 59:17
**testing** [1] - 79:15
**Texas** [1] - 100:20
**THE** [173] - 1:10, 3:1, 3:3, 3:14, 3:19, 3:23, 4:6, 4:9, 4:12, 4:14, 4:23, 5:7, 5:13, 5:15, 5:18, 5:20, 5:22, 5:25, 6:3, 6:5, 6:9, 6:14, 6:22, 7:8, 7:14, 8:13, 8:16, 10:17, 11:20, 12:6, 12:10, 12:19, 12:24, 13:1, 13:3, 13:6, 13:10, 13:19, 16:2, 17:18, 21:22, 21:24, 22:3, 23:4, 23:8, 23:13, 23:21, 24:13, 25:1, 25:4, 25:8, 25:17, 25:20, 26:4, 26:7, 26:10, 27:8, 27:10, 28:6, 28:21, 28:25, 29:4, 29:20, 33:5, 34:4, 34:15, 35:2, 35:17, 35:19, 35:25, 36:2, 36:9, 36:15, 37:1, 37:7, 37:10, 37:20, 38:3, 38:6, 38:8, 38:17, 38:22, 38:24, 39:1, 39:4, 39:5, 39:22, 40:1, 42:18, 42:23, 44:2, 45:25, 46:2, 47:6, 47:9, 49:17, 49:20, 51:5, 51:10, 53:2, 54:2, 56:4, 56:7, 57:17, 58:22, 60:16, 60:19, 62:18, 62:21, 63:17, 64:4, 64:8, 65:9, 65:12, 65:21, 66:11, 67:12, 67:15, 67:17, 67:22, 68:1, 68:7, 70:6, 70:8, 70:10, 70:14, 70:16, 70:20, 71:9, 73:2, 75:2, 75:4, 75:16, 75:20, 76:11, 76:16, 76:18, 76:21, 77:3, 77:7, 77:18, 78:22, 79:2, 80:6, 80:9, 82:4, 82:20, 83:24, 84:2, 85:7, 85:10, 86:14, 86:17, 87:23, 90:4, 90:7, 91:5, 91:8, 92:16, 93:1, 93:9, 93:17, 93:20, 93:23, 95:12, 95:15, 96:16, 96:19, 98:22, 99:2, 99:23, 100:2, 102:12
**theater** [5] - 52:21, 52:22, 90:13, 90:20
**themselves** [1] - 42:12
**thereabouts** [1] - 65:3
**therefore** [1] - 30:20
**thinks** [1] - 19:17

**Third** [1] - 84:23
**third** [7] - 11:10, 40:8, 66:13, 66:14, 73:13, 73:20, 91:13
**third-year** [3] - 73:13, 73:20, 91:13
**Thompson** [2] - 89:8, 89:8
**Thorpe** [2] - 4:4, 43:8
**THORPE** [1] - 4:5
**three** [16] - 41:6, 44:12, 48:14, 48:15, 54:13, 66:12, 79:12, 83:1, 84:25, 85:14, 88:6, 88:8, 94:7, 94:22, 94:23
**Three** [1] - 84:17
**threshold** [1] - 25:11
**Thrones** [1] - 56:2
**throughout** [2] - 9:13, 46:14
**Thursday** [1] - 66:21
**Tinley** [1] - 79:5
**tip** [1] - 86:4
**tired** [1] - 87:11
**title** [2] - 60:9, 88:12
**to/from** [1] - 38:12
**today** [8] - 38:13, 39:8, 66:19, 67:9, 74:17, 76:13, 76:23, 88:11
**together** [1] - 62:4
**Tom** [3] - 41:1, 60:25, 84:5
**tomorrow** [3] - 11:20, 66:19, 76:12
**tonight** [1] - 90:21
**took** [9] - 14:1, 15:7, 16:5, 16:9, 79:11, 95:22, 95:23, 100:7, 101:15
**top** [3] - 3:24, 71:20, 88:10
**topic** [1] - 13:21
**toward** [1] - 40:11
**towards** [2] - 60:1, 65:22
**town** [1] - 80:13
**townhome** [1] - 78:21
**Tracie** [1] - 41:7
**track** [1] - 66:22
**trade** [2] - 102:1, 102:2
**Trade** [1] - 55:10
**trader** [1] - 55:9
**trades** [1] - 78:1
**trading** [1] - 89:6
**traditionally** [1] - 23:14
**trained** [1] - 58:10
**trainer** [3] - 61:5, 61:7, 62:8
**trains** [1] - 62:11
**trait** [1] - 22:21
**transactions** [1] - 19:17
**TRANSCRIPT** [1] - 1:9

