UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 12 CR 500 |
| v. | Judge Edmond E. Chang |
| DANIEL DVORKIN | |

**GOVERNMNENT'S REPSONSE TO
MOTION FOR COMPASSIONATE RELEASE**

The UNITED STATES OF AMERICA, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, responds to defendant's motion for compassionate release (Dkt. 188), as follows.

On August 27, 2019, defendant filed a motion for compassionate release seeking immediate release from the custody of the Federal Bureau of Prisons due to his age and severely declining health. Dkt. 188.

Having reviewed the motion and confirmed certain information contained therein, the government agrees to defendant's motion.

Filed: October 2, 2019

Respectfully submitted,

JOHN R. LAUSCH, JR.
Acting United States Attorney

By: */s/ Heather K. McShain*
HEATHER K. MCSHAIN
Assistant U.S. Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 353-1414