transcript [2] - 10:6, 106:4
transfer [3] - 27:17, 30:15, 30:24
transferred [1] - 28:4
transferring [1] - 27:15
transportation [2] - 83:2
travel [5] - 46:17, 51:24, 53:9, 64:22
traveling [1] - 85:24
trial [13] - 8:24, 10:21, 10:24, 11:22, 14:16, 29:11, 36:11, 43:3, 64:19, 72:8, 76:3, 89:12, 103:24
TRIAL [1] - 1:9
trials [1] - 64:20
Tribune [5] - 53:21, 63:16, 79:18, 90:22, 96:11
tried [4] - 26:8, 63:24, 69:17, 71:13
trier [1] - 83:2
tries [3] - 11:3, 96:7, 103:17
Triton [1] - 53:6
trucker [1] - 96:5
trucks [1] - 94:6
true [2] - 17:8, 58:18
Truemper [2] - 5:11, 43:10
truly [1] - 57:24
trust [1] - 94:9
truth [2] - 28:3, 39:20
truthfulness [12] - 26:13, 26:15, 26:21, 27:2, 27:4, 27:18, 27:24, 30:7, 30:11, 31:22, 32:21, 34:8
try [12] - 10:3, 15:5, 18:25, 23:16, 31:5, 33:10, 40:15, 73:25, 74:17, 74:20, 76:21, 76:22
trying [10] - 7:2, 15:6, 17:7, 23:1, 42:22, 49:6, 58:3, 69:2, 69:18, 70:5
Tuchman [2] - 6:6, 6:8
Tuesday [2] - 73:18, 93:11
turn [3] - 28:18, 31:17, 31:21
turned [4] - 14:5, 14:14, 28:23, 28:24
turns [1] - 76:23
TV [8] - 45:18, 45:19, 54:20, 55:22, 63:14, 87:7, 89:1, 90:21
Tweet [1] - 10:23
Tweeting [1] - 10:11
tweeting [1] - 104:10
twice [1] - 89:18

Twitter [5] - 10:23, 89:4, 89:5, 98:1, 104:10
two [37] - 4:18, 5:5, 7:22, 25:21, 31:20, 31:21, 37:14, 37:15, 38:12, 41:3, 41:22, 45:6, 49:3, 52:12, 53:8, 53:16, 58:1, 61:23, 64:20, 66:3, 66:9, 66:12, 72:12, 74:5, 74:6, 76:1, 80:4, 82:25, 83:5, 87:4, 90:15, 94:14, 97:13, 100:19
Two [1] - 81:9
two-week [1] - 74:6
type [9] - 8:1, 15:5, 20:23, 41:24, 42:1, 55:14, 57:8, 59:25, 97:5
types [3] - 7:22, 41:22, 101:3

## U

U.S [1] - 104:11
UIC [1] - 64:13
under [7] - 21:20, 25:23, 25:24, 26:2, 27:1, 29:19, 103:5
undergrad [3] - 91:13, 91:14, 91:24
underlying [3] - 26:23, 30:14, 31:3
undermine [1] - 23:17
understood [1] - 14:3
undo [3] - 21:9, 21:19, 22:22
unemployed [3] - 44:10, 44:25, 51:17
unemployment [2] - 63:25, 64:1
unfair [1] - 104:4
unfairly [1] - 17:5
unfortunately [1] - 84:19
unfriendly [1] - 12:13, 103:4
unincorporated [1] - 80:13
union [2] - 80:19, 81:5
united [1] - 78:15
United [4] - 3:3, 3:8, 39:13, 57:5
UNITED [3] - 1:1, 1:3, 1:13
University [4] - 63:9, 86:22, 97:12, 97:19
university [4] - 58:7, 63:7, 79:9, 88:3
unless [3] - 9:14, 18:23, 19:2
unlike [1] - 32:9
unnecessarily [1] - 29:11

untruthfulness [3] - 29:25, 30:4, 34:9
up [33] - 7:2, 10:15, 20:12, 20:13, 22:21, 27:14, 27:19, 27:24, 28:16, 29:16, 30:1, 38:18, 38:23, 38:24, 43:16, 44:15, 47:14, 47:23, 52:22, 64:2, 67:12, 68:13, 68:22, 69:12, 70:6, 70:24, 72:17, 73:4, 74:9, 74:24, 81:21, 89:12
upcoming [1] - 66:16
UPS [1] - 53:18
Urbana [1] - 86:23

## V

valid [2] - 31:14, 71:16
value [5] - 17:4, 21:11, 22:9, 22:19, 34:2
Van [1] - 46:10
Vanessa [2] - 4:3, 43:7
variety [1] - 100:10
vein [1] - 15:18
venire [1] - 71:4
verbally [1] - 3:23
verdict [2] - 8:24, 9:8
verification [1] - 19:12
Veronica [2] - 40:21, 49:22
versa [1] - 12:14
version [1] - 70:24
versus [3] - 3:3, 39:14, 104:11
vice [1] - 12:13
victims [1] - 58:19
view [2] - 72:2, 88:6
Village [1] - 83:1
village [1] - 44:5
villages [1] - 59:4
violence [2] - 7:25, 41:25
visit [1] - 84:13
voice [1] - 47:14
voir [9] - 21:1, 65:19, 67:20, 68:11, 70:12, 72:24, 75:7, 92:19, 93:15
Voir [1] - 39:24
VOIR [2] - 2:9, 35:1
VOLUME [1] - 1:9
volunteer [3] - 70:2, 70:3, 71:11
volunteers [2] - 70:17, 71:14
voter [2] - 71:24
vs [1] - 1:5

## W

**Wacker** [1] - 1:21
**wait** [7] - 8:10, 9:17, 24:19, 34:4, 76:17, 77:1, 77:2
**walk** [2] - 44:14, 103:18
**walks** [1] - 78:8
**Wall** [1] - 84:14
**wall** [2] - 40:14, 73:4
**wallflower** [1] - 21:3
**WALLIN** [26] - 1:20, 3:10, 5:10, 5:14, 5:16, 5:19, 5:21, 6:1, 6:4, 6:7, 6:13, 6:16, 7:4, 7:6, 7:9, 8:14, 16:1, 16:3, 21:5, 26:1, 26:6, 26:8, 29:3, 29:5, 29:7, 76:8
**Wallin** [5] - 3:11, 28:17, 31:11, 31:13, 42:22
**Walsted** [2] - 40:22, 56:10
**wants** [2] - 5:4, 24:21
**ward** [1] - 41:7
**warned** [1] - 38:3
**warning** [1] - 13:12
**Washington** [1] - 101:6
**watch** [34] - 45:19, 50:2, 52:3, 53:22, 54:20, 55:25, 56:2, 56:16, 58:18, 58:20, 61:11, 63:14, 63:15, 78:9, 78:12, 79:19, 79:20, 83:8, 83:10, 84:11, 85:22, 87:6, 87:15, 88:24, 89:1, 90:20, 90:21, 98:18, 98:20, 99:17, 101:2, 101:3
**watches** [1] - 87:15
**watching** [3] - 61:9, 80:21, 80:23
**water** [1] - 78:8
**Waubonsee** [1] - 95:21
**ways** [1] - 18:15
**WBBM** [1] - 56:18
**WBEZ's** [1] - 86:3
**wear** [1] - 87:2
**web** [8] - 45:24, 50:22, 50:24, 63:15, 64:25, 84:13, 86:3, 97:25
**Wednesday** [5] - 19:10, 66:20, 67:10, 73:14, 92:13
**Wedron** [3] - 80:12, 81:19, 81:20
**WEDRON** [1] - 80:13
**week** [18] - 8:19, 28:23, 28:24, 32:25, 35:22, 66:3, 66:9, 66:12, 67:7, 67:10, 67:11,
71:5, 74:5, 74:6, 74:17, 92:24, 92:25
**weekend** [3] - 13:14, 25:22, 28:19
**weeks** [4] - 37:14, 37:15, 68:23, 73:24
**weight** [1] - 60:6
**welcome** [1] - 39:5
**wells** [1] - 46:11
**West** [2] - 1:18, 1:21
**west** [4] - 49:23, 50:4, 67:3, 67:4
**western** [1] - 54:5
**Western** [3] - 54:23, 55:1, 55:3
**WGN** [1] - 79:19
**white** [1] - 77:13
**whole** [2] - 66:9, 100:10
**wife** [22] - 32:16, 34:2, 44:10, 44:20, 56:14, 57:1, 64:12, 64:17, 77:14, 78:7, 78:14, 80:15, 80:19, 81:5, 83:6, 83:15, 96:22, 97:11, 97:19, 99:12, 100:15, 101:20
**William** [6] - 5:10, 40:23, 40:24, 43:10, 64:11, 80:12
**willing** [2] - 31:7, 31:24
**willingness** [1] - 39:14
**Wilson** [1] - 41:7
**windows** [1] - 87:16
**Wisconsin** [1] - 71:18
**witness** [34] - 5:17, 5:24, 6:2, 6:11, 6:15, 14:6, 15:6, 18:5, 18:6, 18:7, 21:6, 21:7, 22:9, 22:11, 23:15, 23:16, 23:18, 23:19, 24:17, 24:21, 26:14, 27:3, 29:9, 29:10, 30:2, 30:11, 31:9, 59:21, 89:17, 89:18, 89:20
**witness'** [3] - 18:3, 27:1
**witnessed** [1] - 16:23
**witnesses** [27] - 3:20, 4:7, 4:16, 4:18, 4:19, 5:3, 5:8, 9:2, 9:4, 12:13, 19:11, 19:23, 19:24, 19:25, 20:18, 20:24, 23:2, 23:6, 23:10, 29:23, 31:14, 33:12, 43:2, 43:6, 59:16, 102:21, 103:2
**witnesses'** [1] - 103:14
**women** [1] - 87:2
**worker** [1] - 63:9
**worker's** [1] - 57:8
**workers** [1] - 71:14
**works** [25] - 45:8, 45:10, 48:18, 48:21, 54:15, 54:17, 54:18, 55:13, 56:14, 57:1, 57:4, 58:1, 61:4, 67:6, 78:5, 78:15, 79:12, 79:14, 80:16, 80:17, 81:11, 94:12, 99:12
**worried** [1] - 93:4
**worry** [1] - 33:22
**worse** [2] - 18:15, 18:18
**worth** [4] - 4:22, 4:24, 72:14
**write** [1] - 90:20
**writing** [1] - 102:18
**written** [1] - 34:16
**wrote** [1] - 36:3
**WSPY** [1] - 94:18
**WTTW** [1] - 85:22

## X

**Xavier** [1] - 79:8

## Y

**Y-e-s-s-n-e-r** [1] - 5:21
**Yahoo** [4] - 50:25, 83:9, 84:14
**yard** [1] - 58:17
**year** [25] - 37:16, 44:8, 49:5, 49:8, 49:10, 52:11, 54:6, 54:9, 55:6, 56:12, 63:24, 64:16, 73:13, 73:20, 74:1, 74:3, 74:22, 80:15, 81:11, 88:8, 91:13, 94:11, 94:14, 96:6, 98:10
**years** [83] - 26:18, 26:20, 34:7, 35:12, 45:6, 46:6, 46:12, 46:24, 47:12, 49:23, 49:25, 51:14, 52:16, 52:17, 53:13, 54:12, 54:25, 56:11, 56:13, 56:23, 57:11, 57:22, 58:5, 58:11, 58:15, 61:20, 61:23, 61:25, 63:1, 63:19, 64:21, 65:2, 77:22, 78:4, 78:19, 79:6, 79:9, 80:2, 80:4, 80:20, 81:4, 81:6, 81:9, 81:22, 82:25, 83:1, 83:14, 83:20, 84:6, 84:8, 84:17, 84:25, 85:15, 85:18, 86:21, 86:25, 88:3, 88:7, 88:8, 90:15, 91:12, 94:2, 94:7, 94:13, 94:14, 94:22, 95:1, 95:11, 95:19, 95:22, 95:23, 96:22, 97:13, 99:6, 99:8, 99:11, 99:22, 100:6, 100:18

**Yesner** [1] - 43:11
**Yessner** [1] - 5:19
**York** [4] - 63:15, 64:24, 90:23, 97:24
**Yorker** [2] - 85:23, 101:5
**Yorkville** [2] - 94:1, 94:3
**young** [3] - 48:20, 49:7, 70:3
**youngest** [2] - 54:14, 54:18
**yourself** [2] - 45:5, 51:6
**yourselves** [2] - 103:21, 104:6
**Yousef** [1] - 40:20

## Z

**Zaatar** [2] - 40:20, 46:4
**Zion** [4] - 69:7, 69:8, 69:22, 71:18
**zoning** [1] - 81:15